# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 22-1142** | **September Term, 2021** |
| | SEC-Rel34-95180 |
| | **Filed On: June 30, 2022** [1953035] |

Grayscale Investments, LLC,

      Petitioner

  v.

Securities and Exchange Commission,

      Respondent

### **N O T I C E**

    This case was docketed on June 29, 2022. The Securities & Exchange Commission is hereby notified that the attached is a true copy of the petition for review, which was filed on June 29, 2022, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

    The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondent.

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                              BY:    /s/
                                          Laura M. Morgan
                                          Deputy Clerk

Attachment:
      Certified Copy of Petition for Review