# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 22-1142**                                    **September Term, 2021**

                                                    SEC-Rel34-95180

                              **Filed On: July 1, 2022** [1953153]

Grayscale Investments, LLC,

      Petitioner

  v.

Securities and Exchange Commission,

      Respondent

## O R D E R

The petition for review in this case was filed and docketed on June 29, 2022, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | August 1, 2022 |
| Docketing Statement Form | August 1, 2022 |
| Procedural Motions, if any | August 1, 2022 |
| Statement of Intent to Utilize Deferred Joint Appendix | August 1, 2022 |
| Statement of Issues to be Raised | August 1, 2022 |
| Underlying Decision from Which Appeal or Petition Arises | August 1, 2022 |
| Dispositive Motions, if any (Original and 4 copies) | August 15, 2022 |

It is

**FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1142**　　　　　　　　　　　　　　　　**September Term, 2021**

| | |
|---|---|
| Entry of Appearance Form | August 1, 2022 |
| Procedural Motions, if any | August 1, 2022 |
| Certified Index to the Record | August 15, 2022 |
| Dispositive Motions, if any (Original and 4 copies) | August 15, 2022 |

It is

　　**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

　　The Clerk is directed to transmit to respondent a copy of this order and a copy of the petition for review.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　　　Laura M. Morgan
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

The following forms and notices are available on the Court's website:

　　　　Agency Docketing Statement Form
　　　　Entry of Appearance Form
　　　　Request to Enter Appellate Mediation Program
　　　　Notice Concerning Expedition of Appeals and Petitions for Review
　　　　Stipulation to be Placed in Stand-By Pool of Cases