# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** GRAYSCALE INVESTMENTS, LLC

v.

SECURITIES AND EXCHANGE COMMISSION

**Case No:** 22-1142

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as  ⦿ Retained  ◯ Pro Bono  ◯ Appointed (CJA/FPD)  ◯ Gov't counsel

for the  ⦿ Appellant(s)/Petitioner(s)  ◯ Appellee(s)/Respondent(s)  ◯ Intervenor(s)  ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

GRAYSCALE INVESTMENTS, LLC

### Counsel Information

Lead Counsel: Donald B. Verrilli, Jr.

Direct Phone: (202) 220-1100  Fax: (213) 683-4007  Email: Donald.Verrilli@mto.com

2nd Counsel: Elaine J. Goldenberg

Direct Phone: (202) 220-1114  Fax: (213) 683-4012  Email: Elaine.Goldenberg@mto.com

3rd Counsel: Sarah Weiner

Direct Phone: (202) 220-1141  Fax: (202) 220-1141  Email: Sarah.Weiner@mto.com

Firm Name: Munger, Tolles & Olson LLP

Firm Address: 601 Massachusetts Ave. NW, Suite 500E, Washington, DC 20001-5369

Firm Phone: (202) 220-1100  Fax: (202) 220-2300  Email: Dkt-filings@mto.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)