# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** GRAYSCALE INVESTMENTS, LLC

v.

SECURITIES AND EXCHANGE COMMISSION

**Case No:** 22-1142

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

GRAYSCALE INVESTMENTS, LLC

### Counsel Information

**Lead Counsel:** Paul S. Mishkin

**Direct Phone:** (212) 450-4292  **Fax:** (212) 701-5292  **Email:** Paul.Mishkin@davispolk.com

**2nd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**3rd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**Firm Name:** Davis Polk & Wardwell LLP

**Firm Address:** 450 Lexington Ave, New York, NY 10017

**Firm Phone:** (212) 450-4000  **Fax:** (212) 701-5292  **Email:** Paul.Mishkin@davispolk.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)