# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Grayscale Investments, LLC

v.

Securities and Exchange Commission

**Case No:** 22-1142

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☑ Gov't counsel for the ☐ Appellant(s)/Petitioner(s) ☑ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Securities and Exchange Commission

### Counsel Information

**Lead Counsel:** Tracey A. Hardin
**Direct Phone:** (202) 551-5048  Fax: (   )   **Email:** HardinT@SEC.gov

**2nd Counsel:** David D. Lisitza
**Direct Phone:** (202) 551-5015  Fax: (   )   **Email:** LisitzaD@SEC.gov

**3rd Counsel:** Daniel T. Young
**Direct Phone:** (202) 551-3078  Fax: (   )   **Email:** YoungDa@SEC.gov

**Firm Name:** Securities and Exchange Commission
**Firm Address:** 100 F Street, NE Washington, DC 20549
**Firm Phone:** (   )   Fax: (   )   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)