IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| GRAYSCALE INVESTMENTS, LLC,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Respondent. | Case No. 22-1142 |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to this Court's Order dated July 1, 2022, and Circuit Rules 15(c) and 28(a)(1), Petitioner Grayscale Investments, LLC certifies as follows:

**A. Parties and Amici**

Petitioner is Grayscale Investments, LLC, sponsor of Grayscale Bitcoin Trust (BTC). Respondent is the Securities and Exchange Commission. There are currently no amici or intervenors in this Court.

**B. Ruling Under Review**

The ruling under review is the Securities and Exchange Commission's June 29, 2022 final order titled Order Disapproving a Proposed Rule Change, as Modified by Amendment No. 1, to List and Trade Shares of Grayscale Bitcoin Trust Under NYSE Arca Rule 8.201-E (Commodity-Based Trust Shares), Release No. 34-95180, 87 Fed. Reg. 40299 (July 6, 2022).

## C. Related Cases

This case has not previously been before this or any other Court. Counsel for Petitioner are unaware of any related cases pending before this or any other Court.

Dated: August 1, 2022

Respectfully submitted,

<u>/s/ Donald B. Verrilli, Jr.</u>
Donald B. Verrilli, Jr.
Elaine J. Goldenberg
Sarah Weiner*
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, DC 20001-5369
Telephone: (202) 220-1100
Email: Donald.Verrilli@mto.com

*Admitted in New York only; Practicing under the supervision of District of Columbia Bar members

Paul S. Mishkin
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Email: Paul.Mishkin@davispolk.com

*Attorneys for Petitioner*

# CERTIFICATE OF SERVICE

I hereby certify that on this 1ˢᵗ day of August, 2022, I caused copies of the foregoing document to be served on counsel for all parties of record via the Electronic Case Filing (ECF) service.

Dated: August 1, 2022                /s/ Donald B. Verrilli, Jr.

Donald B. Verrilli, Jr.
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, DC 20001-5369
Telephone: (202) 220-1100
Email: Donald.Verrilli@mto.com