# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. _22-1142_     2. DATE DOCKETED: 06-29-2022

3. CASE NAME (lead parties only) GRAYSCALE INVESTMENTS, LLC v. _SEC_

4. TYPE OF CASE: ☒ Review ☐ Appeal ☐ Enforcement ☐ Complaint ☐ Tax Court

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ● No
   If YES, cite statute _____

6. CASE INFORMATION:

a. Identify agency whose order is to be reviewed: _Securities & Exchange Commission_

b. Give agency docket or order number(s): _Release No. 34-95180; File No. SR-NYSEArca-2021-90_

c. Give date(s) of order(s): _June 29, 2022_

d. Has a request for rehearing or reconsideration been filed at the agency? ○ Yes ● No
   If so, when was it filled? _____ By whom? _____

   Has the agency acted? ○ Yes ○ No If so, when? _____

e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
   Grayscale Investments, LLC is the sponsor of Grayscale Bitcoin Trust (BTC) ("Trust"). The order at issue prevents NYSE Arca, Inc. from listing and trading shares of the Trust, even though the Commission has permitted competitor products to trade on national securities exchanges.

f. Are any other cases involving the same underlying agency order pending in this Court or any other?
   ○ Yes ● No If YES, identify case name(s), docket number(s), and court(s)

g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
   ○ Yes ● No If YES, give case name(s) and number(s) of these cases and identify court/agency:
   _____

h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ○ Yes ● No If YES, provide program name and participation dates.
   _____

Signature /s/ Donald B. Verrilli, Jr. _____     Date 08-01-2022

Name of Counsel for Appellant/Petitioner Donald B. Verrilli, Jr.

Address 601 Massachusetts Ave. NW, Suite 500E, Washington, DC 20001-5369

E-Mail Donald.Verrilli@mto.com     Phone ( 202 ) 220-1100     Fax ( 213 ) 683-4007

### ATTACH A CERTIFICATE OF SERVICE

**Note:** If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August, 2022, I caused copies of the foregoing document to be served on counsel for all parties of record via the Electronic Case Filing (ECF) service.

Dated: August 1, 2022                    */s/ Donald B. Verrilli, Jr.*

Donald B. Verrilli, Jr.
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, DC 20001-5369
Telephone: (202) 220-1100
Email: Donald.Verrilli@mto.com