# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| GRAYSCALE INVESTMENTS, LLC,<br><br>      Petitioner,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>      Respondent. | Case No. 22-1142 |

## STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX

Pursuant to this Court's Order dated July 1, 2022, Federal Rule of Appellate Procedure 30(c), and Circuit Rule 30(c), counsel for Petitioner Grayscale Investments, LLC state that they have conferred with counsel for Respondent and hereby certify that all parties consent to utilize the deferred appendix option in this case.

Dated: August 1, 2022

Respectfully submitted,

*/s/ Donald B. Verrilli, Jr.*
Donald B. Verrilli, Jr.
Elaine J. Goldenberg
Sarah Weiner*
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, DC 20001-5369
Telephone: (202) 220-1100
Email: Donald.Verrilli@mto.com

*Admitted in New York only; Practicing under the supervision of District of Columbia Bar members

Paul S. Mishkin
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Email: Paul.Mishkin@davispolk.com

*Attorneys for Petitioner*

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August, 2022, I caused copies of the foregoing document to be served on counsel for all parties of record via the Electronic Case Filing (ECF) service.

Dated: August 1, 2022               */s/ Donald B. Verrilli, Jr.*

Donald B. Verrilli, Jr.
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, DC 20001-5369
Telephone: (202) 220-1100
Email: Donald.Verrilli@mto.com