# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| Grayscale Investments, LLC, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **No. 22-1142** |
| | ) | |
| Securities and Exchange Commission, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

### Certificate Listing and Describing the Documents in the
### Record Before the Securities and Exchange Commission

Pursuant to Section 25(a) of the Securities Exchange Act of 1934, 15 U.S.C.

§ 78y(a)(2), and Federal Rule of Appellate Procedure 17(b), the Securities and

Exchange Commission certifies that the following comprises the record upon

which the order subject to review in this Court was entered.

**Commission Actions and Related Documents**
**File No. SR-NYSEArca-2021-90**

1.  Proposed Rule Change To List and Trade Shares of Grayscale Bitcoin Trust (BTC) Under NYSE Arca Rule 8.201-E (Oct. 19, 2021), *available at* https://www.nyse.com/publicdocs/nyse/markets/nyse-arca/rule-filings/filings/2021/SR-NYSEArca-2021-90.pdf.

2.  Notice of Filing of Proposed Rule Change To List and Trade Shares of Grayscale Bitcoin Trust (BTC) Under NYSE Arca Rule 8.201-E, Securities Exchange Act Release No. 93504 (Nov. 2, 2021), 86 FR 61804 (Nov. 8, 2021).

| Doc. No. | Description |
|---|---|

3.      Notice of Designation of a Longer Period for Commission Action on a Proposed Rule Change To List and Trade Shares of Grayscale Bitcoin Trust (BTC) Under NYSE Arca Rule 8.201-E, Securities Exchange Act Release No. 93788 (Dec. 15, 2021), 86 FR 72291 (Dec. 21, 2021).

4.      Order Instituting Proceedings To Determine Whether To Approve or Disapprove a Proposed Rule Change To List and Trade Shares of Grayscale Bitcoin Trust (BTC) Under NYSE Arca Rule 8.201-E, Securities Exchange Act Release No. 94151 (Feb. 4, 2022), 87 FR 7889 (Feb. 10, 2022).

5.      Amendment No. 1 to Proposed Rule Change To List and Trade Shares of Grayscale Bitcoin Trust (BTC) Under NYSE Arca Rule 8.201-E (Apr. 21, 2022), *available at* https://www.sec.gov/comments/sr-nysearca-2021-90/srnysearca202190-20125938-286383.pdf.

6.      Notice of Filing of Amendment No. 1 to, and Designation of a Longer Period for Commission Action on Proceedings To Determine Whether To Approve or Disapprove, a Proposed Rule Change To List and Trade Shares of Grayscale Bitcoin Trust (BTC) Under NYSE Arca Rule 8.201-E, Securities Exchange Act Release No. 94844 (May 4, 2022), 87 FR 28043 (May 10, 2022).

7.      Order Disapproving a Proposed Rule Change, as Modified by Amendment No. 1, To List and Trade Shares of Grayscale Bitcoin Trust under NYSE Arca Rule 8.201-E (Commodity-Based Trust Shares), Securities Exchange Act Release No. 95180 (June 29, 2022), 87 FR 40299 (July 6, 2022).

**Comment Letters**
**File No. SR-NYSEArca-2021-90**

Comments received on the proposed rule change are available at https://www.sec.gov/comments/sr-nysearca-2021-90/srnysearca202190.htm.

Comments were received from individuals and entities using the following Letter Types, as described in the above link:

Type A:  58.  Type B:  210.  Type C:  2,218.  Type D:  1,268.  Type E:  10.

Doc. No.    Description

In addition, comments were received from the following individuals and entities:

8.      Mark Zellers, Oct. 20, 2021

9.      William Mike Barnes, Oct. 20, 2021

10.     Alex Furtado, Nov. 4, 2021

11.     Anonymous, Nov. 4, 2021

12.     Anonymous, Nov. 5, 2021

13.     Anonymous, Nov. 6, 2021

14.     Benjamin Gehlman, Nov. 6, 2021

15.     Anonymous, Nov. 9, 2021

16.     Kristin Smith, Executive Director, and Jake Chervinsky, Head of
        Policy, Blockchain Association, Nov. 29, 2021

17.     Davis Polk & Wardwell LLP, on Behalf of Grayscale Investments,
        LLC, Nov. 29, 2021

18.     Gregory Finney, Dec. 10, 2021

19.     Paul Grewal, Chief Legal Officer, Coinbase, Dec. 14, 2021

20.     Jonathan Kaplan, Dec. 20, 2021

21.     Anonymous, Jan. 15, 2022

22.     William, Feb. 4, 2022

23.     Brandon Gunderson, CEO, Gunderson Holdings, Feb. 4, 2022

24.     Michael Ort, Feb. 5, 2022

25.     Anonymous, Feb. 5, 2022

26.     Nico Peruzzi, Feb. 5, 2022

27.     Anonymous, Feb. 5, 2022

| Doc. No. | Description |
|----------|-------------|
| 28. | David Napoli, Feb. 6, 2022 |
| 29. | Jonas M. Grant, Feb. 6, 2022 |
| 30. | Chris G., Feb. 6, 2022 |
| 31. | Alex Borell, Feb. 6, 2022 |
| 32. | Joseph Marino, Feb. 6, 2022 |
| 33. | Monty Henry, Feb. 7, 2022 |
| 34. | Anonymous, Feb. 7, 2022 |
| 35. | David Pierce, Feb. 7, 2022 |
| 36. | Chris Cable, Feb. 7, 2022 |
| 37. | Jeremy Filliben, Investor, Feb. 7, 2022 |
| 38. | Michael David Spadaccini, President, Tastyplacement Inc., Feb. 7, 2022 |
| 39. | Neil Shah, Feb. 7, 2022 |
| 40. | Michael D. Moffitt, Feb. 7, 2022 |
| 41. | Jack Denman, Feb. 7, 2022 |
| 42. | Duncan Mcnaught, Feb. 8, 2022 |
| 43. | Les Defelice, Feb. 8, 2022 |
| 44. | J. P., Feb. 8, 2022 |
| 45. | Anonymous, Feb. 8, 2022 |
| 46. | Michael Chambers, Feb. 8, 2022 |
| 47. | Cheng Teik Tan, Feb. 8, 2022 |
| 48. | Adan, Feb. 8, 2022 |
| 49. | Todd Woodside, Feb. 8, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 50. | Rob Kilbourne, Feb. 9, 2022 |
| 51. | Cor Brown, Feb. 9, 2022 |
| 52. | Harshadha Priya, Feb. 10, 2022 |
| 53. | Chandra Sekhar, Feb. 10, 2022 |
| 54. | Sean Gallagher, CEO, Fed Printing Press, Feb. 10, 2022 |
| 55. | Leung, Feb. 10, 2022 |
| 56. | Satoshi, Blockchain, Feb. 10, 2022 |
| 57. | Frank Rose, Business Owner, Feb. 10, 2022 |
| 58. | Lily Li, Investor, Feb. 10, 2022 |
| 59. | Ibrahim Acir, Feb. 10, 2022 |
| 60. | Israel Figueroa, Launch Systems Engineer, Feb. 10, 2022 |
| 61. | Sultan Wehaibi, Feb. 10, 2022 |
| 62. | Kevin, Business Owner, Feb. 10, 2022 |
| 63. | Jordan Lowy, Remote Software Tester, Feb. 10, 2022 |
| 64. | Anonymous, Feb. 10, 2022 |
| 65. | Eamonn Joyce, CEO, Ejc Ltd., Feb. 10, 2022 |
| 66. | Patrick Taylor, Feb. 10, 2022 |
| 67. | Benjamin Liberty, Cyber Security Professional, Feb. 10, 2022 |
| 68. | Ben Davenport, Feb. 10, 2022 |
| 69. | Anonymous, Feb. 10, 2022 |
| 70. | Alfredo Ayala, Feb. 10, 2022 |
| 71. | Michael Hobson, Feb. 10, 2022 |

Doc. No.    Description

| | |
|---|---|
| 72. | Branon White, Commercial Airline Pilot, Feb. 10, 2022 |
| 73. | Anonymous, Feb. 10, 2022 |
| 74. | Alex Reid, Feb. 10, 2022 |
| 75. | Andrew Farinelli, Private Wealth Advisor, Feb. 10, 2022 |
| 76. | Simon Feng, Cpa, Feb. 10, 2022 |
| 77. | John Conklin, Feb. 10, 2022 |
| 78. | Chris Smalley, Feb. 10, 2022 |
| 79. | Jim Mahar, Feb. 11, 2022 |
| 80. | Todd, Sales, Feb. 11, 2022 |
| 81. | Thomas Spartz, Feb. 11, 2022 |
| 82. | D. Hatz, Feb. 11, 2022 |
| 83. | Richard Craig Vasquez, Attorney At Law, Feb. 11, 2022 |
| 84. | John W., Feb. 11, 2022 |
| 85. | Landon Recker, Feb. 11, 2022 |
| 86. | Paul Gonzalez, Feb. 11, 2022 |
| 87. | Ozeir Nassery, Feb. 11, 2022 |
| 88. | Micah Moyers, Feb. 11, 2022 |
| 89. | Nirav Trivedi, Feb. 11, 2022 |
| 90. | Raj Lakkundi, Tech Industry Professional, Feb. 11, 2022 |
| 91. | Anonymous, Feb. 11, 2022 |
| 92. | Richard Lytle, Feb. 11, 2022 |
| 93. | Patrick Lister, Feb. 12, 2022 |

Doc. No.    Description

94.    Borja Sicre Bustamante, Investor From Spain, Feb. 12, 2022

95.    Anonymous, Feb. 12, 2022

96.    Anonymous, Feb. 12, 2022

97.    Anonymous, Feb. 12, 2022

98.    William Perez, Feb. 12, 2022

99.    Soumyadeep Ghosh, Feb. 12, 2022

100.    Kenneth Kemp, Disabled, Feb. 13, 2022

101.    M. Kalter, Feb. 13, 2022

102.    Jordan, Finance, Feb. 13, 2022

103.    Kurt Bauerle, Feb. 14, 2022

104.    Ashraf Hanna, Feb. 14, 2022

105.    Alexander Timberlake, Feb. 14, 2022

106.    Sanket Shah, Feb. 14, 2022

107.    Anonymous, Feb. 14, 2022

108.    Zafer Yumak, Feb. 14, 2022

109.    Ali Husain, Physician, Feb. 14, 2022

110.    Nathan C. Perry, Tax Attorney, Feb. 14, 2022

111.    Tim, Feb. 14, 2022

112.    Allan Karlson, Feb. 14, 2022

113.    Alan Handler, Feb. 14, 2022

114.    John Berggren, Marketing Director, Feb. 14, 2022

115.    Michael Staley, Feb. 14, 2022

Doc. No.    Description

116.    S. Pai, Feb. 14, 2022

117.    James Dall, Retired, Feb. 14, 2022

118.    John Smith, Marketing Director, Feb. 14, 2022

119.    Joseph D. Camp, Ph.D., Professor of Electrical and Computer Engineering, Southern Methodist University, Feb. 14, 2022

120.    Omar Qureshi, Feb. 14, 2022

121.    Gene Rosamilia, P.E., P. Eng., Principal, Rosewich Engineering, Feb. 14, 2022

122.    Travis Boyer, Feb. 14, 2022

123.    Joshua Lory, Feb. 14, 2022

124.    Jrl Innovations, Feb. 14, 2022

125.    Brian Boerner, Fraud Operations, Feb. 14, 2022

126.    Douglas Shultz, (Elected) Escondido City Treasurer/Wealth Manager, Yorkshire Wealth Management, Feb. 14, 2022

127.    Zachary Parnell, Feb. 14, 2022

128.    James P. Scofield, Cpa, Feb. 14, 2022

129.    Gaetano Vincenti, Paralegal Consultant, Feb. 14, 2022

130.    Douglas Slemmer, Feb. 14, 2022

131.    Anonymous, Feb. 14, 2022

132.    Theodore, Feb. 14, 2022

133.    Brian Jackson, Feb. 14, 2022

134.    Ron Kupka, Feb. 14, 2022

135.    Joseph Sherman, Feb. 14, 2022

136.    Ben, Feb. 14, 2022

Doc. No.    Description

137.    Gage Gorda, CEO, Brnt Group, Feb. 14, 2022

138.    Edison Ting, Feb. 14, 2022

139.    Close Range Partners, Feb. 14, 2022

140.    Johns Gresham, Feb. 14, 2022

141.    James Emanuel, Cybersecurity Analyst, Feb. 14, 2022

142.    Anonymous, Feb. 14, 2022

143.    Yvar Peterson, Feb. 14, 2022

144.    Tyler Bench, Feb. 14, 2022

145.    Tim Bantle, Feb. 14, 2022

146.    Ryan Otero, Feb. 14, 2022

147.    Gagan, Feb. 14, 2022

148.    Bryan Lee, Feb. 14, 2022

149.    Clay Craven, Financial Advisor, Feb. 14, 2022

150.    Nicole Jackson, Feb. 14, 2022

151.    Chingfu Chen, Feb. 15, 2022

152.    Adam Kornfield, Feb. 15, 2022

153.    Peter C., Feb. 15, 2022

154.    Smith, Feb. 15, 2022

155.    D. Generalis, Digico Capital LLC, Feb. 15, 2022

156.    David Mcbane, Feb. 15, 2022

157.    Anonymous, Feb. 15, 2022

158.    Anne Ogu Liberty, Feb. 15, 2022

Doc. No.    Description

159.     Michael A. Borthwick, Feb. 15, 2022

160.     Anonymous, Feb. 15, 2022

161.     Eric Zimmerman, It Professional, Feb. 15, 2022

162.     Matthew Mcmanmon, Strategic Sourcing Consultant, Feb. 15, 2022

163.     Anonymous, Feb. 15, 2022

164.     Joshua Kimbrell, Professional Civil Engineer, Feb. 15, 2022

165.     Brian, Cyber Security Administrator, Feb. 15, 2022

166.     Joseph Defilippis, Feb. 15, 2022

167.     Jim Dall, Feb. 15, 2022

168.     Biao Hao, Feb. 15, 2022

169.     Jim Geison, Feb. 15, 2022

170.     Michael Furman, Feb. 15, 2022

171.     Doug Pfaff, Professional Engineer, Feb. 15, 2022

172.     Joshua Ploude, Feb. 15, 2022

173.     Anonymous, Feb. 15, 2022

174.     Harold, Retired, Feb. 15, 2022

175.     Anonymous, Feb. 15, 2022

176.     Martin Baer, Feb. 15, 2022

177.     Scott Egon Roge, Bs Economics/Previous Series 66 7, Feb. 15, 2022

178.     James Applegate, It Professional, Feb. 15, 2022

179.     Kevin Charbonneau, Feb. 15, 2022

180.     Michael Falk, Feb. 15, 2022

Doc. No.    Description

181.    Jon Kalb, Accredited Investor, Feb. 15, 2022

182.    Harry Hu, Chairman, Aaifpa, Feb. 15, 2022

183.    Jayant Thube, Feb. 15, 2022

184.    Ali Jooma, Investor, Feb. 15, 2022

185.    Richard Marti, Feb. 15, 2022

186.    Anonymous, Feb. 15, 2022

187.    Jay Lineberry, Feb. 15, 2022

188.    Desean Des Jardins, Feb. 16, 2022

189.    Anonymous, Feb. 16, 2022

190.    Anand Gupta, Feb. 16, 2022

191.    Paul Sjoberg, Feb. 16, 2022

192.    Jo Ann Des Jardins, Feb. 16, 2022

193.    Prapaporn Emanuel, Feb. 16, 2022

194.    Bryce U., Retail Management, Economics Student, Feb. 16, 2022

195.    Art Hallenberg, Feb. 16, 2022

196.    Po-Jung Lai, Professional of Electrical and Computer Engineering, Feb. 16, 2022

197.    Anonymous, Feb. 17, 2022

198.    Peiyuan Liu, Feb. 17, 2022

199.    Ryan Wilday, Cryptocurrency Analyst, Coinanalysis LLC, Feb. 17, 2022

200.    Jason Miller, Feb. 17, 2022

201.    Anonymous, Feb. 17, 2022

| Doc. No. | Description |
|---|---|
| 202. | Larry Boyer, President, New Horizons Advisors, Feb. 17, 2022 |
| 203. | Brian Pak, Feb. 17, 2022 |
| 204. | Ryan, Feb. 17, 2022 |
| 205. | Mike Burgermeister, Feb. 17, 2022 |
| 206. | Davi Vasconcelos, Feb. 18, 2022 |
| 207. | Richard Leo, Feb. 18, 2022 |
| 208. | William Graham, Feb. 18, 2022 |
| 209. | Steve Axel, Principal, Axel Coaching, Feb. 18, 2022 |
| 210. | Ryan Minnis, Feb. 18, 2022 |
| 211. | Monty Henry, Feb. 18, 2022 |
| 212. | Steve Fabian, Accountant, Feb. 18, 2022 |
| 213. | Clint Jasperson, Registered Investment Advisor, Feb. 18, 2022 |
| 214. | Michael Laukitis, President Magic Fish Co., Feb. 18, 2022 |
| 215. | Anonymous, Feb. 18, 2022 |
| 216. | Nate Kaftari, Feb. 18, 2022 |
| 217. | Jeff Mckneely, Feb. 18, 2022 |
| 218. | Christopher Fredericks, CEO, Empowered Ventures, Feb. 18, 2022 |
| 219. | Charles White, Feb. 18, 2022 |
| 220. | Anonymous, Feb. 18, 2022 |
| 221. | Rebecca Garrett, Managing Director, Technology, Feb. 18, 2022 |
| 222. | Sean Ryan, Feb. 18, 2022 |
| 223. | Anil Gorania, Feb. 18, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 224. | Thomas Leland, Feb. 18, 2022 |
| 225. | Benjamin J. Gehlman, Feb. 18, 2022 |
| 226. | Omid Jafari, Physician, Feb. 18, 2022 |
| 227. | Michael Bielik, Feb. 18, 2022 |
| 228. | Bryan D. Schafer, Feb. 18, 2022 |
| 229. | Anonymous, Feb. 18, 2022 |
| 230. | Evelyne Dandurand, Feb. 18, 2022 |
| 231. | Colton Cobb, Feb. 18, 2022 |
| 232. | Roger Kerzner, Feb. 19, 2022 |
| 233. | Libor Broucek, Feb. 19, 2022 |
| 234. | Larry Block, Feb. 19, 2022 |
| 235. | Ted, Feb. 19, 2022 |
| 236. | Gerald Amorosi, Feb. 19, 2022 |
| 237. | Logan Kane, Writer, Seeking Alpha, Feb. 19, 2022 |
| 238. | Anonymous, Feb. 19, 2022 |
| 239. | Richard Payne, Feb. 19, 2022 |
| 240. | Qing Dou, Feb. 19, 2022 |
| 241. | Michael Charles, Feb. 19, 2022 |
| 242. | Brent Zeigler, Feb. 19, 2022 |
| 243. | David Gaultney, Mba, Private Investor, Feb. 19, 2022 |
| 244. | Umar Razzaq, Bi, Feb. 19, 2022 |
| 245. | Ireland Christopher, Feb. 19, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 246. | J. Tsai, Feb. 19, 2022 |
| 247. | Sam Chan, Feb. 20, 2022 |
| 248. | Sky Bishop, Investor, Feb. 20, 2022 |
| 249. | Scott S., Feb. 20, 2022 |
| 250. | Anonymous, Feb. 21, 2022 |
| 251. | Rachel Phillips, Feb. 21, 2022 |
| 252. | Craig B. Cowan Ii, Emergency Physician, Feb. 21, 2022 |
| 253. | Tcs, Feb. 21, 2022 |
| 254. | Noah Dreyfuss, Chief Investment Officer, Feb. 21, 2022 |
| 255. | Greg Dermond, Feb. 22, 2022 |
| 256. | John, Feb. 22, 2022 |
| 257. | Christopher Comella, Feb. 22, 2022 |
| 258. | Ashli Harmer, Feb. 22, 2022 |
| 259. | John Wurm, Feb. 22, 2022 |
| 260. | Adam Majkowski, Feb. 22, 2022 |
| 261. | Anonymous, Feb. 22, 2022 |
| 262. | David Bush, Feb. 22, 2022 |
| 263. | Carlo Colatosti, Feb. 22, 2022 |
| 264. | Roger Nusbaum, Feb. 22, 2022 |
| 265. | John Carvalho, Feb. 22, 2022 |
| 266. | Justin Wiley, Feb. 22, 2022 |
| 267. | Lau Tsz Lok, Feb. 22, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 268. | Sadiq Ansari, Feb. 22, 2022 |
| 269. | N. G., Feb. 22, 2022 |
| 270. | Salomon Fadel, Feb. 22, 2022 |
| 271. | Ryan Rosett, Feb. 22, 2022 |
| 272. | Mike Buice, Feb. 22, 2022 |
| 273. | Steven Schram, Feb. 22, 2022 |
| 274. | Christian Decker, Feb. 22, 2022 |
| 275. | Eric Alarcon, Feb. 22, 2022 |
| 276. | Pathcoin First, Feb. 22, 2022 |
| 277. | Anonymous, Feb. 22, 2022 |
| 278. | Alex Madlener, Feb. 22, 2022 |
| 279. | Tom Sims, Feb. 22, 2022 |
| 280. | Ken Sheperd, Feb. 22, 2022 |
| 281. | Kiran Kashinathappa, Feb. 22, 2022 |
| 282. | Kris Maksimovich, Feb. 22, 2022 |
| 283. | Larry Hufty, Feb. 22, 2022 |
| 284. | Leandro Pienasola, Feb. 22, 2022 |
| 285. | Leonard Mazzola Jr., Feb. 22, 2022 |
| 286. | Lindsay Ash, Feb. 22, 2022 |
| 287. | Lorenzo Gamez M.D., Feb. 22, 2022 |
| 288. | Lu Chang, Feb. 22, 2022 |
| 289. | Chang Lu, Feb. 22, 2022 |

Doc. No.    Description

290.    Marc Van Rijssen, Feb. 22, 2022

291.    Marco Di Girolamo, Feb. 22, 2022

292.    Marcos Garcia, Feb. 22, 2022

293.    Mark Li, Feb. 22, 2022

294.    Marty, Feb. 22, 2022

295.    Matt Kelly, Feb. 22, 2022

296.    Matt Novak, Feb. 22, 2022

297.    Matt Teplitz, Feb. 22, 2022

298.    Matthew Davis, Feb. 22, 2022

299.    Anthony Mcninch, Feb. 22, 2022

300.    Brian Mead, Feb. 22, 2022

301.    Mehdi Zafar, Feb. 22, 2022

302.    Michael Brothers, Feb. 22, 2022

303.    Michael Collins, Feb. 22, 2022

304.    Michael George, Feb. 22, 2022

305.    Michael Howe, Feb. 22, 2022

306.    Michael Samilow, Feb. 22, 2022

307.    Mike Komaransky, Feb. 22, 2022

308.    Mike Mauro, Feb. 22, 2022

309.    Mike Whitner, Feb. 22, 2022

310.    Mohamad Makkouk, Feb. 22, 2022

311.    Neal Wapnish, Feb. 22, 2022

| Doc. No. | Description |
|---|---|
| 312. | Norman Rathborne, Feb. 22, 2022 |
| 313. | Omar Vaishnavi, Feb. 22, 2022 |
| 314. | Paskal Lamour, Feb. 22, 2022 |
| 315. | Patrick Ashley, Feb. 22, 2022 |
| 316. | Patrick Scardino, Feb. 22, 2022 |
| 317. | Paul Levine, Feb. 22, 2022 |
| 318. | Paul Squarcia, Feb. 22, 2022 |
| 319. | Paul White, Feb. 22, 2022 |
| 320. | Peter Hindle, Feb. 22, 2022 |
| 321. | Pgerman G., Feb. 22, 2022 |
| 322. | Phil, Feb. 22, 2022 |
| 323. | Piotr Ziemkiewicz, Feb. 22, 2022 |
| 324. | Anonymous, Feb. 22, 2022 |
| 325. | Priyta Lakini, Feb. 22, 2022 |
| 326. | Anonymous, Feb. 22, 2022 |
| 327. | Rada Kleyman, Feb. 22, 2022 |
| 328. | Rafael Caffarena, Feb. 22, 2022 |
| 329. | Ralph Anderson, Feb. 22, 2022 |
| 330. | Ralph Shive, Feb. 22, 2022 |
| 331. | Randy Pulayya, Feb. 22, 2022 |
| 332. | Raphael Zagury, Feb. 22, 2022 |
| 333. | Raul Velasquez, Feb. 22, 2022 |

| Doc. No. | Description |
|---|---|
| 334. | Raymund Perez, Feb. 22, 2022 |
| 335. | Reed Nelson, Feb. 22, 2022 |
| 336. | Ricardo Ellstein, Feb. 22, 2022 |
| 337. | Rick Groves, Feb. 22, 2022 |
| 338. | Rob Kauffman, Feb. 22, 2022 |
| 339. | Robert Ervin, Feb. 22, 2022 |
| 340. | Robert Luxem, Feb. 22, 2022 |
| 341. | Rodger Bodoia, Feb. 22, 2022 |
| 342. | Rogers James, Feb. 22, 2022 |
| 343. | Rolf Versluis, Feb. 22, 2022 |
| 344. | Rose and Steve Krasnow, Feb. 22, 2022 |
| 345. | Ross Kaminsky, Feb. 22, 2022 |
| 346. | Ross Caridi, Feb. 22, 2022 |
| 347. | Ryan, Feb. 22, 2022 |
| 348. | Ryan Grote, Feb. 22, 2022 |
| 349. | Ryan Turtle, Feb. 22, 2022 |
| 350. | S. W., Feb. 22, 2022 |
| 351. | Anonymous, Feb. 22, 2022 |
| 352. | Salahuddin Khawaja, Feb. 22, 2022 |
| 353. | Samet Bilici, Feb. 22, 2022 |
| 354. | Scott Butera, Feb. 22, 2022 |
| 355. | Scott Cooper, Feb. 22, 2022 |

| Doc. No. | Description |
|---|---|
| 356. | Shane Howell, Feb. 22, 2022 |
| 357. | Sirish Karpuram, Feb. 22, 2022 |
| 358. | Anonymous, Feb. 22, 2022 |
| 359. | Anonymous, Feb. 22, 2022 |
| 360. | Stefan Smith, Feb. 22, 2022 |
| 361. | Stephen Baker, Feb. 22, 2022 |
| 362. | Stuart Culpepper, Feb. 22, 2022 |
| 363. | Sujay Darji, Feb. 22, 2022 |
| 364. | Cheng Teik Tan, Feb. 22, 2022 |
| 365. | Taneal Bhandari, Feb. 22, 2022 |
| 366. | Terry Robertson, Feb. 22, 2022 |
| 367. | Thetsai, Feb. 22, 2022 |
| 368. | Thomas O'brien, Feb. 22, 2022 |
| 369. | Thomas Rousseau, Feb. 22, 2022 |
| 370. | Tim Bantle, Feb. 22, 2022 |
| 371. | Tim Chiu, Feb. 22, 2022 |
| 372. | Tim Gallagher, Feb. 22, 2022 |
| 373. | Tim Stannard, Feb. 22, 2022 |
| 374. | Tom Posey, Feb. 22, 2022 |
| 375. | Tommy Yan, Feb. 22, 2022 |
| 376. | Tommy, Feb. 22, 2022 |
| 377. | Tony Tenore, Feb. 22, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 378. | Trevor Schleicher, Feb. 22, 2022 |
| 379. | Troy Law, Feb. 22, 2022 |
| 380. | Tyler Rattray, Feb. 22, 2022 |
| 381. | Uday Vikram, Feb. 22, 2022 |
| 382. | Ulises A. Tovar, Feb. 22, 2022 |
| 383. | William Vandevender, Jr., Feb. 22, 2022 |
| 384. | William Wall, Feb. 22, 2022 |
| 385. | Yuji, Feb. 22, 2022 |
| 386. | Chowdary Adusumilli, Feb. 22, 2022 |
| 387. | Y. J. Park, Feb. 22, 2022 |
| 388. | Billy Davenport, Feb. 22, 2022 |
| 389. | Ahmed Ali, Feb. 22, 2022 |
| 390. | Daryll Gomas, Feb. 22, 2022 |
| 391. | Joe Tom, Feb. 22, 2022 |
| 392. | Michael Z., Feb. 22, 2022 |
| 393. | Anonymous, Feb. 22, 2022 |
| 394. | Ron Latz, Feb. 22, 2022 |
| 395. | Bob Billstein, Feb. 22, 2022 |
| 396. | Michele L.Stagi, Feb. 22, 2022 |
| 397. | Frank Kashner, Feb. 22, 2022 |
| 398. | Jesse Sherer, Feb. 22, 2022 |
| 399. | Jim Voitier, Feb. 22, 2022 |

Doc. No.    Description

400.    George Friedman, Feb. 22, 2022

401.    Jonathan , Mays, Feb. 22, 2022

402.    Jason Papier, Feb. 22, 2022

403.    D. S., Feb. 22, 2022

404.    Doug Jones, Feb. 22, 2022

405.    Henry Morgan, Feb. 22, 2022

406.    Craig Bunting, Feb. 22, 2022

407.    Aaren Lee Hill, Feb. 22, 2022

408.    Eric, Feb. 22, 2022

409.    Alex Wu, Feb. 22, 2022

410.    Demetrios Polychronis, Feb. 22, 2022

411.    John Guancione, Feb. 22, 2022

412.    Amanda Moriarty, Feb. 22, 2022

413.    Jon Lobatto, Feb. 22, 2022

414.    Bill Carney, Feb. 22, 2022

415.    David Kay, Feb. 22, 2022

416.    Anonymous, Feb. 22, 2022

417.    Gerard Gaudet, Feb. 22, 2022

418.    Chris Hayes, Feb. 22, 2022

419.    Kevin Emberton, Feb. 22, 2022

420.    Robbie & Jan White, Feb. 22, 2022

421.    James Lovely, Feb. 22, 2022

| Doc. No. | Description |
|---|---|
| 422. | Christopher Simo, Feb. 22, 2022 |
| 423. | Barry Miller, Feb. 22, 2022 |
| 424. | Chris & Shanti Landon, Feb. 22, 2022 |
| 425. | Benjamin Fairclough, Feb. 22, 2022 |
| 426. | Andrew Harrod, Feb. 22, 2022 |
| 427. | Hans Mouser, Feb. 22, 2022 |
| 428. | Eric Bach, Feb. 22, 2022 |
| 429. | Gavin Mckelvey, Feb. 22, 2022 |
| 430. | Andrei Mitran, Feb. 22, 2022 |
| 431. | Alco Pieren, Feb. 22, 2022 |
| 432. | Josh Henrich, Feb. 22, 2022 |
| 433. | Jj Allingham, Feb. 22, 2022 |
| 434. | Anthony Lojac, Feb. 22, 2022 |
| 435. | Alexander Dehmel, Feb. 22, 2022 |
| 436. | Jorge Perez, Feb. 22, 2022 |
| 437. | Carl Caudle, Feb. 22, 2022 |
| 438. | Chris Mcdonnell, Feb. 22, 2022 |
| 439. | Jerry Gjertsen, Feb. 22, 2022 |
| 440. | Bill Lang, Feb. 22, 2022 |
| 441. | Hank Romaine, Feb. 22, 2022 |
| 442. | Doug Kozinn, Feb. 22, 2022 |
| 443. | Ash Beech, Feb. 22, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 444. | Gabi Gliksberg, Feb. 22, 2022 |
| 445. | John Murphy, Feb. 22, 2022 |
| 446. | Jlreed, Feb. 22, 2022 |
| 447. | David Frantz, Feb. 22, 2022 |
| 448. | Brian Duvall, Feb. 22, 2022 |
| 449. | Joe Metelski, Feb. 22, 2022 |
| 450. | Andrew Fayad, Feb. 22, 2022 |
| 451. | Frank Gencorelli, Feb. 22, 2022 |
| 452. | Dylan Moulton, Feb. 22, 2022 |
| 453. | Dave, Feb. 22, 2022 |
| 454. | Dan Jurkowitz, Feb. 22, 2022 |
| 455. | Jonathan Espinosa, Feb. 22, 2022 |
| 456. | Jeremy Brace, Feb. 22, 2022 |
| 457. | Alex Shoker, Feb. 22, 2022 |
| 458. | Cory Conway, Feb. 22, 2022 |
| 459. | Greg Kleiman, Feb. 22, 2022 |
| 460. | Chris Carr, Feb. 22, 2022 |
| 461. | Brian Nourbash, Feb. 22, 2022 |
| 462. | Britt Bazemore, Feb. 22, 2022 |
| 463. | Jeff Hudson, Feb. 22, 2022 |
| 464. | Ivo Willekens, Feb. 22, 2022 |
| 465. | Eric Maurouard, Feb. 22, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 466. | Jerry Smith, Feb. 22, 2022 |
| 467. | Erik Johnson, Feb. 22, 2022 |
| 468. | Josh Taylor, Feb. 22, 2022 |
| 469. | Greg Wolff, Feb. 22, 2022 |
| 470. | Dean Ferb, Feb. 22, 2022 |
| 471. | Douglas Boldt, Feb. 22, 2022 |
| 472. | Jason Huang, Feb. 22, 2022 |
| 473. | Joshua Arthur, Feb. 22, 2022 |
| 474. | Chris Taylor, Feb. 22, 2022 |
| 475. | Drew Frazier, Feb. 22, 2022 |
| 476. | Bob Dilonardo, Feb. 22, 2022 |
| 477. | Drew Boatright, Feb. 22, 2022 |
| 478. | Ivan Jimenez, Feb. 22, 2022 |
| 479. | Brad O'hara, Feb. 22, 2022 |
| 480. | Ivan Jimenez, Feb. 22, 2022 |
| 481. | Jonathon Allen, Feb. 22, 2022 |
| 482. | Jesse Peckham, Feb. 22, 2022 |
| 483. | Jett Dueitt, Feb. 22, 2022 |
| 484. | Jonathan Naimon, Feb. 22, 2022 |
| 485. | John Swartz, Feb. 22, 2022 |
| 486. | Aaron, Feb. 22, 2022 |
| 487. | Anthony Mcninch, Feb. 22, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 488. | David Kaye, Feb. 22, 2022 |
| 489. | Jon Travers, Feb. 22, 2022 |
| 490. | Ian Marcus, Feb. 22, 2022 |
| 491. | Christos Vlachos, Feb. 22, 2022 |
| 492. | Brett, Feb. 22, 2022 |
| 493. | Adam White, Feb. 22, 2022 |
| 494. | Jason Griffin, Feb. 22, 2022 |
| 495. | Greg Hathorn, Feb. 22, 2022 |
| 496. | Avik Barat, Feb. 22, 2022 |
| 497. | Amit Green, Feb. 22, 2022 |
| 498. | Alonso Aliaguilla, Feb. 22, 2022 |
| 499. | Burak Ustundag, Feb. 22, 2022 |
| 500. | Giles T., Feb. 22, 2022 |
| 501. | Evan Malanga, Feb. 22, 2022 |
| 502. | Gazmir Spahiu, Feb. 22, 2022 |
| 503. | Brian Decker, Feb. 22, 2022 |
| 504. | D. K., Feb. 22, 2022 |
| 505. | Gerry Miller, Feb. 22, 2022 |
| 506. | Malay Parikh, Feb. 22, 2022 |
| 507. | Jon Buck, Feb. 22, 2022 |
| 508. | Matt Brienen, Feb. 22, 2022 |
| 509. | Dan Childers, Feb. 22, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 510. | Brian House, Feb. 22, 2022 |
| 511. | Mohammed A. Ahmed, Feb. 22, 2022 |
| 512. | David Warshaw, Feb. 22, 2022 |
| 513. | Suheil Khuri, Feb. 22, 2022 |
| 514. | Brandon Davis, Feb. 22, 2022 |
| 515. | Sumit Gupta, Feb. 22, 2022 |
| 516. | Matthew Busick, Feb. 22, 2022 |
| 517. | Jt, Feb. 22, 2022 |
| 518. | Radhika Chimmula, Feb. 22, 2022 |
| 519. | Michael Lamonica, Feb. 22, 2022 |
| 520. | Lane Strunk, Feb. 22, 2022 |
| 521. | Laks Ramachandran, Feb. 22, 2022 |
| 522. | Muhammad Islam, Feb. 22, 2022 |
| 523. | Pradeep Ankala, Feb. 22, 2022 |
| 524. | M. Stewart, Feb. 22, 2022 |
| 525. | R. J., Feb. 22, 2022 |
| 526. | Go, Feb. 22, 2022 |
| 527. | Nathan Shumway, Feb. 22, 2022 |
| 528. | Jeremiah Conlon, Feb. 22, 2022 |
| 529. | Donald Kooy, Feb. 22, 2022 |
| 530. | Simone Cortini, Feb. 22, 2022 |
| 531. | R. A. Raghuvir, Feb. 22, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 532. | Matt Gleason, Feb. 22, 2022 |
| 533. | Michael Thomas, Feb. 22, 2022 |
| 534. | David Velasquez, Feb. 22, 2022 |
| 535. | Matt Barker, Feb. 22, 2022 |
| 536. | Dennis Moody, Feb. 22, 2022 |
| 537. | Marcia Kasson, Feb. 22, 2022 |
| 538. | Frank Janesh, Feb. 22, 2022 |
| 539. | Phil Dubuque, Feb. 22, 2022 |
| 540. | Chris Losacco, Feb. 22, 2022 |
| 541. | Sirish Karpuram, Feb. 22, 2022 |
| 542. | Phil Bonarigo, Feb. 22, 2022 |
| 543. | Picador Greens, Feb. 22, 2022 |
| 544. | Lee Richardson, Feb. 22, 2022 |
| 545. | Mono Schwarz-Kogelnik, Feb. 22, 2022 |
| 546. | Thomas Wodetzki, Feb. 22, 2022 |
| 547. | Mike Masland, Feb. 22, 2022 |
| 548. | Alexander Timberlake, Feb. 22, 2022 |
| 549. | David Foley, Feb. 22, 2022 |
| 550. | John Nyquist, Feb. 22, 2022 |
| 551. | Daniel Woods, Feb. 22, 2022 |
| 552. | Jon, Feb. 22, 2022 |
| 553. | Andrew Bouquet, Feb. 22, 2022 |

Doc. No.    Description

554.    Sundeep Bollineni, Feb. 22, 2022

555.    Calvin Jennings, Feb. 22, 2022

556.    Crispus Potts, Feb. 22, 2022

557.    Doug Edwards, Feb. 22, 2022

558.    Mr. Fox, Feb. 22, 2022

559.    David, Feb. 22, 2022

560.    Radhika Chimmula, Feb. 22, 2022

561.    Rob Shore, Feb. 22, 2022

562.    Luc Dupuis, Feb. 22, 2022

563.    Lyle Steffens, Feb. 22, 2022

564.    Heidi Berger, Feb. 22, 2022

565.    Sandro Sacchetti, Feb. 22, 2022

566.    David Little, Feb. 22, 2022

567.    Scott Urbanski, Feb. 22, 2022

568.    Tim Mcdevitt, Feb. 22, 2022

569.    Tim Caudill, Feb. 22, 2022

570.    Thomas Boyer, Feb. 22, 2022

571.    Bruce Jedziniak, Feb. 22, 2022

572.    Thomas Bacon, Feb. 22, 2022

573.    Howard, Feb. 22, 2022

574.    Luke Shagets, Feb. 22, 2022

575.    Colin Maccosbe, Feb. 22, 2022

| Doc. No. | Description |
|---|---|
| 576. | John Lentz, Feb. 22, 2022 |
| 577. | Nicole Perry, Feb. 22, 2022 |
| 578. | Kevin Haughton, Feb. 22, 2022 |
| 579. | Mike Sheehy, Feb. 22, 2022 |
| 580. | Scott Morrison, Feb. 22, 2022 |
| 581. | Alex Upperman, Feb. 22, 2022 |
| 582. | David Elias, Feb. 22, 2022 |
| 583. | Anonymous, Feb. 22, 2022 |
| 584. | Steve Schaefer, Feb. 22, 2022 |
| 585. | Tony Huston, Feb. 22, 2022 |
| 586. | Tom Baroody, Feb. 22, 2022 |
| 587. | Roger Kephart, Feb. 22, 2022 |
| 588. | Anthony Damico, Feb. 22, 2022 |
| 589. | David Finkelstein, Feb. 22, 2022 |
| 590. | Jeff Wulff, Feb. 22, 2022 |
| 591. | Brad Stewart, Feb. 22, 2022 |
| 592. | Salomon Fadel, Feb. 22, 2022 |
| 593. | Ally, Feb. 22, 2022 |
| 594. | Scott Stambush, Feb. 22, 2022 |
| 595. | Anonymous, Feb. 22, 2022 |
| 596. | Valerie Amador, Feb. 22, 2022 |
| 597. | Tim Horak, Feb. 22, 2022 |

Doc. No.    Description

598.    Don Winans, Feb. 22, 2022

599.    Brandon Roth, Feb. 22, 2022

600.    Rahul Kapoor, Feb. 22, 2022

601.    Alex Post, Feb. 22, 2022

602.    Will Mihill, Feb. 22, 2022

603.    Daniel Kim, Feb. 22, 2022

604.    Rusty Jacanon, Feb. 22, 2022

605.    Balbir Kaur, Feb. 22, 2022

606.    Zach Wright, Feb. 22, 2022

607.    Matthew Zimmerman, Feb. 22, 2022

608.    Brian King, Feb. 22, 2022

609.    Jimmy Kostro, Feb. 22, 2022

610.    Lyle Pratt, Feb. 22, 2022

611.    Tom Turney, Feb. 22, 2022

612.    Jay Reynolds, Feb. 22, 2022

613.    Paul Caine Plumbing, Feb. 22, 2022

614.    Jim Glover, Feb. 22, 2022

615.    Matt Rillos, Feb. 22, 2022

616.    Denis Ueda, Feb. 22, 2022

617.    Vince Welter, Feb. 22, 2022

618.    Chris Reichelt, Feb. 22, 2022

619.    Theo Zacharatos, Feb. 22, 2022

Doc. No.    Description

620.    Reid Carleton, Feb. 22, 2022

621.    Richard Lopresti, Feb. 22, 2022

622.    Harika C., Feb. 22, 2022

623.    Jesse Gabriellini, Feb. 22, 2022

624.    Jacob Winston, Feb. 22, 2022

625.    Stacey Curtis, Feb. 22, 2022

626.    Zac Prince, Feb. 22, 2022

627.    Anonymous, Feb. 22, 2022

628.    Patrick Lahey, Feb. 22, 2022

629.    Mark Dalton, Feb. 22, 2022

630.    Jonas Iglesias, Feb. 22, 2022

631.    Robert O'Brien, Feb. 22, 2022

632.    Carlo Colatosti, Feb. 22, 2022

633.    Daren Tobert, Feb. 22, 2022

634.    B. A., Feb. 22, 2022

635.    C. Wayne Weart, Feb. 22, 2022

636.    Brandon Berry, Feb. 22, 2022

637.    Daniil Savelyev, Feb. 22, 2022

638.    M. J., Feb. 22, 2022

639.    Andrew Dyer, Feb. 22, 2022

640.    Richard Stanton, Feb. 22, 2022

641.    Richard Honig, Feb. 22, 2022

Doc. No.    Description

642.    Anonymous, Feb. 22, 2022

643.    J.D. Wells, Feb. 22, 2022

644.    Steven Venino, Feb. 22, 2022

645.    Adam Mazzola, Feb. 22, 2022

646.    Andrew Conley, Feb. 22, 2022

647.    Scott Sargent, Feb. 22, 2022

648.    Michael Perna, Feb. 22, 2022

649.    Steven Powers, Feb. 22, 2022

650.    Miroslav Ristic, Feb. 22, 2022

651.    Sebastiaan Van Der Lans, Feb. 22, 2022

652.    R. L., Feb. 22, 2022

653.    Gary Kerr, Feb. 22, 2022

654.    Lawrence Uhl, Feb. 22, 2022

655.    Ricardy R., Feb. 22, 2022

656.    James J. Singer, Feb. 22, 2022

657.    David Dewey, Feb. 22, 2022

658.    Pat O'shea, Feb. 22, 2022

659.    Davis Mcelwain, Feb. 22, 2022

660.    Charles Kincannon, Feb. 22, 2022

661.    Oliver Carbonell, Feb. 22, 2022

662.    J. H., Feb. 22, 2022

663.    Chip Carney, Feb. 22, 2022

| Doc. No. | Description |
|----------|-------------|
| 664. | Amy King, Feb. 22, 2022 |
| 665. | Brett Colbert, Feb. 22, 2022 |
| 666. | John Wilcha, Feb. 22, 2022 |
| 667. | Michael J. Sheslow, Feb. 22, 2022 |
| 668. | Michael He, Feb. 22, 2022 |
| 669. | Curtis Rogers, Feb. 22, 2022 |
| 670. | Peter Melsness, Feb. 22, 2022 |
| 671. | Anonymous, Feb. 22, 2022 |
| 672. | Brian Stephenson, Feb. 22, 2022 |
| 673. | Doug Nelson, Feb. 22, 2022 |
| 674. | Ross Koch, Feb. 22, 2022 |
| 675. | Anonymous, Feb. 22, 2022 |
| 676. | Janet Rickstrew, Feb. 22, 2022 |
| 677. | Tomm, Feb. 22, 2022 |
| 678. | Edward Maeda, Feb. 22, 2022 |
| 679. | Anonymous, Feb. 22, 2022 |
| 680. | Ryan Kawecki, Feb. 22, 2022 |
| 681. | John Dill, Feb. 22, 2022 |
| 682. | Johnny Vinje, Feb. 22, 2022 |
| 683. | Adam Yarnold, Feb. 22, 2022 |
| 684. | Brandon Thomas, Feb. 22, 2022 |
| 685. | Nicholas Wiesnet, Feb. 22, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 686. | Wlliam Mille, Feb. 22, 2022 |
| 687. | Jeff Luehrs, Feb. 22, 2022 |
| 688. | Charles Thomasma, Feb. 22, 2022 |
| 689. | Aristotle Copernicus, Feb. 22, 2022 |
| 690. | David Varisco, Feb. 22, 2022 |
| 691. | Alan Hinton, Feb. 22, 2022 |
| 692. | John Zanolla, Feb. 22, 2022 |
| 693. | J. Lash, Feb. 22, 2022 |
| 694. | John Jackson, Feb. 22, 2022 |
| 695. | Ruben Matos, Feb. 22, 2022 |
| 696. | Johanes Swenberg, Feb. 22, 2022 |
| 697. | Billy Delgiorno, Feb. 22, 2022 |
| 698. | Gary Boyle, Feb. 22, 2022 |
| 699. | Corey Flynn, Feb. 22, 2022 |
| 700. | Ian Rubel, Feb. 22, 2022 |
| 701. | Adil Abdulali, Feb. 22, 2022 |
| 702. | Aaron Mcclure, Feb. 22, 2022 |
| 703. | Sam Hope, Feb. 22, 2022 |
| 704. | Anonymous, Feb. 22, 2022 |
| 705. | Jim Cahill, Feb. 22, 2022 |
| 706. | John Nabers, Feb. 22, 2022 |
| 707. | Carlos Alvarado, Feb. 22, 2022 |

Doc. No.    Description

708.    Scott Hasday, Feb. 22, 2022

709.    Jon West, Feb. 22, 2022

710.    Peter Thorbahn, Feb. 22, 2022

711.    Don Ford, Feb. 22, 2022

712.    Ilya Averbukh, Feb. 22, 2022

713.    Nick Petek, Feb. 22, 2022

714.    Anonymous, Feb. 22, 2022

715.    Ramon Fernandez, Feb. 22, 2022

716.    Jason Pancis, Feb. 22, 2022

717.    Dan Boyd, Feb. 22, 2022

718.    Adrien Luccisano, Feb. 22, 2022

719.    Bradley Stinson, Feb. 22, 2022

720.    Jack Guida, Feb. 22, 2022

721.    Nick Neelis, Feb. 22, 2022

722.    Anonymous, Feb. 22, 2022

723.    Susan, Feb. 22, 2022

724.    Alan, Feb. 22, 2022

725.    Vishal Bamba, Feb. 22, 2022

726.    Clare Anderson, Feb. 22, 2022

727.    Reddy Gottipolu, Feb. 22, 2022

728.    Michael Seneca, Feb. 22, 2022

729.    Bijou Lulla, Feb. 22, 2022

Doc. No.    Description

730.    Brooke Day, Feb. 22, 2022

731.    Luke Squires, Feb. 22, 2022

732.    Steve Klopp, Feb. 22, 2022

733.    Dan Edlebeck, Feb. 22, 2022

734.    Russell Fallo, Feb. 22, 2022

735.    Jerry Koberlein, Feb. 22, 2022

736.    Brian Gu, Feb. 22, 2022

737.    Anonymous, Feb. 22, 2022

738.    Kevin Compton, Feb. 22, 2022

739.    Brett St. John, Feb. 22, 2022

740.    Andrew Meranus, Feb. 22, 2022

741.    Anonymous, Feb. 22, 2022

742.    Justin Brown, Feb. 22, 2022

743.    Geoff Cartier, Feb. 22, 2022

744.    Charles Preston, Feb. 22, 2022

745.    Chris Liu, Feb. 22, 2022

746.    Christian Cardenas, Feb. 22, 2022

747.    Andrew Melmed, Feb. 22, 2022

748.    Eli Solow, Feb. 22, 2022

749.    Scott C. Boyd, Feb. 22, 2022

750.    Vafa Mansouri, Feb. 22, 2022

751.    Svetlin Krastev, Feb. 22, 2022

Doc. No.    Description

752.    Tom Sara Corwin, Feb. 22, 2022

753.    Vafa Mansouri, Feb. 22, 2022

754.    Mike Gaffney, Feb. 22, 2022

755.    Robert P. Martin, Feb. 22, 2022

756.    Reuben Abraham, Feb. 22, 2022

757.    Margaret Jones, Feb. 22, 2022

758.    George Fulop, Feb. 22, 2022

759.    Teh Shih Hao, Feb. 22, 2022

760.    John Paul Goode, Feb. 22, 2022

761.    Josh Nicholls, Feb. 22, 2022

762.    Chris Mcgrath, Feb. 22, 2022

763.    Allen Bishop, Feb. 22, 2022

764.    Tom Spear, Feb. 22, 2022

765.    Anonymous, Feb. 22, 2022

766.    Hayden Parrish, Feb. 22, 2022

767.    Edmund Guyer, Feb. 22, 2022

768.    Josh Tucker, Feb. 22, 2022

769.    Scott Cronk, Feb. 22, 2022

770.    Cole Bolin, Feb. 22, 2022

771.    Ricardo Gonzalez, Feb. 22, 2022

772.    Christian Borcher, Feb. 22, 2022

773.    Cheryl Louie, Feb. 22, 2022

Doc. No.    Description

774.    Tom Schwartz, Feb. 22, 2022

775.    B. Bousmaha, Feb. 22, 2022

776.    David Bowman, Feb. 22, 2022

777.    Allen, Feb. 22, 2022

778.    Rory Green, Feb. 22, 2022

779.    Anonymous, Feb. 22, 2022

780.    Chris Depierro, Feb. 22, 2022

781.    Anonymous, Feb. 22, 2022

782.    Kamal Kannan, Feb. 22, 2022

783.    Jeffrey T., Feb. 22, 2022

784.    James Wheeler, Feb. 22, 2022

785.    Matthew Pachniuk, Feb. 22, 2022

786.    Manoj Duggirala, Feb. 22, 2022

787.    Michele Lellman, Feb. 22, 2022

788.    Thomas West, Feb. 22, 2022

789.    Matt Wittemann, Feb. 22, 2022

790.    James Darle Jones Sr., Feb. 22, 2022

791.    Jeff Bender, Feb. 22, 2022

792.    Ryan Rupp, Feb. 22, 2022

793.    Ben, Feb. 22, 2022

794.    Anonymous, Feb. 22, 2022

795.    G. A., Feb. 22, 2022

Doc. No.    Description

796.    Andy Hrdlicka, Feb. 22, 2022

797.    Charlie Lellman, Feb. 22, 2022

798.    James Mustard, Feb. 22, 2022

799.    Larry D., Feb. 22, 2022

800.    John M., Feb. 22, 2022

801.    David Frantz, Feb. 22, 2022

802.    Mike Hartnett, Feb. 22, 2022

803.    William Etherington, Feb. 22, 2022

804.    Mike Suh, Feb. 22, 2022

805.    Justin Bledsoe, Feb. 22, 2022

806.    Anonymous, Feb. 22, 2022

807.    Scott Steimle, Feb. 22, 2022

808.    Shobana Iyer, Feb. 22, 2022

809.    Mike Hartnett, Feb. 22, 2022

810.    Anonymous, Feb. 22, 2022

811.    Vafa Mansouri, Feb. 22, 2022

812.    Francisco Romero Carrasquillo, Feb. 22, 2022

813.    Pete Wooten, Feb. 22, 2022

814.    R. O'toole, Feb. 22, 2022

815.    Vafamansouri, Feb. 22, 2022

816.    Michael Leonard, Feb. 22, 2022

817.    Chris Earthman, Feb. 22, 2022

Doc. No.    Description

818.    Bob Schultz, Feb. 22, 2022

819.    Salil Aggarwal, Feb. 22, 2022

820.    Shawn Murphy, Feb. 22, 2022

821.    Danen Carlson, Feb. 22, 2022

822.    Pedro A., Feb. 22, 2022

823.    Darren Olson, Feb. 22, 2022

824.    David Kong, Feb. 22, 2022

825.    Jim Quinn, Feb. 22, 2022

826.    Ralph Smith, Feb. 22, 2022

827.    Patrick Nappi, Feb. 22, 2022

828.    Erik Muller, Feb. 22, 2022

829.    Herb Holroyd, Feb. 22, 2022

830.    Bill Green, Feb. 22, 2022

831.    Dave Hodge, Feb. 22, 2022

832.    Dave Trojanowski, Feb. 22, 2022

833.    Chris Neuberger, Feb. 22, 2022

834.    Anonymous, Feb. 22, 2022

835.    Victorio Amoedo, Feb. 22, 2022

836.    Michael Tudor, Feb. 22, 2022

837.    Anonymous, Feb. 22, 2022

838.    Martin C. Bean, Feb. 22, 2022

839.    Richard Arrett, Feb. 22, 2022

Doc. No.    Description

840.    Steve, Feb. 22, 2022

841.    Dev Thompson, Feb. 22, 2022

842.    Chris, Feb. 22, 2022

843.    Anonymous, Feb. 22, 2022

844.    Anonymous, Feb. 22, 2022

845.    Sean Owens, Feb. 22, 2022

846.    Ruben Arellano, Feb. 22, 2022

847.    Bradley Vandervelde, Feb. 22, 2022

848.    Brad Gieseke, Feb. 22, 2022

849.    Mike Mcgrath, Feb. 22, 2022

850.    Taylor Sahl, Feb. 22, 2022

851.    Amir Roy, Feb. 22, 2022

852.    Adam Clifford, Feb. 22, 2022

853.    Peter Badger, Feb. 22, 2022

854.    Kyle Behymer, Feb. 22, 2022

855.    Joel Klabo, Feb. 22, 2022

856.    Craig Chalfie, Feb. 22, 2022

857.    Joey Defilippo, Feb. 22, 2022

858.    Mike Howard, Feb. 22, 2022

859.    Christopher Rottler, Feb. 22, 2022

860.    Ron, Feb. 22, 2022

861.    Son Le, Feb. 22, 2022

Doc. No.    Description

862.    Robin P , Feb. 22, 2022

863.    Matt Comsa, Feb. 22, 2022

864.    Massimo, Feb. 22, 2022

865.    Paul Scholes, Feb. 22, 2022

866.    Mike Sargent, Feb. 22, 2022

867.    Steve Ross, Feb. 22, 2022

868.    Krist Sokoli, Feb. 22, 2022

869.    Paul Prawdiuk, Feb. 22, 2022

870.    Ezra Wery, Feb. 22, 2022

871.    Bradley Rettler, Feb. 22, 2022

872.    Rafael Benrey, Feb. 22, 2022

873.    John Bucceri, Feb. 22, 2022

874.    Ty Shinn, Feb. 22, 2022

875.    Larry Bi, Feb. 22, 2022

876.    Craig Nelson, Feb. 22, 2022

877.    Andy Wrinkle, Feb. 22, 2022

878.    Scott Pennell, Feb. 22, 2022

879.    Steve Wind, Feb. 22, 2022

880.    Kurt Johnson, Feb. 22, 2022

881.    Kristen Reagan, Feb. 22, 2022

882.    Brad Gregory, Feb. 22, 2022

883.    Adam Gauthier, Feb. 22, 2022

| Doc. No. | Description |
|----------|-------------|
| 884. | Seth Gambone, Feb. 22, 2022 |
| 885. | Mark Tootsey, Feb. 22, 2022 |
| 886. | Leslie Nevarez, Feb. 22, 2022 |
| 887. | J. Bird, Feb. 22, 2022 |
| 888. | Tom Campbell, Feb. 22, 2022 |
| 889. | Josh Wingate, Feb. 22, 2022 |
| 890. | Austin Lynch, Feb. 22, 2022 |
| 891. | Tomas Varchola, Feb. 22, 2022 |
| 892. | Anton Raimondo, Feb. 22, 2022 |
| 893. | Pedro Palos, Feb. 22, 2022 |
| 894. | Jon Bishop, Feb. 22, 2022 |
| 895. | John Staehlin, Feb. 22, 2022 |
| 896. | Mikey Vongdara, Feb. 22, 2022 |
| 897. | Grant Geisler, Feb. 22, 2022 |
| 898. | David Giusti, Feb. 22, 2022 |
| 899. | Ricardo Gonzalez, Feb. 22, 2022 |
| 900. | Michael Waller, Feb. 22, 2022 |
| 901. | Dennis Gendreau, Feb. 22, 2022 |
| 902. | Michael Schaller, Feb. 22, 2022 |
| 903. | Stephen Cassel, Feb. 22, 2022 |
| 904. | Drew Saltarelli, Feb. 22, 2022 |
| 905. | Ricardo Ventura, Feb. 22, 2022 |

Doc. No.    Description

906.    David Gonzalez, Feb. 22, 2022

907.    Ian Mcgaw, Feb. 22, 2022

908.    Barry Sorkin, Feb. 22, 2022

909.    Justin Lowy, Feb. 22, 2022

910.    Brian Sabino, Feb. 22, 2022

911.    B. Saldutti, Feb. 22, 2022

912.    Tracy Myers, Feb. 22, 2022

913.    Gustav Petersson, Feb. 22, 2022

914.    Mark Zellers, Feb. 22, 2022

915.    Bryan Watts, Feb. 22, 2022

916.    Scott Rand, Feb. 22, 2022

917.    Luke Lambert, Feb. 22, 2022

918.    Keith Price, Feb. 22, 2022

919.    Robert Grau, Feb. 22, 2022

920.    Roger Miles, Feb. 22, 2022

921.    Paul, Feb. 22, 2022

922.    Gregory Nelson, Feb. 22, 2022

923.    Kevin Brant, Feb. 22, 2022

924.    Anonymous, Feb. 22, 2022

925.    Vince Pomeroy, Feb. 22, 2022

926.    Maximillian Laumeister, Feb. 22, 2022

927.    Kevin Malone, Feb. 22, 2022

Doc. No.    Description

928.    Brian J. Harris, Feb. 22, 2022

929.    Marc Sachs, Feb. 22, 2022

930.    Chas Shafer, Feb. 22, 2022

931.    David Vannoy, Feb. 22, 2022

932.    Aditya Singh, Feb. 22, 2022

933.    Daniel, Feb. 22, 2022

934.    David R. Zoellner, Sr. , Feb. 22, 2022

935.    Karl-William Nietert, Feb. 22, 2022

936.    Wally Hansen, Feb. 22, 2022

937.    Martin Quinn, Feb. 22, 2022

938.    Prakash J. Chaudhari, Feb. 22, 2022

939.    Robert Provencal, Feb. 22, 2022

940.    Eric Papczun, Feb. 22, 2022

941.    Craig Sedaka, Feb. 22, 2022

942.    David Gonzales, Feb. 22, 2022

943.    Anonymous, Feb. 22, 2022

944.    Sébastien Ouellette, Feb. 22, 2022

945.    Alex Holt, Feb. 22, 2022

946.    Vaibhav Beniwal, Feb. 22, 2022

947.    Alexander Ellefsen, Feb. 22, 2022

948.    Matt Rado, Feb. 22, 2022

949.    Gregg Vanderwaerdt, Feb. 22, 2022

Doc. No.    Description

950.    Michele Sileo, Feb. 22, 2022

951.    Wade Mortenson, Feb. 22, 2022

952.    Chris Heidt, Feb. 22, 2022

953.    Binia, Feb. 22, 2022

954.    Andy Encarnacion, Feb. 22, 2022

955.    Christian Nunez, Feb. 22, 2022

956.    Rodney C Neighbour, Feb. 22, 2022

957.    Tyler Smith, Feb. 22, 2022

958.    Michael Gorini, Feb. 22, 2022

959.    Jing, Feb. 22, 2022

960.    Paul Pinkerton, Feb. 22, 2022

961.    Brad Renfrow, Feb. 22, 2022

962.    Jay Kuo, Feb. 22, 2022

963.    Cliff Chan, Feb. 22, 2022

964.    John Edrington, Feb. 22, 2022

965.    Anonymous, Feb. 22, 2022

966.    Mikal Koss, Feb. 22, 2022

967.    Jeff West, Feb. 22, 2022

968.    Danielyjou, Feb. 22, 2022

969.    Stephen Earll, Feb. 22, 2022

970.    Steven Han, Feb. 22, 2022

971.    Jeffrey Frantz, Feb. 22, 2022

Doc. No.    Description

972.    Jose Kassar, Feb. 22, 2022

973.    Joe Tarantino, Feb. 22, 2022

974.    Tom Nann, Feb. 22, 2022

975.    Michael Kelly, Feb. 22, 2022

976.    Tom Hutson, Feb. 22, 2022

977.    Nivel Sookoo, Feb. 22, 2022

978.    Gregory Spowart, Feb. 22, 2022

979.    Landon Arnold, Feb. 22, 2022

980.    Dt Iddins, Feb. 22, 2022

981.    Gustavo Belaunde, Feb. 22, 2022

982.    Jordan Lowy, Feb. 22, 2022

983.    Ron, Feb. 22, 2022

984.    Roger Hobbie, Feb. 22, 2022

985.    Mark and Wendy Muller, Feb. 22, 2022

986.    Joe Mcisaac, Feb. 22, 2022

987.    Nick Mariotti, Feb. 22, 2022

988.    Firas A., Feb. 22, 2022

989.    Stetson Hogue, Feb. 22, 2022

990.    Robert Cillo, Feb. 22, 2022

991.    Dan Neylan, Feb. 22, 2022

992.    Greg Russick, Feb. 22, 2022

993.    Ryan Hucks, Feb. 22, 2022

Doc. No.    Description

994.    Anthony Simonetti, Feb. 22, 2022

995.    Dominic Verso, Feb. 22, 2022

996.    Anonymous, Feb. 22, 2022

997.    Mark Teplitz, Feb. 22, 2022

998.    Abhinav Khatri, Feb. 22, 2022

999.    Eric Miller, Feb. 22, 2022

1000.    Alfredo Levit, Feb. 22, 2022

1001.    Scott Barnett, Feb. 22, 2022

1002.    Steven Johnson, Feb. 22, 2022

1003.    Stephan Paternot, Feb. 22, 2022

1004.    J.J. Lehett, Feb. 22, 2022

1005.    Chris Fernandez, Feb. 22, 2022

1006.    John Hansen, Feb. 22, 2022

1007.    Mike Ost, Feb. 22, 2022

1008.    Dan O'shea, Feb. 22, 2022

1009.    Mike Fallon, Feb. 22, 2022

1010.    Joep Rijk, Feb. 22, 2022

1011.    Jack Bauer, Feb. 22, 2022

1012.    Gene Rosamilia, Feb. 22, 2022

1013.    Stephen Hobbie, Feb. 22, 2022

1014.    Michael Peters, Feb. 22, 2022

1015.    Jeff, Feb. 22, 2022

| Doc. No. | Description |
|----------|-------------|
| 1016. | Dennis Burgess, Feb. 22, 2022 |
| 1017. | Safa, Feb. 22, 2022 |
| 1018. | Gary Vanheuvelen, Feb. 22, 2022 |
| 1019. | Praored, Feb. 22, 2022 |
| 1020. | Brett Denaro, Feb. 22, 2022 |
| 1021. | George Kasimos, Feb. 22, 2022 |
| 1022. | Lawrence Lam, Feb. 22, 2022 |
| 1023. | Nick He, Feb. 22, 2022 |
| 1024. | Mark Patek, Feb. 22, 2022 |
| 1025. | Russell Clayton Luttrell, Feb. 22, 2022 |
| 1026. | Bob Tomlinson, Feb. 22, 2022 |
| 1027. | Anil Gorania, Feb. 22, 2022 |
| 1028. | Adrian Cardoza, Feb. 22, 2022 |
| 1029. | Shel Isaacs, Feb. 22, 2022 |
| 1030. | John Petti, Feb. 22, 2022 |
| 1031. | Erick Arndt, Feb. 22, 2022 |
| 1032. | Adnan Khan, Feb. 22, 2022 |
| 1033. | Laurie Redmond, Feb. 22, 2022 |
| 1034. | Sam Konigsberg, Feb. 22, 2022 |
| 1035. | Keahi Salvador, Feb. 22, 2022 |
| 1036. | Frederic T., Feb. 22, 2022 |
| 1037. | Chris Jeffords, Feb. 22, 2022 |

Doc. No.    Description

1038.    Tudor Muset, Feb. 22, 2022

1039.    Andrew Hwang, Feb. 22, 2022

1040.    Matthew Stearns, Feb. 22, 2022

1041.    Jason Cornelius, Feb. 22, 2022

1042.    Tony F., Feb. 22, 2022

1043.    Gregory Jones, Feb. 22, 2022

1044.    Christopher Abarca, Feb. 22, 2022

1045.    James Ide, Feb. 22, 2022

1046.    Filiep Sackx, Feb. 22, 2022

1047.    Clark Rollins, Feb. 22, 2022

1048.    Jake Anderson, Feb. 22, 2022

1049.    Reed Mitchell, Feb. 22, 2022

1050.    Sanjeev Giri, Feb. 22, 2022

1051.    Anonymous, Feb. 22, 2022

1052.    Seiichiro Kita, Feb. 22, 2022

1053.    Wayne Nilsen, Feb. 22, 2022

1054.    Paul Orlino, Feb. 22, 2022

1055.    Larry Temple, Feb. 22, 2022

1056.    David Williams, Feb. 22, 2022

1057.    Bob Lynch, Feb. 22, 2022

1058.    David Hobby, Feb. 22, 2022

1059.    Ben Morgan, Feb. 22, 2022

Doc. No.    Description

1060.    Jacob Hixon, Feb. 22, 2022

1061.    J. C., Feb. 22, 2022

1062.    Emanuel Hernandez, Feb. 22, 2022

1063.    Loretta Hutchinson, Feb. 22, 2022

1064.    Patrick Scruggs, Feb. 22, 2022

1065.    David Merin, Feb. 22, 2022

1066.    Rob Kesler, Feb. 22, 2022

1067.    Jim Labadie, Feb. 22, 2022

1068.    Daniel Schuetz, Feb. 22, 2022

1069.    Ron B., Feb. 22, 2022

1070.    Robert Conrad, Feb. 22, 2022

1071.    Burke Kaltenberger, Feb. 22, 2022

1072.    Mitch Larkin, Feb. 22, 2022

1073.    Timothy Shanahan, Feb. 22, 2022

1074.    Jim Forehand, Feb. 22, 2022

1075.    Jeff Handel, Feb. 22, 2022

1076.    Kay Yim, Feb. 22, 2022

1077.    Anonymous, Feb. 22, 2022

1078.    J. S. White, Feb. 22, 2022

1079.    Robert Portley, Feb. 22, 2022

1080.    Jared Herling, Feb. 22, 2022

1081.    David Perkel, Feb. 22, 2022

| Doc. No. | Description |
|----------|-------------|
| 1082. | Firas Matli, Feb. 22, 2022 |
| 1083. | Sergey Voinich, Feb. 22, 2022 |
| 1084. | Mr. Victor Demyan, Feb. 22, 2022 |
| 1085. | William D. Gannon, Jr., Feb. 22, 2022 |
| 1086. | John Merz, Feb. 22, 2022 |
| 1087. | Sam Clark, Feb. 22, 2022 |
| 1088. | Jack Mccreary, Feb. 22, 2022 |
| 1089. | Shashank Suri, Feb. 22, 2022 |
| 1090. | Adam Welsh, Feb. 22, 2022 |
| 1091. | Thomas Crist, Feb. 22, 2022 |
| 1092. | Gabriel Politzer, Feb. 22, 2022 |
| 1093. | Steve Mesa, Feb. 22, 2022 |
| 1094. | Eric Liu, Feb. 22, 2022 |
| 1095. | Dan Hamilton, Feb. 22, 2022 |
| 1096. | Jay Charles Soper, Feb. 22, 2022 |
| 1097. | Muthurajan Jayakumar, Feb. 22, 2022 |
| 1098. | Jeff Hoffman, Feb. 22, 2022 |
| 1099. | Jack Symonds, Feb. 22, 2022 |
| 1100. | Peter N., Feb. 22, 2022 |
| 1101. | Ron Taylor, Feb. 22, 2022 |
| 1102. | Chris Wrolstad, Feb. 22, 2022 |
| 1103. | Don Miller, Feb. 22, 2022 |

Doc. No.    Description

1104.    Glen Griglak, Feb. 22, 2022

1105.    Andrew Hershy, Feb. 22, 2022

1106.    Alexandra Janecek, Feb. 22, 2022

1107.    Benjamin Covarrubias, Feb. 22, 2022

1108.    Billy, Feb. 22, 2022

1109.    Kyle Whitten, Feb. 22, 2022

1110.    Howdy Mitchell, Feb. 22, 2022

1111.    Martin Janisch, Feb. 22, 2022

1112.    Joseph Maule, Feb. 22, 2022

1113.    Rami Alhassan, Feb. 22, 2022

1114.    James Chew, Feb. 22, 2022

1115.    Mark Harner, Feb. 22, 2022

1116.    Anthony S., Feb. 22, 2022

1117.    Anonymous, Feb. 22, 2022

1118.    Lena Lai, Feb. 22, 2022

1119.    Anonymous, Feb. 22, 2022

1120.    John Buanno, Feb. 22, 2022

1121.    Chad Nichols, Feb. 22, 2022

1122.    L. K., Feb. 22, 2022

1123.    Jordan Scott, Feb. 22, 2022

1124.    James Kunisch, Feb. 22, 2022

1125.    Juan Caceres, Feb. 22, 2022

| Doc. No. | Description |
|---|---|
| 1126. | Paul Warme, Feb. 22, 2022 |
| 1127. | Prashant Shah, Feb. 22, 2022 |
| 1128. | Zumzami I., Feb. 22, 2022 |
| 1129. | Mike Rutherford, Feb. 22, 2022 |
| 1130. | Scott Allen, Feb. 22, 2022 |
| 1131. | Ray, Feb. 22, 2022 |
| 1132. | Raymond Melissa, Feb. 22, 2022 |
| 1133. | Roger A. Rector, Feb. 22, 2022 |
| 1134. | Sebastian Lopez-Otero, Feb. 22, 2022 |
| 1135. | Steven Relaz, Feb. 22, 2022 |
| 1136. | Anonymous, Feb. 22, 2022 |
| 1137. | Tommy Welle Jacobsson, Feb. 22, 2022 |
| 1138. | Wayne Purser, Feb. 22, 2022 |
| 1139. | Rick Parker, Feb. 22, 2022 |
| 1140. | Jason P., Feb. 22, 2022 |
| 1141. | John, Feb. 22, 2022 |
| 1142. | Wuwei Liang, Feb. 22, 2022 |
| 1143. | Keith Warren, Feb. 22, 2022 |
| 1144. | Anonymous, Feb. 22, 2022 |
| 1145. | Mat Borger, Feb. 22, 2022 |
| 1146. | Matt, Feb. 22, 2022 |
| 1147. | Matt Briddell, Feb. 22, 2022 |

Doc. No.    Description

1148.    Matt Unks, Feb. 22, 2022

1149.    Matt Weil, Feb. 22, 2022

1150.    Matthew Becker, Feb. 22, 2022

1151.    Sokot Hassan, Feb. 22, 2022

1152.    Michael Herman, Feb. 22, 2022

1153.    Michael Mahoney, Feb. 22, 2022

1154.    Michael Messick, Feb. 22, 2022

1155.    Nick Blackman, Feb. 22, 2022

1156.    Anonymous, Feb. 22, 2022

1157.    Jacob Thomas, Feb. 22, 2022

1158.    James, Feb. 22, 2022

1159.    James Parmenter, Feb. 22, 2022

1160.    Jason Lavalle, Feb. 22, 2022

1161.    Jason Shi, Feb. 22, 2022

1162.    Javier Felippe, Feb. 22, 2022

1163.    Jeff Josephson, Feb. 22, 2022

1164.    Anonymous, Feb. 22, 2022

1165.    Jim, Feb. 22, 2022

1166.    Joel, Feb. 22, 2022

1167.    Jonathan Buck, Feb. 22, 2022

1168.    Alec Montgomery, Feb. 22, 2022

1169.    Blake Stroud, Feb. 22, 2022

Doc. No.    Description

1170.    Craig Van Arsdale, Feb. 22, 2022

1171.    A.J. Aven, Feb. 22, 2022

1172.    Gregory Flick, Feb. 22, 2022

1173.    Carter Shultz, Feb. 22, 2022

1174.    Btson, Feb. 22, 2022

1175.    Bill Woodlock, Feb. 22, 2022

1176.    Ed Neat, Feb. 22, 2022

1177.    Anonymous, Feb. 22, 2022

1178.    Chris Geihsler, Feb. 22, 2022

1179.    Brad Gordon, Feb. 22, 2022

1180.    Gaby Velazquez, Feb. 22, 2022

1181.    David Clark, Feb. 22, 2022

1182.    Brian Bouffard, Feb. 22, 2022

1183.    Ed Boock, Feb. 22, 2022

1184.    Erik Mclaughlin, Feb. 22, 2022

1185.    Aj A., Feb. 22, 2022

1186.    Adam Griebel, Feb. 22, 2022

1187.    A. G., Feb. 22, 2022

1188.    Jason Amerson, Feb. 22, 2022

1189.    Eric C. Cherasia, Feb. 22, 2022

1190.    Chris Coldewey, Feb. 22, 2022

1191.    Matt Varr, Feb. 22, 2022

Doc. No.     Description

1192.     Steven Funk, Feb. 22, 2022

1193.     Radu, Feb. 22, 2022

1194.     Andrew Dunne, Feb. 22, 2022

1195.     Brian Gardner, Feb. 22, 2022

1196.     Alex Lavelle, Feb. 22, 2022

1197.     Anonymous, Feb. 22, 2022

1198.     Bj Cowan, Feb. 22, 2022

1199.     Hector Carmona, Feb. 22, 2022

1200.     Brandon Carlson, Feb. 22, 2022

1201.     Branon Thames, Feb. 22, 2022

1202.     Alan Gunshor, Feb. 22, 2022

1203.     Quoc Tran, Feb. 22, 2022

1204.     Thomas Donnelly, Feb. 22, 2022

1205.     Shannon Malloy, Feb. 22, 2022

1206.     Ekaterina Ryzhenko, Feb. 22, 2022

1207.     Steven W., Feb. 22, 2022

1208.     Andrew Eklund, Feb. 22, 2022

1209.     Ritch, Feb. 22, 2022

1210.     Timothy Zahner, Feb. 22, 2022

1211.     Jason Pukalo, Feb. 22, 2022

1212.     Sagar Budavi, Feb. 22, 2022

1213.     Andrew Schnackenberg, Feb. 22, 2022

Doc. No.    Description

1214.    Thomas Shaw, Feb. 22, 2022

1215.    Craig Boyd, Feb. 22, 2022

1216.    Jonathan Baird, Feb. 22, 2022

1217.    Ben Yldkard Chang, Feb. 22, 2022

1218.    Clay Wiginton, Feb. 22, 2022

1219.    Tony Nguyen, Feb. 22, 2022

1220.    Dustin Buckley, Feb. 22, 2022

1221.    Wesley Bray, Feb. 22, 2022

1222.    Elliot Tapprich, Feb. 22, 2022

1223.    Paul Stewart, Feb. 22, 2022

1224.    John Paul Huizar, Feb. 22, 2022

1225.    William P. Gonzalez, Feb. 22, 2022

1226.    Jon Thornham, Feb. 22, 2022

1227.    Anonymous, Feb. 22, 2022

1228.    Jeff Bindel, Feb. 22, 2022

1229.    Greg Cain, Feb. 22, 2022

1230.    Carl Paulino, Feb. 22, 2022

1231.    Jim Myers, Feb. 22, 2022

1232.    Dan F., Feb. 22, 2022

1233.    Cory Trivax, Feb. 22, 2022

1234.    Art Nunes, Feb. 22, 2022

1235.    Jacob Dexheimer, Feb. 22, 2022

Doc. No.    Description

1236.    Mohamed Sakkal, Feb. 22, 2022

1237.    Vishal Goenka, Feb. 22, 2022

1238.    Felix Villa, Feb. 22, 2022

1239.    Matthew Pollak, Feb. 22, 2022

1240.    Aron Yedersberger, Feb. 22, 2022

1241.    Mark Ferguson, Feb. 22, 2022

1242.    Eduardo Avalos, Feb. 22, 2022

1243.    Steve Mohr, Feb. 22, 2022

1244.    Nathan Knudson, Feb. 22, 2022

1245.    Keith Moore, Feb. 22, 2022

1246.    Adam Thurgood, Feb. 22, 2022

1247.    Doug Moushey, Feb. 22, 2022

1248.    Jason Young, Feb. 22, 2022

1249.    Richard Hall, Feb. 22, 2022

1250.    John Becker, Feb. 22, 2022

1251.    Ben Rothe, Feb. 22, 2022

1252.    Corey Mitchell, Feb. 22, 2022

1253.    Ryan Evans, Feb. 22, 2022

1254.    Troy Kazarian, Feb. 22, 2022

1255.    W. Cole, Feb. 22, 2022

1256.    Jay Polshuk, Feb. 22, 2022

1257.    Darius English, Feb. 22, 2022

Doc. No.    Description

  1258.    Rafael, Feb. 22, 2022

  1259.    Doug Kvamme, Feb. 22, 2022

  1260.    Nickolas Moran, Feb. 22, 2022

  1261.    Sephy, Feb. 22, 2022

  1262.    Michael Broderick, Feb. 22, 2022

  1263.    Austin Guy, Feb. 22, 2022

  1264.    Ryan Morrell, Feb. 22, 2022

  1265.    Landon Russell, Feb. 22, 2022

  1266.    Greg Gressel, Feb. 22, 2022

  1267.    Jarrod Bruner, Feb. 22, 2022

  1268.    Brian Alexander, Arete Mortgage Nw, Feb. 22, 2022

  1269.    Jason Taylor, Feb. 22, 2022

  1270.    Amer Moiduddin, Feb. 22, 2022

  1271.    Mason Lam, Feb. 22, 2022

  1272.    Robert Kent, Feb. 22, 2022

  1273.    Mason Lam, Feb. 22, 2022

  1274.    Ben Krainin, Feb. 22, 2022

  1275.    Chris K., Feb. 22, 2022

  1276.    Brian, Feb. 22, 2022

  1277.    Jacob Rasmussen, Feb. 22, 2022

  1278.    George William, Feb. 22, 2022

  1279.    Joe Mathias, Feb. 22, 2022

<u>Doc. No.</u>    <u>Description</u>

1280.    Jeffrey Shutich, Feb. 22, 2022

1281.    Adam Eisenman, Feb. 22, 2022

1282.    Casey Daniel, Feb. 22, 2022

1283.    Troy Meier, Feb. 22, 2022

1284.    Afshine Emrani, Feb. 22, 2022

1285.    David Fox, Feb. 22, 2022

1286.    J. S. Greenfield, Feb. 22, 2022

1287.    Rob Blaze, Feb. 22, 2022

1288.    Hefner, Feb. 22, 2022

1289.    Bryan B. Solstin, Feb. 22, 2022

1290.    Greg Hunter, Feb. 22, 2022

1291.    Alain Fortuney, Feb. 22, 2022

1292.    Brian Jackson, Feb. 22, 2022

1293.    Brian Briggs, Feb. 22, 2022

1294.    Francesco Saverio Tranfo, Feb. 22, 2022

1295.    Adam Zweig, Feb. 22, 2022

1296.    Blaize Wallace, Feb. 22, 2022

1297.    Alex Zukauskas, Feb. 22, 2022

1298.    Jacob Oppenheim, Feb. 22, 2022

1299.    Anonymous, Feb. 22, 2022

1300.    Sean Battison, Feb. 22, 2022

1301.    Matt Shirts, Feb. 22, 2022

Doc. No.    Description

1302.    Lama Momtaz, Feb. 22, 2022

1303.    Kevin Schnake, Feb. 22, 2022

1304.    Anonymou, Feb. 22, 2022

1305.    Anonymous, Feb. 22, 2022

1306.    Andy J. Shepherd, Feb. 22, 2022

1307.    Thomas Schuessler, Feb. 22, 2022

1308.    Kyle Kazarian, Feb. 22, 2022

1309.    Paul Butzberger, Feb. 22, 2022

1310.    Fahrettin Aydin Fahrettin Yunusoglu, Feb. 22, 2022

1311.    Nader Ghaffari, Feb. 22, 2022

1312.    Frank Doyle, Feb. 22, 2022

1313.    Riddhish Patel, Feb. 22, 2022

1314.    Grant Roberts, Feb. 22, 2022

1315.    Michael Scumaci, Feb. 22, 2022

1316.    Devin Shinn, Feb. 22, 2022

1317.    Eric Young, Feb. 22, 2022

1318.    Shane Claborn, Feb. 22, 2022

1319.    C. Herring, Feb. 22, 2022

1320.    Michael Brannon, Feb. 22, 2022

1321.    Matthew Apodaca, Feb. 22, 2022

1322.    Anonymous, Feb. 22, 2022

1323.    Christopher Truxler, Feb. 22, 2022

Doc. No.     Description

1324.     Yang Liu, Feb. 22, 2022

1325.     John Mindur, Feb. 22, 2022

1326.     Kazi Rahman, Feb. 22, 2022

1327.     Jeff Roberts, Feb. 22, 2022

1328.     Christopher Liu, Feb. 22, 2022

1329.     Giri Yadlapati, Feb. 22, 2022

1330.     Jose Alegre, Feb. 22, 2022

1331.     Shijo Thekkel, Feb. 22, 2022

1332.     Matthew Mitchell, Feb. 22, 2022

1333.     Ryan Smith, Feb. 22, 2022

1334.     Pete Snell, Feb. 22, 2022

1335.     Anthony Calderone, Feb. 22, 2022

1336.     Sith Sou, Feb. 22, 2022

1337.     Anonymous, Feb. 22, 2022

1338.     Brenden Sheehan, Feb. 22, 2022

1339.     Ben Roth, Feb. 22, 2022

1340.     Rhett Reisman, Feb. 22, 2022

1341.     Christian Kurtz, Feb. 22, 2022

1342.     Kurt Loban, Feb. 22, 2022

1343.     David Mcdonnell, Feb. 22, 2022

1344.     Daovady Vilavanh, Feb. 22, 2022

1345.     Anonymous, Feb. 22, 2022

Doc. No.    Description

1346.    Jim Mcbride, Feb. 22, 2022

1347.    David Milligan, Feb. 22, 2022

1348.    Christopher Bell, Feb. 22, 2022

1349.    Joe Sanchez, Feb. 22, 2022

1350.    Jeremy Maestas, Feb. 22, 2022

1351.    Sai Simhadri, Feb. 22, 2022

1352.    Sexson Benjamin, Feb. 22, 2022

1353.    Julien Matsuno, Feb. 22, 2022

1354.    Eric Winchell, Feb. 22, 2022

1355.    Ryan Short, Feb. 22, 2022

1356.    Dr. Nevedal, Feb. 22, 2022

1357.    Ryan Thompson, Feb. 22, 2022

1358.    Ryan Rosell, Feb. 22, 2022

1359.    Mikhail Rogozhin, Feb. 22, 2022

1360.    Chuck Ngan, Feb. 22, 2022

1361.    Brad H., Feb. 22, 2022

1362.    S. Yeluru, Feb. 22, 2022

1363.    Jae Kwang You, Feb. 22, 2022

1364.    Lynn Beer, Feb. 22, 2022

1365.    Adam Hopkins, Feb. 22, 2022

1366.    Aidong Qu, Feb. 22, 2022

1367.    Brandon Gillet, Feb. 22, 2022

Doc. No.   Description

1368.   Chris M. Hagen, Feb. 22, 2022

1369.   Andrew C., Feb. 22, 2022

1370.   Anonymous, Feb. 22, 2022

1371.   Bryan Coward, Feb. 22, 2022

1372.   Matias Conti, Feb. 22, 2022

1373.   Igor Figueiredo, Feb. 22, 2022

1374.   Anonymous, Feb. 22, 2022

1375.   Derek Goldberg, Feb. 22, 2022

1376.   Patrick Honeycutt, Feb. 22, 2022

1377.   Brent Crandall, Feb. 22, 2022

1378.   Damon Min, Feb. 22, 2022

1379.   Paul Ferguson, Feb. 22, 2022

1380.   Mark Swanson, Feb. 22, 2022

1381.   Lee E. Morin, Feb. 22, 2022

1382.   Luke Groom, Feb. 22, 2022

1383.   Brian Sarouhan, Feb. 22, 2022

1384.   Russell Karp, Feb. 22, 2022

1385.   Ed Goode, Feb. 22, 2022

1386.   Venkat Gaddam, Feb. 22, 2022

1387.   James Cook, Feb. 22, 2022

1388.   Abhi Reddy, Feb. 22, 2022

1389.   Rupert, Feb. 22, 2022

Doc. No.    Description

1390.    Larry Wiginton, Feb. 22, 2022

1391.    David Murphy, Feb. 22, 2022

1392.    Brendan Hoban, Feb. 22, 2022

1393.    Lane O'Berry, Feb. 22, 2022

1394.    David Leach, Feb. 22, 2022

1395.    Rob Rivera, Feb. 22, 2022

1396.    Jonathan Evans, Feb. 22, 2022

1397.    Dylan Teeter, Feb. 22, 2022

1398.    Chris K. , Feb. 22, 2022

1399.    Richard Zheng, Feb. 22, 2022

1400.    Sanjay Srivatsa, Feb. 22, 2022

1401.    Anonymous, Feb. 22, 2022

1402.    Philip Ferrante, Feb. 22, 2022

1403.    Christopher Yoha, Feb. 22, 2022

1404.    Blake Franson, Feb. 22, 2022

1405.    Charlie Kim, Feb. 22, 2022

1406.    Tina Ellington, Feb. 22, 2022

1407.    Jason Cianfrani, Feb. 22, 2022

1408.    Teag Turner, Feb. 22, 2022

1409.    Bryan Massenzo, Feb. 22, 2022

1410.    Joshua Thurman, Feb. 22, 2022

1411.    Giuseppe Lentini, Feb. 22, 2022

Doc. No.    Description

1412.    Loren Dohm, Feb. 22, 2022

1413.    Michael, Feb. 22, 2022

1414.    Scott Hong, Feb. 22, 2022

1415.    Kendall Kunz, Feb. 22, 2022

1416.    Philip Basile, Feb. 22, 2022

1417.    Ryan Heywood, Feb. 22, 2022

1418.    Joshua Finch, Feb. 22, 2022

1419.    Joe Hartman, Feb. 22, 2022

1420.    Cory Mead, Feb. 22, 2022

1421.    Arun Reddy, Feb. 22, 2022

1422.    Daniel Galligan, Feb. 22, 2022

1423.    Jorge Gatica, Feb. 22, 2022

1424.    Haydn Cole, Feb. 22, 2022

1425.    Gershon Fiedler, Feb. 22, 2022

1426.    Glen James, Feb. 22, 2022

1427.    Nick Mcconnell, Feb. 22, 2022

1428.    Jason Aguado, Feb. 22, 2022

1429.    Mason Steed, Feb. 22, 2022

1430.    Rick Biedscheid, Feb. 22, 2022

1431.    Damian Artt, Feb. 22, 2022

1432.    Anonymous, Feb. 22, 2022

1433.    Alton Cossey, Feb. 22, 2022

| Doc. No. | Description |
|----------|-------------|
| 1434. | Olivier Mercier, Feb. 22, 2022 |
| 1435. | John Fitzgerald, Feb. 22, 2022 |
| 1436. | Nathan Rego, Feb. 22, 2022 |
| 1437. | Ruta Greenberg, Feb. 22, 2022 |
| 1438. | Mark D'andrea, Feb. 22, 2022 |
| 1439. | Boonleng Cheong, Feb. 22, 2022 |
| 1440. | Yin Shao Ming, Feb. 22, 2022 |
| 1441. | Frank, Feb. 22, 2022 |
| 1442. | Kyle Stokes, Feb. 22, 2022 |
| 1443. | James Engel, Feb. 22, 2022 |
| 1444. | Vic Lin, Feb. 22, 2022 |
| 1445. | Nick Schott, Feb. 22, 2022 |
| 1446. | Anonymous, Feb. 22, 2022 |
| 1447. | Matthew Wood, Feb. 22, 2022 |
| 1448. | Leo Atkinson, Feb. 22, 2022 |
| 1449. | Jay Abraham, Feb. 22, 2022 |
| 1450. | Eric Doebele, Feb. 22, 2022 |
| 1451. | Dave Tesoriero, Feb. 22, 2022 |
| 1452. | Mike Lemaich, Feb. 22, 2022 |
| 1453. | Anonymous, Feb. 22, 2022 |
| 1454. | Spencer Werres, Feb. 22, 2022 |
| 1455. | Pavel Ferreri, Feb. 22, 2022 |

Doc. No.    Description

1456.    Marvin Jones, Feb. 22, 2022

1457.    Padmanabhan Nilakantan, Feb. 22, 2022

1458.    Xing Guan, Feb. 22, 2022

1459.    Vince, Feb. 22, 2022

1460.    Gary Scroggins - Personal, Feb. 22, 2022

1461.    Greg Newman, Feb. 22, 2022

1462.    Christopher Suiter, Feb. 22, 2022

1463.    Igor Bachurin, Feb. 22, 2022

1464.    Andy Airriess, Feb. 22, 2022

1465.    Joshua Burman, Feb. 22, 2022

1466.    Francisco Leyton, Feb. 22, 2022

1467.    Phil Isenmann, Feb. 22, 2022

1468.    David Kressel, Feb. 22, 2022

1469.    Stephen Potemken, Feb. 22, 2022

1470.    Steve, Feb. 22, 2022

1471.    Tony Cavaliere, Feb. 22, 2022

1472.    Ari Taymor, Feb. 22, 2022

1473.    Gregory Potemken, Feb. 22, 2022

1474.    Kirk Eisele, Feb. 22, 2022

1475.    Stephen Richardson, Feb. 22, 2022

1476.    Josh Keeler, Feb. 22, 2022

1477.    Rahul Kumar, Feb. 22, 2022

| Doc. No. | Description |
|----------|-------------|
| 1478. | Brandon Buhay, Feb. 22, 2022 |
| 1479. | Jonathan Fenn, Feb. 22, 2022 |
| 1480. | Matt Wilkinson, Feb. 22, 2022 |
| 1481. | Matt Bierschbach, Feb. 22, 2022 |
| 1482. | Denise Garcia, Feb. 22, 2022 |
| 1483. | Anonymous, Feb. 22, 2022 |
| 1484. | Derek Clark, Feb. 22, 2022 |
| 1485. | Joseph Wakeman, Feb. 22, 2022 |
| 1486. | Jacob Maentz, Feb. 22, 2022 |
| 1487. | Will Stewart, Feb. 22, 2022 |
| 1488. | Jason Rasberry, Feb. 22, 2022 |
| 1489. | Dan, Feb. 22, 2022 |
| 1490. | Ian Smith, Feb. 22, 2022 |
| 1491. | David Wilson, Feb. 22, 2022 |
| 1492. | Joe Mathew, Feb. 22, 2022 |
| 1493. | E. Ryan Najjar, Feb. 22, 2022 |
| 1494. | Steven Reese, Feb. 22, 2022 |
| 1495. | Mercado Adam, Feb. 22, 2022 |
| 1496. | Gisselle, Feb. 22, 2022 |
| 1497. | Jack Champlin, Feb. 22, 2022 |
| 1498. | Marc Azar, Feb. 22, 2022 |
| 1499. | Jay D'aprile, Feb. 22, 2022 |

Doc. No.     Description

1500.     Josh Spelbrink, Feb. 22, 2022

1501.     Krista Kirkwood, Feb. 22, 2022

1502.     Nathan Jan Eisler, Feb. 22, 2022

1503.     Joshua Fried, Feb. 22, 2022

1504.     Fadi Sultan, Feb. 22, 2022

1505.     Mark Zoldi, Feb. 22, 2022

1506.     Anonymous, Feb. 22, 2022

1507.     Christopher Tam, Feb. 22, 2022

1508.     Tamarisk Solutions, Feb. 22, 2022

1509.     Lyle B., Feb. 22, 2022

1510.     Maulik Shah, Feb. 22, 2022

1511.     Jeremy Cannon, Feb. 22, 2022

1512.     Robert Hardebeck, Feb. 22, 2022

1513.     Duncan Henderson, Feb. 22, 2022

1514.     Gus, Feb. 22, 2022

1515.     Veaceslav Sambujuc, Feb. 22, 2022

1516.     Grace Hobbie, Feb. 22, 2022

1517.     Gordon Childs, Feb. 22, 2022

1518.     Nat Robbins, Feb. 22, 2022

1519.     Sepand Rouzbehani, Feb. 22, 2022

1520.     Branon Thames, Feb. 22, 2022

1521.     Jeffrey Dotson, Feb. 22, 2022

| Doc. No. | Description |
|----------|-------------|
| 1522. | John P. Hughes, Feb. 22, 2022 |
| 1523. | Matt Stelmas, Feb. 22, 2022 |
| 1524. | Anthony Ettipio, Feb. 22, 2022 |
| 1525. | Simon Han, Feb. 22, 2022 |
| 1526. | Robert Romney, Feb. 22, 2022 |
| 1527. | Chi Yip, Feb. 22, 2022 |
| 1528. | Hal Davis, Feb. 22, 2022 |
| 1529. | Rich Holman, Feb. 22, 2022 |
| 1530. | Quentin Cooper, Feb. 22, 2022 |
| 1531. | Michael Rudinsky, Feb. 22, 2022 |
| 1532. | Alexander, Feb. 22, 2022 |
| 1533. | Anthony Palumbo, Feb. 22, 2022 |
| 1534. | Brandon Gillet, Feb. 22, 2022 |
| 1535. | Craig Stripling, Feb. 22, 2022 |
| 1536. | , Feb. 22, 2022      Satoshi Nakamoto |
| 1537. | John Carlson, Feb. 22, 2022 |
| 1538. | John Marques, Feb. 23, 2022 |
| 1539. | Larry Michael, Feb. 23, 2022 |
| 1540. | Jordan Lockwood, Feb. 23, 2022 |
| 1541. | Charles, Feb. 23, 2022 |
| 1542. | Jigar Mehta, Feb. 23, 2022 |
| 1543. | Robert Souza, Feb. 23, 2022 |

Doc. No.    Description

1544.    Robert Medina, Feb. 23, 2022

1545.    Max, Feb. 23, 2022

1546.    Javier Rosete, Feb. 23, 2022

1547.    Lynn S. Hart, Feb. 23, 2022

1548.    E. Vdm, Feb. 23, 2022

1549.    Ryan White, Cpa, Feb. 23, 2022

1550.    Fran Gaddini-Boord, Feb. 23, 2022

1551.    Michael Gfelner, Feb. 23, 2022

1552.    Mark Adams, Feb. 23, 2022

1553.    Ankur Joshi, Feb. 23, 2022

1554.    Matthew Warden, Feb. 23, 2022

1555.    Richard Ellerbrake, Feb. 23, 2022

1556.    Jim Craddock, Feb. 23, 2022

1557.    Sparty, Feb. 23, 2022

1558.    Anonymous, Feb. 23, 2022

1559.    Maurizio Prandi, Feb. 23, 2022

1560.    Harlan, Feb. 23, 2022

1561.    Glenn Bloom, Feb. 23, 2022

1562.    Jason Sunder, Feb. 23, 2022

1563.    Steve Kane, Feb. 23, 2022

1564.    Mike Kranis, Feb. 23, 2022

1565.    Steve, Feb. 23, 2022

Doc. No.    Description

1566.    Joe Disanza, Feb. 23, 2022

1567.    Joey Scafidi, Feb. 23, 2022

1568.    Andrew Lafferty, Feb. 23, 2022

1569.    Kevin Thomas, Feb. 23, 2022

1570.    Matthew Pierce, Feb. 23, 2022

1571.    Perri Corsello, Feb. 23, 2022

1572.    Mark Zook, Feb. 23, 2022

1573.    Don Woods, Feb. 23, 2022

1574.    Luis A. Ramirez, Feb. 23, 2022

1575.    Halim Yilmaz, Feb. 23, 2022

1576.    Luiz Beltreschi, Feb. 23, 2022

1577.    Venugopal Panuganti, Feb. 23, 2022

1578.    Chuck Harris, Feb. 23, 2022

1579.    Mazooji, Feb. 23, 2022

1580.    Brett Snyder, Feb. 23, 2022

1581.    Dan Wood, Feb. 23, 2022

1582.    David Kasman, Feb. 23, 2022

1583.    Steven Stout, Feb. 23, 2022

1584.    Nolan Crosby, Feb. 23, 2022

1585.    Kannan Ayyar, Feb. 23, 2022

1586.    Steven Towhill, Feb. 23, 2022

1587.    Michael Lee, Feb. 23, 2022

Doc. No.    Description

1588.    Matthew Wisehart, Feb. 23, 2022

1589.    Nick White, Feb. 23, 2022

1590.    Jon Behar, Feb. 23, 2022

1591.    Mark Stockmal, Feb. 23, 2022

1592.    Nicolas Spritzer, Feb. 23, 2022

1593.    Miles Mccaulou, Feb. 23, 2022

1594.    Shawn B., Feb. 23, 2022

1595.    Andrew Rees, Feb. 23, 2022

1596.    Robby Mcgehee, Feb. 23, 2022

1597.    Hope Sam, Feb. 23, 2022

1598.    Andrew Weitz, Feb. 23, 2022

1599.    Evan Pease, Feb. 23, 2022

1600.    Thomas Stephens, Feb. 23, 2022

1601.    Jacob Rosenberg, Feb. 23, 2022

1602.    Teddy Jacobson, Feb. 23, 2022

1603.    Donavon Paschall, Feb. 23, 2022

1604.    Will Whitlock, Feb. 23, 2022

1605.    Erwin Dobo, Feb. 23, 2022

1606.    John Wilcox, Feb. 23, 2022

1607.    Reza Bacchus, Feb. 23, 2022

1608.    Jonathan Terrazas, Feb. 23, 2022

1609.    Bobby Carl, Feb. 23, 2022

Doc. No.    Description

1610.    Andrew Webb, Feb. 23, 2022

1611.    Allison Hays, Feb. 23, 2022

1612.    Olivier Saint-Luc, Feb. 23, 2022

1613.    Hank Edson, Feb. 23, 2022

1614.    Casidy Ward, Feb. 23, 2022

1615.    Anonymous, Feb. 23, 2022

1616.    Aaron Langford, Feb. 23, 2022

1617.    A.J. Stich, Feb. 23, 2022

1618.    James Harrison, Feb. 23, 2022

1619.    Scott Putney, Feb. 23, 2022

1620.    Craig Bollen, Feb. 23, 2022

1621.    Berry Van Essen, Feb. 23, 2022

1622.    Andrew Schembri, Feb. 23, 2022

1623.    Chris Pronger, Feb. 23, 2022

1624.    Matt Elkins, Feb. 23, 2022

1625.    Doug Mathews, Feb. 23, 2022

1626.    Kris Palsgrove, Feb. 23, 2022

1627.    Marc Friedfertig, Feb. 23, 2022

1628.    Ryan Beglau, Feb. 23, 2022

1629.    Ed Galura, Feb. 23, 2022

1630.    David New, Feb. 23, 2022

1631.    Ramanathan Subramanian, Engineer, Cisco Systems, Inc., Feb. 23, 2022

Doc. No.    Description

1632.    Scam Masuti, Feb. 23, 2022

1633.    Anonymous, Feb. 23, 2022

1634.    Milton W., Retired, Feb. 23, 2022

1635.    Alan Trombetsky, Feb. 23, 2022

1636.    James Hartley, Feb. 23, 2022

1637.    Jason Tabor, Feb. 23, 2022

1638.    Brandon Dalton, Feb. 23, 2022

1639.    Matthew Ruiz, Feb. 23, 2022

1640.    Emery, Feb. 23, 2022

1641.    Dong Liu, Feb. 23, 2022

1642.    Severin Koller, Helvatron, Feb. 23, 2022

1643.    Mike Ross, Feb. 23, 2022

1644.    Li Sun, Feb. 23, 2022

1645.    John Perkins, Feb. 23, 2022

1646.    Jeffrey Bennett, Feb. 23, 2022

1647.    Mika Sanchez, Feb. 23, 2022

1648.    Yelena Vinitskaya, Feb. 23, 2022

1649.    Dylan Richards, Feb. 23, 2022

1650.    Scott Perkins, Feb. 23, 2022

1651.    George Evans, Feb. 23, 2022

1652.    Joshua Berkowitz, Feb. 23, 2022

1653.    Jason Jones, Feb. 23, 2022

Doc. No.    Description

1654.    Avi Bernstein, Feb. 23, 2022

1655.    Patrick Buckley, Feb. 23, 2022

1656.    Clark Gerhardt, Feb. 23, 2022

1657.    Michael Kane, Feb. 23, 2022

1658.    Ron Czerny, Feb. 23, 2022

1659.    Frank Gallo, Feb. 23, 2022

1660.    Mike Appy, Feb. 23, 2022

1661.    Blayke Slater, Feb. 23, 2022

1662.    Craig Ferree, Feb. 23, 2022

1663.    Mark Hide, Feb. 23, 2022

1664.    Nadia, Feb. 23, 2022

1665.    Patric F. Berger, Feb. 23, 2022

1666.    Chuck Burnham, Feb. 23, 2022

1667.    Eddie Martin, Feb. 23, 2022

1668.    Andrew C., Feb. 23, 2022

1669.    Andrew Zacks, Feb. 23, 2022

1670.    Joseph Trentacosta Jr., Feb. 23, 2022

1671.    Trever Christian, Feb. 23, 2022

1672.    Jonathon Bennett, Feb. 23, 2022

1673.    Dan Turbow, Feb. 23, 2022

1674.    Jeff Meyer, Feb. 23, 2022

1675.    Tony S., Feb. 23, 2022

Doc. No.     Description

1676.     Patrick Bryant, Feb. 23, 2022

1677.     John Bolton, Feb. 23, 2022

1678.     Joe Safai, Feb. 23, 2022

1679.     Benjamin Oakland, Feb. 23, 2022

1680.     Gary Kloepping, Feb. 23, 2022

1681.     David Wolf, Feb. 23, 2022

1682.     Robert Warner, Feb. 23, 2022

1683.     Kevin Cass, Feb. 23, 2022

1684.     Kristin Thompson, Feb. 23, 2022

1685.     Keith Rothberg, Feb. 23, 2022

1686.     Brian Estes, Feb. 23, 2022

1687.     Lee Hendricks, Feb. 23, 2022

1688.     Sarah Robbins, Feb. 23, 2022

1689.     Mario Pezzoni, Feb. 23, 2022

1690.     Christophe Masiero, Feb. 23, 2022

1691.     Jim Quinn, Feb. 23, 2022

1692.     Anonymous, Feb. 23, 2022

1693.     Christopher Venditto, Feb. 23, 2022

1694.     David Hasley, Feb. 23, 2022

1695.     C. Mcvay, Feb. 23, 2022

1696.     Sung Cha, Feb. 23, 2022

1697.     Doug Colavito, Feb. 23, 2022

Doc. No.    Description

1698.    Chris Siver, Feb. 23, 2022

1699.    John Rack, Feb. 23, 2022

1700.    Steve Lane, Feb. 23, 2022

1701.    Sean Egan, Feb. 23, 2022

1702.    Patrick Fennie, Feb. 23, 2022

1703.    Rick Murray, Feb. 23, 2022

1704.    Neil Passero, Feb. 23, 2022

1705.    Joel Gantcher, Feb. 23, 2022

1706.    Philipp Becker, Feb. 23, 2022

1707.    Cass Riese, Feb. 23, 2022

1708.    Richard Masters, Feb. 23, 2022

1709.    Keith, Feb. 23, 2022

1710.    Joel Talish, Feb. 23, 2022

1711.    Dan Odell, Feb. 23, 2022

1712.    Robert Citrone, Founder, Discovery Capital Management, LLC, Feb. 23, 2022

1713.    Anonymous, Feb. 23, 2022

1714.    Aaron Fenker, Feb. 23, 2022

1715.    James Becker, Feb. 23, 2022

1716.    Laszlo Furesz, Feb. 23, 2022

1717.    Benjamin Escobedo, Feb. 23, 2022

1718.    Carlos Cabrera, Feb. 23, 2022

1719.    Tomas Munoz, Feb. 23, 2022

Doc. No.    Description

1720.    Amir Eliav, Feb. 23, 2022

1721.    Bo Dou, Feb. 23, 2022

1722.    Marc Jolicoeur, Feb. 23, 2022

1723.    Richard Potemken, Feb. 23, 2022

1724.    Aaron, Feb. 23, 2022

1725.    Michael Chesher, Feb. 23, 2022

1726.    Joseph Sparacino, Feb. 23, 2022

1727.    Shawn Walker, Feb. 23, 2022

1728.    Anup Mathur, Feb. 23, 2022

1729.    Younas Rajput, Feb. 23, 2022

1730.    Morris Wong, Feb. 23, 2022

1731.    Ram Jeyaraman, Feb. 23, 2022

1732.    David Hillier, Feb. 23, 2022

1733.    Joseph Fedele, Feb. 23, 2022

1734.    Raghav Radhakrishnan, Feb. 23, 2022

1735.    Klaus Grabler, Feb. 23, 2022

1736.    Hf Weng, Feb. 23, 2022

1737.    Tyler, Feb. 23, 2022

1738.    Collin Tuthill, Feb. 23, 2022

1739.    Phil, Feb. 23, 2022

1740.    Roy Wessbecher, Feb. 23, 2022

1741.    Dan Prislin, Feb. 23, 2022

Doc. No.    Description

1742.    Eric Romero, Feb. 23, 2022

1743.    Michael Dziewonski, Feb. 23, 2022

1744.    Tim Lui, Feb. 23, 2022

1745.    Brad Wiegand, Feb. 23, 2022

1746.    Alan Horne, Feb. 23, 2022

1747.    Reid Stender, Feb. 23, 2022

1748.    Roman Yitzhaki, Feb. 23, 2022

1749.    Alex Watzke, Feb. 23, 2022

1750.    Greg Marcus, Feb. 23, 2022

1751.    Derrick Evens, Feb. 23, 2022

1752.    Phillip Binion, Feb. 23, 2022

1753.    Kirubel Getachew, Feb. 23, 2022

1754.    Cristian Samoilovich, Feb. 23, 2022

1755.    Kelvintan Cheehong, Feb. 23, 2022

1756.    Jay Jadeja, Feb. 23, 2022

1757.    Jon B., Feb. 23, 2022

1758.    Mark Chahwan, Feb. 23, 2022

1759.    Peng Jian, Feb. 23, 2022

1760.    Ali Hennaoui, Feb. 23, 2022

1761.    Justin W., Feb. 23, 2022

1762.    John Marks, Feb. 23, 2022

1763.    Martin Mendros, Feb. 23, 2022

| Doc. No. | Description |
|----------|-------------|
| 1764. | Neil Haines, Feb. 23, 2022 |
| 1765. | Frank Peru, Feb. 23, 2022 |
| 1766. | Anonymous, Feb. 24, 2022 |
| 1767. | Victor Cabrera, Feb. 24, 2022 |
| 1768. | Darren Hasley, Feb. 24, 2022 |
| 1769. | Michael Rheintgen, Feb. 24, 2022 |
| 1770. | Ryan Barrett, Feb. 24, 2022 |
| 1771. | Duke Kim, Feb. 24, 2022 |
| 1772. | Matthew Pecukonis, Feb. 24, 2022 |
| 1773. | John Chiu, Feb. 24, 2022 |
| 1774. | Bradley Calder, Feb. 24, 2022 |
| 1775. | Matthew Nichols, Feb. 24, 2022 |
| 1776. | Anonymous, Feb. 24, 2022 |
| 1777. | Chris Cata, Feb. 24, 2022 |
| 1778. | Kyle Tilev, Feb. 24, 2022 |
| 1779. | Jerome Johnson, Feb. 24, 2022 |
| 1780. | J. Smilanic, Feb. 24, 2022 |
| 1781. | Jose Guevara, Feb. 24, 2022 |
| 1782. | Jeffrey M. Hagar, Feb. 24, 2022 |
| 1783. | Jim Crews, Feb. 24, 2022 |
| 1784. | Tom Sieckmann, Feb. 24, 2022 |
| 1785. | Gary, Feb. 24, 2022 |

Doc. No.    Description

1786.    Jacob Piel, Feb. 24, 2022

1787.    Scot Hills, Feb. 24, 2022

1788.    Sep Dardashti, Feb. 24, 2022

1789.    Domingo Guerra, Feb. 24, 2022

1790.    Tuan T. Lam, Feb. 24, 2022

1791.    Chris Renz, Feb. 24, 2022

1792.    Stephen Tyszkiewicz, Feb. 24, 2022

1793.    Anonymous, Feb. 24, 2022

1794.    Patrick, Feb. 24, 2022

1795.    David Walker, Feb. 24, 2022

1796.    Lewis Kawecki, Feb. 24, 2022

1797.    Patrick Neal, Feb. 24, 2022

1798.    Bob Sage, Feb. 24, 2022

1799.    Paul O'brien, Feb. 24, 2022

1800.    Josh Norris, Feb. 24, 2022

1801.    Matt Cooke, Feb. 24, 2022

1802.    Riaz Rahim, Feb. 24, 2022

1803.    Doug Baird-Miller, Feb. 24, 2022

1804.    Debra Nicholson, Feb. 24, 2022

1805.    Adarsh Shyamsundar, Feb. 24, 2022

1806.    Garrett Dipasquale, Feb. 24, 2022

1807.    Lance Johnson, Feb. 24, 2022

Doc. No.    Description

1808.    Craig, Feb. 24, 2022

1809.    Swaminathan Velmurugan, Feb. 24, 2022

1810.    Miyoko Yamada, Feb. 24, 2022

1811.    Clayton Fitzhugh, Feb. 24, 2022

1812.    Marc Findsen, Feb. 24, 2022

1813.    Arul Murugan, Feb. 24, 2022

1814.    Rc, Feb. 24, 2022

1815.    Byron Rubin, Feb. 24, 2022

1816.    Glenn Goetzinger, Feb. 24, 2022

1817.    Bernard Vicente, Feb. 24, 2022

1818.    Jack Anzur, Feb. 24, 2022

1819.    Dave Zook, Feb. 24, 2022

1820.    Charles R. Ferrante, Feb. 24, 2022

1821.    Gary Carbone, Feb. 24, 2022

1822.    Anonymous, Feb. 24, 2022

1823.    Phil Stewart, Feb. 24, 2022

1824.    Kevin Blessum, Feb. 24, 2022

1825.    Ethan Greenberg, Feb. 24, 2022

1826.    Jake Perkins, Feb. 24, 2022

1827.    Eric Schmitz, Feb. 24, 2022

1828.    Renn Putorak, Feb. 24, 2022

1829.    David Juckem, Feb. 24, 2022

Doc. No.    Description

1830.    Greg Pill, Feb. 24, 2022

1831.    Nam Le, Feb. 24, 2022

1832.    John Pfeffer, Feb. 24, 2022

1833.    Kyle Wallon, Feb. 24, 2022

1834.    Suraj Murty, Feb. 24, 2022

1835.    Bob Wade, Feb. 24, 2022

1836.    Sharon Gray, Feb. 24, 2022

1837.    Owen Kant, Feb. 24, 2022

1838.    Dale, Feb. 24, 2022

1839.    Jack Eyer, Cscs, Lutcf, Feb. 25, 2022

1840.    Raul Grimaldi, Feb. 25, 2022

1841.    Noah Cooper Harris, Feb. 25, 2022

1842.    Golden, Feb. 25, 2022

1843.    John Phelps, Feb. 25, 2022

1844.    D., Feb. 25, 2022

1845.    Eric Noel, Feb. 25, 2022

1846.    Jimmy Morrison, Feb. 25, 2022

1847.    John Vines, Feb. 25, 2022

1848.    Anonymous, Feb. 25, 2022

1849.    Angel Mata, Feb. 25, 2022

1850.    H. Ibrahim Bilici, Feb. 25, 2022

1851.    Michael Thompson, Feb. 25, 2022

| Doc. No. | Description |
|----------|-------------|
| 1852. | Karl Hentsch, Feb. 25, 2022 |
| 1853. | Anonymous, Feb. 25, 2022 |
| 1854. | Eric Swartz, Feb. 25, 2022 |
| 1855. | Fredrik Tjernstrom, Feb. 25, 2022 |
| 1856. | Collin Bourke, Feb. 25, 2022 |
| 1857. | Eric Browning, Feb. 25, 2022 |
| 1858. | Martin Pecina, Feb. 25, 2022 |
| 1859. | Jon, Feb. 25, 2022 |
| 1860. | Peter Coutlakis, Feb. 25, 2022 |
| 1861. | B. Vo, Feb. 25, 2022 |
| 1862. | Joe Hatch, Feb. 25, 2022 |
| 1863. | Storm Holloway, Feb. 25, 2022 |
| 1864. | Marc, Feb. 25, 2022 |
| 1865. | Kurtis Schutter, Feb. 25, 2022 |
| 1866. | Gaetano Pedull, Feb. 25, 2022 |
| 1867. | Jack Ma, Feb. 25, 2022 |
| 1868. | Ben Rountree, Feb. 25, 2022 |
| 1869. | Brady Stibi, Feb. 25, 2022 |
| 1870. | Michael C., Feb. 25, 2022 |
| 1871. | Ahmed Abou-Ddan, Feb. 25, 2022 |
| 1872. | James Newkirk, Feb. 25, 2022 |
| 1873. | Lyndy Chang Stewart, Feb. 25, 2022 |

Doc. No.    Description

1874.    Mike Bergsma, Feb. 25, 2022

1875.    Brett Snyder, Feb. 25, 2022

1876.    Adam, Feb. 25, 2022

1877.    Walter Hulett, Feb. 25, 2022

1878.    Petr Pacas, Feb. 25, 2022

1879.    Clark Rose, Feb. 25, 2022

1880.    Mike Fay, Feb. 25, 2022

1881.    Gino Rossi, Feb. 25, 2022

1882.    Mike Nelson, Feb. 25, 2022

1883.    Warren Young, Feb. 25, 2022

1884.    David Haliburton, Feb. 25, 2022

1885.    Sunny Kim, Feb. 25, 2022

1886.    Keith Birginal, Feb. 25, 2022

1887.    Joseph Wakeman, Feb. 25, 2022

1888.    Robert Lesniak, Feb. 25, 2022

1889.    Rolando Tringale, Feb. 25, 2022

1890.    Massimo, Feb. 25, 2022

1891.    Anonymous, Feb. 25, 2022

1892.    Paul Matten, Feb. 25, 2022

1893.    Bennett Wetzel, Feb. 25, 2022

1894.    Dick Vink, Feb. 25, 2022

1895.    Toni Lucifer, Feb. 25, 2022

| Doc. No. | Description |
|----------|-------------|
| 1896. | Richard Rayno, Feb. 25, 2022 |
| 1897. | Philip Loziuk, Feb. 25, 2022 |
| 1898. | Cees Boon, Feb. 25, 2022 |
| 1899. | Thomas Murphy, Feb. 25, 2022 |
| 1900. | Ronald Bauer, Feb. 25, 2022 |
| 1901. | Quang Dang, Feb. 25, 2022 |
| 1902. | Krunal Dave, Feb. 25, 2022 |
| 1903. | Jon, Feb. 25, 2022 |
| 1904. | Justin Howard, Feb. 25, 2022 |
| 1905. | John Witten, Feb. 25, 2022 |
| 1906. | Shannon Day, Feb. 25, 2022 |
| 1907. | Adam B., Feb. 25, 2022 |
| 1908. | Anthony Holmes, Feb. 25, 2022 |
| 1909. | Arbaz Mohammed, Feb. 25, 2022 |
| 1910. | Barry Ogle, Feb. 25, 2022 |
| 1911. | Bill Purcell, Feb. 25, 2022 |
| 1912. | Charlie Waldburger, Feb. 25, 2022 |
| 1913. | Chris Engdall, Feb. 25, 2022 |
| 1914. | Dianne Ogle, Feb. 25, 2022 |
| 1915. | Eric Mas, Feb. 25, 2022 |
| 1916. | Fabio Boccio, Feb. 25, 2022 |
| 1917. | Greg Johnson, Feb. 25, 2022 |

Doc. No.    Description

1918.    Gregory Baranoff, Feb. 25, 2022

1919.    Guilherme Chevarria, Feb. 25, 2022

1920.    Joe D'amico, Feb. 25, 2022

1921.    John Wilcha, Feb. 25, 2022

1922.    Jonathan Salley, Feb. 25, 2022

1923.    Mark Levy, Feb. 25, 2022

1924.    Mark V. Krein, Feb. 25, 2022

1925.    Salil Aggarwal, Feb. 25, 2022

1926.    Shawn Wall, Feb. 25, 2022

1927.    Teresa Talbott, Feb. 25, 2022

1928.    Theodore Holt, Feb. 25, 2022

1929.    Roberto Clemente, Feb. 25, 2022

1930.    Max Druthers, Feb. 25, 2022

1931.    Aviel Hitchens, Feb. 25, 2022

1932.    Matt, Feb. 25, 2022

1933.    Scott Culbertson, Feb. 26, 2022

1934.    Jeffrey Lim, Feb. 26, 2022

1935.    Andrew Lester, Feb. 26, 2022

1936.    Scott Kovarik, Feb. 26, 2022

1937.    Nathan Weinman, Feb. 26, 2022

1938.    Anna Thornton, Feb. 26, 2022

1939.    Mark Shaw, Feb. 26, 2022

Doc. No.     Description

1940.     Eric Flicker, Feb. 26, 2022

1941.     Ryan Dillman, Feb. 26, 2022

1942.     Nirbhay Kumar, Feb. 26, 2022

1943.     Fred Tan, Feb. 26, 2022

1944.     Noah Ruderman, Feb. 26, 2022

1945.     Jamison Clark, Feb. 26, 2022

1946.     Nathan Hoffman, Feb. 26, 2022

1947.     Gary Stromberg, Feb. 26, 2022

1948.     Walter Enos, Feb. 26, 2022

1949.     David Berman, MD, Feb. 26, 2022

1950.     Robert Distefano, Feb. 26, 2022

1951.     Daniel Champagne, Feb. 26, 2022

1952.     Randy Holloway, Feb. 26, 2022

1953.     Eko Prayekno, Feb. 26, 2022

1954.     Charles Haluska, Feb. 26, 2022

1955.     Mel N., Feb. 26, 2022

1956.     Jon Rubenstein, Feb. 26, 2022

1957.     Lance Miller, Feb. 26, 2022

1958.     James Suhr, Feb. 26, 2022

1959.     Peter Noble, Feb. 26, 2022

1960.     Ryan Brisch, Feb. 26, 2022

1961.     Mark Webber, Feb. 26, 2022

| Doc. No. | Description |
|----------|-------------|
| 1962. | Doug Smith, Feb. 26, 2022 |
| 1963. | Helmer Ascencio, Feb. 26, 2022 |
| 1964. | John Almirall, Feb. 26, 2022 |
| 1965. | Gaspar Mostajo, Feb. 26, 2022 |
| 1966. | Shane Waters, Feb. 26, 2022 |
| 1967. | David Green, Feb. 26, 2022 |
| 1968. | Kevin Chen, Feb. 26, 2022 |
| 1969. | Henry Chen, Feb. 26, 2022 |
| 1970. | Nathaniel Meyer, Feb. 26, 2022 |
| 1971. | John C. Dobrinski, Feb. 26, 2022 |
| 1972. | Justin E. Swanson, Feb. 26, 2022 |
| 1973. | Fran Dinaj, Feb. 26, 2022 |
| 1974. | Joseph Myers, Feb. 26, 2022 |
| 1975. | Dylan Todd, Feb. 26, 2022 |
| 1976. | Matthew Junge, Feb. 26, 2022 |
| 1977. | Charles Bowen, Feb. 26, 2022 |
| 1978. | Hunter Seger, Feb. 26, 2022 |
| 1979. | Alex King, Feb. 26, 2022 |
| 1980. | Anonymous, Feb. 26, 2022 |
| 1981. | Jake Jozefowicz, Feb. 26, 2022 |
| 1982. | Adam Chefitz, Feb. 26, 2022 |
| 1983. | Chris Gigl, Feb. 26, 2022 |

Doc. No.    Description

1984.    Ian Hawkins, Feb. 26, 2022

1985.    Madhan Raja, Feb. 26, 2022

1986.    Tressa Rudik, Feb. 26, 2022

1987.    Margie Carpenter, Feb. 26, 2022

1988.    Glenn Peterson, Feb. 26, 2022

1989.    Michael Mongold, Feb. 26, 2022

1990.    Alvaro Vecchionacce, Feb. 26, 2022

1991.    Jeremy, Feb. 26, 2022

1992.    Brett Robertson, Feb. 26, 2022

1993.    Robert Weigle, Feb. 26, 2022

1994.    James Bogert, Feb. 26, 2022

1995.    Gerard Smith, Feb. 26, 2022

1996.    David Yang, Feb. 26, 2022

1997.    Brian Van Reet, Feb. 26, 2022

1998.    Keith Sowell, Feb. 26, 2022

1999.    Suzi Miner, Feb. 26, 2022

2000.    Melissa Mclaney, Feb. 26, 2022

2001.    Robert Barron, Feb. 26, 2022

2002.    Lucy Capurro, Feb. 26, 2022

2003.    Clinton Savoy, Feb. 26, 2022

2004.    Lewis Porter, Feb. 26, 2022

2005.    Raj Kapoor, Feb. 26, 2022

| Doc. No. | Description |
|----------|-------------|
| 2006. | Chad Schwietert, Feb. 26, 2022 |
| 2007. | David Maguire, Feb. 26, 2022 |
| 2008. | Mandar Mirashi, Feb. 26, 2022 |
| 2009. | Margarita Mora, Feb. 26, 2022 |
| 2010. | Will Van Cleave, Feb. 26, 2022 |
| 2011. | Mike & Nicki Eckstrom, Feb. 26, 2022 |
| 2012. | David Delgado, Feb. 26, 2022 |
| 2013. | Landon Recker, Feb. 26, 2022 |
| 2014. | Lisle Pottorff, Feb. 26, 2022 |
| 2015. | David Hada, Feb. 26, 2022 |
| 2016. | Jonathan Terrazas, Feb. 26, 2022 |
| 2017. | Rantch, Feb. 26, 2022 |
| 2018. | Bill & Patti Eastin, Feb. 26, 2022 |
| 2019. | David Snider, Feb. 26, 2022 |
| 2020. | Ed Zum, Feb. 26, 2022 |
| 2021. | Rob Griffith, Feb. 26, 2022 |
| 2022. | Bob Tankel, Feb. 26, 2022 |
| 2023. | Sean Gmail, Feb. 26, 2022 |
| 2024. | Steven Lefler, Feb. 26, 2022 |
| 2025. | William J. Lawrence, Feb. 26, 2022 |
| 2026. | Josh Riegelhaupt, Feb. 26, 2022 |
| 2027. | Adrian Uberto, Feb. 26, 2022 |

| Doc. No. | Description |
|---|---|
| 2028. | Nancy H., Feb. 26, 2022 |
| 2029. | William Hershey, Feb. 26, 2022 |
| 2030. | Doug Marek, Feb. 26, 2022 |
| 2031. | Justin Dematteo, Feb. 26, 2022 |
| 2032. | Brian Sak, Feb. 26, 2022 |
| 2033. | Gabriel F. Gonzalez-Rivera, Feb. 26, 2022 |
| 2034. | Robert Vukosa, Feb. 26, 2022 |
| 2035. | John Goltman, Feb. 26, 2022 |
| 2036. | Kevin Christians, Feb. 26, 2022 |
| 2037. | Jonathan Shelton, Feb. 26, 2022 |
| 2038. | Dougs Yahoo, Feb. 26, 2022 |
| 2039. | Wendy Battleson, Feb. 26, 2022 |
| 2040. | Duane Harris, Feb. 26, 2022 |
| 2041. | Gary Karp, Feb. 26, 2022 |
| 2042. | Christopher Czarnowski, Feb. 26, 2022 |
| 2043. | Bruce Beck, Feb. 26, 2022 |
| 2044. | Jeff Miller, Feb. 26, 2022 |
| 2045. | David Berreth, Feb. 26, 2022 |
| 2046. | Michael Ticse, Feb. 26, 2022 |
| 2047. | Juan Carlos Gomez, Feb. 26, 2022 |
| 2048. | Mark Berman, Feb. 26, 2022 |
| 2049. | Jay Feldis, Feb. 26, 2022 |

Doc. No.    Description

2050.    Kevin Mezzacapo, Feb. 26, 2022

2051.    David Manthe, Feb. 26, 2022

2052.    L. V., Feb. 26, 2022

2053.    Ravajappa Gouda, Feb. 26, 2022

2054.    Kyle S., Feb. 26, 2022

2055.    Tom Vislisel, Feb. 26, 2022

2056.    Vicki M. Mcmahon, Feb. 27, 2022

2057.    Charles Lerner, Feb. 27, 2022

2058.    Kevin Breault, Feb. 27, 2022

2059.    Tor Hadrian Løvstad, Feb. 27, 2022

2060.    Dean Koekebakker, Feb. 27, 2022

2061.    Avrumie Heimowitz, Feb. 27, 2022

2062.    Jutta Jacobs, Feb. 27, 2022

2063.    Jack Firestone, Feb. 27, 2022

2064.    Matt Pontikes, Feb. 27, 2022

2065.    Sarah Martello, Feb. 27, 2022

2066.    Chris Bruno, Feb. 27, 2022

2067.    Vejay Ravindran, Feb. 27, 2022

2068.    Gene Carlson, Feb. 27, 2022

2069.    Paul Reibel, Feb. 27, 2022

2070.    Eddie Schmidt, Feb. 27, 2022

2071.    Dierk Eckart, Feb. 27, 2022

Doc. No.    Description

2072.    Michael King, Feb. 27, 2022

2073.    Jennifer Maxwell, Feb. 27, 2022

2074.    Paul Marx, Feb. 27, 2022

2075.    Chris Seminaro, Feb. 27, 2022

2076.    Reto Cantone, Feb. 27, 2022

2077.    Ernestrom, Feb. 27, 2022

2078.    George Wright, Feb. 27, 2022

2079.    Patrick M. Fleming, Od, Feb. 27, 2022

2080.    Erik Olafsson, Feb. 27, 2022

2081.    Sally Raney, Feb. 27, 2022

2082.    Thomas Pontikes, Feb. 27, 2022

2083.    Ned Sundermann, Feb. 27, 2022

2084.    Jessica Rizzo, Feb. 27, 2022

2085.    Anonymous, Feb. 27, 2022

2086.    Sam Reckford, Feb. 27, 2022

2087.    Boon Tiong Tan, Feb. 27, 2022

2088.    Mark Mayo, Feb. 27, 2022

2089.    Richard Evans, Feb. 27, 2022

2090.    Rodd Macklin, Feb. 27, 2022

2091.    Jon Walker, Feb. 27, 2022

2092.    Mark Lampl, Feb. 27, 2022

2093.    Rick Blandford, Feb. 27, 2022

Doc. No.    Description

2094.    Michael Green, Feb. 27, 2022

2095.    Gary Effman, Feb. 27, 2022

2096.    Sanford Herzfeld, Feb. 27, 2022

2097.    Joe Bedard, Feb. 27, 2022

2098.    Richard Werman, Feb. 27, 2022

2099.    Pasquale Chiavatti, Feb. 27, 2022

2100.    Tommaso Trionfi, Feb. 27, 2022

2101.    Craig Ehrnst, Feb. 27, 2022

2102.    Roger Smith, Feb. 27, 2022

2103.    David Rapaport, Feb. 27, 2022

2104.    Laura, Feb. 27, 2022

2105.    Michael Tannen, Feb. 27, 2022

2106.    Jason Gordon, Feb. 27, 2022

2107.    John Maline, Feb. 27, 2022

2108.    Raymond Walsh, Feb. 27, 2022

2109.    Galen Chun, Feb. 27, 2022

2110.    John Makowske, Feb. 27, 2022

2111.    Gino Digregorio, Feb. 27, 2022

2112.    Chris Hashioka, Feb. 27, 2022

2113.    Jeff Honea, Feb. 27, 2022

2114.    Kearny Davis, Feb. 27, 2022

2115.    Thomas Adams, Feb. 27, 2022

Doc. No.    Description

2116.    Tariq Salaita, Feb. 27, 2022

2117.    Dave Sullivan, Feb. 27, 2022

2118.    Lance Yedersberger, Feb. 27, 2022

2119.    Mark Horner, Feb. 27, 2022

2120.    Peter Deutch, Feb. 27, 2022

2121.    Dimitrios Tsolis, Feb. 27, 2022

2122.    Thomas Meury, Feb. 27, 2022

2123.    Doug Johnson, Feb. 27, 2022

2124.    Marty Norden, Feb. 27, 2022

2125.    Paul Page, Feb. 27, 2022

2126.    Harold Stern, Feb. 27, 2022

2127.    Nathan Fast, Feb. 27, 2022

2128.    Barry Johnson, Feb. 27, 2022

2129.    Jake Keator, Feb. 27, 2022

2130.    Peter Renton, Feb. 27, 2022

2131.    Dylan Raiche-Snater, Feb. 27, 2022

2132.    Michael Tift, Feb. 27, 2022

2133.    Dan Gahring, Feb. 27, 2022

2134.    Colin Frisby, Feb. 27, 2022

2135.    Cheryl Abrams, Feb. 27, 2022

2136.    Steve Yamane, Feb. 27, 2022

2137.    Charles Kucic, Feb. 27, 2022

Doc. No.    Description

2138.    Stefanie Colonius, Feb. 27, 2022

2139.    Adam Oppenheimer, Feb. 27, 2022

2140.    Patrick Nadeau, Feb. 27, 2022

2141.    Manu Oberoi, Feb. 27, 2022

2142.    Ryan Van Der Harst, Feb. 27, 2022

2143.    Roger A. Black, Feb. 27, 2022

2144.    Peter Day, Feb. 27, 2022

2145.    Frank Sun, Feb. 27, 2022

2146.    Brad Bond, Feb. 27, 2022

2147.    Daryl Olsen, Feb. 28, 2022

2148.    Rebekka Sterz, Feb. 28, 2022

2149.    Robert Pate, Feb. 28, 2022

2150.    Nathan Soh, Feb. 28, 2022

2151.    Matthew Sebree, Feb. 28, 2022

2152.    Steven Rieco, Feb. 28, 2022

2153.    Lois Hofmann, Feb. 28, 2022

2154.    Max, Feb. 28, 2022

2155.    David Stewart MD, Feb. 28, 2022

2156.    Karl J. Randall, Feb. 28, 2022

2157.    Chris Cata, Feb. 28, 2022

2158.    Kristi Buynak, Feb. 28, 2022

2159.    Alex Reeb, Feb. 28, 2022

| Doc. No. | Description |
|----------|-------------|
| 2160. | C. B., Feb. 28, 2022 |
| 2161. | Dimple Ludher, Feb. 28, 2022 |
| 2162. | Mitch Mitchell, Feb. 28, 2022 |
| 2163. | Anonymous, Feb. 28, 2022 |
| 2164. | Dennis, Feb. 28, 2022 |
| 2165. | Don Rubin, Feb. 28, 2022 |
| 2166. | Peter Blanchard, Feb. 28, 2022 |
| 2167. | Paul Sciacca, Feb. 28, 2022 |
| 2168. | Derrick, Feb. 28, 2022 |
| 2169. | Brad Cracchiola, Feb. 28, 2022 |
| 2170. | Alan, Feb. 28, 2022 |
| 2171. | Lorri Perkins, Feb. 28, 2022 |
| 2172. | Jacob Hyde, Feb. 28, 2022 |
| 2173. | Meghann Riepenhoff, Feb. 28, 2022 |
| 2174. | Jeff, Feb. 28, 2022 |
| 2175. | Andrew Baron, Feb. 28, 2022 |
| 2176. | Brian K. Collins Guy, Feb. 28, 2022 |
| 2177. | Steven Hoin, Feb. 28, 2022 |
| 2178. | Michael Mowry, Feb. 28, 2022 |
| 2179. | Christian Volquartz, Feb. 28, 2022 |
| 2180. | B. Smith, Feb. 28, 2022 |
| 2181. | Gordon Bennett, Feb. 28, 2022 |

Doc. No.    Description

2182.    Paul Smith, Feb. 28, 2022

2183.    David Carpe, Feb. 28, 2022

2184.    Dustin Lough, Feb. 28, 2022

2185.    Anthony, Feb. 28, 2022

2186.    Anthony Casalino, Feb. 28, 2022

2187.    Nilesh Radia, Feb. 28, 2022

2188.    Michael Mchugh, Feb. 28, 2022

2189.    Kyle Riebeling, Feb. 28, 2022

2190.    Jason Brizendine, Feb. 28, 2022

2191.    Roshan Raman, Feb. 28, 2022

2192.    Peter Jarrett, Feb. 28, 2022

2193.    Barry A. Noyes, Feb. 28, 2022

2194.    Kendall Ching, Feb. 28, 2022

2195.    Chris Cottrell, Feb. 28, 2022

2196.    Maria Nikolova, Feb. 28, 2022

2197.    Brian Jeffcoat, Feb. 28, 2022

2198.    Howard K. Welsh, Feb. 28, 2022

2199.    Timothy Prescher, Feb. 28, 2022

2200.    Charles Hunter, Feb. 28, 2022

2201.    Frank Pilleri, Feb. 28, 2022

2202.    M. Kumar, Professional Investor, Feb. 28, 2022

2203.    Matthew Johnston, Feb. 28, 2022

Doc. No.    Description

2204.    Mark Reid, Phd, Feb. 28, 2022

2205.    Anonymous, Feb. 28, 2022

2206.    Howard Brightman, Feb. 28, 2022

2207.    Tom & Kathleen Mcelhenny, Feb. 28, 2022

2208.    Nicholas L. Meli, Mar. 1, 2022

2209.    Mike Palmeter, Mar. 1, 2022

2210.    Kang John, Mar. 1, 2022

2211.    Kristian Nikolov, Mar. 1, 2022

2212.    Jay P. Deahna, Mar. 1, 2022

2213.    Brad Hinz, Mar. 1, 2022

2214.    Julian Currea, Mar. 1, 2022

2215.    Jeff Byrnes, Mar. 1, 2022

2216.    Tony, Mar. 1, 2022

2217.    Nicholas Freilich, Mar. 1, 2022

2218.    Bradley Herold, Mar. 1, 2022

2219.    Ned Sundermann, Mar. 1, 2022

2220.    Donald Nicolson, Mar. 1, 2022

2221.    L. V., Mar. 1, 2022

2222.    Michael Cook, Mar. 1, 2022

2223.    John Drake, Mar. 1, 2022

2224.    Michael Bender, Mar. 1, 2022

2225.    Steve Crozier, Mar. 1, 2022

| Doc. No. | Description |
|---|---|
| 2226. | J. Tan Hart, Mar. 1, 2022 |
| 2227. | Stuart Kozinn, Mar. 1, 2022 |
| 2228. | Don Carlson, Mar. 1, 2022 |
| 2229. | Linda Lagana, Mar. 1, 2022 |
| 2230. | Karen Burke, Mar. 1, 2022 |
| 2231. | Dan Odell, Mar. 1, 2022 |
| 2232. | James Purcell, Mar. 1, 2022 |
| 2233. | Ratstash, Mar. 1, 2022 |
| 2234. | Scott Mustang, Mar. 1, 2022 |
| 2235. | Will Stroud, Mar. 1, 2022 |
| 2236. | Sean Marlowe, Mar. 1, 2022 |
| 2237. | Tom Cahill, Mar. 1, 2022 |
| 2238. | David De Souza, Mar. 1, 2022 |
| 2239. | Luke Fafach, Mar. 1, 2022 |
| 2240. | Chuck Swenberg, Mar. 1, 2022 |
| 2241. | Brian Donahue, Mar. 1, 2022 |
| 2242. | Brandon Mangold, Mar. 1, 2022 |
| 2243. | Matthew Forbes, Mar. 1, 2022 |
| 2244. | Dave Young, Mar. 1, 2022 |
| 2245. | Keith Brand, Mar. 1, 2022 |
| 2246. | Rafael Cavalcanti, Mar. 1, 2022 |
| 2247. | Desiree Briceno, Mar. 1, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 2248. | Jim Weisser, Mar. 1, 2022 |
| 2249. | Steven Harris, Mar. 1, 2022 |
| 2250. | John Dunn, Mar. 1, 2022 |
| 2251. | Bertrand Darnault, Mar. 1, 2022 |
| 2252. | Rajiv Khemani, Mar. 1, 2022 |
| 2253. | Anonymous, Mar. 1, 2022 |
| 2254. | C. Y., Mar. 1, 2022 |
| 2255. | William Mcpherson, Managing Member, United Land Company, LLC, Mar. 1, 2022 |
| 2256. | Ross Blankenship, Mar. 2, 2022 |
| 2257. | Marc Janiak, Mar. 2, 2022 |
| 2258. | Joseph Barr, Mar. 2, 2022 |
| 2259. | Jalen Rose, Mar. 2, 2022 |
| 2260. | Barry Reinholtz, Investor, Mar. 2, 2022 |
| 2261. | Sandra Stokes, Mar. 2, 2022 |
| 2262. | Jacinto Casado, Mar. 2, 2022 |
| 2263. | Adrian Simonetti, Mar. 2, 2022 |
| 2264. | Kevin, Mar. 2, 2022 |
| 2265. | Ryan Braun, Mar. 2, 2022 |
| 2266. | David Lee, Mar. 2, 2022 |
| 2267. | Anonymous, Mar. 2, 2022 |
| 2268. | Bob Van Wetter, Mar. 2, 2022 |
| 2269. | A. M., Mar. 2, 2022 |

Doc. No.    Description

2270.    Erik K., Mar. 2, 2022

2271.    Rafael Gray, Mar. 2, 2022

2272.    Jim King, Mar. 2, 2022

2273.    Matthew Remes, Mar. 2, 2022

2274.    Patrick Kellner, Mar. 2, 2022

2275.    Gary Reiter, Mar. 2, 2022

2276.    Daniel Ameli, Mar. 2, 2022

2277.    Todd Skinner, Mar. 2, 2022

2278.    Steven Quach, Mar. 2, 2022

2279.    Clint Barnes, Mar. 2, 2022

2280.    Ann Finn, Mar. 2, 2022

2281.    Mingey Lee, Mar. 2, 2022

2282.    Joe Borgia, Mar. 2, 2022

2283.    Brian Sipe, Mar. 2, 2022

2284.    Ignacio, Mar. 2, 2022

2285.    David Bixler, Mar. 2, 2022

2286.    Jeremy, Mar. 2, 2022

2287.    Bianca Bosquez, Mar. 2, 2022

2288.    Richard Zheng, Mar. 2, 2022

2289.    Earl Stevens, Mar. 2, 2022

2290.    Jimmy Cowan, Mar. 2, 2022

2291.    Scott Mason, Mar. 2, 2022

| Doc. No. | Description |
|----------|-------------|
| 2292. | John Coble, Mar. 2, 2022 |
| 2293. | Thomas Alexander, Mar. 3, 2022 |
| 2294. | Paul Grewal, Chief Legal Officer, Coinbase, Mar. 3, 2022 |
| 2295. | David B. Hennes, Mar. 3, 2022 |
| 2296. | A. H., Mar. 3, 2022 |
| 2297. | Connor Dunham, Mar. 3, 2022 |
| 2298. | Jack Liao, Mar. 3, 2022 |
| 2299. | Baek Nam Seung, Mar. 3, 2022 |
| 2300. | Anonymous, Mar. 3, 2022 |
| 2301. | Jay Favaedi, Mar. 3, 2022 |
| 2302. | Chris Brase, Mar. 3, 2022 |
| 2303. | Sean Macaulay, Mar. 3, 2022 |
| 2304. | Andrew Longley, Mar. 3, 2022 |
| 2305. | Greg Kohlhagen, Mar. 3, 2022 |
| 2306. | Alex Nguyen, Mar. 3, 2022 |
| 2307. | Jim Carlock, Mar. 3, 2022 |
| 2308. | Gregg Swensen, Mar. 3, 2022 |
| 2309. | Peter Ihrig, Mar. 3, 2022 |
| 2310. | William Keller, Mar. 3, 2022 |
| 2311. | Ramesh Venkatachalam, Mar. 3, 2022 |
| 2312. | Michael Kalter, Mar. 3, 2022 |
| 2313. | David Iagatta, Mar. 3, 2022 |

Doc. No.    Description

2314.    Mo Schutte, Mar. 3, 2022

2315.    Bill Hehn, Mar. 3, 2022

2316.    Gerald A. Weiner, Mar. 3, 2022

2317.    Matt Fickel, Mar. 3, 2022

2318.    Gary Dulleck, Mar. 3, 2022

2319.    Jeremy Mcdooling, Mar. 3, 2022

2320.    Peter Weisz, Mar. 3, 2022

2321.    Andrea Skinner, Mar. 3, 2022

2322.    Angela Jackson, Mar. 3, 2022

2323.    Christopher Backus, Mar. 3, 2022

2324.    Adam Hasbargen, Mar. 3, 2022

2325.    Chris Featherstone, Mar. 3, 2022

2326.    Craig S., Mar. 3, 2022

2327.    David Lynch, Mar. 3, 2022

2328.    Edgar Aguirre, Mar. 3, 2022

2329.    Jonathan Little, Mar. 3, 2022

2330.    Kathleen Hardin, Mar. 3, 2022

2331.    Larisa Braun, Mar. 3, 2022

2332.    Rajesh Rao, Mar. 3, 2022

2333.    Doug Vahey, Mar. 3, 2022

2334.    Houston Hardin, Mar. 3, 2022

2335.    Michael Gottlieb, Mar. 3, 2022

| Doc. No. | Description |
|----------|-------------|
| 2336. | Mel Seabright, Mar. 3, 2022 |
| 2337. | Stefanie Horsch, Mar. 3, 2022 |
| 2338. | Stephane Simpson, Mar. 3, 2022 |
| 2339. | Anonymous, Mar. 3, 2022 |
| 2340. | Joseph Morales, Mar. 3, 2022 |
| 2341. | Joseph Grieco, CFP, Mar. 3, 2022 |
| 2342. | Daniel Nuss, Mar. 3, 2022 |
| 2343. | Avi Barr, Mar. 3, 2022 |
| 2344. | Bryce Johnson, Mar. 3, 2022 |
| 2345. | Lisa Hough, Mar. 3, 2022 |
| 2346. | Chris Mullarkey, Mar. 3, 2022 |
| 2347. | Andrew Davies, Mar. 3, 2022 |
| 2348. | Cameron Williams, Mar. 3, 2022 |
| 2349. | Rob Cohen, Mar. 4, 2022 |
| 2350. | Khaista Khan, Mar. 4, 2022 |
| 2351. | Bradley Mann, Mar. 4, 2022 |
| 2352. | David J. Bard, Mar. 4, 2022 |
| 2353. | Dean Clark, Mar. 4, 2022 |
| 2354. | Bruce Chou, Mar. 4, 2022 |
| 2355. | George Mampilly, Mar. 4, 2022 |
| 2356. | Joseph Hwang, Mar. 4, 2022 |
| 2357. | Kamran Parajon, Mar. 4, 2022 |

Doc. No.    Description

2358.    Pavel Morozov, Mar. 4, 2022

2359.    Rio, Mar. 4, 2022

2360.    Tammy Bejano, Mar. 4, 2022

2361.    Grant Johnson, Mar. 4, 2022

2362.    Antonio Melgoza, Mar. 4, 2022

2363.    Chris Lang, Mar. 4, 2022

2364.    Charles Cothran, Mar. 4, 2022

2365.    Matthew Avery, Mar. 4, 2022

2366.    Michael Mcginley, Mar. 4, 2022

2367.    Anonymous, Mar. 4, 2022

2368.    Anonymous, Mar. 4, 2022

2369.    Nikolas Garcia, Mar. 4, 2022

2370.    Hunting Hill Global Capital, LLC, Mar. 4, 2022

2371.    Michael Lilienfeld, Mar. 4, 2022

2372.    Aaron Kruger, Mar. 4, 2022

2373.    Gail Robinson, Mar. 4, 2022

2374.    Berry Hamm, Mar. 4, 2022

2375.    Daniel L., Mar. 4, 2022

2376.    Tony Johnson, Mar. 4, 2022

2377.    Evgeny Bokhon, Mar. 4, 2022

2378.    Rodney Weinstein, Mar. 4, 2022

2379.    Shawn Cross, Mar. 5, 2022

110

| Doc. No. | Description |
|----------|-------------|
| 2380. | Michael Walston, Mar. 5, 2022 |
| 2381. | Ashutosh Banerjee, Mar. 5, 2022 |
| 2382. | Atif Sarwar, Mar. 5, 2022 |
| 2383. | Dan Clark, Mar. 5, 2022 |
| 2384. | Jason M., Mar. 5, 2022 |
| 2385. | Jeroen Playak, Mar. 5, 2022 |
| 2386. | Trevor Heiner, Mar. 5, 2022 |
| 2387. | Victor Tang, Mar. 5, 2022 |
| 2388. | Mike, Mar. 6, 2022 |
| 2389. | Denny, Mar. 6, 2022 |
| 2390. | Hassan Ali, Mar. 6, 2022 |
| 2391. | Bradley Mackler, Mar. 6, 2022 |
| 2392. | Doug Higby, Mar. 6, 2022 |
| 2393. | George Cavanaugh, Mar. 6, 2022 |
| 2394. | Brennan Warble, Mar. 6, 2022 |
| 2395. | Anonymous, Mar. 6, 2022 |
| 2396. | Lou, Mar. 6, 2022 |
| 2397. | Jason Sibley, Mar. 6, 2022 |
| 2398. | Browning Smith, Mar. 6, 2022 |
| 2399. | Richard Dowdell, Mar. 7, 2022 |
| 2400. | Rodney Johnson, Mar. 7, 2022 |
| 2401. | Claude Zellweger, Mar. 7, 2022 |

Doc. No.    Description

2402.    Albert B., Mar. 7, 2022

2403.    Jon Heitner, Mar. 7, 2022

2404.    Anonymous, Mar. 7, 2022

2405.    J. R., Mar. 7, 2022

2406.    Linda Chou, Mar. 7, 2022

2407.    Craig Huddleston, Mar. 7, 2022

2408.    Chad Shue, Mar. 7, 2022

2409.    Cary Sands, Mar. 7, 2022

2410.    Eric Rodawig, Mar. 7, 2022

2411.    Steve Straughn, Mar. 7, 2022

2412.    Oscar Martinez, Mar. 7, 2022

2413.    David Keehan, Mar. 7, 2022

2414.    Brandon Pasker, Mar. 7, 2022

2415.    Thomas Fuller, Mar. 7, 2022

2416.    Peter Ferrara, Mar. 7, 2022

2417.    Joan, Mar. 7, 2022

2418.    Anonymous, Mar. 7, 2022

2419.    Stacy Baker, Mar. 8, 2022

2420.    Tim Farnum, Mar. 8, 2022

2421.    Ryan Ohlinger, Mar. 8, 2022

2422.    Rizwan Badar, Mar. 8, 2022

2423.    Frans Kopp, Mar. 8, 2022

| Doc. No. | Description |
|----------|-------------|
| 2424. | Steve, Mar. 8, 2022 |
| 2425. | Gary Stern, Mar. 8, 2022 |
| 2426. | Paul Carnahan, Mar. 8, 2022 |
| 2427. | Michael Ford, Mar. 8, 2022 |
| 2428. | Daniel Gaide, Mar. 8, 2022 |
| 2429. | Atul Nair, Mar. 8, 2022 |
| 2430. | Tim Scanlon, Mar. 8, 2022 |
| 2431. | Dave D, Mar. 8, 2022 |
| 2432. | Shawn, Mar. 8, 2022 |
| 2433. | Crystal Kindrell, Mar. 8, 2022 |
| 2434. | Rick, Mar. 8, 2022 |
| 2435. | Gabry Z., Mar. 8, 2022 |
| 2436. | Kong Family, Mar. 8, 2022 |
| 2437. | Eric Faison, Mar. 8, 2022 |
| 2438. | Christopher Hawkins, Mar. 8, 2022 |
| 2439. | Mark Robitaille, Mar. 8, 2022 |
| 2440. | Fred Kong, Mar. 8, 2022 |
| 2441. | Ricardo Reis, Mar. 8, 2022 |
| 2442. | Sven Benson, Mar. 8, 2022 |
| 2443. | Halvard Kvaale, Mar. 8, 2022 |
| 2444. | Dale Donaldson, Mar. 8, 2022 |
| 2445. | Matt Apodaca, Mar. 8, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 2446. | Scott Nachatilo, Mar. 8, 2022 |
| 2447. | Uthman Ray Iv, Mar. 8, 2022 |
| 2448. | Zack Morris, Mar. 8, 2022 |
| 2449. | Kent Olson, Mar. 8, 2022 |
| 2450. | Michael Cohen, Mar. 8, 2022 |
| 2451. | Peter Stone, Mar. 8, 2022 |
| 2452. | Afshin Ghaffari, Mar. 8, 2022 |
| 2453. | Isaac Pino, Mar. 8, 2022 |
| 2454. | Andrew Herger, Mar. 8, 2022 |
| 2455. | Todd Schmucker, Mar. 8, 2022 |
| 2456. | Francisco Martinez, Mar. 8, 2022 |
| 2457. | Sunny, Mar. 8, 2022 |
| 2458. | Fred Bingham, Mar. 8, 2022 |
| 2459. | Sean Flaherty, Mar. 8, 2022 |
| 2460. | Joseph Tienzo, Mar. 9, 2022 |
| 2461. | Kipp Elliott Watson, Mar. 9, 2022 |
| 2462. | Michael Rabinovich, Mar. 9, 2022 |
| 2463. | Mehdi Amirirad, Mar. 9, 2022 |
| 2464. | R. Gitzhoffen, Mar. 9, 2022 |
| 2465. | Jake Fowler, Mar. 9, 2022 |
| 2466. | Stanka Semova, Mar. 9, 2022 |
| 2467. | Rick Murray, Mar. 9, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 2468. | Beau Simon, Mar. 9, 2022 |
| 2469. | George Phaneuf, Mar. 9, 2022 |
| 2470. | David Pahl, Mar. 9, 2022 |
| 2471. | John Shinas, Mar. 9, 2022 |
| 2472. | Jennie Bautista, Mar. 9, 2022 |
| 2473. | Christopher Scott Conway, Mar. 9, 2022 |
| 2474. | Denny Mcwayne, Mar. 9, 2022 |
| 2475. | Jeffrey Van Harte, Mar. 9, 2022 |
| 2476. | Erik B., Mar. 9, 2022 |
| 2477. | John Rundle, Mar. 9, 2022 |
| 2478. | Jim Mccraigh, Mar. 9, 2022 |
| 2479. | Joseph Tienzo, Mar. 9, 2022 |
| 2480. | Lesley, Mar. 9, 2022 |
| 2481. | Ronnie Moas, Mar. 9, 2022 |
| 2482. | Michael Oleary, Mar. 9, 2022 |
| 2483. | Jesse Lawrence, Mar. 9, 2022 |
| 2484. | Joe Hughes, Mar. 9, 2022 |
| 2485. | Huberto Gutierrez, Mar. 9, 2022 |
| 2486. | Emilie Rudy, Mar. 9, 2022 |
| 2487. | Richard Macko, Mar. 9, 2022 |
| 2488. | Jonathan Perkins, Mar. 9, 2022 |
| 2489. | Chris Martin, Mar. 9, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 2490. | Len Oniskey, Mar. 9, 2022 |
| 2491. | Steven Maiorano, Mar. 9, 2022 |
| 2492. | Mike Tilghman, Mar. 9, 2022 |
| 2493. | Greg Behling, Mar. 9, 2022 |
| 2494. | Andrew Karst, Mar. 9, 2022 |
| 2495. | Vince Perugini, Mar. 9, 2022 |
| 2496. | Brian Twynham, Mar. 9, 2022 |
| 2497. | Scott Cooley, Mar. 9, 2022 |
| 2498. | Aaron Monson, Mar. 9, 2022 |
| 2499. | Joe Delude, Mar. 9, 2022 |
| 2500. | Scott Slater, Mar. 9, 2022 |
| 2501. | Khai Pham LLC, Mar. 9, 2022 |
| 2502. | Jason H., Mar. 9, 2022 |
| 2503. | Chris Cahak, Mar. 10, 2022 |
| 2504. | Brian Rotter, Mar. 10, 2022 |
| 2505. | Angela Jackson, Mar. 10, 2022 |
| 2506. | Chad Dickman, Mar. 10, 2022 |
| 2507. | Milad Mohammadi, Mar. 10, 2022 |
| 2508. | Baran Aydemir, Mar. 10, 2022 |
| 2509. | Rich Marra, Mar. 10, 2022 |
| 2510. | Ben O'hare, Mar. 10, 2022 |
| 2511. | Johnmkilgore, Mar. 10, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 2512. | Dan Greenblatt, Mar. 10, 2022 |
| 2513. | Eric Smith, Mar. 10, 2022 |
| 2514. | Wylie Van Den Akker, Mar. 10, 2022 |
| 2515. | Steve, Mar. 10, 2022 |
| 2516. | Ben Burkhart, Mar. 10, 2022 |
| 2517. | Chip Parrish, Mar. 10, 2022 |
| 2518. | Chris Cahak, Mar. 10, 2022 |
| 2519. | Brian Rotter, Mar. 10, 2022 |
| 2520. | Helen Gross, Mar. 10, 2022 |
| 2521. | Angela Jackson, Mar. 10, 2022 |
| 2522. | Ryan Short, Mar. 11, 2022 |
| 2523. | Gabriel Sanchez, Mar. 11, 2022 |
| 2524. | Michael Guillemette, Mar. 11, 2022 |
| 2525. | Robert Guindon, Mar. 11, 2022 |
| 2526. | Semir Aganovic, Mar. 11, 2022 |
| 2527. | Chris Faircloth, Mar. 11, 2022 |
| 2528. | Michael Rogers, Mar. 11, 2022 |
| 2529. | Joshua Kleymeyer, Mar. 11, 2022 |
| 2530. | Chris Soignier, Mar. 11, 2022 |
| 2531. | Jack Collins, Mar. 11, 2022 |
| 2532. | Marc Pisan, Mar. 11, 2022 |
| 2533. | Kurt Reid, Mar. 11, 2022 |

Doc. No.    Description

2534.    Anonymous, Mar. 11, 2022

2535.    Hansjuerg Perino, Mar. 11, 2022

2536.    Darren Sadana, Mar. 11, 2022

2537.    Arek Grzegorzewski, Mar. 11, 2022

2538.    Mark Engelberg, Mar. 11, 2022

2539.    Benjamin Burrows, Mar. 12, 2022

2540.    Brandon Vandagriff, Mar. 12, 2022

2541.    Michael Cammer, Mar. 12, 2022

2542.    Blaze, Mar. 12, 2022

2543.    Kevin Peterson, Mar. 12, 2022

2544.    Anthony Clay, Mar. 12, 2022

2545.    Jessica Melendez, Mar. 12, 2022

2546.    Alex Taylor, Mar. 12, 2022

2547.    Joey David Galvin, Mar. 12, 2022

2548.    Jonathan Sweemer, Mar. 12, 2022

2549.    Mike Jiang, Banking Relationship Manager, Mar. 12, 2022

2550.    Armando Alba, Mar. 13, 2022

2551.    Jeffrey Vaisey, Mar. 13, 2022

2552.    Stephen Stephen, Mar. 13, 2022

2553.    Sergio Correarueda, Mar. 13, 2022

2554.    Sen Zhang, Mar. 13, 2022

2555.    Oleg Zaytsev, Mar. 13, 2022

<u>Doc. No.</u>    <u>Description</u>

2556.    Michael D. Moffitt, Ph.D., Mar. 13, 2022

2557.    Ethan Polto, Mar. 13, 2022

2558.    Michel Rainville, Mar. 13, 2022

2559.    Gordon Childs, Mar. 13, 2022

2560.    Sean Litherland, Mar. 13, 2022

2561.    Oladimeji Israel, Mar. 13, 2022

2562.    Nevy Singh, Mar. 14, 2022

2563.    Ye Wang, Mar. 14, 2022

2564.    Charles Hardy, Mar. 14, 2022

2565.    Clifford Wright, Mar. 14, 2022

2566.    Joel Wikstrom, Mar. 14, 2022

2567.    Jason Lindbergh, Mar. 14, 2022

2568.    Zachary Batchelor, Mar. 14, 2022

2569.    James, Mar. 14, 2022

2570.    Mike Katz, Mar. 14, 2022

2571.    Ryan Stines, Mar. 14, 2022

2572.    Bob Kulik, Mar. 14, 2022

2573.    Ryan Sheedy, Mar. 14, 2022

2574.    Steven Robson, Mar. 14, 2022

2575.    Scott Clark, Mar. 14, 2022

2576.    Josha Higgins, Mar. 14, 2022

2577.    Brad Suddath, Mar. 14, 2022

| Doc. No. | Description |
|---|---|
| 2578. | Mason Lam, Mar. 14, 2022 |
| 2579. | Izzy Barlord, Mar. 14, 2022 |
| 2580. | Mason Lam, Mar. 14, 2022 |
| 2581. | James Macon, Mar. 14, 2022 |
| 2582. | John Daly, Mar. 14, 2022 |
| 2583. | Howard Rutten, Mar. 14, 2022 |
| 2584. | Dan Runion, Mar. 14, 2022 |
| 2585. | Curtis Slipman, Mar. 14, 2022 |
| 2586. | Carole Ann, Mar. 14, 2022 |
| 2587. | Richard Smith, Mar. 14, 2022 |
| 2588. | Jack Tobin, Mar. 14, 2022 |
| 2589. | Alex Rattray, Mar. 14, 2022 |
| 2590. | Bridgette Blackney, Mar. 14, 2022 |
| 2591. | Tyson G. Blackney, Mar. 14, 2022 |
| 2592. | Geoff Dudgeon, Mar. 14, 2022 |
| 2593. | Pete Stickney, Mar. 14, 2022 |
| 2594. | Ioannis Sakellio, Mar. 14, 2022 |
| 2595. | Moises Behar, Mar. 14, 2022 |
| 2596. | Stiven Kulla, Mar. 14, 2022 |
| 2597. | Anonymous, Mar. 14, 2022 |
| 2598. | Torrey, Mar. 14, 2022 |
| 2599. | Jim Gerling, Mar. 14, 2022 |

Doc. No.    Description

2600.    Darin Durst, Mar. 14, 2022

2601.    Eric Miller, Mar. 14, 2022

2602.    Abdul Hamze, Mar. 14, 2022

2603.    Marc Abi Saleh, Mar. 14, 2022

2604.    Dario Cavaleri, Mar. 14, 2022

2605.    Chris King, Mar. 14, 2022

2606.    Zylo, Mar. 14, 2022

2607.    David Bondy, Mar. 14, 2022

2608.    Quinton Mathews, Mar. 14, 2022

2609.    Anonymous, Mar. 14, 2022

2610.    Dan, Mar. 14, 2022

2611.    Jre Pierson, Mar. 14, 2022

2612.    Bryan Kelley, Mar. 14, 2022

2613.    J. Fitzpatrick, Mar. 14, 2022

2614.    Shih Che Chiu, Mar. 14, 2022

2615.    Noah Ck, Mar. 14, 2022

2616.    Paun Gabriel Razvan, Mar. 14, 2022

2617.    Choi Seong Hyeon, Mar. 14, 2022

2618.    Ugur Hidrolik, Mar. 14, 2022

2619.    Rau Loyal, Mar. 14, 2022

2620.    Tamir Samman, Mar. 14, 2022

2621.    Jake Strum, Mar. 14, 2022

| Doc. No. | Description |
|----------|-------------|
| 2622. | Brendan Pinder, Mar. 14, 2022 |
| 2623. | Ulrik Astrup Arnesen, Mar. 14, 2022 |
| 2624. | Benjamin Gast, Mar. 14, 2022 |
| 2625. | Chris Perrotta, Mar. 14, 2022 |
| 2626. | Travis Henson, Mar. 14, 2022 |
| 2627. | Dean, Mar. 14, 2022 |
| 2628. | Eran Ba, Mar. 14, 2022 |
| 2629. | Tj Roberts, Mar. 14, 2022 |
| 2630. | M.S. Daniel L. Farrow, Mar. 14, 2022 |
| 2631. | J. T., Mar. 14, 2022 |
| 2632. | Arnaldo Arocho, Mar. 14, 2022 |
| 2633. | Slee Tree, Mar. 15, 2022 |
| 2634. | Andrew Lester, Mar. 15, 2022 |
| 2635. | Annemarie Balogh, Mar. 15, 2022 |
| 2636. | Eric Milton, Mar. 15, 2022 |
| 2637. | Joseph Wise, Mar. 15, 2022 |
| 2638. | Michael John, Mar. 15, 2022 |
| 2639. | Daniel Pablo Toledo, Mar. 15, 2022 |
| 2640. | Eddie Armentrout, Mar. 15, 2022 |
| 2641. | Primo Rosado, Mar. 15, 2022 |
| 2642. | D. G., Mar. 15, 2022 |
| 2643. | David Zamora, Mar. 15, 2022 |

Doc. No.    Description

2644.    Alan Charles, Mar. 15, 2022

2645.    Frankie Adams, Mar. 15, 2022

2646.    Owen M. Scanlon, Mar. 15, 2022

2647.    Derek Grant, Mar. 15, 2022

2648.    Vijay Ayyar, Mar. 15, 2022

2649.    Yazan Salhani, Mar. 15, 2022

2650.    Trey Hill, Mar. 16, 2022

2651.    John W. Taylor, Mar. 16, 2022

2652.    Heath Wise, Mar. 16, 2022

2653.    Sunjeev Konduru, Mar. 16, 2022

2654.    Lejonta Jones, Mar. 16, 2022

2655.    S. Boys, Mar. 16, 2022

2656.    Anonymous, Mar. 16, 2022

2657.    Jon Van Dahm, Mar. 16, 2022

2658.    Christopher C. Marvel, Mar. 16, 2022

2659.    Jamie Perry, Mar. 16, 2022

2660.    Jake Le, Mar. 16, 2022

2661.    Mark Dunetz, Mar. 16, 2022

2662.    Ashley Howe, Mar. 16, 2022

2663.    Federico Poetto, Mar. 16, 2022

2664.    Matthew Morano, CFA, Mar. 16, 2022

2665.    Mark Kaminsky, Mar. 17, 2022

| Doc. No. | Description |
|----------|-------------|
| 2666. | Curtis Arnold, Mar. 17, 2022 |
| 2667. | Thomas Alexander, Mar. 17, 2022 |
| 2668. | John Drake, Mar. 17, 2022 |
| 2669. | Ron Moss, Mar. 17, 2022 |
| 2670. | Craig Forbell, Mar. 17, 2022 |
| 2671. | Jack Maller, Mar. 17, 2022 |
| 2672. | David Eck, Mar. 17, 2022 |
| 2673. | Andrey Tsvetenko, Mar. 17, 2022 |
| 2674. | Robert Lewis, Mar. 17, 2022 |
| 2675. | Ryan Snyder, Mar. 17, 2022 |
| 2676. | Doug Tellinghuisen, Mar. 17, 2022 |
| 2677. | Matt St. Germain, Mar. 17, 2022 |
| 2678. | Steve Sutherland, Mar. 17, 2022 |
| 2679. | Adam, Mba Finance, Mar. 17, 2022 |
| 2680. | Dan Lounsbury, Mar. 17, 2022 |
| 2681. | Richard Lemke, Mar. 18, 2022 |
| 2682. | Eng Hwee Ghwee, Mar. 18, 2022 |
| 2683. | Wayne Segal, Mar. 18, 2022 |
| 2684. | Sanjay Chaurasia, Mar. 18, 2022 |
| 2685. | Tim Johnson, Mar. 18, 2022 |
| 2686. | Abby Snyder, Mar. 18, 2022 |
| 2687. | John Rundle, Mar. 18, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 2688. | B. H., Mar. 18, 2022 |
| 2689. | Chad Attermann, Mar. 18, 2022 |
| 2690. | Billy Gratopp, Mar. 18, 2022 |
| 2691. | Parik[Redacted] Sharma, Mar. 18, 2022 |
| 2692. | Michele Favaro, Mar. 18, 2022 |
| 2693. | Anonymous, Mar. 18, 2022 |
| 2694. | Anonymous, Mar. 19, 2022 |
| 2695. | Tim F., Mar. 19, 2022 |
| 2696. | Chris Elsten, Mar. 19, 2022 |
| 2697. | Edzar Rodriguez, Mar. 19, 2022 |
| 2698. | Jon, Mar. 19, 2022 |
| 2699. | Francois Moreau, Mar. 19, 2022 |
| 2700. | Thun Sokha, Mar. 19, 2022 |
| 2701. | Daniel, Mar. 19, 2022 |
| 2702. | Miguel Munarriz, Mar. 20, 2022 |
| 2703. | Gavin Moore, Mar. 21, 2022 |
| 2704. | Junior De Oliveira, Mar. 21, 2022 |
| 2705. | Jlf, Mar. 21, 2022 |
| 2706. | Jonathan Son, Mar. 21, 2022 |
| 2707. | Younil Son, Mar. 21, 2022 |
| 2708. | Joe A., Mar. 21, 2022 |
| 2709. | Richard Zheng, Mar. 21, 2022 |

Doc. No.    Description

2710.    Ashish Rastogi, Mar. 21, 2022

2711.    Austin Murtagh, Mar. 21, 2022

2712.    Heather Westlake, Mar. 21, 2022

2713.    Ken Clarkson, Mar. 21, 2022

2714.    Jordan Loev, Mar. 21, 2022

2715.    Sheldon Dearr, Mar. 21, 2022

2716.    Chad Means, Mar. 21, 2022

2717.    Nathan Hill, Mar. 21, 2022

2718.    Lightning Capital, Mar. 21, 2022

2719.    Scott Williams, Mar. 21, 2022

2720.    David Hughes, Mar. 21, 2022

2721.    Eric Pam, Mar. 21, 2022

2722.    Arbaz Mohammed, Mar. 21, 2022

2723.    Tim Crick, Mar. 21, 2022

2724.    Darren Story, Mar. 21, 2022

2725.    Aaron Rosier, Mar. 22, 2022

2726.    Anonymous, Mar. 22, 2022

2727.    Michael Charur, Mar. 22, 2022

2728.    Robert Galluscio, Mar. 22, 2022

2729.    William Mitchell, Mar. 22, 2022

2730.    Anisha Sharma, Mar. 22, 2022

2731.    Ben Monat, Mar. 22, 2022

Doc. No.    Description

2732.    Jim Vasta, Mar. 22, 2022

2733.    Glenn Johnson, Mar. 22, 2022

2734.    Nathan Mantia, Mar. 22, 2022

2735.    Ross Nugent, Mar. 22, 2022

2736.    James Sumsion, Mar. 22, 2022

2737.    Andrew Barber, Mar. 22, 2022

2738.    Jonathan Levy, Mar. 22, 2022

2739.    Axia Antar, Mar. 22, 2022

2740.    Dan G., Mar. 22, 2022

2741.    Mike C., Mar. 22, 2022

2742.    Jose Carlos, Mar. 22, 2022

2743.    Alex White, Mar. 22, 2022

2744.    Samir Qureshi, Mar. 22, 2022

2745.    Alexander Iakovlev, Mar. 22, 2022

2746.    James Duerbeck, Mar. 22, 2022

2747.    Geoff A., Mar. 22, 2022

2748.    Halim Yılmaz, Mar. 22, 2022

2749.    John Conneally, Mar. 22, 2022

2750.    Brandon Gunderson, Mar. 22, 2022

2751.    Michael Corona, Mar. 22, 2022

2752.    Jeremy Jones, Mar. 22, 2022

2753.    Damien Lynch, Mar. 22, 2022

Doc. No.    Description

2754.    Brian Rose, Mar. 22, 2022

2755.    Joe Jordon, Mar. 22, 2022

2756.    Chace Bonanno, Mar. 22, 2022

2757.    Justin Woddis, Mar. 23, 2022

2758.    Charles J. Sabatier III, Mar. 23, 2022

2759.    Rajarshi Chatterjee, Mar. 23, 2022

2760.    Terry A. Barnes, Mar. 23, 2022

2761.    Jennifer Williams, Mar. 23, 2022

2762.    Craig Suhadolnik, Mar. 23, 2022

2763.    Christopher Diffley, Mar. 23, 2022

2764.    Tom Lom, Mar. 23, 2022

2765.    Aurelio Tinio, Mar. 23, 2022

2766.    David Alden, Mar. 23, 2022

2767.    Toby R., Mar. 23, 2022

2768.    Will Ferguson, Mar. 23, 2022

2769.    Noah Bloomberg, Mar. 23, 2022

2770.    Steve Everett, Mar. 23, 2022

2771.    Ra Ruben Alexander German, Mar. 23, 2022

2772.    Rod Whisnant, Mar. 24, 2022

2773.    Rick, Mar. 24, 2022

2774.    Anonymous, Mar. 24, 2022

2775.    Ken Klein, Mar. 24, 2022

| Doc. No. | Description |
|---|---|
| 2776. | Ashraf Hanna, Mar. 24, 2022 |
| 2777. | Angelo Lopipero, Mar. 24, 2022 |
| 2778. | Dennis Martin, Mar. 24, 2022 |
| 2779. | Paul Malewitz, Mar. 24, 2022 |
| 2780. | Glenn Brenneman, Mar. 24, 2022 |
| 2781. | Jesse Prusi, Mar. 24, 2022 |
| 2782. | Matt Boyer, Mar. 24, 2022 |
| 2783. | Abdul Hanan, Mar. 24, 2022 |
| 2784. | Mike Gordon, Mar. 24, 2022 |
| 2785. | Michelle Eggleston, Mar. 24, 2022 |
| 2786. | Daniel S, Mar. 25, 2022 |
| 2787. | Peri Co, Mar. 25, 2022 |
| 2788. | Chris Claggett, Mar. 25, 2022 |
| 2789. | Alex Dixon, Mar. 25, 2022 |
| 2790. | Aaren Lee Hill, Mar. 25, 2022 |
| 2791. | Lim Pisey, Mar. 25, 2022 |
| 2792. | Bhadresh Solanki, Mar. 25, 2022 |
| 2793. | Vanessa Murray, Mar. 25, 2022 |
| 2794. | Jason Green, Mar. 25, 2022 |
| 2795. | Gregory Gross, Mar. 25, 2022 |
| 2796. | Shane Patton, Mar. 25, 2022 |
| 2797. | Leon Ashurov, Mar. 25, 2022 |

Doc. No.    Description

2798.    Tom Wilk, Mar. 25, 2022

2799.    Gareth Z. Barker, Mar. 25, 2022

2800.    Walter Boyer, Mar. 25, 2022

2801.    Terry Harmer, Mar. 25, 2022

2802.    Bradrenfrow, Mar. 26, 2022

2803.    Matt Gammill, Mar. 26, 2022

2804.    Campbell R. Harvey, Mar. 26, 2022

2805.    Jerry Schulz, Mar. 26, 2022

2806.    Jovani Martinez, Mar. 26, 2022

2807.    Reed Paseur, Mar. 26, 2022

2808.    Dan Opt, Mar. 26, 2022

2809.    Fabio Castro Correa, Mar. 26, 2022

2810.    Aaron Stearns, Mar. 26, 2022

2811.    Chin Kok Wee, Mar. 26, 2022

2812.    John Hanscom, Mar. 26, 2022

2813.    Jake Huscroft, Mar. 27, 2022

2814.    Albert Choi, Mar. 27, 2022

2815.    Stewart Sherpa, Mar. 27, 2022

2816.    Scott Galindo, Mar. 27, 2022

2817.    Allan Mak, Mar. 27, 2022

2818.    Jawad Bajjou, Mar. 27, 2022

2819.    Michael Tsung, Mar. 27, 2022

Doc. No.    Description

2820.    Philip Tambyah, Mar. 27, 2022

2821.    Son Le, Mar. 27, 2022

2822.    Ryan, Mar. 27, 2022

2823.    James Keeton, Mar. 27, 2022

2824.    Dennis Bourgerie, Mar. 27, 2022

2825.    Steven Riley, Mar. 27, 2022

2826.    Stacy Riley, Mar. 27, 2022

2827.    Kevin Houben, Mar. 27, 2022

2828.    Steve Riley, Mar. 27, 2022

2829.    Javier Ochoa, Mar. 27, 2022

2830.    Ty Hensley, Mar. 27, 2022

2831.    Michael Ramsey, Mar. 27, 2022

2832.    James Beck, Mar. 27, 2022

2833.    Hadi Youssef, Mar. 27, 2022

2834.    Ayaz Shaikh, Mar. 27, 2022

2835.    Anonymous, Mar. 27, 2022

2836.    Anonymous, Mar. 27, 2022

2837.    Avi Fogel, Mar. 27, 2022

2838.    Alexander Hernandez, Mar. 27, 2022

2839.    Phil Steele, Mar. 28, 2022

2840.    John Sundeen, Mar. 28, 2022

2841.    Chris Conklin, Mar. 28, 2022

| Doc. No. | Description |
|----------|-------------|
| 2842. | Brian Smith, Mar. 28, 2022 |
| 2843. | Philip Johnson, Mar. 28, 2022 |
| 2844. | Steve A. Brielmaier, Mar. 28, 2022 |
| 2845. | Mohamed Amin, Mar. 28, 2022 |
| 2846. | Daniel Stone, Mar. 28, 2022 |
| 2847. | Caleb Pinter, Mar. 28, 2022 |
| 2848. | Vincent, Mar. 28, 2022 |
| 2849. | P. K., Mar. 28, 2022 |
| 2850. | Ben Thomas, Mar. 28, 2022 |
| 2851. | John Furr, Mar. 28, 2022 |
| 2852. | Steven Freund, Mar. 28, 2022 |
| 2853. | George Sofield, Mar. 28, 2022 |
| 2854. | Matthew Ostrom, Mar. 28, 2022 |
| 2855. | Craig E., Mar. 28, 2022 |
| 2856. | Trey Rawles, Mar. 28, 2022 |
| 2857. | Michael Stroup, Mar. 28, 2022 |
| 2858. | Gail K., Mar. 28, 2022 |
| 2859. | David Parenteau, Mar. 28, 2022 |
| 2860. | Cory Stinson, Mar. 28, 2022 |
| 2861. | Jeff Pryor, Mar. 28, 2022 |
| 2862. | Stephen Marra, Mar. 28, 2022 |
| 2863. | Faheem Rana, Mar. 28, 2022 |

Doc. No.    Description

2864.    Vincent Caniglia, Mar. 28, 2022

2865.    Joshua Pagano, Mar. 28, 2022

2866.    Ryan Tigner, Mar. 28, 2022

2867.    Brian Havermann, Mar. 28, 2022

2868.    Austin Sloan, Mar. 28, 2022

2869.    Jakob Dodd, Mar. 28, 2022

2870.    Ben Akucewich, Mar. 28, 2022

2871.    William Lefever, Mar. 28, 2022

2872.    Parrish Mcintyre, Mar. 28, 2022

2873.    Chuck Chrissis, Mar. 28, 2022

2874.    Jacob Fletcher, Mar. 28, 2022

2875.    Tim Jurczyk, Mar. 28, 2022

2876.    Benjamin Lee, Mar. 28, 2022

2877.    Alan Choi, Mar. 28, 2022

2878.    Sean, Mar. 28, 2022

2879.    Mario Zazzera, Mar. 28, 2022

2880.    Brendan Murray, Mar. 28, 2022

2881.    Daniela, Mar. 28, 2022

2882.    Alex Dennis, Mar. 28, 2022

2883.    Eliseo Diaz, Mar. 28, 2022

2884.    Derrick, Mar. 28, 2022

2885.    Andrew Masters, Mar. 28, 2022

| Doc. No. | Description |
|----------|-------------|
| 2886. | Doug Moeckel, Mar. 28, 2022 |
| 2887. | Patrick Flynn, Mar. 28, 2022 |
| 2888. | Steve Rettler, Mar. 28, 2022 |
| 2889. | James Whiteneck, Mar. 28, 2022 |
| 2890. | David Crupper, Mar. 28, 2022 |
| 2891. | Jeff Easterwood, Mar. 28, 2022 |
| 2892. | Joseph Clees, Mar. 28, 2022 |
| 2893. | Jeffrey Beacham, Mar. 28, 2022 |
| 2894. | Mick Drake, Mar. 28, 2022 |
| 2895. | Anonymous, Mar. 28, 2022 |
| 2896. | Frank Kmet, Mar. 28, 2022 |
| 2897. | Douglas Jessup, Mar. 28, 2022 |
| 2898. | Keith Bronstein, Mar. 28, 2022 |
| 2899. | Mike Fairchild, Mar. 28, 2022 |
| 2900. | Bruce Campbell, Mar. 28, 2022 |
| 2901. | Jonathan Wright, Mar. 28, 2022 |
| 2902. | Demetris Dangerfield, Mar. 28, 2022 |
| 2903. | Aidin Vahdani, Mar. 28, 2022 |
| 2904. | Jim S, Mar. 29, 2022 |
| 2905. | Dharmesh Mistry, Mar. 29, 2022 |
| 2906. | Michael Mcelveen, Mar. 29, 2022 |
| 2907. | Matt C., Mar. 29, 2022 |

Doc. No.    Description

2908.    Matthew Fahy, Mar. 29, 2022

2909.    Andrew Jonathan Dorfman MD, Mar. 29, 2022

2910.    Tama Chonk, Mar. 29, 2022

2911.    Stephen Spain, Mar. 29, 2022

2912.    Michael Young, Mar. 29, 2022

2913.    Derek Centineo, Mar. 29, 2022

2914.    Peter Badger, Mar. 29, 2022

2915.    David Ruttum, Mar. 29, 2022

2916.    Aaron Turner, Mar. 29, 2022

2917.    Ian Seibert, Mar. 29, 2022

2918.    Tom Zurich, Mar. 29, 2022

2919.    Frank Boruch Katina, Mar. 29, 2022

2920.    Lisa Ramsay, Mar. 29, 2022

2921.    Glenn Fuller, Mar. 29, 2022

2922.    David Millett, Mar. 29, 2022

2923.    Eric Cassidy, Mar. 29, 2022

2924.    Katherine Chiroff, Mar. 29, 2022

2925.    Gary Kaye, Mar. 29, 2022

2926.    Joel Thornton, Mar. 29, 2022

2927.    Lindsey Schlabach, Mar. 29, 2022

2928.    Samantha York, Mar. 29, 2022

2929.    Douglas Eddy, Mar. 29, 2022

Doc. No.    Description

2930.    Anthony Simonetti, Mar. 29, 2022

2931.    Todd Richards, Mar. 29, 2022

2932.    Jori Matthijssen, Mar. 29, 2022

2933.    Toby Sharp, Mar. 29, 2022

2934.    Matt Jozoff, Mar. 29, 2022

2935.    Victor Tiffany, Mar. 29, 2022

2936.    Mike Gordon, Mar. 29, 2022

2937.    Oleg M., Mar. 29, 2022

2938.    Anil Jagarlamudi, Mar. 29, 2022

2939.    Ander Llona, Mar. 29, 2022

2940.    Leung Alex, Mar. 29, 2022

2941.    David Castro, Mar. 29, 2022

2942.    Ryan King, Mar. 29, 2022

2943.    Chris Hines, Mar. 29, 2022

2944.    Jeffrey Marcilliat, Mar. 29, 2022

2945.    Aaron Kong, Mar. 29, 2022

2946.    Marc Woodward, Mar. 29, 2022

2947.    Jeff Thomas, Mar. 29, 2022

2948.    John Oliver, Mar. 30, 2022

2949.    Thiago Kuckelhaus, Mar. 30, 2022

2950.    Thomas O'halloran, Mar. 30, 2022

2951.    Bruce Friedman, Mar. 30, 2022

| Doc. No. | Description |
| --- | --- |
| 2952. | Drawtech Swag, Mar. 30, 2022 |
| 2953. | Erick Arndt, Mar. 30, 2022 |
| 2954. | Anonymous, Mar. 30, 2022 |
| 2955. | Christopher Bloom, Mar. 30, 2022 |
| 2956. | [Redacted]Al Mahant, Mar. 30, 2022 |
| 2957. | Gary Eshelman, Mar. 30, 2022 |
| 2958. | Mark Farmer, Mar. 30, 2022 |
| 2959. | David Calicchio, Mar. 30, 2022 |
| 2960. | Jon A., Mar. 30, 2022 |
| 2961. | Anonymous, Mar. 30, 2022 |
| 2962. | Jason Edwards, Mar. 30, 2022 |
| 2963. | Oswaldo M. Tepan Sancho, Mar. 30, 2022 |
| 2964. | David Varisco, Mar. 30, 2022 |
| 2965. | Sanjay Srivatsa, Mar. 30, 2022 |
| 2966. | Rathan Haran, Mar. 30, 2022 |
| 2967. | Tobias Mele, Mar. 30, 2022 |
| 2968. | Anonymous, Mar. 31, 2022 |
| 2969. | Anonymous, Mar. 31, 2022 |
| 2970. | Anonymous, Mar. 31, 2022 |
| 2971. | Anonymous, Mar. 31, 2022 |
| 2972. | Anonymous, Mar. 31, 2022 |
| 2973. | Anonymous, Mar. 31, 2022 |

Doc. No.    Description

2974.    Anonymous, Mar. 31, 2022

2975.    Anonymous, Mar. 31, 2022

2976.    Anonymous, Mar. 31, 2022

2977.    Velda K., Mar. 31, 2022

2978.    Paul Wheeler, Mar. 31, 2022

2979.    Mike Cammarata, Mar. 31, 2022

2980.    Thomas Lundgard, Mar. 31, 2022

2981.    Steve, Mar. 31, 2022

2982.    Muhammad Naim, Mar. 31, 2022

2983.    Anonymous, Mar. 31, 2022

2984.    Velda Kwan, Mar. 31, 2022

2985.    Brian Callaghan, Mar. 31, 2022

2986.    Jason Satterfield, Mar. 31, 2022

2987.    John Valencia, Mar. 31, 2022

2988.    Joe Graham, Mar. 31, 2022

2989.    Fred Steck, Mar. 31, 2022

2990.    Jesse Krell, Mar. 31, 2022

2991.    Jeremy Welt, Mar. 31, 2022

2992.    Jay Fensterstock, Mar. 31, 2022

2993.    Muhammad Anwar, Mar. 31, 2022

2994.    Vassilis Kavvalos, Mar. 31, 2022

2995.    Nat Sanit, Mar. 31, 2022

Doc. No.    Description

2996.    Tyler Terry, Mar. 31, 2022

2997.    Terry Fahy, Mar. 31, 2022

2998.    Tom Marsan-Ryan, Mar. 31, 2022

2999.    Oziel Corral, Mar. 31, 2022

3000.    Graham Harper, Drw, Apr. 1, 2022

3001.    Helen Hsiu, Apr. 1, 2022

3002.    Israel Figueroa, Apr. 1, 2022

3003.    Giuseppe Taranto, Apr. 1, 2022

3004.    Rob Ingram, Apr. 1, 2022

3005.    Michael Morahan, Apr. 1, 2022

3006.    Bruce Pons, Apr. 1, 2022

3007.    Izhar Khan, Apr. 1, 2022

3008.    Robert Patton, Apr. 1, 2022

3009.    Joseph Lenzi, Apr. 1, 2022

3010.    Norman Holzberg, Apr. 1, 2022

3011.    Larry Salk, Apr. 1, 2022

3012.    Maura Gomes, Apr. 1, 2022

3013.    Vivien Patrie, Apr. 2, 2022

3014.    Camp Hk, Apr. 2, 2022

3015.    Jarod Mcelveen, Apr. 2, 2022

3016.    Paul Dufner, Apr. 2, 2022

3017.    James Q., Apr. 2, 2022

Doc. No.    Description

3018.    Abdul Hassan, Apr. 2, 2022

3019.    Alex Nosovicky, Apr. 2, 2022

3020.    Ben Michaelis, Apr. 2, 2022

3021.    Td Le, Apr. 3, 2022

3022.    John Becker, Apr. 3, 2022

3023.    Forrest Moreland, Apr. 3, 2022

3024.    David Bush, Apr. 3, 2022

3025.    Lance Lewis, Apr. 3, 2022

3026.    Arend Collen, Apr. 3, 2022

3027.    Noah Fessler, Apr. 3, 2022

3028.    Ron Patrie, Apr. 3, 2022

3029.    Anonymous, Apr. 3, 2022

3030.    Peter Leahey, Apr. 4, 2022

3031.    Douglas A. Cifu, Chief Executive Officer, Virtu Financial, Inc, Apr. 4, 2022

3032.    Lawrence Warchola, Apr. 4, 2022

3033.    Carlos Planas, Apr. 4, 2022

3034.    Raymer Shandel, Apr. 4, 2022

3035.    Varren Jones, Apr. 4, 2022

3036.    Paul Donnelly, Apr. 5, 2022

3037.    Robert Nichols, Apr. 5, 2022

3038.    Anonymous, Apr. 5, 2022

3039.    Keith Arvidson, Apr. 5, 2022

| Doc. No. | Description |
|----------|-------------|
| 3040. | Rj Keetch, Apr. 5, 2022 |
| 3041. | Robert Schneider, Apr. 5, 2022 |
| 3042. | Charlie Zahari, Apr. 6, 2022 |
| 3043. | John Riedel, Apr. 6, 2022 |
| 3044. | Behnam Tabrizi, Apr. 6, 2022 |
| 3045. | Ejaz Chaudhry, Apr. 6, 2022 |
| 3046. | Troy Johnson, Apr. 6, 2022 |
| 3047. | Bo Schinski, Apr. 6, 2022 |
| 3048. | Hector Gonzalez, Apr. 6, 2022 |
| 3049. | Anthony Tobias, Apr. 6, 2022 |
| 3050. | John Colgan, Apr. 6, 2022 |
| 3051. | Clinton Ford, Apr. 6, 2022 |
| 3052. | Doug Freeman, Apr. 6, 2022 |
| 3053. | Trish Haines, Apr. 6, 2022 |
| 3054. | Ben Herring, Apr. 6, 2022 |
| 3055. | Steven Brattain, Apr. 6, 2022 |
| 3056. | Blake Ross, Apr. 6, 2022 |
| 3057. | Jerry Campbell, Apr. 6, 2022 |
| 3058. | John Fleitz, Apr. 6, 2022 |
| 3059. | Heather Gibson, Apr. 6, 2022 |
| 3060. | Joel Johnson, Apr. 6, 2022 |
| 3061. | Michael Osibogun, Apr. 6, 2022 |

Doc. No.    Description

3062.    Bob J. Thomas, Apr. 6, 2022

3063.    George F. Landegger, Jr., Apr. 6, 2022

3064.    Suresh Rachakonda, Apr. 7, 2022

3065.    Jason Christian, Apr. 7, 2022

3066.    Radhika Chopra, Apr. 7, 2022

3067.    Jeremy Black, Apr. 7, 2022

3068.    Allie Christopher, Apr. 7, 2022

3069.    Leah Menaul, Apr. 7, 2022

3070.    Catherine Christopher, Apr. 7, 2022

3071.    John Ellsworth, Apr. 7, 2022

3072.    Matt Mcmanus, Apr. 7, 2022

3073.    G Debeaumont, Apr. 7, 2022

3074.    Kyle Lobeck, Apr. 7, 2022

3075.    Alex Treco, Apr. 7, 2022

3076.    Julius Gasso, Apr. 7, 2022

3077.    Richard Rader, Apr. 7, 2022

3078.    Robert Desylva, Apr. 7, 2022

3079.    Jim Mckenna, Apr. 7, 2022

3080.    James Halstead, Apr. 7, 2022

3081.    Paul Hart, Apr. 7, 2022

3082.    John G Keighley, Apr. 7, 2022

3083.    Jim Merry, Apr. 7, 2022

Doc. No.    Description

3084.    Jozef Jarosciak, Apr. 7, 2022

3085.    Michael Dunn, Apr. 7, 2022

3086.    D Shawn Kennedy, Apr. 7, 2022

3087.    Matt Marcinczyk, Apr. 7, 2022

3088.    Adam Chefitz, Apr. 7, 2022

3089.    Maury Mccoy, Apr. 7, 2022

3090.    John Flytz, Apr. 7, 2022

3091.    Mark Pierce, Apr. 7, 2022

3092.    Jacob Rosenberg, Apr. 7, 2022

3093.    Rj Kappler, Apr. 7, 2022

3094.    Mitch Gardberg, Apr. 7, 2022

3095.    Blake Richards, Apr. 7, 2022

3096.    Benjamin Mahler, Apr. 7, 2022

3097.    Ammar Arab, Apr. 7, 2022

3098.    Michael Beiser, Apr. 7, 2022

3099.    David Ellis, Apr. 7, 2022

3100.    Jonathan Cohen, Apr. 7, 2022

3101.    Mike Skeffington, Apr. 7, 2022

3102.    Ryan Lynch, Apr. 7, 2022

3103.    Jawahar Baddula, Apr. 7, 2022

3104.    Ashwin Lal, Apr. 7, 2022

3105.    Josh Yi, Apr. 7, 2022

| Doc. No. | Description |
|----------|-------------|
| 3106. | Neel Patel, Apr. 7, 2022 |
| 3107. | Gary Hill, Apr. 7, 2022 |
| 3108. | Eric Brandt, Apr. 7, 2022 |
| 3109. | Evan Schulz, Apr. 7, 2022 |
| 3110. | Nat Robbins, Apr. 7, 2022 |
| 3111. | Alonso Reig, Apr. 7, 2022 |
| 3112. | Tom Lydon, Apr. 7, 2022 |
| 3113. | Suzi Miner, Apr. 7, 2022 |
| 3114. | Mary Jenson, Apr. 7, 2022 |
| 3115. | Jay Gould, Apr. 7, 2022 |
| 3116. | Norman Kalat, Apr. 7, 2022 |
| 3117. | Chris Greenhouse, Apr. 7, 2022 |
| 3118. | Gil Barden, Apr. 7, 2022 |
| 3119. | Alaska Harston, Apr. 7, 2022 |
| 3120. | Mayur Patel, Apr. 7, 2022 |
| 3121. | Andrew Jarmon, Apr. 7, 2022 |
| 3122. | Julian Santana, Apr. 7, 2022 |
| 3123. | Drucker, Apr. 7, 2022 |
| 3124. | Mike Mery, Apr. 7, 2022 |
| 3125. | Marty Alan Theall, Apr. 7, 2022 |
| 3126. | James Porcelli, Apr. 7, 2022 |
| 3127. | Faraz Qureshi, Apr. 7, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 3128. | Raghavendra Dhanekula, Apr. 7, 2022 |
| 3129. | Nathan Comer, Apr. 7, 2022 |
| 3130. | Jennie Bautista, Apr. 7, 2022 |
| 3131. | Patrick Mccanless, Apr. 7, 2022 |
| 3132. | Michael Grove, Apr. 7, 2022 |
| 3133. | Kalpesh, Apr. 7, 2022 |
| 3134. | Jerome Hill, Apr. 7, 2022 |
| 3135. | Justin Zylick, Apr. 7, 2022 |
| 3136. | Mark Wilson, Apr. 7, 2022 |
| 3137. | Gannon Mcareavey, Apr. 7, 2022 |
| 3138. | Jesse Jernigan, Apr. 7, 2022 |
| 3139. | Matthew Hanzelka, Apr. 7, 2022 |
| 3140. | Nicks Racioppi, Apr. 7, 2022 |
| 3141. | Brian Fuller, Apr. 7, 2022 |
| 3142. | Bruce Gutkin, Apr. 7, 2022 |
| 3143. | Bryan Allen, Apr. 7, 2022 |
| 3144. | Dax Kelm, Apr. 7, 2022 |
| 3145. | Brian Howell, Apr. 7, 2022 |
| 3146. | Michael Ort, Apr. 7, 2022 |
| 3147. | Mike Sosnowski, Apr. 7, 2022 |
| 3148. | Ben Yao, Apr. 7, 2022 |
| 3149. | Emily Mclaughlin, Apr. 7, 2022 |

Doc. No.    Description

3150.    Jason Cooper, Apr. 7, 2022

3151.    Express Boilers Ltd, Apr. 7, 2022

3152.    Greg Choy, Apr. 7, 2022

3153.    Kyle Bogler, Apr. 7, 2022

3154.    Chris Johnston, Apr. 7, 2022

3155.    Joseph Bombara, Apr. 7, 2022

3156.    Jason Mckitrick, Apr. 7, 2022

3157.    Griff Ennis, Apr. 7, 2022

3158.    Jason Burk, Apr. 7, 2022

3159.    Renn Putorak, Apr. 7, 2022

3160.    Fabijan, Apr. 7, 2022

3161.    Joey Scafidi, Apr. 7, 2022

3162.    Furkan Akçin, Apr. 7, 2022

3163.    Alex White, Apr. 7, 2022

3164.    Kulvir Singh, Apr. 7, 2022

3165.    Matteo Mosca, Apr. 7, 2022

3166.    Jesse Compton, Apr. 7, 2022

3167.    Angelo Dominguez, Apr. 7, 2022

3168.    Ran M., Apr. 7, 2022

3169.    Matthew Lewis, Apr. 7, 2022

3170.    John Salagiannis, Apr. 7, 2022

3171.    Farah Fuller, Apr. 7, 2022

146

Doc. No.    Description

3172.    Glenn Fuller, Apr. 7, 2022

3173.    Christopher Abi-Aad, Apr. 7, 2022

3174.    Bob Anderson, Apr. 7, 2022

3175.    Lanny D. Kimsey, Apr. 7, 2022

3176.    Gary Heinonen, Apr. 7, 2022

3177.    Julian Rogers, Apr. 7, 2022

3178.    M A Rahman, Apr. 7, 2022

3179.    Brett Novek, Apr. 7, 2022

3180.    Jigar Mehta, Apr. 7, 2022

3181.    James Augustine, Apr. 7, 2022

3182.    Brett Schooley, Apr. 7, 2022

3183.    Rich Clarke, Apr. 7, 2022

3184.    Nate Delage, Apr. 7, 2022

3185.    Leon De Fleuriot, Apr. 7, 2022

3186.    Rich Tarr, Apr. 7, 2022

3187.    Marcus Kessler, Apr. 7, 2022

3188.    David Hess, Apr. 7, 2022

3189.    Luke Oliver, Apr. 7, 2022

3190.    Andrew Chiaravalle, Apr. 7, 2022

3191.    Ignacio Vazquez, Apr. 7, 2022

3192.    Rajesh Nkrishnan, Apr. 7, 2022

3193.    Bernard Middleton, Apr. 7, 2022

| Doc. No. | Description |
|---|---|
| 3194. | Andrew Berlowitz, Apr. 7, 2022 |
| 3195. | Keino Rutherford, Apr. 7, 2022 |
| 3196. | Ryan Drum, Apr. 7, 2022 |
| 3197. | Raymond Walsh, Apr. 7, 2022 |
| 3198. | Jeff Garrett, Apr. 7, 2022 |
| 3199. | Marc Scordo, Apr. 7, 2022 |
| 3200. | John Arnot, Apr. 7, 2022 |
| 3201. | Forrest Lee, Apr. 7, 2022 |
| 3202. | Matt Keene, Apr. 7, 2022 |
| 3203. | Anonymous, Apr. 7, 2022 |
| 3204. | Terry Herron, Apr. 7, 2022 |
| 3205. | Jesse Doe, Apr. 7, 2022 |
| 3206. | Anonymous, Apr. 7, 2022 |
| 3207. | James Webster, Apr. 7, 2022 |
| 3208. | Anthony Napier, Apr. 7, 2022 |
| 3209. | Anonymous, Apr. 7, 2022 |
| 3210. | Nathan Davis, Apr. 7, 2022 |
| 3211. | Anonymous, Apr. 7, 2022 |
| 3212. | Edoardo Colasante, Apr. 7, 2022 |
| 3213. | Horizon Kinetics Asset Management LLC, Apr. 8, 2022 |
| 3214. | Jeremy Black, Apr. 8, 2022 |
| 3215. | Ken Wong, Apr. 8, 2022 |

Doc. No.    Description

3216.    Darryl Duran, Apr. 8, 2022

3217.    Argelia Elizabeth Robledo, Apr. 8, 2022

3218.    Tr Irwin, Apr. 8, 2022

3219.    Rebecca Kammer, Apr. 8, 2022

3220.    Austin Steil, Apr. 8, 2022

3221.    Carlos Mateo, Apr. 8, 2022

3222.    Jacco Van Herwaarden, Apr. 8, 2022

3223.    Michael Unetich, Apr. 8, 2022

3224.    Hansjuerg Perino, Apr. 8, 2022

3225.    Frank Swiatek, Apr. 8, 2022

3226.    Laura L Perrin, Apr. 8, 2022

3227.    Carlo Colatosti, Apr. 8, 2022

3228.    Afsaneh Heydari, Apr. 8, 2022

3229.    Sawyer Rice, Apr. 8, 2022

3230.    David Distel, Apr. 8, 2022

3231.    Anonymous, Apr. 8, 2022

3232.    Daniel Koontz, Apr. 8, 2022

3233.    Jeff Dollarhide, Apr. 9, 2022

3234.    Dan Van Vlack, Apr. 9, 2022

3235.    Jozef Banik, Apr. 9, 2022

3236.    Ed Karol, Apr. 9, 2022

3237.    Eric Mautner, Apr. 9, 2022

Doc. No.    Description

3238.    Gio Herazo, Apr. 9, 2022

3239.    Daniel Luthens, Apr. 9, 2022

3240.    Thomas Wynne, Apr. 9, 2022

3241.    Danny Tabally, Apr. 9, 2022

3242.    Peter Nadolski, Apr. 10, 2022

3243.    John Shinkunas, Apr. 10, 2022

3244.    Marc Lambert, Apr. 10, 2022

3245.    Ian Ian, Apr. 11, 2022

3246.    Robert Brokamp, Apr. 11, 2022

3247.    Eric Pollackov, Apr. 11, 2022

3248.    Addy De La Cruz, Apr. 11, 2022

3249.    John Wegehaupt, Apr. 11, 2022

3250.    Tim Hurley, Apr. 11, 2022

3251.    Andreas Argyropoulos, Apr. 11, 2022

3252.    Michael, Apr. 11, 2022

3253.    Jim Crews, Apr. 11, 2022

3254.    William Martindale, Apr. 11, 2022

3255.    Ms, Apr. 11, 2022

3256.    Matt Eide, Apr. 11, 2022

3257.    Bruce Richardson, Apr. 11, 2022

3258.    William Milne, Apr. 11, 2022

3259.    Joseph Brady, Apr. 11, 2022

Doc. No.    Description

3260.    Ron, Apr. 12, 2022

3261.    Julie Ruckstuhl, Apr. 12, 2022

3262.    Robby Mcgehee, Apr. 12, 2022

3263.    Jordan Wirsz, Apr. 12, 2022

3264.    Rob Carickhoff, Apr. 12, 2022

3265.    Benjamin Hohl, Apr. 12, 2022

3266.    Israel Figueroa, Apr. 12, 2022

3267.    Rocco Stoutes, Apr. 12, 2022

3268.    Jared Katz, Apr. 12, 2022

3269.    Shan Belew, Apr. 12, 2022

3270.    John M Piercy, Apr. 12, 2022

3271.    Michael Mohler, Apr. 12, 2022

3272.    Antoine Pirard, Apr. 12, 2022

3273.    Melekizedeki Mukuta, Apr. 12, 2022

3274.    Easy Money, Apr. 12, 2022

3275.    Jarrod C. Jacobs, Apr. 12, 2022

3276.    Lisa Price, Apr. 12, 2022

3277.    Jarrett Wilson, Apr. 12, 2022

3278.    Scott Davis, Apr. 12, 2022

3279.    Jay Brown, Apr. 12, 2022

3280.    Leslie Lee, Apr. 12, 2022

3281.    David S. Miller, Apr. 12, 2022

Doc. No.    Description

3282.    Jere Denton, Apr. 12, 2022

3283.    James Pierson, Apr. 12, 2022

3284.    Bob Green, Apr. 12, 2022

3285.    Ted, Apr. 12, 2022

3286.    Samuel Domingo, Apr. 12, 2022

3287.    Markus Stobbs, Apr. 12, 2022

3288.    Raymond Barnett, Apr. 12, 2022

3289.    James Oche Ii, Apr. 12, 2022

3290.    Bruce Baron, Apr. 12, 2022

3291.    George Kraft, Apr. 12, 2022

3292.    George C. Kraft, III, Apr. 12, 2022

3293.    Michael Korfanty, Apr. 13, 2022

3294.    Michael Macpherson, Apr. 13, 2022

3295.    Anghel Stoian, Apr. 13, 2022

3296.    Jordan Patterson, Apr. 13, 2022

3297.    Mount Carmel, Apr. 13, 2022

3298.    Andrew Blakeman, Apr. 13, 2022

3299.    Mary Kidane, Apr. 13, 2022

3300.    John Montgomery, Apr. 13, 2022

3301.    Praveen Javali, Apr. 13, 2022

3302.    Ben Farrar, Apr. 13, 2022

3303.    Liam Ball, Apr. 13, 2022

| Doc. No. | Description |
|----------|-------------|
| 3304. | Ravi Anaparti, Apr. 13, 2022 |
| 3305. | Zac Wallingford, Apr. 13, 2022 |
| 3306. | Jonathan Evans, Apr. 13, 2022 |
| 3307. | Anonymous, Apr. 13, 2022 |
| 3308. | Art Hicks, Apr. 13, 2022 |
| 3309. | Ronald Gerhards, Apr. 13, 2022 |
| 3310. | Garrett, Apr. 13, 2022 |
| 3311. | Paul Brigner, Apr. 13, 2022 |
| 3312. | Tod Dodge, Apr. 13, 2022 |
| 3313. | Atsushi Mori, Apr. 13, 2022 |
| 3314. | Bob Skilnik, Apr. 13, 2022 |
| 3315. | Vipul Amin, Apr. 13, 2022 |
| 3316. | David Bevins, Apr. 13, 2022 |
| 3317. | Elmer Flores, Apr. 13, 2022 |
| 3318. | David Roth, Apr. 13, 2022 |
| 3319. | Btk, Apr. 13, 2022 |
| 3320. | Victor Emmanuel Enenche, Apr. 14, 2022 |
| 3321. | Dean Grulke, Apr. 14, 2022 |
| 3322. | David White, Apr. 14, 2022 |
| 3323. | Steve Mckinley, Apr. 14, 2022 |
| 3324. | Timmy Rice, Apr. 14, 2022 |
| 3325. | Sah Ismail, Apr. 14, 2022 |

Doc. No.    Description

3326.    Scott Hespen, Apr. 14, 2022

3327.    Brett Kitchen, Apr. 14, 2022

3328.    Doug Halulko, Apr. 15, 2022

3329.    Minnie Peete, Apr. 15, 2022

3330.    Anonymous, Apr. 15, 2022

3331.    Benjamin Schlang, Apr. 15, 2022

3332.    Michael Holtz, Apr. 15, 2022

3333.    Amy Smith, Apr. 15, 2022

3334.    Steven Quezada Barona, Apr. 15, 2022

3335.    Jonathan Evans, Apr. 15, 2022

3336.    Domenico Barresi, Apr. 16, 2022

3337.    Rex C. Taylor, Apr. 16, 2022

3338.    Bill Peckham, Apr. 16, 2022

3339.    Peter, Apr. 16, 2022

3340.    Orlando Garcia, Apr. 16, 2022

3341.    Steven Handwerker, Apr. 16, 2022

3342.    Stephen Cargle, Apr. 16, 2022

3343.    Joseph Dipierno, Apr. 16, 2022

3344.    Nam Le, Apr. 16, 2022

3345.    Luke Dougherty, Apr. 16, 2022

3346.    James Angel, Apr. 17, 2022

3347.    Breck Kling, Apr. 17, 2022

Doc. No.    Description

3348.    Anonymous, Apr. 17, 2022

3349.    Brad Morris, Apr. 18, 2022

3350.    Chander Singh, Apr. 18, 2022

3351.    Reza Sargholiasl, Apr. 18, 2022

3352.    Desiderio Ruiz, Apr. 18, 2022

3353.    Eric M Johnson, Apr. 18, 2022

3354.    Steve Schuster, Apr. 18, 2022

3355.    Davis Polk & Wardwell LLP, Apr. 18, 2022

3356.    Aminu Jafaru, Apr. 18, 2022

3357.    Gerald Goldfarb, Apr. 18, 2022

3358.    James Roloff, Apr. 18, 2022

3359.    Chinnapa Reddy Yeruva, Apr. 18, 2022

3360.    Mariusz Lapinski, Apr. 18, 2022

3361.    Aaron L. Johnson, Apr. 18, 2022

3362.    Nathen Marquez, Apr. 18, 2022

3363.    Thomas Pearson, Apr. 18, 2022

3364.    Lance Pittman, Apr. 18, 2022

3365.    Jorge Stolfi, Apr. 18, 2022

3366.    Michael Goldman, Apr. 18, 2022

3367.    Carl Larsen, Apr. 18, 2022

3368.    Gerald A Karrle, Apr. 18, 2022

3369.    Anonymous, Apr. 18, 2022

Doc. No.    Description

3370.    Jakub Hajek, Apr. 18, 2022

3371.    Itamar Rose, Apr. 18, 2022

3372.    Gary Gatchell, Apr. 18, 2022

3373.    David Golumbia, Apr. 18, 2022

3374.    Bodo Schaffeld, Apr. 18, 2022

3375.    Hugh Downe, Apr. 18, 2022

3376.    Cheree Clayton, Apr. 18, 2022

3377.    Miro Mbos, Apr. 18, 2022

3378.    Bitgo, Inc., Apr. 18, 2022

3379.    Michael Douglas Magee, Apr. 19, 2022

3380.    Digital Asset Markets, Apr. 19, 2022

3381.    David Brown, Apr. 19, 2022

3382.    Nestor Sánchez Staiano, Apr. 19, 2022

3383.    Sam Berard, Apr. 19, 2022

3384.    Eric Beach, Apr. 19, 2022

3385.    Mykola, Apr. 19, 2022

3386.    Brian Haffner, Apr. 19, 2022

3387.    Glen Griglak, Apr. 19, 2022

3388.    Jenna Lagerman, Apr. 19, 2022

3389.    Elliot Kleinfelder, Apr. 19, 2022

3390.    Td Randall, Apr. 19, 2022

3391.    Mike Drinkwater, Apr. 19, 2022

Doc. No.    Description

3392.    Huzaifah Jaafar, Apr. 19, 2022

3393.    Hudz Jo, Apr. 19, 2022

3394.    Murat Goldstayn, Apr. 19, 2022

3395.    Alejandro Lemoine, Apr. 19, 2022

3396.    John Murphy, Apr. 19, 2022

3397.    Kate Mcallister, Chair of The Board and James Toes, President & CEO, Security Traders Association, Apr. 20, 2022

3398.    Rohit Kedia, Apr. 20, 2022

3399.    Daniel Jurkowitz, Apr. 20, 2022

3400.    David Rosenthal, Apr. 20, 2022

3401.    Robert Thom, Apr. 20, 2022

3402.    David Alden, Apr. 20, 2022

3403.    William Ludmer, Apr. 20, 2022

3404.    Shawn Murray, Apr. 20, 2022

3405.    Anonymous, Apr. 21, 2022

3406.    Shane Snyder, Apr. 21, 2022

3407.    Anonymous, Apr. 21, 2022

3408.    Joseph Aiello, Apr. 21, 2022

3409.    John Bullock, Apr. 21, 2022

3410.    Mohammad Azuanizam Shah Bin Mohd Shafie, Apr. 21, 2022

3411.    Jeff Calegari, Apr. 21, 2022

3412.    Jonas Lippuner, Apr. 21, 2022

3413.    Brendan Mcdonough, Apr. 21, 2022

| Doc. No. | Description |
|---|---|
| 3414. | Brent Locken, Apr. 21, 2022 |
| 3415. | Joseph Saladin, Apr. 22, 2022 |
| 3416. | Jp Rubio, Apr. 22, 2022 |
| 3417. | Steven L. Thorne, Apr. 22, 2022 |
| 3418. | Virgel Montgomery, Apr. 22, 2022 |
| 3419. | Lee Schultheis, Apr. 22, 2022 |
| 3420. | Eric Richardson, Apr. 22, 2022 |
| 3421. | James Rohrbach, Apr. 22, 2022 |
| 3422. | George Vedell, Apr. 22, 2022 |
| 3423. | Alexander Kelley, Apr. 22, 2022 |
| 3424. | Anne Turner, Apr. 22, 2022 |
| 3425. | Frank Sturek, Apr. 22, 2022 |
| 3426. | David Kraft, Apr. 22, 2022 |
| 3427. | Anonymous, Apr. 22, 2022 |
| 3428. | Chris Crowley, Apr. 22, 2022 |
| 3429. | David T. Matthias, Apr. 22, 2022 |
| 3430. | Anonymous, Apr. 22, 2022 |
| 3431. | Richard Marti, Apr. 22, 2022 |
| 3432. | Leroy Williams, Apr. 22, 2022 |
| 3433. | Greg Werner, Apr. 22, 2022 |
| 3434. | Mike Marxen, Apr. 22, 2022 |
| 3435. | Anthony Finocchiaro, Apr. 22, 2022 |

Doc. No.    Description

3436.    Michael Harris, Apr. 22, 2022

3437.    Heedong Chae, Apr. 22, 2022

3438.    Thevin Campton, Apr. 22, 2022

3439.    Derek Serlet, Apr. 22, 2022

3440.    Jeff O'bryan, Apr. 22, 2022

3441.    Joseph Mcdevitt, Apr. 22, 2022

3442.    Ryan Theil, Apr. 22, 2022

3443.    Francisco Diaz, Apr. 22, 2022

3444.    Dennis James, Apr. 22, 2022

3445.    Anonymous, Apr. 22, 2022

3446.    D. M. Carr, Apr. 22, 2022

3447.    Ryan W. Abney, Apr. 22, 2022

3448.    Richard Calhoun, Apr. 22, 2022

3449.    Doug Baker, Apr. 22, 2022

3450.    J.D. De León, Apr. 22, 2022

3451.    William Dean, Apr. 22, 2022

3452.    David Poon, Apr. 22, 2022

3453.    Kaleb Paddock, Apr. 22, 2022

3454.    B. B., Apr. 22, 2022

3455.    Mike Tilghman, Apr. 22, 2022

3456.    M. Kaluzniak, Apr. 22, 2022

3457.    Peter J. Thompson, Apr. 22, 2022

Doc. No.    Description

3458.    Ben S., Apr. 22, 2022

3459.    Mitchell J. Brodie, President, Commercial Real Estate Finance, Apr. 22, 2022

3460.    Shervin, Apr. 22, 2022

3461.    Pulou and Lei Tata, Apr. 22, 2022

3462.    Jordan Brown, Apr. 22, 2022

3463.    Rob Nielsen, Apr. 22, 2022

3464.    Anonymous, Apr. 22, 2022

3465.    Scott, Apr. 22, 2022

3466.    Monika N. Niranjan, Apr. 22, 2022

3467.    Steve Lang, Apr. 22, 2022

3468.    Sandra Elder, Apr. 22, 2022

3469.    Jason Garino, Apr. 22, 2022

3470.    Chris Caviedes, Apr. 22, 2022

3471.    Dave Gerner, Apr. 22, 2022

3472.    Ras Chau, Apr. 22, 2022

3473.    Donnie Spears, Apr. 22, 2022

3474.    Roderick Rebeca, Apr. 22, 2022

3475.    Erin Mochizuki, Apr. 22, 2022

3476.    Anonymous, Apr. 22, 2022

3477.    Olivier Devries, Apr. 22, 2022

3478.    Jeremiah Minifield, Apr. 22, 2022

3479.    D. Ray, Apr. 22, 2022

Doc. No.    Description

3480.    Matt, Apr. 22, 2022

3481.    Jon Vander Vliet, Apr. 22, 2022

3482.    Steven Bell, Apr. 22, 2022

3483.    Evan Hartley, Apr. 22, 2022

3484.    H. Annen, Apr. 22, 2022

3485.    Alfredo Levit, Apr. 22, 2022

3486.    Ed Mazlish, Apr. 22, 2022

3487.    Robert Humphrey III, Apr. 22, 2022

3488.    Mark G., Apr. 22, 2022

3489.    Kimberly Pitts, Apr. 22, 2022

3490.    Conor Carlsen, Apr. 22, 2022

3491.    Yinka Afolabi, Apr. 22, 2022

3492.    Sunil Pokharel, Apr. 22, 2022

3493.    Brian Frey, Apr. 22, 2022

3494.    Dan Derr, Apr. 22, 2022

3495.    Kenya Blake, Apr. 22, 2022

3496.    Chan Patrick, Apr. 22, 2022

3497.    Kent U., Apr. 22, 2022

3498.    Mark Kammerer, Apr. 22, 2022

3499.    Robert Farina, Apr. 22, 2022

3500.    Tiffany Sheats, Apr. 22, 2022

3501.    Jesse Gabriellini, Apr. 22, 2022

| Doc. No. | Description |
|----------|-------------|
| 3502. | Andrew Westphal, Apr. 22, 2022 |
| 3503. | Howard Adamsky, Apr. 22, 2022 |
| 3504. | Roland Haas, Apr. 22, 2022 |
| 3505. | Jack Noble, Apr. 22, 2022 |
| 3506. | Randy Hillenberg, Apr. 22, 2022 |
| 3507. | L. R. Lewis, Apr. 22, 2022 |
| 3508. | Tim Wangler, Apr. 22, 2022 |
| 3509. | Patrick, Apr. 22, 2022 |
| 3510. | Robert Romney, Apr. 22, 2022 |
| 3511. | Kelly Richards, Apr. 22, 2022 |
| 3512. | Ashok Mazumdar, Apr. 22, 2022 |
| 3513. | Jeff Byrd, Apr. 22, 2022 |
| 3514. | Marta Nystrom, Apr. 22, 2022 |
| 3515. | Jack Schreve, Apr. 22, 2022 |
| 3516. | Gary & Julianne Levings, Apr. 22, 2022 |
| 3517. | Patti Spoeth, Apr. 22, 2022 |
| 3518. | Marina, Apr. 22, 2022 |
| 3519. | Orin Osmon, Apr. 22, 2022 |
| 3520. | Charles Tinker, Apr. 22, 2022 |
| 3521. | Terry Koressel, Apr. 22, 2022 |
| 3522. | Jeff Stone, Apr. 22, 2022 |
| 3523. | Gary O'dell, Apr. 22, 2022 |

Doc. No.    Description

3524.    Paul Christy, Apr. 22, 2022

3525.    Mike and Sheryl, Apr. 22, 2022

3526.    Joshua Steig, Apr. 22, 2022

3527.    Daniel Meaux, Apr. 22, 2022

3528.    C. Blake, Apr. 22, 2022

3529.    George Crouch, Apr. 22, 2022

3530.    Stuart Culpepper, Apr. 22, 2022

3531.    Mike B., Apr. 22, 2022

3532.    Tom Albano, Apr. 22, 2022

3533.    Daniel Esford, Apr. 22, 2022

3534.    Martha Redding, Associate General Counsel and Corporate Secretary, Nyse, Apr. 22, 2022

3535.    John Boardman, Apr. 22, 2022

3536.    Jeannie Schoonover, Apr. 22, 2022

3537.    Michael Vorp, Apr. 22, 2022

3538.    Bruce Flowers, Apr. 22, 2022

3539.    Douglas Jones, Apr. 22, 2022

3540.    John Grcich, Apr. 22, 2022

3541.    Derek Vanatta, Apr. 22, 2022

3542.    David Licosati, Apr. 22, 2022

3543.    Kurt Engdahl, Apr. 22, 2022

3544.    Jason Brody, Apr. 22, 2022

3545.    Alex Boiko, Apr. 22, 2022

Doc. No.    Description

3546.    Kevin Wei, Apr. 22, 2022

3547.    Christopher Spector, Apr. 22, 2022

3548.    Andrew Shepherd, Apr. 22, 2022

3549.    Robert Shay, Apr. 22, 2022

3550.    Leilei S, Apr. 22, 2022

3551.    Regan Thaw, Apr. 22, 2022

3552.    Todd Flemion, Apr. 22, 2022

3553.    I. Patel, Apr. 22, 2022

3554.    Tj M., Apr. 22, 2022

3555.    Jennifer Bonasia, Apr. 22, 2022

3556.    Bill White, Apr. 22, 2022

3557.    William Wilcox, Apr. 22, 2022

3558.    Joey New, Apr. 22, 2022

3559.    Jeffrey Bonvallat, Apr. 22, 2022

3560.    Bruce Madalinski, Apr. 22, 2022

3561.    Brian Riseley, Apr. 22, 2022

3562.    Marv Silver, Apr. 22, 2022

3563.    Erik K. Whitesides, Apr. 22, 2022

3564.    James Kibbie, Apr. 22, 2022

3565.    Ameer Hassan, Apr. 22, 2022

3566.    Nageswara Reddy Chintakuntla, Apr. 22, 2022

3567.    David Erickson, Apr. 22, 2022

Doc. No.    Description

3568.    Ronald Schwartz, Apr. 22, 2022

3569.    Kerry Graham, Apr. 22, 2022

3570.    Elvins Liu, Apr. 22, 2022

3571.    Dan Stanescu, Apr. 22, 2022

3572.    Kirk Thompson, Apr. 22, 2022

3573.    Chris Kyaw, Apr. 22, 2022

3574.    Stephen Jordan, Apr. 22, 2022

3575.    Phil Schmillen, Apr. 22, 2022

3576.    Dale Schmidtknecht, Apr. 22, 2022

3577.    Brent E. Matthias, Apr. 22, 2022

3578.    Jmc, Apr. 22, 2022

3579.    Cory Hall, Apr. 22, 2022

3580.    Todd Douma, Apr. 22, 2022

3581.    Jeff Wieser, Apr. 22, 2022

3582.    Joseph Valent, Apr. 22, 2022

3583.    Kevin Lowther, Apr. 22, 2022

3584.    Alex Wu, Apr. 22, 2022

3585.    Victor Bartholomy, Apr. 22, 2022

3586.    Don Mueller, Apr. 22, 2022

3587.    Mary Holroyd, Apr. 22, 2022

3588.    Carolan Harris, Apr. 22, 2022

3589.    D. Rassin, Apr. 22, 2022

Doc. No.    Description

3590.    Ron Graham, Apr. 22, 2022

3591.    Ryan Kilkenny, Apr. 22, 2022

3592.    Ben Cullman, Apr. 22, 2022

3593.    Anonymous, Apr. 22, 2022

3594.    Justin Froula, Apr. 22, 2022

3595.    Marie Mccaffrey, Apr. 22, 2022

3596.    Dave Lamb, Apr. 22, 2022

3597.    Ken Mowry, Apr. 22, 2022

3598.    Cole Wilcox, Apr. 22, 2022

3599.    Mike, Apr. 22, 2022

3600.    Greg Garner, Apr. 22, 2022

3601.    Charmaine Riley, Apr. 22, 2022

3602.    Jenn Dijk, Apr. 22, 2022

3603.    Gregory Martin, Apr. 22, 2022

3604.    Don Mueller, Apr. 22, 2022

3605.    George Dick, Apr. 22, 2022

3606.    Ben Dutton, Apr. 22, 2022

3607.    Derek Ryan, Apr. 22, 2022

3608.    Jorge C, Apr. 22, 2022

3609.    Chris Springfield, Apr. 22, 2022

3610.    Benton Whaley, Apr. 22, 2022

3611.    Shawn Roe, Apr. 22, 2022

Doc. No.    Description

3612.    Marty Smith, Apr. 22, 2022

3613.    Jeff Walters, Apr. 22, 2022

3614.    Chris Hochschild, Apr. 22, 2022

3615.    Gary Bechtold, Apr. 22, 2022

3616.    David Legler, Apr. 22, 2022

3617.    Tracey Tubbs, Apr. 22, 2022

3618.    Mario Allen, Apr. 22, 2022

3619.    Tom Ross, Apr. 22, 2022

3620.    Vince Vitale, Apr. 22, 2022

3621.    Erik Leo, Apr. 22, 2022

3622.    Andrew Kelly, Apr. 22, 2022

3623.    Dominic Smorra, Apr. 22, 2022

3624.    Joey Colarulo, Apr. 22, 2022

3625.    Chris Kim, Apr. 22, 2022

3626.    Lynnissa Despain, Apr. 22, 2022

3627.    John Wohlin, Apr. 22, 2022

3628.    Bill Stine, Apr. 22, 2022

3629.    Francis Cusimano Jr., Apr. 22, 2022

3630.    Jeremy Narcavage, Apr. 22, 2022

3631.    Kyle Schomaker, Apr. 22, 2022

3632.    Ken Reid, Apr. 22, 2022

3633.    Joseph Rucco, Apr. 22, 2022

Doc. No.    Description

3634.    Walter Meierarend, Apr. 22, 2022

3635.    Aaron Santerre, Apr. 22, 2022

3636.    Bruce Jeffery, Apr. 22, 2022

3637.    Robb Nesbitt, Apr. 22, 2022

3638.    Linda C. Hershey, Apr. 22, 2022

3639.    Mark Hill, Apr. 22, 2022

3640.    Wayne Potter, Apr. 22, 2022

3641.    John Russo, Apr. 22, 2022

3642.    Jason Bechtel, Apr. 22, 2022

3643.    Jerry Mercer, Apr. 22, 2022

3644.    Daniel Wines, Apr. 22, 2022

3645.    John M. Kirchmer, Apr. 22, 2022

3646.    Brett Jones, Apr. 22, 2022

3647.    Joel Sterrett, Apr. 22, 2022

3648.    Ken Shafer, Apr. 22, 2022

3649.    Chris Earthman, Apr. 22, 2022

3650.    Chuckhosea, Apr. 22, 2022

3651.    Mike Ryder, Apr. 22, 2022

3652.    Daniel Champagne, Apr. 22, 2022

3653.    Justin Matthews, Apr. 22, 2022

3654.    Lucie King, Apr. 22, 2022

3655.    A. Chenkin, Apr. 22, 2022

Doc. No.    Description

3656.    Don Jakovac, Apr. 22, 2022

3657.    Steve, Apr. 22, 2022

3658.    Vincent Lobascio, Apr. 22, 2022

3659.    Wayne Decaria, Apr. 22, 2022

3660.    Billy Hansen, Apr. 22, 2022

3661.    Robert Waters, Apr. 22, 2022

3662.    Thevin Campton, Apr. 22, 2022

3663.    Bill Crowder, Apr. 22, 2022

3664.    Lb Vogt, Apr. 22, 2022

3665.    Karma L. Hodge, Apr. 22, 2022

3666.    Tom Hurrle, Apr. 22, 2022

3667.    Steven Schumacher, Apr. 22, 2022

3668.    Brad Conroy, Apr. 22, 2022

3669.    David Binkowski, Apr. 22, 2022

3670.    Ian Michael Cahillsa, Apr. 22, 2022

3671.    Dean Murray, Apr. 22, 2022

3672.    Sally Staver, Apr. 22, 2022

3673.    Norm Nelson, Apr. 22, 2022

3674.    Stephen Smith, Apr. 22, 2022

3675.    Gus Tomelleri, Apr. 22, 2022

3676.    Clayton Evans, Apr. 22, 2022

3677.    Just John P, Apr. 22, 2022

Doc. No.    Description

3678.    Marjan Skubic, Apr. 22, 2022

3679.    David Mann, Apr. 22, 2022

3680.    Justin Johnson, Apr. 22, 2022

3681.    Keith Robertson, Apr. 22, 2022

3682.    Travis Williams, Apr. 22, 2022

3683.    Lynn Eggett, Apr. 22, 2022

3684.    Todd Wheatley, Apr. 22, 2022

3685.    Page Snow, Apr. 22, 2022

3686.    Dan Federman, Apr. 22, 2022

3687.    Michelle K., Apr. 22, 2022

3688.    Vamoza Noa, Apr. 22, 2022

3689.    John Miles, Apr. 22, 2022

3690.    Melanie Carter, Apr. 22, 2022

3691.    John Carmody, Apr. 22, 2022

3692.    J.E.Teske, Apr. 22, 2022

3693.    James Miller, Apr. 22, 2022

3694.    Doug Arnett, Apr. 22, 2022

3695.    Lovette Davis, Apr. 22, 2022

3696.    John Hawkins, Apr. 22, 2022

3697.    Danny Longmire, Apr. 22, 2022

3698.    Brendan Mcgree, Apr. 22, 2022

3699.    Matt Manolides, Apr. 22, 2022

Doc. No.    Description

3700.    Dara Mark, Apr. 22, 2022

3701.    Tom Lahaise, Apr. 22, 2022

3702.    Richard Berryman, Apr. 22, 2022

3703.    Travis Chalmers, Apr. 22, 2022

3704.    Steven Haghighi, Apr. 22, 2022

3705.    Juan Cruz Mektoubdjian, Apr. 22, 2022

3706.    Gary Berkbigler, Apr. 22, 2022

3707.    Cynthia Lohr, Apr. 22, 2022

3708.    Kris Krol, Apr. 22, 2022

3709.    Andrew Vivirito, Apr. 22, 2022

3710.    Margaret M. Jones, Apr. 22, 2022

3711.    Mike Riso, Apr. 22, 2022

3712.    Sam Brady, Apr. 22, 2022

3713.    Dennis Taylor, Apr. 22, 2022

3714.    Steve Kenney, Apr. 22, 2022

3715.    Clay Barber, Apr. 22, 2022

3716.    Ajit Singh, Apr. 22, 2022

3717.    Peter Tily, Apr. 22, 2022

3718.    Judd Jackson, Apr. 22, 2022

3719.    Joshua Brooks, Apr. 22, 2022

3720.    Tammy Peterson, Apr. 22, 2022

3721.    Jordan Fredericks, Apr. 22, 2022

Doc. No.    Description

3722.    Ace Mcnamara, Apr. 22, 2022

3723.    Mark Austin, Apr. 22, 2022

3724.    Richard Vesel, Apr. 22, 2022

3725.    Anonymous, Apr. 22, 2022

3726.    Marla Rosner, Apr. 22, 2022

3727.    Michael Tallent, Apr. 22, 2022

3728.    Dine Baynard, Apr. 22, 2022

3729.    Anonymous, Apr. 22, 2022

3730.    John Svoboda, Apr. 22, 2022

3731.    Phyllis Borchardt, Apr. 22, 2022

3732.    David Schmunk, Apr. 22, 2022

3733.    Hershel Walker, Apr. 22, 2022

3734.    Daniel Valverde, Apr. 22, 2022

3735.    Steven Amendola, Apr. 22, 2022

3736.    Tom Calhoun, Apr. 22, 2022

3737.    Stephen Palaszewski, Apr. 22, 2022

3738.    Patricia Hvizdos, Apr. 22, 2022

3739.    Dinesh Velupula, Apr. 22, 2022

3740.    Dustin Bahr, Apr. 22, 2022

3741.    Elliot Sedlecky, Apr. 22, 2022

3742.    Jack Luxem, Apr. 22, 2022

3743.    Richard Leo, Apr. 22, 2022

Doc. No.    Description

3744.    Natisha Harper, Apr. 22, 2022

3745.    Richard George, Apr. 22, 2022

3746.    Benjamin Sedlecky, Apr. 22, 2022

3747.    Richard George, Apr. 22, 2022

3748.    Joel Carlson, Apr. 22, 2022

3749.    Donald Zeilenga, Apr. 22, 2022

3750.    Arnold Welch, Apr. 22, 2022

3751.    Rick Heinsman, Apr. 22, 2022

3752.    Rickh, Apr. 22, 2022

3753.    Rick Mankind, Apr. 22, 2022

3754.    Darryl Bestall, Apr. 22, 2022

3755.    Joseph Greenwood, Apr. 22, 2022

3756.    Alfred Kwan, Apr. 22, 2022

3757.    James Mcwilliams, Apr. 22, 2022

3758.    Jeff W., Apr. 22, 2022

3759.    Joseph Cocozza, Apr. 22, 2022

3760.    Joseph Mardirosian, Apr. 22, 2022

3761.    James Eisenlohr, Apr. 22, 2022

3762.    George Bobotis, Apr. 22, 2022

3763.    Chuck & Lois, Apr. 22, 2022

3764.    Todd Robinson, Apr. 22, 2022

3765.    Alfred Kwan, Apr. 22, 2022

Doc. No.    Description

3766.    Kevin Shao, Apr. 22, 2022

3767.    Kris Hogan, Apr. 22, 2022

3768.    Tapara Simmons, Apr. 22, 2022

3769.    Scott Cooper, Apr. 22, 2022

3770.    Alex Medin, Apr. 22, 2022

3771.    Manish Singh, Apr. 22, 2022

3772.    Matthew Carson, Apr. 22, 2022

3773.    Kerry Burnham, Apr. 22, 2022

3774.    Alfred Kwan, Apr. 22, 2022

3775.    Joseph Marzullo, Apr. 22, 2022

3776.    Jim D. Boothe, Apr. 22, 2022

3777.    Steve Kenney, Apr. 22, 2022

3778.    Lo Paul, Apr. 22, 2022

3779.    Ryan Kremer, Apr. 22, 2022

3780.    Galen Burrell, Apr. 22, 2022

3781.    John Onderdonk, Apr. 22, 2022

3782.    David Stasny, Apr. 22, 2022

3783.    B. G., Apr. 22, 2022

3784.    Krishna Kashyap, Apr. 22, 2022

3785.    Tom Payne, Apr. 22, 2022

3786.    Sharon Grabowski, Apr. 22, 2022

3787.    Stephen L, Apr. 22, 2022   .

Doc. No.    Description

3788.    Edward Tang, Apr. 22, 2022

3789.    Eric Knoth, Apr. 22, 2022

3790.    C. C. Pearce, Apr. 22, 2022

3791.    Ronald Denny, Apr. 22, 2022

3792.    Greg, Apr. 22, 2022

3793.    Olisa Omekam, Apr. 22, 2022

3794.    Paul Hutchings, Apr. 22, 2022

3795.    John Runyan, Apr. 22, 2022

3796.    Dennis Glines, Apr. 22, 2022

3797.    Tony Miller, Apr. 22, 2022

3798.    Brad Gollhardt, Apr. 22, 2022

3799.    Dennis Lankford, Apr. 22, 2022

3800.    Trevor Bush, Apr. 22, 2022

3801.    Gary Miller, Apr. 22, 2022

3802.    John Hall, Apr. 22, 2022

3803.    Mark Scribner, Apr. 22, 2022

3804.    Divine Domicile, Apr. 22, 2022

3805.    Joshua Vehovic, Apr. 22, 2022

3806.    Dick Matheson, Apr. 22, 2022

3807.    Bibhu Mohanty, Apr. 22, 2022

3808.    Yassir Colindres, Apr. 22, 2022

3809.    Hc Lau, Apr. 22, 2022

| Doc. No. | Description |
|----------|-------------|
| 3810. | D. Yenzer, Apr. 22, 2022 |
| 3811. | J1inabillion, Apr. 22, 2022 |
| 3812. | J. Toles, Apr. 22, 2022 |
| 3813. | Dominic Baltazar, Apr. 22, 2022 |
| 3814. | John Devries, Apr. 22, 2022 |
| 3815. | Gary Miller, Apr. 22, 2022 |
| 3816. | Ryan Anderson, Apr. 22, 2022 |
| 3817. | Michael Lauritsch, Apr. 22, 2022 |
| 3818. | S. C., Apr. 22, 2022 |
| 3819. | Brent Clark, Apr. 22, 2022 |
| 3820. | Scott Popyk, Apr. 22, 2022 |
| 3821. | Ron Jaster, Apr. 22, 2022 |
| 3822. | Chaitanya, Apr. 22, 2022 |
| 3823. | Michael Greene, Apr. 22, 2022 |
| 3824. | Brian Boyter, Apr. 22, 2022 |
| 3825. | John Renninger, Apr. 22, 2022 |
| 3826. | Aaron Beach, Apr. 22, 2022 |
| 3827. | Howard Yosca, Apr. 22, 2022 |
| 3828. | Ross Wagner, Apr. 22, 2022 |
| 3829. | Bryan Fitzgerald, Apr. 22, 2022 |
| 3830. | Dennis James, Apr. 22, 2022 |
| 3831. | Mark Annette Johnson, Apr. 22, 2022 |

Doc. No.    Description

3832.    Mark Schwartz, Apr. 22, 2022

3833.    Yoshikikung Kung, Apr. 22, 2022

3834.    Ed Bindl, Apr. 22, 2022

3835.    Kelly Choi, Apr. 22, 2022

3836.    Peter Goodwin, Apr. 22, 2022

3837.    David Galovich, Apr. 22, 2022

3838.    Anonymous, Apr. 22, 2022

3839.    Jc Willis, Apr. 22, 2022

3840.    John Hodges, Apr. 22, 2022

3841.    David Wood, Apr. 22, 2022

3842.    Jeff Love, Apr. 22, 2022

3843.    Johnathan Mandel, Apr. 22, 2022

3844.    Van Sher, Apr. 22, 2022

3845.    James Dicesare, Apr. 22, 2022

3846.    Chris Bream, Apr. 22, 2022

3847.    Bernard Parenteau, Apr. 22, 2022

3848.    May Liu, Apr. 22, 2022

3849.    Bob Walsh, Apr. 22, 2022

3850.    Mason Rupert, Apr. 22, 2022

3851.    Betty Olivier, Apr. 22, 2022

3852.    Chris Glasgow, Apr. 22, 2022

3853.    Tony, Apr. 22, 2022

Doc. No.    Description

3854.    Tyler Thomson, Apr. 22, 2022

3855.    Shane Garrison, Apr. 22, 2022

3856.    Jeffrey Davoli, Apr. 22, 2022

3857.    John Cotton, Apr. 22, 2022

3858.    Ben and Jenna Laws, Apr. 22, 2022

3859.    John Carella, Apr. 22, 2022

3860.    Luis Paget, Apr. 22, 2022

3861.    J. B., Apr. 22, 2022

3862.    Thomas Fortini, Apr. 22, 2022

3863.    C & K Phillips, Apr. 22, 2022

3864.    Jim Hadd, Apr. 22, 2022

3865.    Fernando Villalpando, Apr. 22, 2022

3866.    Cassandra Wagner, Apr. 22, 2022

3867.    Jaime Germundson, Apr. 22, 2022

3868.    Jeremy Kromer, Apr. 22, 2022

3869.    Nathan Miller, Apr. 22, 2022

3870.    Raymon Maurice White, Apr. 22, 2022

3871.    Don Cisco, Apr. 22, 2022

3872.    Greg Collings, Apr. 22, 2022

3873.    Martin Uszynski, Apr. 22, 2022

3874.    Dr. Lashaune Stitt, Apr. 22, 2022

3875.    Randall Bruwer, Apr. 22, 2022

Doc. No.    Description

3876.    Christopher Perillo, Apr. 22, 2022

3877.    Thomas Pearson, Apr. 22, 2022

3878.    Joaquin Deambrosi, Apr. 22, 2022

3879.    Al Blundo, Apr. 22, 2022

3880.    Braden Glett, Apr. 22, 2022

3881.    Jesse Black, Apr. 22, 2022

3882.    Sampson Valverde, Apr. 22, 2022

3883.    Michael Celenza, Apr. 22, 2022

3884.    Anonymous, Apr. 22, 2022

3885.    Harry Cornelius, Apr. 22, 2022

3886.    Brian Adoff, Apr. 22, 2022

3887.    Eric Dyer, Apr. 22, 2022

3888.    Rick Williams, Apr. 22, 2022

3889.    Keti, Apr. 22, 2022

3890.    Reed Lemar, Apr. 22, 2022

3891.    Jd Cobb, Apr. 22, 2022

3892.    Richard Weachock, Apr. 22, 2022

3893.    Peter Palka, Apr. 22, 2022

3894.    Sanjay, Apr. 22, 2022

3895.    Steve Parker, Apr. 22, 2022

3896.    Mike Belshe, Apr. 22, 2022

3897.    Krystle Monte, Mayor, Apr. 22, 2022

| Doc. No. | Description |
|---|---|
| 3898. | Pete Holcomb, Apr. 22, 2022 |
| 3899. | Michael Stryszowski, Apr. 22, 2022 |
| 3900. | Francisco Diaz, Apr. 22, 2022 |
| 3901. | Ronald Huang, Apr. 22, 2022 |
| 3902. | John Sherek, Apr. 22, 2022 |
| 3903. | Jeffrey Sprout, Apr. 22, 2022 |
| 3904. | Ryan Theil, Apr. 22, 2022 |
| 3905. | Anthony Finocchiaro, Apr. 22, 2022 |
| 3906. | Frank P., Apr. 22, 2022 |
| 3907. | Ravichandra Hothur, Apr. 22, 2022 |
| 3908. | Devin Weaver, Apr. 22, 2022 |
| 3909. | Tim Schutte, Apr. 22, 2022 |
| 3910. | Mark Hide, Apr. 22, 2022 |
| 3911. | Micky Warde, Apr. 22, 2022 |
| 3912. | Mark, Apr. 22, 2022 |
| 3913. | Med, Apr. 22, 2022 |
| 3914. | Jim Gavin, Apr. 22, 2022 |
| 3915. | Craig Nelson, Apr. 22, 2022 |
| 3916. | Will Allen, Apr. 22, 2022 |
| 3917. | Gena Parkhurst, Apr. 22, 2022 |
| 3918. | Joseph Cataldo, Apr. 22, 2022 |
| 3919. | Francisco Diaz, Apr. 22, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 3920. | Dorothea Jackson, Apr. 22, 2022 |
| 3921. | Craig Johnson, Apr. 22, 2022 |
| 3922. | J. Brown, Apr. 22, 2022 |
| 3923. | Michelle Walker, Apr. 22, 2022 |
| 3924. | Andrzej Gil, Apr. 22, 2022 |
| 3925. | Andrew Beck, Apr. 22, 2022 |
| 3926. | Chris Wietzke, Apr. 22, 2022 |
| 3927. | David Mitchell, Apr. 22, 2022 |
| 3928. | Ron Katz, Apr. 22, 2022 |
| 3929. | Ian Laughrey, Apr. 22, 2022 |
| 3930. | Francisco Diaz, Apr. 22, 2022 |
| 3931. | Chris Seminaro, Apr. 22, 2022 |
| 3932. | Tony, Apr. 22, 2022 |
| 3933. | Chris Seminaro, Apr. 22, 2022 |
| 3934. | Pam and Dj Thacker, Apr. 22, 2022 |
| 3935. | Francisco Diaz, Apr. 22, 2022 |
| 3936. | Sumit Singh, Apr. 22, 2022 |
| 3937. | Gary Wilson, Apr. 22, 2022 |
| 3938. | Ted Cavallin, Apr. 22, 2022 |
| 3939. | Francisco Diaz, Apr. 22, 2022 |
| 3940. | Peter Titus, Apr. 22, 2022 |
| 3941. | Joe Canty, Apr. 22, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 3942. | Wisco Scott, Apr. 22, 2022 |
| 3943. | Ben Grace, Apr. 22, 2022 |
| 3944. | Matt Essig, Apr. 22, 2022 |
| 3945. | Jiangong Xu, Apr. 22, 2022 |
| 3946. | Wayne Chudleigh, Apr. 22, 2022 |
| 3947. | Jonathan Wiegratz, Apr. 22, 2022 |
| 3948. | Vincent Armic, Apr. 22, 2022 |
| 3949. | Nick Frantzesko, Apr. 22, 2022 |
| 3950. | Brian Drake, Apr. 22, 2022 |
| 3951. | Michael Poulakis, Apr. 22, 2022 |
| 3952. | Patrick Nappi, Apr. 22, 2022 |
| 3953. | Ben Sheedy, Apr. 22, 2022 |
| 3954. | Zakeus, Apr. 22, 2022 |
| 3955. | Lisa Hough, Apr. 22, 2022 |
| 3956. | Doug Sweet, Apr. 22, 2022 |
| 3957. | Karina Blanco, Apr. 22, 2022 |
| 3958. | John Noss, Apr. 22, 2022 |
| 3959. | Levent Tanyu, Apr. 22, 2022 |
| 3960. | Andres Abad, Apr. 22, 2022 |
| 3961. | Robert Bergeman, Apr. 22, 2022 |
| 3962. | Justin Valdata, Apr. 22, 2022 |
| 3963. | Tom Trainor, Apr. 22, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 3964. | Guy Cutarella, Apr. 22, 2022 |
| 3965. | Micah Moyers, Apr. 22, 2022 |
| 3966. | Damir, Apr. 22, 2022 |
| 3967. | Anonymous, Apr. 22, 2022 |
| 3968. | Damir, Apr. 22, 2022 |
| 3969. | Chris Engdall, Apr. 22, 2022 |
| 3970. | Anonymous, Apr. 22, 2022 |
| 3971. | Toni Hile, Apr. 22, 2022 |
| 3972. | Grant Roberts, Apr. 22, 2022 |
| 3973. | Anonymous, Apr. 22, 2022 |
| 3974. | Frankie Richards, Apr. 22, 2022 |
| 3975. | Don Williams, Apr. 22, 2022 |
| 3976. | William and Felicia Coughlin, Apr. 22, 2022 |
| 3977. | Jason Sawicki, Apr. 22, 2022 |
| 3978. | Chris Engdall, Apr. 22, 2022 |
| 3979. | David Abel, Apr. 22, 2022 |
| 3980. | Bob Shapland, Apr. 22, 2022 |
| 3981. | Jason Siegel, Apr. 22, 2022 |
| 3982. | Devin Ezell, Apr. 22, 2022 |
| 3983. | Steven Wen, Apr. 22, 2022 |
| 3984. | Jennifer Clark, Apr. 22, 2022 |
| 3985. | Joel Godino, Apr. 22, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 3986. | Scott Baron, Apr. 22, 2022 |
| 3987. | Mike L., Apr. 22, 2022 |
| 3988. | Matthew Cucolo, Apr. 22, 2022 |
| 3989. | Billy Hefner, Apr. 22, 2022 |
| 3990. | Steven Levine, Apr. 22, 2022 |
| 3991. | Richard Weiss, Apr. 22, 2022 |
| 3992. | Steve White, Apr. 22, 2022 |
| 3993. | Connor, Apr. 22, 2022 |
| 3994. | Joe Donovan, Apr. 22, 2022 |
| 3995. | Dr. Dirk Sieber, Apr. 22, 2022 |
| 3996. | Jack Price, Apr. 22, 2022 |
| 3997. | Paul Stewart, Apr. 22, 2022 |
| 3998. | Adrian Larralde, Apr. 22, 2022 |
| 3999. | Mark Cucarola, Apr. 22, 2022 |
| 4000. | Wang Max, Apr. 22, 2022 |
| 4001. | Jane Evans, Apr. 22, 2022 |
| 4002. | Assunta, Apr. 22, 2022 |
| 4003. | Anonymous, Apr. 22, 2022 |
| 4004. | Mahadevan Ramaswamy, Apr. 22, 2022 |
| 4005. | Julio Neira, Apr. 22, 2022 |
| 4006. | Jignesh Patel, Apr. 22, 2022 |
| 4007. | B. Scott, Apr. 22, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 4008. | Anonymous, Apr. 22, 2022 |
| 4009. | Tracy Mccoy, Apr. 22, 2022 |
| 4010. | Richard, Apr. 22, 2022 |
| 4011. | Anonymous, Apr. 22, 2022 |
| 4012. | Chuck Linda Kudrna, Apr. 22, 2022 |
| 4013. | Anonymous, Apr. 22, 2022 |
| 4014. | Jason Szkutek, Apr. 22, 2022 |
| 4015. | Craig, Apr. 22, 2022 |
| 4016. | Darsh Desai, Apr. 22, 2022 |
| 4017. | Tommy Borum, Apr. 22, 2022 |
| 4018. | Anonymous, Apr. 22, 2022 |
| 4019. | Anonymous, Apr. 22, 2022 |
| 4020. | Venkat Krishnamurthy, Apr. 22, 2022 |
| 4021. | Tracy Mccoy, Apr. 22, 2022 |
| 4022. | Steve Lecompte, Apr. 22, 2022 |
| 4023. | Paul Gohmann, Apr. 22, 2022 |
| 4024. | Ivan, Apr. 22, 2022 |
| 4025. | Anonymous, Apr. 22, 2022 |
| 4026. | Sabrina Ogar, Apr. 22, 2022 |
| 4027. | Shannan Hill, Apr. 22, 2022 |
| 4028. | King Koloko, Apr. 22, 2022 |
| 4029. | Christopher Kuber, Apr. 22, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 4030. | Elizabeth Kross, Apr. 22, 2022 |
| 4031. | Anonymous, Apr. 22, 2022 |
| 4032. | Anonymous, Apr. 22, 2022 |
| 4033. | Stephen Mcintosh, Apr. 22, 2022 |
| 4034. | Barbara Bare, Apr. 22, 2022 |
| 4035. | Jesse Miller, Apr. 22, 2022 |
| 4036. | Bruce Eistedt, Apr. 22, 2022 |
| 4037. | Anonymous, Apr. 22, 2022 |
| 4038. | Anonymous, Apr. 22, 2022 |
| 4039. | Chris James, Apr. 22, 2022 |
| 4040. | John Swartz, Apr. 22, 2022 |
| 4041. | Phillip Weingart, Apr. 22, 2022 |
| 4042. | Deamian Brown, Apr. 22, 2022 |
| 4043. | James Dodds, Apr. 22, 2022 |
| 4044. | Analies Papageorge, Apr. 22, 2022 |
| 4045. | Deamian Brown, Apr. 22, 2022 |
| 4046. | James Maxim, Apr. 22, 2022 |
| 4047. | Carmen Wasylenko, Apr. 22, 2022 |
| 4048. | Joe Pulizzi, Apr. 22, 2022 |
| 4049. | Devin Rose, Apr. 22, 2022 |
| 4050. | Jeff Emerson, Apr. 22, 2022 |
| 4051. | Joe Valenzuela, Apr. 22, 2022 |

186

| Doc. No. | Description |
|----------|-------------|
| 4052. | Sathish Sandu, Apr. 22, 2022 |
| 4053. | Michael Melhado, Apr. 22, 2022 |
| 4054. | Mike Tito, Apr. 22, 2022 |
| 4055. | Mike Decker, Apr. 22, 2022 |
| 4056. | Frank Empie, Apr. 22, 2022 |
| 4057. | Ted Strane, Apr. 22, 2022 |
| 4058. | Matthew Dennis, Apr. 22, 2022 |
| 4059. | Federico Llamosas, Apr. 22, 2022 |
| 4060. | Michael Tito, Apr. 22, 2022 |
| 4061. | Olalekan Jeyifous, Apr. 22, 2022 |
| 4062. | George Papadopoulos, Apr. 22, 2022 |
| 4063. | Alan Scott, Apr. 22, 2022 |
| 4064. | Mark Hoag, Apr. 22, 2022 |
| 4065. | Andrew Scandalios, Apr. 22, 2022 |
| 4066. | Kyle K., Apr. 22, 2022 |
| 4067. | George Papadopoulos, Apr. 22, 2022 |
| 4068. | Tom Dekker, Apr. 22, 2022 |
| 4069. | Gary Shores, Apr. 22, 2022 |
| 4070. | Jared Young, Apr. 22, 2022 |
| 4071. | John, Apr. 22, 2022 |
| 4072. | Peninnah Marksz, Apr. 22, 2022 |
| 4073. | Juan Pablo Terreros, Apr. 22, 2022 |

| Doc. No. | Description |
|---|---|
| 4074. | Mario Monge, Apr. 22, 2022 |
| 4075. | Antonio Bilotto, Apr. 22, 2022 |
| 4076. | Jerry Bailey, Apr. 22, 2022 |
| 4077. | Doug Yeates, Apr. 22, 2022 |
| 4078. | Steve Browning, Apr. 22, 2022 |
| 4079. | Mattnmelis I, Apr. 22, 2022 |
| 4080. | Scott Meeuwsen, Apr. 22, 2022 |
| 4081. | Angel Blanco, Apr. 22, 2022 |
| 4082. | John P, Apr. 22, 2022 |
| 4083. | Anonymous, Apr. 22, 2022 |
| 4084. | Katherine Castro, Apr. 22, 2022 |
| 4085. | David Witt, Apr. 22, 2022 |
| 4086. | Jacqueline Johnson, Apr. 22, 2022 |
| 4087. | Andrea Perna, Apr. 22, 2022 |
| 4088. | Jeff Twait, Apr. 22, 2022 |
| 4089. | Victor Bannon, Apr. 22, 2022 |
| 4090. | Meghan, Apr. 22, 2022 |
| 4091. | Frank, Apr. 22, 2022 |
| 4092. | Anonymous, Apr. 22, 2022 |
| 4093. | Matthew Cucolo, Apr. 22, 2022 |
| 4094. | Adriana Oshell, Apr. 22, 2022 |
| 4095. | Bryan Edwards, Apr. 22, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 4096. | Kenneth Robbins, Apr. 22, 2022 |
| 4097. | Glenn Holler, Apr. 22, 2022 |
| 4098. | Nick Del Grosso, Apr. 22, 2022 |
| 4099. | Charlotte Askew, Apr. 22, 2022 |
| 4100. | Gordon Hutchings, Apr. 22, 2022 |
| 4101. | Wes, Apr. 22, 2022 |
| 4102. | Anonymous, Apr. 22, 2022 |
| 4103. | Anonymous, Apr. 22, 2022 |
| 4104. | Anthony Jones, Apr. 22, 2022 |
| 4105. | Sean Woodward, Apr. 22, 2022 |
| 4106. | Sean, Apr. 22, 2022 |
| 4107. | Jason Burke, Apr. 22, 2022 |
| 4108. | Kelly Lewis, Apr. 22, 2022 |
| 4109. | Sara Hammel, Apr. 22, 2022 |
| 4110. | Marc Guertin, Apr. 22, 2022 |
| 4111. | Walter Carbone, Apr. 22, 2022 |
| 4112. | Laurie Hesslein, Apr. 22, 2022 |
| 4113. | Billy, Apr. 22, 2022 |
| 4114. | Radomir Bulayev, Apr. 22, 2022 |
| 4115. | Pete Bull, Apr. 22, 2022 |
| 4116. | Leslie Seladones, Apr. 22, 2022 |
| 4117. | John Harris, Apr. 22, 2022 |

Doc. No.    Description

4118.    Fred Cohen, Apr. 22, 2022

4119.    Anonymous, Apr. 22, 2022

4120.    Brian Freeman, Apr. 22, 2022

4121.    Richrad Bell, Apr. 22, 2022

4122.    Cyndi Ivins, Apr. 22, 2022

4123.    Kevin Egan, Apr. 22, 2022

4124.    Anonymous, Apr. 22, 2022

4125.    Niels Eriksen Jr., Apr. 22, 2022

4126.    Bennie Hollie, Apr. 22, 2022

4127.    Marc Skyer, Apr. 22, 2022

4128.    Rachid Mghari, Apr. 22, 2022

4129.    Mreider1, Apr. 22, 2022

4130.    Wes Wosinski, Apr. 22, 2022

4131.    Brandon Paluba, Apr. 22, 2022

4132.    Anonymous, Apr. 22, 2022

4133.    Mustafa Dane, Apr. 22, 2022

4134.    Ohad Ashery, Apr. 22, 2022

4135.    Daniel Fajardo, Apr. 22, 2022

4136.    Teresa Eaddy, Apr. 22, 2022

4137.    Dansmith1106, Apr. 22, 2022

4138.    Jay Woerner, Apr. 22, 2022

4139.    Henry Zulferino, Apr. 22, 2022

Doc. No.    Description

4140.    Paul Barton, Apr. 22, 2022

4141.    Maria Celeste, Apr. 22, 2022

4142.    Savannah Diehl, Apr. 22, 2022

4143.    Michael Ivanchuk, Apr. 22, 2022

4144.    Charles Stizza, Apr. 22, 2022

4145.    Christine Yep, Apr. 22, 2022

4146.    Stanley Michaud, Apr. 22, 2022

4147.    Johnathan A. Tibby, Apr. 22, 2022

4148.    Amit Sohagia, Apr. 22, 2022

4149.    Duane Parker, Apr. 22, 2022

4150.    El Horin Yisrael, Apr. 22, 2022

4151.    Alan Anderson, Apr. 22, 2022

4152.    Dale, Apr. 22, 2022

4153.    Stephen Dunkley, Apr. 22, 2022

4154.    Tom Zafft, Apr. 22, 2022

4155.    Cherie Grimm, Apr. 22, 2022

4156.    Donald Walston, Apr. 22, 2022

4157.    Chris Kreuz, Apr. 22, 2022

4158.    S. K., Apr. 22, 2022

4159.    Doug Mentzer, Apr. 22, 2022

4160.    Jay Johnson, Apr. 22, 2022

4161.    Nathan Porembka, Apr. 22, 2022

| Doc. No. | Description |
|----------|-------------|
| 4162. | Sirgio Palmore, Apr. 22, 2022 |
| 4163. | Anonymous, Apr. 22, 2022 |
| 4164. | Stacey Wettstein, Apr. 22, 2022 |
| 4165. | Todd Smekens, Apr. 22, 2022 |
| 4166. | Michelle Thompson, Apr. 22, 2022 |
| 4167. | Tejas Kulkarni, Apr. 22, 2022 |
| 4168. | Anonymous, Apr. 22, 2022 |
| 4169. | Max Isaacson, Apr. 22, 2022 |
| 4170. | Dan Robb, Apr. 22, 2022 |
| 4171. | Steve Quach, Apr. 22, 2022 |
| 4172. | Anonymous, Apr. 22, 2022 |
| 4173. | Anonymous, Apr. 22, 2022 |
| 4174. | Wes Fischer, Apr. 22, 2022 |
| 4175. | Justin Pospishil, Apr. 22, 2022 |
| 4176. | Kate Floyd, Apr. 22, 2022 |
| 4177. | Sanjana Dialle, Apr. 22, 2022 |
| 4178. | Michael Conroy, Apr. 22, 2022 |
| 4179. | Aaron S., Apr. 22, 2022 |
| 4180. | Robert Carlile, Apr. 22, 2022 |
| 4181. | Curt Shake, Apr. 22, 2022 |
| 4182. | Peter Herr, Apr. 22, 2022 |
| 4183. | Edward Daigneau, Apr. 22, 2022 |

Doc. No.    Description

4184.    Karen Seiberlich, Apr. 22, 2022

4185.    Norman Mauz, Apr. 22, 2022

4186.    Brad Gaultney, Apr. 22, 2022

4187.    Maximiliano Bercum, Apr. 22, 2022

4188.    A. Baron, Apr. 22, 2022

4189.    Oliver Guirke, Apr. 22, 2022

4190.    Anonymous, Apr. 22, 2022

4191.    Justin Ohm, Apr. 22, 2022

4192.    James Jones, Apr. 22, 2022

4193.    Thomas Forman, Apr. 22, 2022

4194.    Bryan Allen, Apr. 22, 2022

4195.    Xfinity, Apr. 22, 2022

4196.    Mete Kalayci, Apr. 22, 2022

4197.    Nate Vandusen, Apr. 22, 2022

4198.    Linda Lou, Apr. 22, 2022

4199.    Joe A., Apr. 22, 2022

4200.    J. Call, Apr. 22, 2022

4201.    David Mangini, Apr. 22, 2022

4202.    Jumoke Taylor, Apr. 22, 2022

4203.    Nezam Al-Nsair, Apr. 22, 2022

4204.    Anonymous, Apr. 22, 2022

4205.    Beth Cottee, Apr. 22, 2022

Doc. No.    Description

4206.    Mary Scott, Apr. 22, 2022

4207.    Lucas Miller, Apr. 22, 2022

4208.    Tom Silverstrim, Apr. 22, 2022

4209.    Anil Patel, Apr. 22, 2022

4210.    Rich Lee, Apr. 22, 2022

4211.    Pablo Venier, Apr. 22, 2022

4212.    Keturah Zapotechne Apr. 22, 2022

4213.    Anonymous, Apr. 22, 2022

4214.    Brancati/Grossman, Apr. 22, 2022

4215.    Paul Orchosky, Apr. 22, 2022

4216.    Niklaus Schlumpf, Apr. 22, 2022

4217.    Simon Siu, Apr. 22, 2022

4218.    Michele Gomez, Apr. 22, 2022

4219.    Frank P, Apr. 22, 2022

4220.    Rashad Wilson, Apr. 22, 2022

4221.    Toby Dawson, Apr. 22, 2022

4222.    Valerie Nicole Sindal, Apr. 22, 2022

4223.    Ben Nicholson, Apr. 22, 2022

4224.    Anonymous, Apr. 22, 2022

4225.    Carlos Rosa, Apr. 22, 2022

4226.    George Peterman, Apr. 22, 2022

4227.    Michael Shatsky, Apr. 22, 2022

| Doc. No. | Description |
|---|---|
| 4228. | Kristopher Romero, Apr. 22, 2022 |
| 4229. | Anonymous, Apr. 22, 2022 |
| 4230. | C. Sheldon, Apr. 22, 2022 |
| 4231. | Antonio Martinez, Apr. 22, 2022 |
| 4232. | Brian Harechmak, Apr. 22, 2022 |
| 4233. | Savannah Diehl, Apr. 22, 2022 |
| 4234. | Anthony Musco, Apr. 22, 2022 |
| 4235. | Paul Hundley, Apr. 22, 2022 |
| 4236. | Anonymous, Apr. 22, 2022 |
| 4237. | Anonymous, Apr. 22, 2022 |
| 4238. | Kristopher Romero, Apr. 22, 2022 |
| 4239. | Lionel Peterson, Apr. 22, 2022 |
| 4240. | Marcelo Perez, Apr. 22, 2022 |
| 4241. | Larion Beylin, Apr. 22, 2022 |
| 4242. | Basel Hejjo Alrefai, Apr. 22, 2022 |
| 4243. | Bilal Salim, Apr. 22, 2022 |
| 4244. | Jordan Branca, Apr. 22, 2022 |
| 4245. | Brandon Hebert, Apr. 22, 2022 |
| 4246. | Dave Vanryn, Apr. 22, 2022 |
| 4247. | James Duffy, Apr. 22, 2022 |
| 4248. | Kamona Stay Fly, Apr. 22, 2022 |
| 4249. | Noah Barnhart, Apr. 22, 2022 |

Doc. No.    Description

4250.    Corletha Miller, Apr. 22, 2022

4251.    Anonymous, Apr. 22, 2022

4252.    Phuong Phan, Apr. 22, 2022

4253.    Cornell Moore, Apr. 22, 2022

4254.    Stephanie Kao, Apr. 22, 2022

4255.    Curtis Sylvain, Apr. 22, 2022

4256.    Adam P., Apr. 22, 2022

4257.    Jim Riggs, Apr. 22, 2022

4258.    Patrick Colangelo, Apr. 22, 2022

4259.    Daniel De Seta, Apr. 22, 2022

4260.    Mark Taglieri, Apr. 22, 2022

4261.    Satyendra Singh Thakur, Apr. 22, 2022

4262.    Vijay Karnani, Apr. 22, 2022

4263.    Brian Sovik, Apr. 22, 2022

4264.    Hayden Nichols, Apr. 22, 2022

4265.    H. Hatter, Apr. 22, 2022

4266.    Joshua Parr, Apr. 22, 2022

4267.    Bob Buckner, Apr. 22, 2022

4268.    John R. Weyrauch, Apr. 22, 2022

4269.    Madeline Augustin, Apr. 22, 2022

4270.    John Harju, Apr. 22, 2022

4271.    Mark Ginter, Apr. 22, 2022

Doc. No.    Description

4272.    Lw, Apr. 22, 2022

4273.    Anonymous, Apr. 22, 2022

4274.    Rob, Apr. 22, 2022

4275.    Robert Mahon, Apr. 22, 2022

4276.    Brendan Flaherty, Apr. 22, 2022

4277.    Jeff, Apr. 22, 2022

4278.    Ali Adish, Apr. 22, 2022

4279.    Meghan Ruiz, Apr. 22, 2022

4280.    Kurtis M. Ratcliff, Apr. 22, 2022

4281.    Amile Summers, Apr. 22, 2022

4282.    Sybil Oxendine, Apr. 22, 2022

4283.    Vernon Knapp, Apr. 22, 2022

4284.    Bill T., Apr. 22, 2022

4285.    Thomas Carson, Apr. 22, 2022

4286.    Anthony Catanzaro, Apr. 22, 2022

4287.    Brandon Domicolo, Apr. 22, 2022

4288.    Hank Perkins, Apr. 22, 2022

4289.    Rick C., Apr. 22, 2022

4290.    Mike Butler, Apr. 22, 2022

4291.    Sunny Liu, Apr. 22, 2022

4292.    Thomas Mathiesen, Apr. 22, 2022

4293.    Jim Kieburtz, Apr. 22, 2022

Doc. No.    Description

4294.    Chris Macdonald, Apr. 22, 2022

4295.    Jonathan L. Dobson, Apr. 22, 2022

4296.    Anonymous, Apr. 22, 2022

4297.    David Clothier, Apr. 22, 2022

4298.    William Law, Apr. 22, 2022

4299.    Sarvesh Chawla, Apr. 22, 2022

4300.    Herm Thomas, Apr. 22, 2022

4301.    Anonymous, Apr. 22, 2022

4302.    Toddrick Burns, Apr. 22, 2022

4303.    Charles Scott Blundo, Apr. 22, 2022

4304.    Bekki Childers, Apr. 22, 2022

4305.    M. Shanbhag, Apr. 22, 2022

4306.    Brian Kuczynski, Apr. 22, 2022

4307.    Kevin Kuechler, Apr. 22, 2022

4308.    Mohamed Sakkal, Apr. 22, 2022

4309.    Ray Peters, Apr. 22, 2022

4310.    Anonymous, Apr. 22, 2022

4311.    Anonymous, Apr. 22, 2022

4312.    Gregory Nelson, Apr. 22, 2022

4313.    Razmig Garo Kratlian, Apr. 22, 2022

4314.    David Liu, Apr. 22, 2022

4315.    Bryant Davis, Apr. 22, 2022

| Doc. No. | Description |
|----------|-------------|
| 4316. | Paul Mills, Apr. 22, 2022 |
| 4317. | Enrique Posner, Apr. 22, 2022 |
| 4318. | Scott Allison, Apr. 22, 2022 |
| 4319. | Carlos Iglesias, Apr. 22, 2022 |
| 4320. | Elan Dekel, Apr. 22, 2022 |
| 4321. | John Weaver, Apr. 22, 2022 |
| 4322. | William Ren, Apr. 22, 2022 |
| 4323. | Richard Montoya, Apr. 22, 2022 |
| 4324. | Michael Gordon, Apr. 22, 2022 |
| 4325. | Bradley Comar, Apr. 22, 2022 |
| 4326. | Tod Dodge, Apr. 22, 2022 |
| 4327. | David Zhang, Apr. 22, 2022 |
| 4328. | Sharon Mcclary-Arnold, Apr. 22, 2022 |
| 4329. | Paul Roy, Apr. 22, 2022 |
| 4330. | Joseph Weber, Apr. 22, 2022 |
| 4331. | James Bey, Apr. 22, 2022 |
| 4332. | Megan Swoboda, Apr. 22, 2022 |
| 4333. | Luke Mark John Heaton, Apr. 22, 2022 |
| 4334. | Gary Vlogs, Apr. 22, 2022 |
| 4335. | Anonymous, Apr. 22, 2022 |
| 4336. | Rhonda Britten, Apr. 22, 2022 |
| 4337. | Anonymous, Apr. 22, 2022 |

Doc. No.    Description

4338.    Tezmar Smith, Apr. 22, 2022

4339.    Anonymous, Apr. 22, 2022

4340.    Jamie Jones, Apr. 22, 2022

4341.    Paul Hoover, Apr. 22, 2022

4342.    Yung Arthur, Apr. 22, 2022

4343.    Hazelette Lister, Apr. 22, 2022

4344.    Anonymous, Apr. 22, 2022

4345.    Kristin Jensen, Apr. 22, 2022

4346.    Ho Ching Paul So, Apr. 22, 2022

4347.    Pajah Lindsay, Apr. 22, 2022

4348.    Jon Libby, Apr. 22, 2022

4349.    Sunshine Carter, Apr. 22, 2022

4350.    Lori Furch, Apr. 22, 2022

4351.    Enrique Rea, Apr. 22, 2022

4352.    Hung Cecilia, Apr. 22, 2022

4353.    Michael Wall, Apr. 22, 2022

4354.    Yee Ling Lim, Apr. 22, 2022

4355.    Nathan Wersal, Apr. 22, 2022

4356.    Kim, Apr. 22, 2022

4357.    Tiffany Macko, Apr. 22, 2022

4358.    Ethan Rose, Apr. 22, 2022

4359.    Michael Cerbelli, Apr. 22, 2022

| Doc. No. | Description |
| --- | --- |
| 4360. | Manu Shrivastava, Apr. 22, 2022 |
| 4361. | David J. Zoeller, Apr. 23, 2022 |
| 4362. | Virginia, Apr. 23, 2022 |
| 4363. | Tim Norman, Apr. 23, 2022 |
| 4364. | Michael Ciocco, P.E., Apr. 23, 2022 |
| 4365. | Steven Adler, Apr. 23, 2022 |
| 4366. | Jeff Pafford, Apr. 23, 2022 |
| 4367. | Christopher Coles, Apr. 23, 2022 |
| 4368. | Michael Dziewonski, Apr. 23, 2022 |
| 4369. | Zevi Spiegel, Apr. 23, 2022 |
| 4370. | David Berman, Apr. 23, 2022 |
| 4371. | Steven Kahan, Apr. 23, 2022 |
| 4372. | Johnson Tsui, Apr. 23, 2022 |
| 4373. | Bruce Veldman, Apr. 23, 2022 |
| 4374. | Gary Mcclernan, Apr. 23, 2022 |
| 4375. | Jeremiah Parks, Apr. 23, 2022 |
| 4376. | Mike Mitchell, Apr. 23, 2022 |
| 4377. | Virinder, Apr. 23, 2022 |
| 4378. | Thomas Ciesielka, Apr. 23, 2022 |
| 4379. | Dave, Apr. 23, 2022 |
| 4380. | Sebastian Portillo, Apr. 23, 2022 |
| 4381. | Arun Kumar, Apr. 23, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 4382. | Scott Kirby, Apr. 23, 2022 |
| 4383. | Michael Shaughnessy, Apr. 23, 2022 |
| 4384. | Mark Babasa, Apr. 23, 2022 |
| 4385. | James Jones, Apr. 23, 2022 |
| 4386. | Phong Bui, Apr. 23, 2022 |
| 4387. | John Ware, Apr. 23, 2022 |
| 4388. | J. Miller, Apr. 23, 2022 |
| 4389. | Brian Scoles, Apr. 23, 2022 |
| 4390. | Tyler Jenkins, Apr. 23, 2022 |
| 4391. | Dawn Lewellen, Apr. 23, 2022 |
| 4392. | Josh Goodmanson, Apr. 23, 2022 |
| 4393. | Gary Levitan, Apr. 23, 2022 |
| 4394. | Timothy French, Apr. 23, 2022 |
| 4395. | Mike, Apr. 23, 2022 |
| 4396. | Thomas Coleman, Apr. 23, 2022 |
| 4397. | Vadim, Apr. 23, 2022 |
| 4398. | Andrew Bellak, Apr. 23, 2022 |
| 4399. | Edward Elliott, Apr. 23, 2022 |
| 4400. | Jason Huang, Apr. 23, 2022 |
| 4401. | Siu On Wong, Apr. 23, 2022 |
| 4402. | Philip Bartsch, Apr. 23, 2022 |
| 4403. | Paul Bove, Apr. 23, 2022 |

Doc. No.    Description

4404.    Hiram Gonzalez, Apr. 23, 2022

4405.    Jeff Kelly, Apr. 23, 2022

4406.    Josh Barandon, Apr. 23, 2022

4407.    Mark Harrer, Apr. 23, 2022

4408.    David R., Apr. 23, 2022

4409.    Mike Kumar, Apr. 23, 2022

4410.    Adam Hillman, Apr. 23, 2022

4411.    H. B., Apr. 23, 2022

4412.    Hashem Dezhbakhsh, Goodrich C. White Professor and Chair, Department of Economics, Emory University; Narasimhan Jegadeesh, Dean's Distinguished, Chair of Finance, Goizueta Business School, Emory University; and Juan Rubio-Ramirez, Charles Howard Candler, Professor of Economics, Emory University, Apr. 24, 2022

4413.    Chas Linne, Apr. 24, 2022

4414.    Chas Linne, Apr. 24, 2022

4415.    Jorge Stolfi, Apr. 24, 2022

4416.    George Theodorou, Apr. 24, 2022

4417.    Jose Garcia, Apr. 24, 2022

4418.    Steve Samson, Apr. 24, 2022

4419.    Morgan Red Fox, Apr. 24, 2022

4420.    Dan Chen, Apr. 24, 2022

4421.    Bill Lowery, Apr. 24, 2022

4422.    Jay Campbell, Apr. 24, 2022

4423.    Zach Wischler, Apr. 24, 2022

Doc. No.    Description

4424.    Brad Reel, Apr. 24, 2022

4425.    Tony Grazio, Apr. 24, 2022

4426.    Greg Torrance, Apr. 24, 2022

4427.    Michael Foley, Apr. 24, 2022

4428.    Austin Greer, Apr. 24, 2022

4429.    Andrew Lepore, Apr. 24, 2022

4430.    Jon Tojek, Apr. 24, 2022

4431.    Andrew Fuchs, Apr. 24, 2022

4432.    Janet Marquardt, Apr. 24, 2022

4433.    Nils Whittle, Apr. 24, 2022

4434.    Robert Cammarota, Apr. 24, 2022

4435.    Russell Foxworthy, Apr. 24, 2022

4436.    Debbie Shelor, Apr. 24, 2022

4437.    Lewis Lee, Apr. 24, 2022

4438.    Edward Dorman, Apr. 24, 2022

4439.    Robin Caron, Apr. 24, 2022

4440.    Tony D. Valentino, Apr. 24, 2022

4441.    Sandip Soni, Apr. 24, 2022

4442.    Pete Praninskas, Apr. 24, 2022

4443.    Douglas Mann, Apr. 24, 2022

4444.    Andy Hui, Apr. 24, 2022

4445.    Harry Easterling, Apr. 25, 2022

Doc. No.    Description

4446.    R. Hanson, Apr. 25, 2022

4447.    J. Michael Shubat, Apr. 25, 2022

4448.    Anonymous, Apr. 25, 2022

4449.    Daniel Reilly, Apr. 25, 2022

4450.    Ryan Senderhauf, Apr. 25, 2022

4451.    Kristi Neal, Apr. 25, 2022

4452.    Robert Hoefel, Apr. 25, 2022

4453.    D., Apr. 25, 2022

4454.    Jim Wolf, Apr. 25, 2022

4455.    Dennis Thompson, Apr. 25, 2022

4456.    Randy Morrison, Apr. 25, 2022

4457.    Alan Handler, Apr. 25, 2022

4458.    Rodger Jeffery, Apr. 25, 2022

4459.    Rehan Akram, Apr. 25, 2022

4460.    Michael Kramarz, Apr. 25, 2022

4461.    D. M., Apr. 25, 2022

4462.    Martin W. Engelsen, Apr. 25, 2022

4463.    Linda Knoche, Apr. 25, 2022

4464.    Brandon Musser, Apr. 25, 2022

4465.    Jody Cryder, Apr. 25, 2022

4466.    Pei-Fen Hsieh, Apr. 25, 2022

4467.    Trevor Suelzle, Apr. 25, 2022

Doc. No.    Description

4468.    Paul Knight, Apr. 25, 2022

4469.    Alejandro Lemoine, Apr. 25, 2022

4470.    Charles Brown, Apr. 25, 2022

4471.    Don Southwell, Apr. 25, 2022

4472.    Skip Platt, Apr. 25, 2022

4473.    Bob Thomas, Apr. 25, 2022

4474.    Kyle Wells, Apr. 25, 2022

4475.    Jon Defonce, Apr. 25, 2022

4476.    Richard Jakotowicz, Apr. 25, 2022

4477.    Richard Ronveaux, Apr. 25, 2022

4478.    Rich Seils, Apr. 25, 2022

4479.    Kirsten York, Apr. 25, 2022

4480.    Chris Topher, Apr. 25, 2022

4481.    Ronavee Duque, Apr. 25, 2022

4482.    Michael Johnson, Apr. 25, 2022

4483.    Bruce Harney, Apr. 25, 2022

4484.    Ricardo Garcia, Apr. 25, 2022

4485.    Ray, Apr. 25, 2022

4486.    Maxwell Amster, Apr. 25, 2022

4487.    William Harris, Apr. 25, 2022

4488.    Rashid Karimi, Apr. 25, 2022

4489.    Julie Williams, Apr. 25, 2022

Doc. No.    Description

4490.    Marci Morris, Apr. 25, 2022

4491.    Dinko Tontchev, Apr. 25, 2022

4492.    Peter L. Briger, Jr., Chief Executive Officer, Fortress Investment Group LLC, Apr. 25, 2022

4493.    Karen Dawson, Apr. 25, 2022

4494.    Joseph Agosto, Apr. 26, 2022

4495.    Mr S., Apr. 26, 2022

4496.    Hart Simpson, Apr. 26, 2022

4497.    Damon Corbin, Apr. 26, 2022

4498.    Steve Yohai, Apr. 26, 2022

4499.    Thomas J. Doherty, Apr. 26, 2022

4500.    Santiago Gonzalez, Apr. 26, 2022

4501.    Eric Zimmerman, Apr. 26, 2022

4502.    Rick Brinkman, Apr. 26, 2022

4503.    Terrence Crowley, Apr. 26, 2022

4504.    Peter Genovese, Apr. 26, 2022

4505.    Jeremy Whyte, Apr. 26, 2022

4506.    Rick Teed, Apr. 26, 2022

4507.    Gavin Stenhouse, Apr. 26, 2022

4508.    Henry Colebrooke, Apr. 26, 2022

4509.    Brian Hoff, Apr. 26, 2022

4510.    Rjh, Apr. 26, 2022

4511.    Arthur Rosen, Apr. 26, 2022

Doc. No.    Description

4512.    Anonymous, Apr. 26, 2022

4513.    Bob, Apr. 26, 2022

4514.    Mark Boutwell, Apr. 26, 2022

4515.    Jacqueline Kelly-Lynch, Apr. 26, 2022

4516.    Kevin Harper, Apr. 26, 2022

4517.    Victor Cruz, Apr. 26, 2022

4518.    Kevin Harper, Apr. 26, 2022

4519.    Michelle Grant, Apr. 26, 2022

4520.    Cj Sarino, Apr. 26, 2022

4521.    Sami Kassab, Apr. 26, 2022

4522.    Josemaria Toscano, Apr. 26, 2022

4523.    Chris Kramer, Apr. 26, 2022

4524.    David Elliott, Apr. 26, 2022

4525.    Glenn J. Downing, Apr. 26, 2022

4526.    Michael Martin, Apr. 26, 2022

4527.    David B. Alm, Apr. 26, 2022

4528.    R. Allen Calhoun, Apr. 26, 2022

4529.    David Layton, Apr. 26, 2022

4530.    Cozy, Apr. 27, 2022

4531.    David Ruggieri, Apr. 27, 2022

4532.    J'son Lewis, Apr. 27, 2022

4533.    Jake Cushing, Apr. 27, 2022

| Doc. No. | Description |
|---|---|
| 4534. | Leonard Gleason, Apr. 27, 2022 |
| 4535. | David Noble, Director, The Werth Institute, Apr. 27, 2022 |
| 4536. | Scott Smith, Apr. 27, 2022 |
| 4537. | Emman, Apr. 27, 2022 |
| 4538. | Greg Wendland, Apr. 27, 2022 |
| 4539. | Robert Sean Goddard, Apr. 27, 2022 |
| 4540. | Dylan Bryan, Apr. 27, 2022 |
| 4541. | Alan Geik, Apr. 27, 2022 |
| 4542. | Dennis O'shea, Apr. 27, 2022 |
| 4543. | Peter Quigley, Apr. 27, 2022 |
| 4544. | Gerald Schott, Apr. 27, 2022 |
| 4545. | Anonymous, Apr. 27, 2022 |
| 4546. | Stephen A. Mixsell Jr., Apr. 27, 2022 |
| 4547. | Iithiphat Timsavarsd, Apr. 27, 2022 |
| 4548. | Matthias Hammes, Apr. 27, 2022 |
| 4549. | Geoffrey Dieter, Apr. 27, 2022 |
| 4550. | Kenneth Clark, Apr. 27, 2022 |
| 4551. | Tom Balboni, Apr. 27, 2022 |
| 4552. | Rodney Wheeler, Apr. 27, 2022 |
| 4553. | Benjamin T. Fulton, CEO, Elkhorn Consulting, LLC, Apr. 27, 2022 |
| 4554. | Kris Winchell, Ph.D., Apr. 28, 2022 |
| 4555. | Shiraz Pirani, Apr. 28, 2022 |

Doc. No.    Description

4556.    Stuart Kozinn, MD, Apr. 28, 2022

4557.    Justin Reardon, Apr. 28, 2022

4558.    Ivan Chernenko, Apr. 28, 2022

4559.    Kevin O'toole, Apr. 28, 2022

4560.    Emma R., Apr. 28, 2022

4561.    Michael Seidler, Apr. 28, 2022

4562.    Carlo Colatosti, Apr. 28, 2022

4563.    Dennis, Apr. 28, 2022

4564.    Sandro Sacchetti, Apr. 28, 2022

4565.    Greg Pajer, Apr. 29, 2022

4566.    Wan Chung, Apr. 29, 2022

4567.    Joseph Rickicki, Apr. 29, 2022

4568.    Tom and Barb Bruning, Apr. 29, 2022

4569.    Thad Jones, Apr. 29, 2022

4570.    Emmanuel Gonzalez, Apr. 29, 2022

4571.    Daniela Lobo, Apr. 29, 2022

4572.    Catherine Fitzhugh, Apr. 29, 2022

4573.    Kevin Shao, Apr. 29, 2022

4574.    John O'donnell, Apr. 29, 2022

4575.    K. Potter, Apr. 29, 2022

4576.    Alex T., Apr. 29, 2022

4577.    Noah Cervinka Kunz, Apr. 30, 2022

| Doc. No. | Description |
|----------|-------------|
| 4578. | Kuijian Xiang, Apr. 30, 2022 |
| 4579. | Nicole Pajer, Apr. 30, 2022 |
| 4580. | Stephen French, May 1, 2022 |
| 4581. | Robert Stanley, May 1, 2022 |
| 4582. | Anonymous, May 1, 2022 |
| 4583. | Anonymous, May 1, 2022 |
| 4584. | Mark Bloomfield, May 1, 2022 |
| 4585. | Anonymous, May 1, 2022 |
| 4586. | Bryce, May 1, 2022 |
| 4587. | Dr. Afshin Javan Wallace, May 2, 2022 |
| 4588. | John Robert, May 2, 2022 |
| 4589. | David Hobert, May 2, 2022 |
| 4590. | Mary O'Neill, May 2, 2022 |
| 4591. | Justin Powell, May 2, 2022 |
| 4592. | John Goldschmidt, May 2, 2022 |
| 4593. | Adam Safi, May 2, 2022 |
| 4594. | Robert Fitzgerald, May 2, 2022 |
| 4595. | Mike Lambrakis, May 2, 2022 |
| 4596. | Anonymous, May 2, 2022 |
| 4597. | Devin Bhatia, May 2, 2022 |
| 4598. | Anonymous, May 2, 2022 |
| 4599. | Mike & Lyn Kelley, May 2, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 4600. | Vern Johnson, May 2, 2022 |
| 4601. | Todd Longwell, May 2, 2022 |
| 4602. | Gregg Rosenberg, May 2, 2022 |
| 4603. | George Vascellaro, May 2, 2022 |
| 4604. | Bob Piane, May 2, 2022 |
| 4605. | Erick Lundy, May 2, 2022 |
| 4606. | Dan Cerjanec, May 2, 2022 |
| 4607. | Dale Holmes, May 2, 2022 |
| 4608. | Jay Davis, May 2, 2022 |
| 4609. | Andrea Johnson, May 2, 2022 |
| 4610. | Eric Teschemacher, May 2, 2022 |
| 4611. | Michael Robinson, May 2, 2022 |
| 4612. | Delbert Tanner, May 2, 2022 |
| 4613. | Scott Smith, May 2, 2022 |
| 4614. | Donna Redel, May 2, 2022 |
| 4615. | Charissa Chou, May 2, 2022 |
| 4616. | John P. Marin, May 3, 2022 |
| 4617. | Jack Mcardle, May 3, 2022 |
| 4618. | Brian Swords, May 3, 2022 |
| 4619. | Kevin Sciarra, May 3, 2022 |
| 4620. | Don Dao, May 3, 2022 |
| 4621. | Justin Conroy, May 3, 2022 |

Doc. No.    Description

4622.    Bill Mann, May 3, 2022

4623.    Robbie Wilson, May 3, 2022

4624.    Robert Blevins, May 3, 2022

4625.    Arthur Kinsolving, May 3, 2022

4626.    Robert Dilonardo, May 3, 2022

4627.    Keith Coyne, May 3, 2022

4628.    Sandra L. Mairs, May 3, 2022

4629.    James Macdonald, May 3, 2022

4630.    Steve Hammond, May 3, 2022

4631.    Carol R. Goforth, University Professor and Clayton N. Little Professor of Law, University of Arkansas, May 3, 2022

4632.    John Turbek, May 3, 2022

4633.    John Schumacher, May 3, 2022

4634.    Mike Tocci, May 3, 2022

4635.    John Mairs, May 3, 2022

4636.    Janero Nettles, May 3, 2022

4637.    Jd Gould, May 3, 2022

4638.    Kenneth L. Keiffer, May 3, 2022

4639.    Tim Ferguson, May 3, 2022

4640.    John Scarborough, May 3, 2022

4641.    Angiolino Angeloni, May 3, 2022

4642.    James Toes, President and CEO, Security Traders Association; Kate Mcallister, Chair of The Board, Security Traders Association, May 3, 2022

| Doc. No. | Description |
|---|---|
| 4643. | Tom Calderwood, May 3, 2022 |
| 4644. | Richard Walker, May 3, 2022 |
| 4645. | Paula Gagnon, May 3, 2022 |
| 4646. | Jerry Sljuka, May 3, 2022 |
| 4647. | Rich Ditommaso, May 3, 2022 |
| 4648. | Patrick Colangelo, May 3, 2022 |
| 4649. | Edwin Day, May 3, 2022 |
| 4650. | Anonymous, May 4, 2022 |
| 4651. | William Oliver, May 4, 2022 |
| 4652. | Todd Clifton, May 4, 2022 |
| 4653. | Desiree Wilkinson, May 4, 2022 |
| 4654. | Jeong Eum, May 4, 2022 |
| 4655. | Justin Brill, May 4, 2022 |
| 4656. | Andy Hill, May 4, 2022 |
| 4657. | Erling Hoie, May 4, 2022 |
| 4658. | Michael Merritt, May 4, 2022 |
| 4659. | Edward J. De Fazio, May 4, 2022 |
| 4660. | Ruth Hamer, May 4, 2022 |
| 4661. | Will Reynolds, May 4, 2022 |
| 4662. | Steve Buzolits, May 4, 2022 |
| 4663. | William Neville, May 4, 2022 |
| 4664. | Robert Roto, May 4, 2022 |

| Doc. No. | Description |
|---|---|
| 4665. | John Lowenstein, May 4, 2022 |
| 4666. | Nick Lumpp, May 4, 2022 |
| 4667. | Samantha Wilkinson, May 4, 2022 |
| 4668. | Desiree Wilkinson, May 4, 2022 |
| 4669. | Charlie Cronin, May 4, 2022 |
| 4670. | Robby Denicola, May 4, 2022 |
| 4671. | Kevin Milner, May 4, 2022 |
| 4672. | Douglas R. Mewshaw, May 5, 2022 |
| 4673. | Jennifer Nakamura, May 5, 2022 |
| 4674. | Michael Feeley, May 5, 2022 |
| 4675. | Jason Kappe, May 5, 2022 |
| 4676. | Kelly Ghormley, May 5, 2022 |
| 4677. | Bruce Tuma, May 5, 2022 |
| 4678. | Leigh Zimmatore, May 5, 2022 |
| 4679. | Bryan Schwering, May 5, 2022 |
| 4680. | Ryan C., May 5, 2022 |
| 4681. | Kirk Schooley, May 5, 2022 |
| 4682. | George Diehl, May 5, 2022 |
| 4683. | Michael Rudinsky, May 5, 2022 |
| 4684. | Michael Tenney, May 5, 2022 |
| 4685. | Gary Henderson, May 5, 2022 |
| 4686. | Thad Konopnicki, May 5, 2022 |

Doc. No.    Description

4687.    Matt Thompson, May 5, 2022

4688.    Claire Moty, May 5, 2022

4689.    Scott Sargent, May 5, 2022

4690.    Rk King, Ii, May 5, 2022

4691.    Eric Kirwan, May 5, 2022

4692.    Bob White, May 5, 2022

4693.    Stephen Ratcliffe, May 5, 2022

4694.    Dean and Dixie Lienemann, May 5, 2022

4695.    Conor Hentges, May 5, 2022

4696.    Darren Eddlemon, May 5, 2022

4697.    Aaron Boylan, May 5, 2022

4698.    Raleigh Minard, May 5, 2022

4699.    Alexander Furmanski, May 5, 2022

4700.    Adam Beiter, May 5, 2022

4701.    Brandon Hines, May 5, 2022

4702.    Brian Patrick Flounders, May 5, 2022

4703.    Erol Irez, May 5, 2022

4704.    John Schutze, May 5, 2022

4705.    Justin Struble, May 5, 2022

4706.    Hector Maldonado, May 5, 2022

4707.    Bill K, Retail Investor, May 5, 2022

4708.    Tom Hunt, May 5, 2022

| Doc. No. | Description |
|----------|-------------|
| 4709. | Trevor Meding, May 5, 2022 |
| 4710. | Thomas A. Coss, Rn, May 5, 2022 |
| 4711. | Bill Stefan, May 5, 2022 |
| 4712. | Tom Gordon, May 5, 2022 |
| 4713. | Evan Stefan, May 5, 2022 |
| 4714. | William Stefan, May 5, 2022 |
| 4715. | Sharon Tonge, May 5, 2022 |
| 4716. | Jerome M. Gruber, May 5, 2022 |
| 4717. | Sidney B. Surrey, May 5, 2022 |
| 4718. | Barry Seitles, May 6, 2022 |
| 4719. | Stephen P. Hernon, May 6, 2022 |
| 4720. | Walter A. Dickenson, Ph. D., May 6, 2022 |
| 4721. | A. Mikkelsen, May 6, 2022 |
| 4722. | Earle Ifuku, May 6, 2022 |
| 4723. | Kyle Krupala, May 6, 2022 |
| 4724. | Mark Chinaloy, May 6, 2022 |
| 4725. | Taylor Crane, May 6, 2022 |
| 4726. | Paul Dugan, May 6, 2022 |
| 4727. | Douglas Evans, May 6, 2022 |
| 4728. | Kraig Peterson, May 6, 2022 |
| 4729. | Chad, May 6, 2022 |
| 4730. | Jeremy Lung, May 6, 2022 |

Doc. No.    Description

4731.    Takako Torres, May 6, 2022

4732.    Nate Mullet, May 6, 2022

4733.    Ma M., May 6, 2022

4734.    Ryan Posey, May 6, 2022

4735.    Joseph Lemmons, May 6, 2022

4736.    Ravi Jaisinghani, May 6, 2022

4737.    Amy Walsh, May 6, 2022

4738.    Craig Wheatley, May 6, 2022

4739.    Clint Rector, May 6, 2022

4740.    Bonnie Scharf, May 6, 2022

4741.    Raman Patel, May 6, 2022

4742.    Kevin Niehaus, May 6, 2022

4743.    Matthew Hartman, May 6, 2022

4744.    Mark Ninci, May 6, 2022

4745.    Dale Rugge, May 6, 2022

4746.    Pa Ocampo, May 6, 2022

4747.    Brian Gilbert, May 6, 2022

4748.    Gustavo Baez, May 6, 2022

4749.    Shonntte Baldwin, May 6, 2022

4750.    Marcelo Coronado and John T. Hillman, May 6, 2022

4751.    Alan Stein, May 6, 2022

4752.    Patrick Fennie, May 6, 2022

Doc. No.  Description

4753.  John Thompson, May 6, 2022

4754.  Laura Richards, May 6, 2022

4755.  Simon Paparone, May 6, 2022

4756.  Mark Thomas, May 6, 2022

4757.  Reid Ten Kley, May 6, 2022

4758.  Michael Mancuso, May 6, 2022

4759.  Peter Schiff, May 6, 2022

4760.  James Boer, May 6, 2022

4761.  Mike Betts, May 6, 2022

4762.  Ross Fenton, May 6, 2022

4763.  Joe Leone, May 6, 2022

4764.  Jeffery H. Gibson, May 6, 2022

4765.  Brian Stenger, May 6, 2022

4766.  Jen O'malley, May 6, 2022

4767.  Nathan Mead, May 6, 2022

4768.  Theya Kan, May 6, 2022

4769.  Nick O'shea, May 6, 2022

4770.  Randy Hough, May 6, 2022

4771.  Jon, May 6, 2022

4772.  Mohammed A. Ahmed, May 6, 2022

4773.  Dewey Karen Hammond, May 6, 2022

4774.  Marek Gorny, May 6, 2022

Doc. No.   Description

4775.   Mr. Delite, May 6, 2022

4776.   William Saueressig, May 6, 2022

4777.   Haojiang Luan, May 6, 2022

4778.   Matt Bohner, May 6, 2022

4779.   John E. Novak, May 6, 2022

4780.   Albert Picardi, May 6, 2022

4781.   Charlie Monica, May 6, 2022

4782.   Nate Mills, May 6, 2022

4783.   Chris Davies, May 6, 2022

4784.   Reid Matsumoto, May 6, 2022

4785.   Vince, May 6, 2022

4786.   Eric Fitch, May 6, 2022

4787.   Robert Bartz, May 6, 2022

4788.   B. C., May 6, 2022

4789.   Mike Mccomb, May 6, 2022

4790.   Peter Steidl, May 6, 2022

4791.   Kevin Wendelburg, May 6, 2022

4792.   Neil Perry, May 6, 2022

4793.   Patrick Kellner, May 6, 2022

4794.   John Linder, May 6, 2022

4795.   Dan Sheridan, May 6, 2022

4796.   Caron Balman, May 6, 2022

| Doc. No. | Description |
|----------|-------------|
| 4797. | David Friedholm, May 6, 2022 |
| 4798. | Clint Laytham, May 6, 2022 |
| 4799. | David Gury, May 6, 2022 |
| 4800. | Garrick Sheldon, May 6, 2022 |
| 4801. | Doug Freeman, May 6, 2022 |
| 4802. | Bern Winslow Budd, May 6, 2022 |
| 4803. | Paul Frederick, May 6, 2022 |
| 4804. | Mark Berger, May 6, 2022 |
| 4805. | Mark Doh, May 6, 2022 |
| 4806. | Richard Ashley, May 6, 2022 |
| 4807. | John Kampfer, May 6, 2022 |
| 4808. | Samuel Casey, May 6, 2022 |
| 4809. | Johnny Halberstadt, May 6, 2022 |
| 4810. | Steve Kelly, May 6, 2022 |
| 4811. | Anthony Grande, May 6, 2022 |
| 4812. | Mark Rosewell, May 6, 2022 |
| 4813. | Douglas W. Burke, May 6, 2022 |
| 4814. | Walter Prochorenko, May 6, 2022 |
| 4815. | John Lucas, May 6, 2022 |
| 4816. | Kyle Tilev, May 6, 2022 |
| 4817. | Leonard Mazzola, Jr., May 6, 2022 |
| 4818. | Garrett Ludke, May 6, 2022 |

| Doc. No. | Description |
|---|---|
| 4819. | Robert O'brien, May 6, 2022 |
| 4820. | Robert Chambers, May 6, 2022 |
| 4821. | Neil Jacobs, May 6, 2022 |
| 4822. | Bob Basso, May 6, 2022 |
| 4823. | James Ange, May 6, 2022 |
| 4824. | Mark Charydczak, May 6, 2022 |
| 4825. | Matthew Fluke, May 6, 2022 |
| 4826. | Edward Derek Laffey, May 6, 2022 |
| 4827. | Sreenivasulu Manugolu, May 6, 2022 |
| 4828. | Harold and Nora Zdatny, May 6, 2022 |
| 4829. | Phil Jarboe, May 6, 2022 |
| 4830. | Kris Van, May 6, 2022 |
| 4831. | Sridhar Dronavalli, May 6, 2022 |
| 4832. | Dr. Anass Lahlou, May 6, 2022 |
| 4833. | Benjamin Bono, May 6, 2022 |
| 4834. | Hayden Hyatt, May 6, 2022 |
| 4835. | John Ellsworth, May 6, 2022 |
| 4836. | Justin Harvey, May 6, 2022 |
| 4837. | Guangle Fan, May 6, 2022 |
| 4838. | Jason Ramirez, May 6, 2022 |
| 4839. | Glenn Paul Tortoso, May 6, 2022 |
| 4840. | Charlie Schwab, May 6, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 4841. | Rob Strain, May 6, 2022 |
| 4842. | Ivan Keith Hall, May 6, 2022 |
| 4843. | Ryan Burton, May 6, 2022 |
| 4844. | Oed Ronne, May 6, 2022 |
| 4845. | Chris Townsend, May 6, 2022 |
| 4846. | Tom Koval, May 6, 2022 |
| 4847. | Russell G. Wells, May 6, 2022 |
| 4848. | Greg Walter, May 6, 2022 |
| 4849. | Chris Patterson, May 6, 2022 |
| 4850. | Richard Hahn, May 6, 2022 |
| 4851. | Kent Olson, May 6, 2022 |
| 4852. | Colin Donahoe, May 6, 2022 |
| 4853. | Menath Saner, May 6, 2022 |
| 4854. | Frank Parrinello, May 6, 2022 |
| 4855. | Ted Tobey, May 6, 2022 |
| 4856. | Brian Lasseter, May 6, 2022 |
| 4857. | Kerri Holm, May 6, 2022 |
| 4858. | Norma Bishop, May 6, 2022 |
| 4859. | Douglas Sessa, May 6, 2022 |
| 4860. | Jed Grant, May 6, 2022 |
| 4861. | Peggy Matlock, May 6, 2022 |
| 4862. | Taylor V., May 6, 2022 |

Doc. No.    Description

4863.    Kendrick Chane, May 6, 2022

4864.    Francis Thomas, May 6, 2022

4865.    Natalie Allen, May 6, 2022

4866.    William Allen, May 6, 2022

4867.    Peter Maniscalco, May 6, 2022

4868.    Marcus Didion, May 6, 2022

4869.    Patrick Dear, May 6, 2022

4870.    Andrew Barfoot, May 6, 2022

4871.    Drew Volpe, May 6, 2022

4872.    Matthew Avery, May 6, 2022

4873.    Art Nunes, Financial Advisor, Northwest Asset Management, May 6, 2022

4874.    Nick Atkins, May 6, 2022

4875.    Alexander Martinez, May 6, 2022

4876.    Mike Faulconer, May 6, 2022

4877.    L. Schneider, May 6, 2022

4878.    Albert Brewster, May 6, 2022

4879.    Kenneth Towe, May 6, 2022

4880.    R. Stevens, May 6, 2022

4881.    Thomas Olsen, May 6, 2022

4882.    Carl Long, May 6, 2022

4883.    Joel Quinones, May 6, 2022

4884.    Paul Grayburn, May 6, 2022

| Doc. No. | Description |
|----------|-------------|
| 4885. | Nick Simonelli, May 6, 2022 |
| 4886. | Kim Bazer, May 6, 2022 |
| 4887. | Jeremiah Maller, May 6, 2022 |
| 4888. | Jasen Li, May 6, 2022 |
| 4889. | Alexander Do, May 6, 2022 |
| 4890. | Paul Lewis, May 6, 2022 |
| 4891. | Chad Itzkovich, May 6, 2022 |
| 4892. | David Seibel, May 6, 2022 |
| 4893. | Cody Bacon, May 6, 2022 |
| 4894. | Brian Smith, May 6, 2022 |
| 4895. | Kyle Bulthuis, May 6, 2022 |
| 4896. | Damon Smedley, May 6, 2022 |
| 4897. | Dr. Brian Lee, May 6, 2022 |
| 4898. | Judith Mcgeary, May 6, 2022 |
| 4899. | Ryan Morris, May 6, 2022 |
| 4900. | Rich Masio, May 6, 2022 |
| 4901. | Joseph T. Brady, May 6, 2022 |
| 4902. | Anthony Shawn Noonan, May 6, 2022 |
| 4903. | John Cooper, May 6, 2022 |
| 4904. | Nancy S. Rearick, May 6, 2022 |
| 4905. | Craig Robertson, May 6, 2022 |
| 4906. | David Dangerfield, May 6, 2022 |

Doc. No.    Description

4907.    Ryan Morris, May 6, 2022

4908.    Anonymous, May 6, 2022

4909.    Mark Bernstein, May 6, 2022

4910.    Phil and Robyn Cooper, May 6, 2022

4911.    Ade Francis, May 6, 2022

4912.    Ashu Singla, May 6, 2022

4913.    David Newkirk, May 6, 2022

4914.    Courtney Liessen, May 6, 2022

4915.    Fernando Anazco, May 6, 2022

4916.    Derrek Coleman, May 6, 2022

4917.    Christian Decker, May 6, 2022

4918.    Bret Shiers, May 6, 2022

4919.    Matt Davidson, May 6, 2022

4920.    Jin Hur, May 6, 2022

4921.    Roger D. Vari, May 6, 2022

4922.    Rick L. Ackerman, May 6, 2022

4923.    Keith Ferry, May 6, 2022

4924.    Sam Madden, May 6, 2022

4925.    William M. Gearhart, May 6, 2022

4926.    Alex H. Lee, Cfo, Collective Concepts, May 6, 2022

4927.    Arun Sasidharan, May 6, 2022

4928.    Nick Phelps, May 6, 2022

Doc. No.   Description

4929.   Brian Thruston, May 6, 2022

4930.   Nick Degalan, May 6, 2022

4931.   Doug Bercow, May 6, 2022

4932.   Ran D. St. Clair, May 6, 2022

4933.   Alex Russell, May 6, 2022

4934.   Anton Delport, May 6, 2022

4935.   Chris Riviere, May 6, 2022

4936.   Mehdi Lebbar, May 6, 2022

4937.   Carol Severance, May 6, 2022

4938.   Ben Marsh, May 6, 2022

4939.   Clare Moxley, May 6, 2022

4940.   Chris Blau, May 6, 2022

4941.   Roy Nottingham, May 6, 2022

4942.   T. Kimler, May 6, 2022

4943.   Daniel Edberg, May 6, 2022

4944.   Greg Kuhn, May 6, 2022

4945.   Mangesh Warade, May 6, 2022

4946.   Steven Levine, May 6, 2022

4947.   Way L., May 6, 2022

4948.   Marilyn Rakow, May 6, 2022

4949.   Manuel Fortes, May 6, 2022

4950.   William B. Ribas Ph.D., May 6, 2022

| Doc. No. | Description |
|----------|-------------|
| 4951. | Stephen D. Hays, May 6, 2022 |
| 4952. | Glenn Jendrycki, May 6, 2022 |
| 4953. | Steve Sims, May 6, 2022 |
| 4954. | Bob Vincent and Jane Vincent, May 6, 2022 |
| 4955. | Kyle Harwell, May 6, 2022 |
| 4956. | Spencer Reitz, May 6, 2022 |
| 4957. | Dan Elitzer, May 6, 2022 |
| 4958. | Noah Wild, May 6, 2022 |
| 4959. | Duncan Mcnaught, May 6, 2022 |
| 4960. | Clint Veino, May 6, 2022 |
| 4961. | Larry Baty, May 6, 2022 |
| 4962. | Jeff, May 6, 2022 |
| 4963. | David Fortier, May 6, 2022 |
| 4964. | Gary Maisel, May 6, 2022 |
| 4965. | Eugene Hill, May 6, 2022 |
| 4966. | Walter Fournier, May 6, 2022 |
| 4967. | Sammy Simnegar, May 6, 2022 |
| 4968. | Samuel Gordon, May 6, 2022 |
| 4969. | Scott Logan, May 6, 2022 |
| 4970. | Matt Peterman, May 6, 2022 |
| 4971. | A. N., May 6, 2022 |
| 4972. | Christopher Mohn, May 6, 2022 |

Doc. No.    Description

4973.    Ken Krebs, May 6, 2022

4974.    Scott Redekopp, May 6, 2022

4975.    Ramesh Chundru, May 6, 2022

4976.    Frederick Schubert, May 6, 2022

4977.    Bill Hudson, May 6, 2022

4978.    Jonathan Nagel, May 6, 2022

4979.    Michael Drnec, May 6, 2022

4980.    Richard Fischer, May 6, 2022

4981.    Ramona Galey, May 6, 2022

4982.    Derek Malenczak, May 6, 2022

4983.    Suresh, May 6, 2022

4984.    Thomas Gregory Gorman, May 6, 2022

4985.    Justin Thole, May 6, 2022

4986.    Andrea Wicks, May 6, 2022

4987.    Tj, May 6, 2022

4988.    Sean Morest, May 6, 2022

4989.    Jason Kleemeier, May 6, 2022

4990.    Rick Cornett, May 6, 2022

4991.    Carl Rossi, May 6, 2022

4992.    Brandi Moore, May 6, 2022

4993.    Paul Haun, May 6, 2022

4994.    David Peter, May 6, 2022

Doc. No.    Description

4995.    Daniel Deroo, May 6, 2022

4996.    Kent Davis, May 6, 2022

4997.    James Smith, May 6, 2022

4998.    Chris Tullier, May 6, 2022

4999.    Tim O'rourke, May 6, 2022

5000.    Stephen Sacco, May 6, 2022

5001.    Mike O'higgins, May 6, 2022

5002.    Fred Parker, May 6, 2022

5003.    Sergio Fernandez, May 6, 2022

5004.    Chelsea Brock, May 6, 2022

5005.    Dan Lavengood, May 6, 2022

5006.    Eugene Schubert, May 6, 2022

5007.    Gregg Powers, May 6, 2022

5008.    Mark Schnug, May 6, 2022

5009.    Craig E. Ernewein, May 6, 2022

5010.    B. Boston, May 6, 2022

5011.    Bryan Angley, May 6, 2022

5012.    Anonymous, May 6, 2022

5013.    Marcy Wells, May 6, 2022

5014.    Marv Langston, May 6, 2022

5015.    Chris Losacco, May 6, 2022

5016.    Nicole Norwitz, May 6, 2022

| Doc. No. | Description |
|----------|-------------|
| 5017. | Patrick Skalski, May 6, 2022 |
| 5018. | Randolph Benoit, May 6, 2022 |
| 5019. | John Nyquist, May 6, 2022 |
| 5020. | John Parisi, May 6, 2022 |
| 5021. | Dorothy Landgren, May 6, 2022 |
| 5022. | Po Lin, May 6, 2022 |
| 5023. | Mark P. Xu Neyer, May 6, 2022 |
| 5024. | Terrence Fradet, May 6, 2022 |
| 5025. | Ken Kormanis, May 6, 2022 |
| 5026. | Mitch Black, May 6, 2022 |
| 5027. | Adam Tosh, May 6, 2022 |
| 5028. | Gordon Foreman, May 6, 2022 |
| 5029. | David Welch, May 6, 2022 |
| 5030. | Srinivas Vanga, May 6, 2022 |
| 5031. | Jmh, May 6, 2022 |
| 5032. | Kenneth Kang, May 6, 2022 |
| 5033. | Mervyn Kopinsky, May 6, 2022 |
| 5034. | Roger Bos, May 6, 2022 |
| 5035. | Dennis Folsom, May 6, 2022 |
| 5036. | Ran Harris, May 6, 2022 |
| 5037. | Thomas Bueschel, May 6, 2022 |
| 5038. | Nathan Mott, May 6, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 5039. | Ricardo Park, May 6, 2022 |
| 5040. | Jeff B., May 6, 2022 |
| 5041. | John Merriman, May 6, 2022 |
| 5042. | Ryan Gillespie, May 6, 2022 |
| 5043. | Laura Huss and Brian Huss, May 6, 2022 |
| 5044. | Sunil Nariani, May 6, 2022 |
| 5045. | Robert Hutson, May 6, 2022 |
| 5046. | Lee Waldman, May 6, 2022 |
| 5047. | Roger Eschenroeder, May 6, 2022 |
| 5048. | Grant Keefe, May 6, 2022 |
| 5049. | Dave Stevanovski, May 6, 2022 |
| 5050. | Alberto Maccatrozzo, May 6, 2022 |
| 5051. | Grant Davies, May 6, 2022 |
| 5052. | Benoit Dougoud, May 6, 2022 |
| 5053. | Dan Shaw, May 6, 2022 |
| 5054. | David Mcbane, May 6, 2022 |
| 5055. | Shaun O'hanlon, May 6, 2022 |
| 5056. | Joe Mccarthy, May 6, 2022 |
| 5057. | Fred Belman, May 6, 2022 |
| 5058. | Pei-Hwa Ho, May 6, 2022 |
| 5059. | Navlakha Jainendra, May 6, 2022 |
| 5060. | Matthew K., May 6, 2022 |

Doc. No.    Description

5061.    Dennis Welsh, May 6, 2022

5062.    Daniel Lomax, May 6, 2022

5063.    Dan Kitei, May 6, 2022

5064.    William Fiala, May 6, 2022

5065.    Anonymous, May 6, 2022

5066.    Ira Gardner-Morse, May 6, 2022

5067.    Bashar Sinokrot, May 6, 2022

5068.    Gregory D., May 6, 2022

5069.    Raymond Walsh, May 6, 2022

5070.    Ashwin Singh, May 6, 2022

5071.    Elvis Jakupovic, May 6, 2022

5072.    Franz Walkow, May 6, 2022

5073.    Michael Alexenko, May 6, 2022

5074.    Frank Pilleri, May 6, 2022

5075.    M. K., May 6, 2022

5076.    Phil Mondy, May 6, 2022

5077.    Chris Fredericks, May 6, 2022

5078.    Rick Wells, May 6, 2022

5079.    Bairak, May 6, 2022

5080.    Brandon Jones, May 6, 2022

5081.    Carmine Smedira, May 6, 2022

5082.    Arthur Lee, May 6, 2022

| Doc. No. | Description |
|----------|-------------|
| 5083. | John P. Rutledge, May 6, 2022 |
| 5084. | Michael Jarentowski, May 6, 2022 |
| 5085. | Jeffrey Butwinick, May 6, 2022 |
| 5086. | Anthony Laudiero, May 6, 2022 |
| 5087. | Perry Sendukas, May 6, 2022 |
| 5088. | Robert Krygsheld, May 6, 2022 |
| 5089. | Stephen Patton, May 6, 2022 |
| 5090. | Jim Callison, May 6, 2022 |
| 5091. | Mark Wipf, May 6, 2022 |
| 5092. | Mike Augustine, May 6, 2022 |
| 5093. | Marc Joseph, May 6, 2022 |
| 5094. | Don Fairbairn, May 6, 2022 |
| 5095. | Alberto Morantes, May 6, 2022 |
| 5096. | David Blackwood, May 6, 2022 |
| 5097. | Zack Morris, May 6, 2022 |
| 5098. | John Godshall, May 6, 2022 |
| 5099. | Robert S. Ferenchak, May 6, 2022 |
| 5100. | David Roth, May 6, 2022 |
| 5101. | Andy P., May 6, 2022 |
| 5102. | Andrew Hajduk, May 6, 2022 |
| 5103. | Angel De La Fuente, May 6, 2022 |
| 5104. | Rick Marchbanks, May 6, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 5105. | John Ferguson, May 6, 2022 |
| 5106. | Mark Haeg, May 6, 2022 |
| 5107. | Richard Snowden, May 6, 2022 |
| 5108. | Andrew Payne, May 6, 2022 |
| 5109. | Peter Lasne, May 6, 2022 |
| 5110. | Robbie Robbins, May 6, 2022 |
| 5111. | Sebastian Ciancio, May 6, 2022 |
| 5112. | Camille Xin, May 6, 2022 |
| 5113. | Taylor Helsper, May 6, 2022 |
| 5114. | Michael Parsons, May 6, 2022 |
| 5115. | Micah Towery, May 6, 2022 |
| 5116. | Scott Marmoll, May 6, 2022 |
| 5117. | Brian Waller, May 6, 2022 |
| 5118. | Charles Nilsen, May 6, 2022 |
| 5119. | Jenn Smith, May 6, 2022 |
| 5120. | Jork Van Eenaeme, May 6, 2022 |
| 5121. | Harry R., May 6, 2022 |
| 5122. | Gula Posse, May 6, 2022 |
| 5123. | Ryan Gustafson, May 6, 2022 |
| 5124. | Alex Acosta, May 6, 2022 |
| 5125. | Avijit Goswami, May 6, 2022 |
| 5126. | Don Vandevanter, May 6, 2022 |

| Doc. No. | Description |
|---|---|
| 5127. | Shohei Hara, May 6, 2022 |
| 5128. | Robert Thomson, May 6, 2022 |
| 5129. | Spencer Kimbrough, May 6, 2022 |
| 5130. | Steve Griffiths, May 6, 2022 |
| 5131. | Marta Nystrom, May 6, 2022 |
| 5132. | Jeffrey Lanuez, May 6, 2022 |
| 5133. | Glenn Bampton, May 6, 2022 |
| 5134. | Julian Groover, May 6, 2022 |
| 5135. | Ed Thomson, May 6, 2022 |
| 5136. | Jeff Steele, May 6, 2022 |
| 5137. | Danielle M. Ryea, May 6, 2022 |
| 5138. | Nicholas Sosnicki, May 6, 2022 |
| 5139. | Paul Fountaine, May 6, 2022 |
| 5140. | Christopher Feeny, May 6, 2022 |
| 5141. | Bill Wolf, May 6, 2022 |
| 5142. | Tanner Tobiason, May 6, 2022 |
| 5143. | Ryan Sloniawski, May 6, 2022 |
| 5144. | Chris Bolster, May 6, 2022 |
| 5145. | Michael Grady, May 6, 2022 |
| 5146. | Ethan Timm, May 6, 2022 |
| 5147. | Phinzo Tuladhar, May 6, 2022 |
| 5148. | Graham Short, May 6, 2022 |

| Doc. No. | Description |
|---|---|
| 5149. | G. Louis, May 6, 2022 |
| 5150. | Kyle Lundon, May 6, 2022 |
| 5151. | Elton Saunders, May 6, 2022 |
| 5152. | Jeff Flowers, May 6, 2022 |
| 5153. | Ted Cavallin, May 6, 2022 |
| 5154. | Scott Brown, May 6, 2022 |
| 5155. | Calvin Jackson, May 6, 2022 |
| 5156. | John Maxwell, May 6, 2022 |
| 5157. | Joe Giefing, May 6, 2022 |
| 5158. | Doug Kozinn, May 6, 2022 |
| 5159. | John Carew, May 6, 2022 |
| 5160. | Aaron C., May 6, 2022 |
| 5161. | Krishna Manthena, May 6, 2022 |
| 5162. | David Prager, May 6, 2022 |
| 5163. | Paul Konigsberg, May 6, 2022 |
| 5164. | David Amon, May 6, 2022 |
| 5165. | David Hoyt, May 6, 2022 |
| 5166. | Ben Takis, May 6, 2022 |
| 5167. | Steven Ruffalo, May 6, 2022 |
| 5168. | Laurel Gregorian, May 6, 2022 |
| 5169. | Kevin Glowacki, May 6, 2022 |
| 5170. | Lisa Ponfick, May 6, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 5171. | Anonymous, May 6, 2022 |
| 5172. | Chris Schaffer, May 6, 2022 |
| 5173. | Kamal Kannan, May 6, 2022 |
| 5174. | Allan Hamilton, May 6, 2022 |
| 5175. | Jose Kassar, May 6, 2022 |
| 5176. | Steve Tack, May 6, 2022 |
| 5177. | Howard Sherman, May 6, 2022 |
| 5178. | Sg, May 6, 2022 |
| 5179. | Donald and Gloria Jakovac, May 6, 2022 |
| 5180. | Jimmy Singer, May 6, 2022 |
| 5181. | Sarwan Aggarwal, May 6, 2022 |
| 5182. | David D'entremont, May 6, 2022 |
| 5183. | Cyrille Martin, May 6, 2022 |
| 5184. | Rhonda Wilson, May 6, 2022 |
| 5185. | Carlton Neil, May 6, 2022 |
| 5186. | Eric Collisson, May 6, 2022 |
| 5187. | Anthony M. Makrides, May 6, 2022 |
| 5188. | Jeffry Labarge, May 6, 2022 |
| 5189. | Nikolai Sands, May 6, 2022 |
| 5190. | Elliot Scharf, May 6, 2022 |
| 5191. | Todd Evertz, May 6, 2022 |
| 5192. | Shahab Sajadian, May 6, 2022 |

238

| Doc. No. | Description |
|----------|-------------|
| 5193. | Frank Herron, May 6, 2022 |
| 5194. | Prakash Harkare, May 6, 2022 |
| 5195. | Sean O'connor, May 6, 2022 |
| 5196. | Manny Gonzalez, May 6, 2022 |
| 5197. | Brian Chang, May 6, 2022 |
| 5198. | Craig Odegaard, May 6, 2022 |
| 5199. | Joe Capik, May 6, 2022 |
| 5200. | Daniel Beck, May 6, 2022 |
| 5201. | Andy Lacombe, May 6, 2022 |
| 5202. | Mark Conlon, May 6, 2022 |
| 5203. | Charles Carmichael, May 6, 2022 |
| 5204. | Brian G. Blackwell, May 6, 2022 |
| 5205. | Chris Richter, May 6, 2022 |
| 5206. | Jeff Williams, May 6, 2022 |
| 5207. | Graig Saloom, May 6, 2022 |
| 5208. | Anonymous, May 6, 2022 |
| 5209. | Keith Taylor, May 6, 2022 |
| 5210. | Len Conapinski, May 6, 2022 |
| 5211. | Matt Ericksen, May 6, 2022 |
| 5212. | Edward Dabal, May 6, 2022 |
| 5213. | Andy Flattery, May 6, 2022 |
| 5214. | Jared Peterson, May 6, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 5215. | Brian, May 6, 2022 |
| 5216. | Gaurav Singh, May 6, 2022 |
| 5217. | Brent Raymond, May 6, 2022 |
| 5218. | Justin Henderson, May 6, 2022 |
| 5219. | Seth Mosner, Mosner Family Brands, May 6, 2022 |
| 5220. | Matthew E. Majernik, May 6, 2022 |
| 5221. | Timothy G. Caudill, May 6, 2022 |
| 5222. | Fudah Young, May 6, 2022 |
| 5223. | Sonja Kueppers, May 6, 2022 |
| 5224. | Scott J. Dunham, May 6, 2022 |
| 5225. | Jeff Hommert, May 6, 2022 |
| 5226. | Pablo Elenter, May 6, 2022 |
| 5227. | Adam J. Susz, May 6, 2022 |
| 5228. | Chris Brocco, May 6, 2022 |
| 5229. | John Spare, May 6, 2022 |
| 5230. | Dan Foster, May 6, 2022 |
| 5231. | Ben Liberty, May 6, 2022 |
| 5232. | David Dally, May 6, 2022 |
| 5233. | Alexis Rojas, May 6, 2022 |
| 5234. | Anton Delport, May 6, 2022 |
| 5235. | Douglas Greer, May 6, 2022 |
| 5236. | David File, May 6, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 5237. | Mark Ludwig, May 6, 2022 |
| 5238. | M. M., May 6, 2022 |
| 5239. | Jerry Radke, May 6, 2022 |
| 5240. | Gabe Saravia, May 6, 2022 |
| 5241. | Anthony Fields, May 6, 2022 |
| 5242. | Raj Agarawal, May 6, 2022 |
| 5243. | Jim Moy, May 6, 2022 |
| 5244. | Jim Karlis, May 6, 2022 |
| 5245. | Jeannine Wethern, May 6, 2022 |
| 5246. | Brandon, May 6, 2022 |
| 5247. | Charles E. Claycomb, May 6, 2022 |
| 5248. | Mark Grego, May 6, 2022 |
| 5249. | Carlos Culebro, May 6, 2022 |
| 5250. | Richard Reiland, May 6, 2022 |
| 5251. | Ronald Latz, May 6, 2022 |
| 5252. | James Meiners, May 6, 2022 |
| 5253. | Mary Steinborn, May 6, 2022 |
| 5254. | Michael C. Scully, May 6, 2022 |
| 5255. | Helen Cheng, May 6, 2022 |
| 5256. | Maureen Stuhlman, May 6, 2022 |
| 5257. | Keith Thomas, May 6, 2022 |
| 5258. | Anja Wehrmann, May 6, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 5259. | Anonymous, May 6, 2022 |
| 5260. | Omar M., May 6, 2022 |
| 5261. | Kevin Myers, May 6, 2022 |
| 5262. | Chris Link, May 6, 2022 |
| 5263. | Terry Farro, May 6, 2022 |
| 5264. | Patrick O'Neill, May 6, 2022 |
| 5265. | Rifat Ullah, May 6, 2022 |
| 5266. | Anonymous, May 6, 2022 |
| 5267. | Paul Karaffa, May 6, 2022 |
| 5268. | Samuel Dibble, May 6, 2022 |
| 5269. | Joseph M. Verfenstein, May 6, 2022 |
| 5270. | Kathleen Hansen, May 6, 2022 |
| 5271. | Rodrigo Gomez Palacio, May 6, 2022 |
| 5272. | Parker Trulock, May 6, 2022 |
| 5273. | Mark D'andrea, May 6, 2022 |
| 5274. | James Jeffery Peoples, May 6, 2022 |
| 5275. | Nick Schott, May 6, 2022 |
| 5276. | Barry Seitles, May 6, 2022 |
| 5277. | Peggy Bertram, May 6, 2022 |
| 5278. | Tamera Szijarto, May 6, 2022 |
| 5279. | Jesse Hendrix, May 6, 2022 |
| 5280. | Harold Bertram, May 6, 2022 |

Doc. No.    Description

5281.    Anne Muench, May 6, 2022

5282.    Dave Gilroy, Mg. Dir., Scale Finance LLC, May 6, 2022

5283.    Anonymous, May 6, 2022

5284.    Chad New, May 6, 2022

5285.    Christopher Santer, May 6, 2022

5286.    Pierson Mcwayne, May 6, 2022

5287.    Erin Mcwayne, May 6, 2022

5288.    Robert Oneal, May 6, 2022

5289.    Bala Pamidi, May 6, 2022

5290.    Kevin, May 6, 2022

5291.    Kevin Tahan, CFA, May 6, 2022

5292.    James, May 6, 2022

5293.    Joe, May 6, 2022

5294.    Todd Biggs, May 6, 2022

5295.    Rick Froom, May 6, 2022

5296.    Dave Boone, May 6, 2022

5297.    Anonymous, May 6, 2022

5298.    Rodrigo Santamarina, May 6, 2022

5299.    Joanne Gong, May 6, 2022

5300.    Thomas Deangelis, May 6, 2022

5301.    Laura Pekala, May 6, 2022

5302.    Christine Giustra, May 6, 2022

| Doc. No. | Description |
|----------|-------------|
| 5303. | Olivier Pisant, May 6, 2022 |
| 5304. | William D. Black, May 6, 2022 |
| 5305. | Williiam Nyfeler, May 6, 2022 |
| 5306. | Scott Mowry, May 6, 2022 |
| 5307. | Aaron Zirkle, May 6, 2022 |
| 5308. | Andre Da Hora, May 6, 2022 |
| 5309. | Mr. Fox, May 6, 2022 |
| 5310. | Benjamin Armbruster, May 6, 2022 |
| 5311. | Louis Myers, May 6, 2022 |
| 5312. | Pam Willis, May 6, 2022 |
| 5313. | Margaret Swiconek, May 6, 2022 |
| 5314. | Steve W., May 6, 2022 |
| 5315. | Kendall Weihe, Front End Engineer, May 6, 2022 |
| 5316. | Joe E. Strawn Jr., May 6, 2022 |
| 5317. | Dennis Slavinsky, May 6, 2022 |
| 5318. | Frances Twitty, May 6, 2022 |
| 5319. | Roger Mcevers, May 6, 2022 |
| 5320. | Charles Mack Hunnicutt, May 6, 2022 |
| 5321. | John Beresniewicz, May 6, 2022 |
| 5322. | Joni, May 6, 2022 |
| 5323. | Jon Cummings, May 6, 2022 |
| 5324. | Abelardo Gonzalez, May 6, 2022 |

Doc. No.    Description

5325.    Matt Cooper, May 6, 2022

5326.    Mike Lewis, May 6, 2022

5327.    Scott Sievert, May 6, 2022

5328.    David B. Young, May 6, 2022

5329.    Julian Burg, May 6, 2022

5330.    Mohd Yuhairy Mat Yaacob, May 6, 2022

5331.    Tim Slomer, May 6, 2022

5332.    Michael Wellesley, May 6, 2022

5333.    Randy Warren, May 6, 2022

5334.    Zac Baumer, May 6, 2022

5335.    James Matthew Wallace, May 6, 2022

5336.    Tom Rima, May 6, 2022

5337.    Kim Janicke, May 6, 2022

5338.    Teeka Tiwari, May 6, 2022

5339.    Bill Conlan, May 6, 2022

5340.    Bob Larson, May 6, 2022

5341.    Mike, May 6, 2022

5342.    Anonymous, May 6, 2022

5343.    Tony Post, May 6, 2022

5344.    William Boardman, May 6, 2022

5345.    Zachary Jillie, May 6, 2022

5346.    Varun Ram, May 6, 2022

Doc. No.   Description

5347.   John Withrow, May 6, 2022

5348.   Richard Nilles, May 6, 2022

5349.   Bill Spurr, May 6, 2022

5350.   Tony Vejseli, May 6, 2022

5351.   Kristi Miller, May 6, 2022

5352.   Tristan Smith, May 6, 2022

5353.   James Noto, May 6, 2022

5354.   Thomas Gaffny, May 6, 2022

5355.   Tracy Harcourt, May 6, 2022

5356.   Lorenzo V.M., May 6, 2022

5357.   William P. Keenan, May 6, 2022

5358.   Tim Forringer, May 6, 2022

5359.   William Hibbitts, May 6, 2022

5360.   Omer Zaman, May 6, 2022

5361.   Vince Benitez, May 6, 2022

5362.   Tom Hoffman, May 6, 2022

5363.   Jason Poon, May 6, 2022

5364.   Tom Gaffny, May 6, 2022

5365.   Wenbiaoi, May 6, 2022

5366.   J. Naik, May 6, 2022

5367.   William L Blais, May 6, 2022

5368.   Terri Flowers, May 6, 2022

Doc. No.    Description

5369.    Brian Berrios, May 6, 2022

5370.    Yashendra Chandrakar, May 6, 2022

5371.    Victor Wahby, May 6, 2022

5372.    Wade Watkins, May 6, 2022

5373.    Aaron Counts, May 6, 2022

5374.    Dr. Jeffrey Scharf, May 6, 2022

5375.    Jay Gregory, May 6, 2022

5376.    Wajeeh Bajwa, May 6, 2022

5377.    Tony Huang, May 6, 2022

5378.    Zhen Lin, May 6, 2022

5379.    Tom Riddle, May 6, 2022

5380.    Tim Farey, May 6, 2022

5381.    Wayne Chudleigh, May 6, 2022

5382.    Walter Axtell, May 6, 2022

5383.    Tim Flemming, May 6, 2022

5384.    Thomas Howard, May 6, 2022

5385.    David Lerner, Windsor Maintenance Inc., May 6, 2022

5386.    Rifat Ullah, May 6, 2022

5387.    Robert Jailall, May 6, 2022

5388.    Justin Sherman, May 6, 2022

5389.    Daniel Shaffer, May 6, 2022

5390.    Kimberly Kay, May 6, 2022

| Doc. No. | Description |
|----------|-------------|
| 5391. | Richard Holmes, May 6, 2022 |
| 5392. | David Hunter, May 6, 2022 |
| 5393. | David Putterman, May 6, 2022 |
| 5394. | Edward Schrager, May 6, 2022 |
| 5395. | Josh Hurd, May 6, 2022 |
| 5396. | Marina Titova, May 6, 2022 |
| 5397. | Matthew Palumbo, May 6, 2022 |
| 5398. | Dane Engquist, May 6, 2022 |
| 5399. | Matthew Zehrer, May 6, 2022 |
| 5400. | Nick White, May 6, 2022 |
| 5401. | Rick Ungar, May 6, 2022 |
| 5402. | Falan Memmott, May 6, 2022 |
| 5403. | Paul Koenig, May 6, 2022 |
| 5404. | Glenn Lattz, May 6, 2022 |
| 5405. | Glenn Kindred, May 6, 2022 |
| 5406. | Rafael Cavalcanti, May 6, 2022 |
| 5407. | Geraldine T. Broadbent, May 6, 2022 |
| 5408. | Lawrence Rabideau, May 6, 2022 |
| 5409. | Shiraz Allidina, May 6, 2022 |
| 5410. | Matthew Bamba, May 6, 2022 |
| 5411. | Brian P. Crogen, May 6, 2022 |
| 5412. | Martin Lee, May 6, 2022 |

Doc. No.    Description

5413.    Jason Golleher, May 6, 2022

5414.    Chris Del Col, May 6, 2022

5415.    Ryan Zandbergen, May 6, 2022

5416.    Michael Long, May 6, 2022

5417.    Jun Cheng, May 6, 2022

5418.    Kevin A. Rodriguez Torres, May 6, 2022

5419.    Michael D. Scharf, May 6, 2022

5420.    Paul Mayer, May 6, 2022

5421.    Anonymous, May 6, 2022

5422.    Steve Cafferty, May 6, 2022

5423.    James Delguercio, May 6, 2022

5424.    Nick Avera, May 6, 2022

5425.    Ashish Vijaywargiya, May 6, 2022

5426.    Alexander Benson, May 6, 2022

5427.    Tom Roberts, May 6, 2022

5428.    Richard R. Weston, May 6, 2022

5429.    Benjamin Goode, May 6, 2022

5430.    Hunter Grant, May 6, 2022

5431.    Dean Johnson, May 6, 2022

5432.    A. Ducote, May 6, 2022

5433.    William David Freeze, May 6, 2022

5434.    David R. Derenzo, May 6, 2022

| Doc. No. | Description |
|----------|-------------|
| 5435. | Jason, May 6, 2022 |
| 5436. | Robert Scott, May 6, 2022 |
| 5437. | Kenneth Grace, May 6, 2022 |
| 5438. | Amar Sawla, May 6, 2022 |
| 5439. | Paul Price, May 6, 2022 |
| 5440. | David Kelly, May 6, 2022 |
| 5441. | Jason George, May 6, 2022 |
| 5442. | Bob Lyness, May 6, 2022 |
| 5443. | Mike Hill, May 6, 2022 |
| 5444. | Jason Mertz, May 6, 2022 |
| 5445. | Jenny King, May 6, 2022 |
| 5446. | Surya Kumar Pulipati, May 6, 2022 |
| 5447. | Jim Mckeown, May 6, 2022 |
| 5448. | Andy Forss, May 6, 2022 |
| 5449. | Pamia Guttenberg, May 6, 2022 |
| 5450. | John Packer, May 6, 2022 |
| 5451. | Robin Trehan, May 6, 2022 |
| 5452. | Brad Lytle, May 6, 2022 |
| 5453. | Ben Heitkotter, May 6, 2022 |
| 5454. | Peter Brunell, May 6, 2022 |
| 5455. | Daniel Hartman, May 6, 2022 |
| 5456. | Cyntia Steiner, May 6, 2022 |

Doc. No.    Description

5457.    Keith Linsey, May 6, 2022

5458.    Drew O'rear, May 6, 2022

5459.    Denny Monroe, May 6, 2022

5460.    Anthony Williamson, May 6, 2022

5461.    Andrew Beresin, May 6, 2022

5462.    Len Takahashi, May 6, 2022

5463.    Originalbl, May 6, 2022

5464.    Andrew Ingram, May 6, 2022

5465.    Muntasir Alam, May 6, 2022

5466.    Art Urbanik, May 6, 2022

5467.    Jeffrey Bush, May 6, 2022

5468.    Micah Chervin, May 6, 2022

5469.    Mike Martin, May 6, 2022

5470.    Lisa Woessner, May 6, 2022

5471.    Alexander Warzinski, May 6, 2022

5472.    Scott Bonora, May 6, 2022

5473.    Lucas Piedrahita, May 6, 2022

5474.    Oliver Williamson Jr., May 6, 2022

5475.    Jaime Andres Fernandez, May 6, 2022

5476.    Anonymous, May 6, 2022

5477.    Jeffrey Bareham, May 6, 2022

5478.    Shane Rudeseal, May 6, 2022

Doc. No.    Description

5479.    Glenn Bodman, May 6, 2022

5480.    Nicholas Mccloskey, May 6, 2022

5481.    Andrew Winters, May 6, 2022

5482.    Derek Stallard, May 6, 2022

5483.    Stephen Ferraro, May 6, 2022

5484.    Dennis Beck, May 6, 2022

5485.    Jeffery W. Still, May 6, 2022

5486.    Stephen D. Wakulchik, May 6, 2022

5487.    Roderick Brenes, May 6, 2022

5488.    John Bottomley, May 6, 2022

5489.    David Wassmann, May 6, 2022

5490.    Vijay Kashyap, May 6, 2022

5491.    Jeff Borchers, May 6, 2022

5492.    Ronald Wiggins, May 6, 2022

5493.    Jim Molenkamp, May 6, 2022

5494.    Michael Brennan, May 6, 2022

5495.    Charles Rombough, May 6, 2022

5496.    Anthony Hammond, May 6, 2022

5497.    Floyd Stanfill, May 6, 2022

5498.    Randi Slaughter, May 6, 2022

5499.    Jack Collins, May 6, 2022

5500.    Bill Mcgeehan, May 6, 2022

Doc. No.    Description

5501.    Jared, May 6, 2022

5502.    James Angel, May 6, 2022

5503.    Howard Cummings, May 6, 2022

5504.    Seung Hak Lim, May 6, 2022

5505.    Lester, May 6, 2022

5506.    Isaac Perez, May 7, 2022

5507.    Paul J. Desantis, May 7, 2022

5508.    C. Pisano, May 7, 2022

5509.    Anonymous, May 7, 2022

5510.    Kevin Cook, May 7, 2022

5511.    Daniel Ruszaj, May 7, 2022

5512.    John D. Current, May 7, 2022

5513.    Mark Augustsson, May 7, 2022

5514.    Jay Beaulieu, May 7, 2022

5515.    Honghai Liu, May 7, 2022

5516.    Brice Lemke, CFA, CAIA, CQF, FRM, May 7, 2022

5517.    John Callery, May 7, 2022

5518.    Elizabeth Keyes, May 7, 2022

5519.    Kevin "K2" Nelson, Nelson Engineering, May 7, 2022

5520.    Boris Baliner, May 7, 2022

5521.    Scott Johnson, May 7, 2022

5522.    James Shocrylas, May 7, 2022

| Doc. No. | Description |
|----------|-------------|
| 5523. | Mo Yehia, May 7, 2022 |
| 5524. | Aaron B., May 7, 2022 |
| 5525. | Jerry L. Bybee, May 7, 2022 |
| 5526. | Michael Henry, May 7, 2022 |
| 5527. | Matt Rorech, May 7, 2022 |
| 5528. | Mark Borns, May 7, 2022 |
| 5529. | Ted Salazar, May 7, 2022 |
| 5530. | Kevin White, May 7, 2022 |
| 5531. | Bill Vickery, May 7, 2022 |
| 5532. | William Smith, May 7, 2022 |
| 5533. | Zachary Davies, May 7, 2022 |
| 5534. | Tony Debenport, CTO & Co-Founder, Safework Solutions, LLC, May 7, 2022 |
| 5535. | Tuan T. Lam, MD, May 7, 2022 |
| 5536. | Charles M. Hickman, May 7, 2022 |
| 5537. | Troy Wolbrink, May 7, 2022 |
| 5538. | Wesley Fisher, May 7, 2022 |
| 5539. | David Morgan, May 7, 2022 |
| 5540. | Virginie Danglades, May 7, 2022 |
| 5541. | Caroline & Tom Westphal, May 7, 2022 |
| 5542. | Mike Smith, May 7, 2022 |
| 5543. | Richard Wyman, May 7, 2022 |
| 5544. | Lynn Chonko, May 7, 2022 |

Doc. No.    Description

5545.    Jerry J. Fielding, Jr., May 7, 2022

5546.    Travis Headley, M.D., May 7, 2022

5547.    Daniel Lieuwen, May 7, 2022

5548.    Masoumeh Jordan, May 7, 2022

5549.    Eric Gricus, May 7, 2022

5550.    Robert Jordan, May 7, 2022

5551.    James Wuellner, May 7, 2022

5552.    Christopher May, May 7, 2022

5553.    Afsheen Rajendran, May 7, 2022

5554.    Reinaldo Villar, May 7, 2022

5555.    Jared Brannon, May 7, 2022

5556.    Michael Isaacs, May 7, 2022

5557.    Frank Guetle, May 7, 2022

5558.    D.K. Gifford, May 7, 2022

5559.    Francis Guerrera, Jr., May 7, 2022

5560.    Peter Mistina, May 7, 2022

5561.    Stan Smith, May 7, 2022

5562.    Jared W. Ingersoll, May 7, 2022

5563.    Paul Emata, May 7, 2022

5564.    Jay A., May 7, 2022

5565.    Stetson Shaffer, May 7, 2022

5566.    Gregory Goblick, May 7, 2022

Doc. No.    Description

5567.    Danny Dance, May 7, 2022

5568.    Cristi Godshall, May 7, 2022

5569.    Matthew Gahan, May 7, 2022

5570.    S. Kent Hawxhurst, May 7, 2022

5571.    Patricia Sanders-Hall, May 7, 2022

5572.    Chad Horner, May 7, 2022

5573.    Maia Nilsson, May 7, 2022

5574.    John Godshall, May 7, 2022

5575.    Adam, May 7, 2022

5576.    Ryan Pomicter, May 7, 2022

5577.    Keith Henderson, May 7, 2022

5578.    Blake Niccum, May 7, 2022

5579.    James R. Wooden, Pe, May 7, 2022

5580.    Patrick Lahey, May 7, 2022

5581.    Marc Newman, May 7, 2022

5582.    Robert Bryan Burt, May 7, 2022

5583.    Jeffery B. Keane, Chief Executive Officer, Noble Biomaterials, Inc., May 7, 2022

5584.    Ranjit Chitre, May 7, 2022

5585.    Dr. Mohinder Ahluwalia, May 7, 2022

5586.    Brett Fisher, May 7, 2022

5587.    Keith Minick, May 7, 2022

5588.    Adam Herz, May 7, 2022

Doc. No.    Description

5589.    Brian Langford, May 7, 2022

5590.    Peter Heiniger, May 7, 2022

5591.    Elias Alikakos, May 7, 2022

5592.    Kurt Irmiter, May 7, 2022

5593.    Angelo Gershon, May 7, 2022

5594.    David Jackson, May 7, 2022

5595.    John H. Vratsinas, May 7, 2022

5596.    S. Brodie, May 7, 2022

5597.    Daniel Allen, May 7, 2022

5598.    Beth Flood, May 7, 2022

5599.    John Phillips, May 7, 2022

5600.    Angelini Cory, May 7, 2022

5601.    Richard A. Bossard, May 7, 2022

5602.    James Thompson, May 7, 2022

5603.    Craig Brinks, May 7, 2022

5604.    Jacob Winter, May 7, 2022

5605.    Robert Myers, May 7, 2022

5606.    David Smith, May 7, 2022

5607.    Crystal Nussel, May 7, 2022

5608.    Anonymous, May 7, 2022

5609.    David S. Meridian, May 7, 2022

5610.    Britton Marsden, May 7, 2022

| Doc. No. | Description |
|----------|-------------|
| 5611. | James Cho, May 7, 2022 |
| 5612. | Brandon C. Possin, May 7, 2022 |
| 5613. | Jim D., May 7, 2022 |
| 5614. | John Smith, May 7, 2022 |
| 5615. | Keith Jones, May 7, 2022 |
| 5616. | Christopher Crounse, May 7, 2022 |
| 5617. | Jay Shen, May 7, 2022 |
| 5618. | Gary Spiess, May 7, 2022 |
| 5619. | Anonymous, May 7, 2022 |
| 5620. | Mark Daugherty, May 7, 2022 |
| 5621. | Anonymous, May 8, 2022 |
| 5622. | David Kruger, May 8, 2022 |
| 5623. | Paskal Lavoie, May 8, 2022 |
| 5624. | Brandon Cook, May 8, 2022 |
| 5625. | David Little, May 8, 2022 |
| 5626. | Anonymous, May 8, 2022 |
| 5627. | Seunghyun Song, May 8, 2022 |
| 5628. | Craig Beck, May 8, 2022 |
| 5629. | Ruben Arellano, May 8, 2022 |
| 5630. | Ernest Jones, May 8, 2022 |
| 5631. | Eric Pam, May 8, 2022 |
| 5632. | Gary Boyle, May 8, 2022 |

| Doc. No. | Description |
| --- | --- |
| 5633. | Tim Crum Aia, NCARB, Leed AP, CRB, May 8, 2022 |
| 5634. | Patrick Murphy, May 8, 2022 |
| 5635. | Alex Antonatos, May 8, 2022 |
| 5636. | Andrew C., May 8, 2022 |
| 5637. | Bill O'Neill, May 8, 2022 |
| 5638. | Linda Day, May 8, 2022 |
| 5639. | Jason Kundert, May 8, 2022 |
| 5640. | Mccoy Mike, May 8, 2022 |
| 5641. | Abhinai Pothireddy, May 8, 2022 |
| 5642. | Erge, May 8, 2022 |
| 5643. | Brandon O'halloran, May 8, 2022 |
| 5644. | Kurt Petrey, May 8, 2022 |
| 5645. | Chad Hartley, May 8, 2022 |
| 5646. | Scott Robinson, May 8, 2022 |
| 5647. | Amanda Carboni, May 8, 2022 |
| 5648. | Clifford Wright, May 8, 2022 |
| 5649. | Peter Vannorman, May 8, 2022 |
| 5650. | Sanchit Mehrotra, May 8, 2022 |
| 5651. | Charlie Byrge, May 8, 2022 |
| 5652. | Doug Morrison, May 8, 2022 |
| 5653. | Behnam Tabrizi, May 8, 2022 |
| 5654. | Christopher Rosil, May 8, 2022 |

Doc. No.    Description

5655.    Muhammad Ajmal Panezai, May 8, 2022

5656.    Jeremy Brackett, May 8, 2022

5657.    Matthew Smith, May 8, 2022

5658.    Martin Bedecarratz, May 8, 2022

5659.    Mark Finelli, May 8, 2022

5660.    Adam Nili, May 8, 2022

5661.    Ricardo Padron, May 8, 2022

5662.    Jarrod, May 8, 2022

5663.    Jeremy Mcleod, May 8, 2022

5664.    Brad Gordon, May 8, 2022

5665.    Justin Wise, May 8, 2022

5666.    Matthew Meyer, May 8, 2022

5667.    Chris Depierro, May 8, 2022

5668.    Garrett Mcleod, Cpa, May 8, 2022

5669.    Dan Hamilton, May 8, 2022

5670.    John Cole, May 8, 2022

5671.    Erik Engquist, May 8, 2022

5672.    Anonymous, May 8, 2022

5673.    Anonymous, May 8, 2022

5674.    Mark Tagawa, May 8, 2022

5675.    Daryl Horton, May 8, 2022

5676.    James Ledford, May 8, 2022

Doc. No.    Description

5677.    David Johnson, May 8, 2022

5678.    Jon Scoglio, May 8, 2022

5679.    William M. Mahlburg, May 8, 2022

5680.    Karl Hentsch, May 8, 2022

5681.    Jason Pearce, May 8, 2022

5682.    Thomas D. Carlson, May 8, 2022

5683.    Lindsley Bramlett, May 8, 2022

5684.    Anthony Grek, May 8, 2022

5685.    Joseph O., May 8, 2022

5686.    Kathrin Callahan, May 8, 2022

5687.    Anthony Valenti, May 8, 2022

5688.    Melanie, May 8, 2022

5689.    Marc Bamberg, May 8, 2022

5690.    Kris Steinke, May 8, 2022

5691.    Duane Hershberger, May 8, 2022

5692.    Garry Scott, May 8, 2022

5693.    Stephen Belcher, May 8, 2022

5694.    Sean O'Farrell, May 8, 2022

5695.    Jed Pickel, May 8, 2022

5696.    Kris Kalibat, May 8, 2022

5697.    Lawrence Coleman, May 8, 2022

5698.    Kathryn Ingram, May 8, 2022

| Doc. No. | Description |
|----------|-------------|
| 5699. | Paul Zerola, May 8, 2022 |
| 5700. | Anonymous, May 8, 2022 |
| 5701. | Michael T. Palermo, May 8, 2022 |
| 5702. | David Putzolu, May 8, 2022 |
| 5703. | Nick Contristan, May 8, 2022 |
| 5704. | Robert Kmetz, May 8, 2022 |
| 5705. | Mauro Marchiori, May 8, 2022 |
| 5706. | James Kendall Dunlap, May 8, 2022 |
| 5707. | Derrick Shich, May 8, 2022 |
| 5708. | Isaac Nickell, May 8, 2022 |
| 5709. | Diane Escoto, May 8, 2022 |
| 5710. | Raymond Leronimo, May 8, 2022 |
| 5711. | Brandon Squizzato, May 8, 2022 |
| 5712. | Robert Radke, May 8, 2022 |
| 5713. | Brian Hutcheson, May 8, 2022 |
| 5714. | John Jolly, May 8, 2022 |
| 5715. | Daniel Rosler, May 8, 2022 |
| 5716. | Richard, May 8, 2022 |
| 5717. | Adam Pierce, May 8, 2022 |
| 5718. | Angel Velarde, May 8, 2022 |
| 5719. | Paul Stephenson, May 8, 2022 |
| 5720. | Charles J. Margolis, May 8, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 5721. | Chris Koziel, May 8, 2022 |
| 5722. | Robert Radke, May 8, 2022 |
| 5723. | Chris, May 8, 2022 |
| 5724. | Brian Schmidt, May 8, 2022 |
| 5725. | Ryan Sheedy, May 8, 2022 |
| 5726. | Thomas Pfeiffer, May 8, 2022 |
| 5727. | Robert Soto, May 8, 2022 |
| 5728. | Umut Akkrn, May 8, 2022 |
| 5729. | Tyler Cook, May 8, 2022 |
| 5730. | Thomas Kruppstadt, May 8, 2022 |
| 5731. | Lisa Trail, May 8, 2022 |
| 5732. | Cari, May 8, 2022 |
| 5733. | C. Dan Campbell, P.C., May 9, 2022 |
| 5734. | Mary L. Holsinger, May 9, 2022 |
| 5735. | Dennis Oconnell, May 9, 2022 |
| 5736. | Thor Mclaughlin, May 9, 2022 |
| 5737. | Umrao Mayer, May 9, 2022 |
| 5738. | Zachary Zhou, May 9, 2022 |
| 5739. | C.B. Wilmot, May 9, 2022 |
| 5740. | Anonymous, May 9, 2022 |
| 5741. | Yue Fu, May 9, 2022 |
| 5742. | Wendy Battleson, May 9, 2022 |

Doc. No.    Description

5743.    Kevin Paley, Principal and Founder Red Team Ventures, LLC, May 9, 2022

5744.    Thomas Low, President, Osp Solutions, LLC, May 9, 2022

5745.    Tyson, Bulkbox Foods, May 9, 2022

5746.    Thomas Schuetz, May 9, 2022

5747.    Anonymous, May 9, 2022

5748.    Benjamin Mosner, May 9, 2022

5749.    Richard F. Willson, May 9, 2022

5750.    Bernardo Cabada, May 9, 2022

5751.    William Dorenkott, May 9, 2022

5752.    Jason Helper, May 9, 2022

5753.    Andre Thebeau, May 9, 2022

5754.    Anonymous, May 9, 2022

5755.    Richard Arkell, May 9, 2022

5756.    Clay Thompson, May 9, 2022

5757.    Dale Godby, May 9, 2022

5758.    Istvan Szoke, May 9, 2022

5759.    Jeff Gerlach, May 9, 2022

5760.    Gaston Negro, May 9, 2022

5761.    Ronald Keck, May 9, 2022

5762.    Cameron Clifford, May 9, 2022

5763.    Austin Chavira, May 9, 2022

5764.    Marion Swiconek, May 9, 2022

| Doc. No. | Description |
|---|---|
| 5765. | Norma Ayoub, May 9, 2022 |
| 5766. | Claudia Barion-Rosario, May 9, 2022 |
| 5767. | Bridget Metzger, May 9, 2022 |
| 5768. | Paul Davis, May 9, 2022 |
| 5769. | Dalton Rosario, Ph.D., May 9, 2022 |
| 5770. | William T. Melms, Retired Investment Advisor, May 9, 2022 |
| 5771. | Robert Wright Wilson Jr, Cpa, May 9, 2022 |
| 5772. | Brandon Jackson, May 9, 2022 |
| 5773. | Franck Murialdo, May 9, 2022 |
| 5774. | Kathryn Lynch, May 9, 2022 |
| 5775. | Dr. Alfred Wirth, May 9, 2022 |
| 5776. | Derek Smith, May 9, 2022 |
| 5777. | John Cutrell, May 9, 2022 |
| 5778. | Casey Sprague, May 9, 2022 |
| 5779. | John Igo, May 9, 2022 |
| 5780. | Ryan C. Hanson, It Consultant, May 9, 2022 |
| 5781. | Bradley Davis, May 9, 2022 |
| 5782. | Daniel Notary, May 9, 2022 |
| 5783. | David Levy, May 9, 2022 |
| 5784. | Joel Geddis, May 9, 2022 |
| 5785. | Mike Dallmann, May 9, 2022 |
| 5786. | Hurly Desousa, May 9, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 5787. | Son Vann, May 9, 2022 |
| 5788. | Cody Smith, May 9, 2022 |
| 5789. | P. Sachdev, May 9, 2022 |
| 5790. | Daniel Loughlin, May 9, 2022 |
| 5791. | Andrew Johnston, May 9, 2022 |
| 5792. | David Frame, May 9, 2022 |
| 5793. | Ray Kamel, May 9, 2022 |
| 5794. | James S. Reynolds, May 9, 2022 |
| 5795. | Merrill & David Lavallee, May 9, 2022 |
| 5796. | Hunter Anderson, May 9, 2022 |
| 5797. | Sean Elliot, May 9, 2022 |
| 5798. | Benjamin Asa Wyatt, May 9, 2022 |
| 5799. | Gail Kraker, May 9, 2022 |
| 5800. | Alex Nosovicky, May 9, 2022 |
| 5801. | Dave, May 9, 2022 |
| 5802. | Hayden Anderson, CFA, May 9, 2022 |
| 5803. | Susan Wiley, May 9, 2022 |
| 5804. | Casey Funseth, May 9, 2022 |
| 5805. | Benjamin Weissman, MD, May 9, 2022 |
| 5806. | Dr. Madison Spurlock, D.C., May 9, 2022 |
| 5807. | Brian Penn Harvey, May 9, 2022 |
| 5808. | Jaime and Sheryl Barbaro, May 9, 2022 |

Doc. No.    Description

5809.    Mark Prisbrey, May 9, 2022

5810.    Elizabeth T. Campbell, May 9, 2022

5811.    Sean Fitzpatrick, May 9, 2022

5812.    Andrea Hargreaves, May 9, 2022

5813.    Philip W. Allen, May 9, 2022

5814.    Daniel Warsh, May 9, 2022

5815.    Toby Swart, May 9, 2022

5816.    Mitch Lancaster, May 9, 2022

5817.    Carlos Cardenas, May 9, 2022

5818.    Paul M. O'brien, May 9, 2022

5819.    Carina Soccal, May 9, 2022

5820.    Jonathan Little, May 9, 2022

5821.    Chris Sng, May 9, 2022

5822.    Andrew James, May 9, 2022

5823.    Nancy Snowman, May 9, 2022

5824.    William Guilford, May 9, 2022

5825.    Gary Horton, May 9, 2022

5826.    Frank N. Caesar III, May 9, 2022

5827.    Brandon Davis, May 9, 2022

5828.    Pedro Paulino, May 9, 2022

5829.    Chris Cho, May 9, 2022

5830.    Matt Wieland, May 9, 2022

| Doc. No. | Description |
|----------|-------------|
| 5831. | David Clolinger, May 9, 2022 |
| 5832. | Mark Green, May 9, 2022 |
| 5833. | Robert S. Reed, May 9, 2022 |
| 5834. | Colin Smith, May 9, 2022 |
| 5835. | Bryan Solstin, May 9, 2022 |
| 5836. | Ken Bennett, May 9, 2022 |
| 5837. | Walter J. Barlow, May 9, 2022 |
| 5838. | Tia Cooper, May 9, 2022 |
| 5839. | Neil Ghosh, May 9, 2022 |
| 5840. | Keith Price, May 9, 2022 |
| 5841. | Ryan Davies, May 9, 2022 |
| 5842. | Dave Lakarnafeaux, May 9, 2022 |
| 5843. | Dave Lakarnafeaux, May 9, 2022 |
| 5844. | Himanshu Bahuguna, May 9, 2022 |
| 5845. | Art Gevondyan, May 9, 2022 |
| 5846. | Michael W. Wellman, May 9, 2022 |
| 5847. | John T. Genck, May 9, 2022 |
| 5848. | Benjamin Cresswell, May 9, 2022 |
| 5849. | Jenny Zhe, May 9, 2022 |
| 5850. | John Chiu, May 9, 2022 |
| 5851. | Jacob Montejano, May 9, 2022 |
| 5852. | Joe Douglass, May 9, 2022 |

Doc. No.   Description

5853.   Mary L. Holsinger, May 9, 2022

5854.   V. Saran, May 9, 2022

5855.   Staramok, May 10, 2022

5856.   Patrick N. Barker, May 10, 2022

5857.   Elizabeth Carroll, May 10, 2022

5858.   Joseph Freiman, May 10, 2022

5859.   Matt Gleason, May 10, 2022

5860.   Eric Dahl, May 10, 2022

5861.   Kaan Erbahar, May 10, 2022

5862.   Roni Gafni, May 10, 2022

5863.   Andrew, May 10, 2022

5864.   Bashir Anastas, May 10, 2022

5865.   Eric Bowler, May 10, 2022

5866.   Glen Russell, May 10, 2022

5867.   Christopher Dukes, May 10, 2022

5868.   Moein Moeini, May 10, 2022

5869.   Peter Vigeant, May 10, 2022

5870.   Simon Bradbury, May 10, 2022

5871.   Corey Hill, May 10, 2022

5872.   Beth Greenberet, May 10, 2022

5873.   Brian Song, May 10, 2022

5874.   Brian Hennessey, May 10, 2022

| Doc. No. | Description |
|----------|-------------|
| 5875. | Chad Van Herk, May 10, 2022 |
| 5876. | Derek Takai, Dds, May 10, 2022 |
| 5877. | Ashutosh M., May 10, 2022 |
| 5878. | Robert P., May 10, 2022 |
| 5879. | Mauricio Angulo, May 10, 2022 |
| 5880. | Ben Esget, May 10, 2022 |
| 5881. | T. Byrd, May 10, 2022 |
| 5882. | Anonymous, May 10, 2022 |
| 5883. | Dick Groen, May 10, 2022 |
| 5884. | Anil Kumar, May 10, 2022 |
| 5885. | Edward Garbarino, May 10, 2022 |
| 5886. | Greg Daugherty, May 10, 2022 |
| 5887. | Conrad Klahn, May 10, 2022 |
| 5888. | Daniel Grune, May 10, 2022 |
| 5889. | Bruce Chou, May 10, 2022 |
| 5890. | Simon Zagami, May 10, 2022 |
| 5891. | Dale Anderson, May 10, 2022 |
| 5892. | James Murphy, May 10, 2022 |
| 5893. | Matthew Grahn, May 10, 2022 |
| 5894. | Marcos Garcia, May 10, 2022 |
| 5895. | Jared Haslam, May 10, 2022 |
| 5896. | Steven, May 10, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 5897. | Sheraj Ragoobeer, May 10, 2022 |
| 5898. | Jonathan Elsner, May 10, 2022 |
| 5899. | Julie Yang, May 10, 2022 |
| 5900. | Tony Miltenberger, May 10, 2022 |
| 5901. | Craig Allsopp, May 10, 2022 |
| 5902. | Mark Gaston, May 10, 2022 |
| 5903. | Matteo Mosca, May 10, 2022 |
| 5904. | Burak Gursoy, May 10, 2022 |
| 5905. | Anthony Jones, May 10, 2022 |
| 5906. | Jay Heibel, May 10, 2022 |
| 5907. | Rodger Mohme, May 10, 2022 |
| 5908. | Plutzer Tamas, May 10, 2022 |
| 5909. | James Winning, May 10, 2022 |
| 5910. | Mark Valente, May 10, 2022 |
| 5911. | Shashank Rai, May 10, 2022 |
| 5912. | Brad Nash Brad Nash, May 10, 2022 |
| 5913. | Michael Howo, May 10, 2022 |
| 5914. | Roy Woodson, May 10, 2022 |
| 5915. | Joey T., May 10, 2022 |
| 5916. | Lou, May 10, 2022 |
| 5917. | Ben Herring, May 10, 2022 |
| 5918. | Rob Foster, May 10, 2022 |

Doc. No.    Description

5919.    Amir Eliav, May 10, 2022

5920.    Daniel Puckett, May 10, 2022

5921.    Monty Shelton, May 10, 2022

5922.    Anonymous, May 10, 2022

5923.    Kevin Cikan, May 10, 2022

5924.    Anonymous, May 10, 2022

5925.    Claudio Santarossa, May 10, 2022

5926.    Paul Larue, May 10, 2022

5927.    Bryan Halpert, May 10, 2022

5928.    Nathaniel Kramer, May 10, 2022

5929.    Anonymous, May 10, 2022

5930.    Michael Burnett, May 10, 2022

5931.    S. W., May 10, 2022

5932.    Coach Whitlock, May 10, 2022

5933.    Matt, May 10, 2022

5934.    Quadri, May 10, 2022

5935.    Matt Jewers, May 10, 2022

5936.    Luiz Fernando Quirino, May 10, 2022

5937.    Garret Yost, May 10, 2022

5938.    Edgardo T. Pineda, May 10, 2022

5939.    Dr. Thangam, May 10, 2022

5940.    Stefan Ambrosch, May 10, 2022

| Doc. No. | Description |
|----------|-------------|
| 5941. | Ray Widdison, May 10, 2022 |
| 5942. | Kieran, May 10, 2022 |
| 5943. | Chris Gregory, May 10, 2022 |
| 5944. | John Connell, May 10, 2022 |
| 5945. | Paul Djiometio, May 10, 2022 |
| 5946. | Jake Smith, May 10, 2022 |
| 5947. | Blake Huston, May 10, 2022 |
| 5948. | Anthony Andrews, May 10, 2022 |
| 5949. | Sonu Sharma, May 10, 2022 |
| 5950. | Morgan Roman, May 10, 2022 |
| 5951. | Richard Lopresti, May 10, 2022 |
| 5952. | Fay Klein, May 10, 2022 |
| 5953. | J. Valentine, May 10, 2022 |
| 5954. | Kamil Jaber, May 10, 2022 |
| 5955. | Mathew Eckhardt, May 10, 2022 |
| 5956. | Mike Saad, May 10, 2022 |
| 5957. | John Harding, May 10, 2022 |
| 5958. | Cody Colwell, May 10, 2022 |
| 5959. | Larry Catney, May 10, 2022 |
| 5960. | Nick Chionakis, May 10, 2022 |
| 5961. | Stephanie Trujillo, May 10, 2022 |
| 5962. | Scott Redrick, May 10, 2022 |

| Doc. No. | Description |
|---|---|
| 5963. | Gregory Brian, May 10, 2022 |
| 5964. | Jonathan Platt, May 10, 2022 |
| 5965. | Jeff Doyle, May 10, 2022 |
| 5966. | Anonymous, May 10, 2022 |
| 5967. | Christian Piatt, May 10, 2022 |
| 5968. | Jim Valin, May 10, 2022 |
| 5969. | Kivan Gray, May 10, 2022 |
| 5970. | Joshua Wahrer, May 10, 2022 |
| 5971. | Aleksa Savic, May 10, 2022 |
| 5972. | Bryan, May 10, 2022 |
| 5973. | Jon Latorre, May 10, 2022 |
| 5974. | Daniel, May 10, 2022 |
| 5975. | Richard Medina, May 10, 2022 |
| 5976. | Mark Boolootian, May 10, 2022 |
| 5977. | Tony Bognanno, May 10, 2022 |
| 5978. | Andrew Hershy, May 10, 2022 |
| 5979. | Ryan Bargoil, May 10, 2022 |
| 5980. | Justin D'affronte, May 10, 2022 |
| 5981. | Danny D., May 10, 2022 |
| 5982. | Douglas Lemons, May 10, 2022 |
| 5983. | Alex Thoits, May 10, 2022 |
| 5984. | Shepherd, May 10, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 5985. | Sebastian Daian, May 10, 2022 |
| 5986. | Jimmy Frank Rogers, May 10, 2022 |
| 5987. | Tyler Bouma, May 10, 2022 |
| 5988. | Matthew Gottlieb, May 10, 2022 |
| 5989. | Richard Sundvall, May 10, 2022 |
| 5990. | Loedolff Muller, May 10, 2022 |
| 5991. | Paul Sohn, May 10, 2022 |
| 5992. | Narek Khachatrian, May 10, 2022 |
| 5993. | Sameer Mehdiratta, May 10, 2022 |
| 5994. | Christopher Ender, May 10, 2022 |
| 5995. | Fawzan Khan, May 10, 2022 |
| 5996. | Didier Lewis, May 10, 2022 |
| 5997. | Don Stecher, May 10, 2022 |
| 5998. | Pat J., May 10, 2022 |
| 5999. | Gianluca Mazzarolo, May 10, 2022 |
| 6000. | Mariano Simone, May 10, 2022 |
| 6001. | Mahde Khafaja, May 10, 2022 |
| 6002. | Seth Gerber, May 10, 2022 |
| 6003. | Stephen K., May 10, 2022 |
| 6004. | Kerim Ekrem Ozsoydan, May 10, 2022 |
| 6005. | Shea Sylvester, May 10, 2022 |
| 6006. | Gokhan Ergisi, May 10, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 6007. | Joseph Clarke, May 10, 2022 |
| 6008. | Giovanni Trivelli, May 10, 2022 |
| 6009. | Peter Stewart, May 10, 2022 |
| 6010. | Michael Bertino, May 10, 2022 |
| 6011. | Lakshay Goyal, May 10, 2022 |
| 6012. | Santiago Leyendo, May 10, 2022 |
| 6013. | Erik Iglesias, May 10, 2022 |
| 6014. | Michael Baccala, May 10, 2022 |
| 6015. | Anonymous, May 10, 2022 |
| 6016. | Rakesh Mehta, May 10, 2022 |
| 6017. | Alex Delgado, May 10, 2022 |
| 6018. | Jeremy Gattozzi, May 10, 2022 |
| 6019. | John Harling, May 10, 2022 |
| 6020. | Michael Olivia, May 10, 2022 |
| 6021. | Micah Daniels, May 10, 2022 |
| 6022. | Nader Chehab, May 10, 2022 |
| 6023. | Constance Healey, May 10, 2022 |
| 6024. | M.Gaudin, May 10, 2022 |
| 6025. | David Farrington, May 10, 2022 |
| 6026. | Heemok Kim, May 10, 2022 |
| 6027. | Kenneth Benson, May 10, 2022 |
| 6028. | Daniel Villablanca, May 10, 2022 |

Doc. No.    Description

6029.    Dr. Dariel Riera, May 10, 2022

6030.    Buck W., May 10, 2022

6031.    Paul Tarantino, May 10, 2022

6032.    Jorge L. Hernández, Dnap, Crna, May 10, 2022

6033.    Delfin Reyes, May 10, 2022

6034.    Sarantos Dafermos, May 10, 2022

6035.    Ilya Levin, May 10, 2022

6036.    Adolfo Diaz, May 10, 2022

6037.    Benjamin Dorvel, May 10, 2022

6038.    Andrew Biviano, May 10, 2022

6039.    Omar Cruz, May 10, 2022

6040.    Jake Kim, May 10, 2022

6041.    Anonymous, May 10, 2022

6042.    Michael O'Reilly, May 10, 2022

6043.    Robert Scholes, CFA, CFP, May 10, 2022

6044.    Anonymous, May 10, 2022

6045.    Diogo Desousa, May 10, 2022

6046.    Matt Anderson, May 10, 2022

6047.    Robert Dryer, May 10, 2022

6048.    Joshua Harward, May 10, 2022

6049.    Patricia Defilippis, May 10, 2022

6050.    Alex Mclaren, May 10, 2022

| Doc. No. | Description |
|----------|-------------|
| 6051. | Tim Bantle, May 10, 2022 |
| 6052. | Steve A. Alvarado, May 10, 2022 |
| 6053. | Saban Kayna, May 10, 2022 |
| 6054. | Nick Mogilnicki, May 10, 2022 |
| 6055. | Coach Whitlock, May 10, 2022 |
| 6056. | Jeremy Meahl, May 10, 2022 |
| 6057. | John Biggs, May 10, 2022 |
| 6058. | Joshua Praw, May 10, 2022 |
| 6059. | Steve Alvarado, May 10, 2022 |
| 6060. | Landon Johnson, May 10, 2022 |
| 6061. | Bill, May 10, 2022 |
| 6062. | Garrett Lestochi, May 10, 2022 |
| 6063. | Coleman Payne, May 10, 2022 |
| 6064. | Dirk Kemmer, May 10, 2022 |
| 6065. | Aaron Mcclure, Do, May 10, 2022 |
| 6066. | Rafael Kitt, May 10, 2022 |
| 6067. | Joseph White, May 10, 2022 |
| 6068. | Geert-Jan De Krijger, May 10, 2022 |
| 6069. | Anonymous, May 10, 2022 |
| 6070. | Paul Lee, May 10, 2022 |
| 6071. | Josefino Mendoza, May 10, 2022 |
| 6072. | Robert Ho, May 10, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 6073. | Michael Callahan, May 10, 2022 |
| 6074. | David Kamnitzer, May 10, 2022 |
| 6075. | Jeff Jones, May 10, 2022 |
| 6076. | Karl-William Nietert, May 10, 2022 |
| 6077. | Nick, May 10, 2022 |
| 6078. | Tim Peterson, May 10, 2022 |
| 6079. | Peter Horn, May 10, 2022 |
| 6080. | Daniel Orcutt, May 10, 2022 |
| 6081. | Jen Engle, May 10, 2022 |
| 6082. | Frank Taddeo, May 10, 2022 |
| 6083. | Joseph Ricci, May 10, 2022 |
| 6084. | Cory Ferguson, May 10, 2022 |
| 6085. | Adam Hoar, May 10, 2022 |
| 6086. | Travis Campbell, May 10, 2022 |
| 6087. | Joe Pasquantonio, May 10, 2022 |
| 6088. | Bobby Carzoli, May 10, 2022 |
| 6089. | Brandon Vancleeve, May 10, 2022 |
| 6090. | Phillip Vaughn, May 10, 2022 |
| 6091. | Ryan Morrell, May 10, 2022 |
| 6092. | Spencer Fritsch, May 10, 2022 |
| 6093. | Bodo Schaffeld, May 10, 2022 |
| 6094. | Seth Anderson, May 10, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 6095. | Jake Gregoire, May 10, 2022 |
| 6096. | Erin Stahl, May 10, 2022 |
| 6097. | Nancy Van Praag, May 10, 2022 |
| 6098. | Chris Lee, May 10, 2022 |
| 6099. | Rich Behan, May 10, 2022 |
| 6100. | Andrew Lanez, May 10, 2022 |
| 6101. | Sergio Abbud, May 10, 2022 |
| 6102. | Brett Keller, May 10, 2022 |
| 6103. | Calvin Salter, May 10, 2022 |
| 6104. | Abbigail E. Webb, Esq., May 10, 2022 |
| 6105. | Patrick Burns, May 10, 2022 |
| 6106. | Mike Hutchinson, May 10, 2022 |
| 6107. | Drennan Wrye, May 10, 2022 |
| 6108. | Damardji Chawki, May 10, 2022 |
| 6109. | Sebastian Peschiera, May 10, 2022 |
| 6110. | Carlos Quaresma, May 10, 2022 |
| 6111. | Lawrence Casanova Jr. , May 10, 2022 |
| 6112. | Philip Weber, May 10, 2022 |
| 6113. | Marcel Carrion Rzeniecki, May 10, 2022 |
| 6114. | Peter Hulla, May 10, 2022 |
| 6115. | Joseph Lester, May 10, 2022 |
| 6116. | Ross Smarto, May 10, 2022 |

Doc. No.    Description

6117.    Herbert Shaughnessy, May 10, 2022

6118.    Douglas A. Stewart, May 10, 2022

6119.    Kyle Farrah, May 10, 2022

6120.    Adam Faulkner, May 10, 2022

6121.    Gabriele Tocci, May 10, 2022

6122.    Robert Barrett, May 10, 2022

6123.    Bottani Luigi Giuseppe, May 10, 2022

6124.    Aric Lee, May 10, 2022

6125.    Robert Owens, May 10, 2022

6126.    Bryan Kelley, May 10, 2022

6127.    Jai Flora, May 10, 2022

6128.    Gaz Khan, May 10, 2022

6129.    Brent Henrikson, May 10, 2022

6130.    Rajesh Panicker, May 10, 2022

6131.    Jesus Veguilla Rosado, May 10, 2022

6132.    John Blanks, May 10, 2022

6133.    Marc James, May 10, 2022

6134.    John Richmond, May 10, 2022

6135.    Michael Aaron Cruz, May 10, 2022

6136.    Jordan Wirsz, May 10, 2022

6137.    Arthur Gardner, May 10, 2022

6138.    Rob Felo, May 10, 2022

Doc. No.    Description

6139.    John Fleitz, May 10, 2022

6140.    Anonymous, May 10, 2022

6141.    Atish Patel , MD, May 10, 2022

6142.    Rylan, May 10, 2022

6143.    Jesse, May 10, 2022

6144.    Dean Salome, May 10, 2022

6145.    Guillermo Guerra, May 10, 2022

6146.    H. Gauri, May 10, 2022

6147.    Norge Arnaiz, May 10, 2022

6148.    Kawika Ohumukini, May 10, 2022

6149.    Nicholas Dignazio, May 10, 2022

6150.    Tyler Hickerson, May 10, 2022

6151.    Storm Garcia, May 10, 2022

6152.    Joseph Gentile, May 10, 2022

6153.    Michael Finch, May 10, 2022

6154.    David, May 10, 2022

6155.    Eric Murphy, May 10, 2022

6156.    Travis Braun, May 10, 2022

6157.    Nestor Larrondo Avila, May 10, 2022

6158.    Brock Decicco, May 10, 2022

6159.    Scott Krauss, May 10, 2022

6160.    Brendan Hoban, May 10, 2022

Doc. No.    Description

6161.    Ozan, May 10, 2022

6162.    Frank, May 10, 2022

6163.    Michael Jacoutot, May 10, 2022

6164.    Staramok, May 10, 2022

6165.    Will Andre, May 10, 2022

6166.    Scott L. Byrd, May 10, 2022

6167.    Michael Henning, May 10, 2022

6168.    Anonymous, May 10, 2022

6169.    Hans Talledo, May 10, 2022

6170.    Rocktim Datta, May 10, 2022

6171.    Aaron Heidleberger, May 10, 2022

6172.    Raghav Radhakrishnan, May 10, 2022

6173.    Jason Smith, May 10, 2022

6174.    Stefano Boglioni, May 10, 2022

6175.    Sow, May 10, 2022

6176.    John Fairchild, May 10, 2022

6177.    Scott Hudgens, May 10, 2022

6178.    Kevin Kauffman, May 10, 2022

6179.    Todd Shepherd, May 10, 2022

6180.    Garren Reisweber, May 10, 2022

6181.    Emanuel Potdevin, May 10, 2022

6182.    Anonymous, May 10, 2022

| Doc. No. | Description |
|----------|-------------|
| 6183. | Alton Cossey, May 10, 2022 |
| 6184. | William Bredt, May 10, 2022 |
| 6185. | Mennon Soekhlal, May 10, 2022 |
| 6186. | Quinn Vollmert, May 10, 2022 |
| 6187. | Jennifer Leo, May 10, 2022 |
| 6188. | Elias Borjas, May 10, 2022 |
| 6189. | Rob Dalton, May 10, 2022 |
| 6190. | Anonymous, May 10, 2022 |
| 6191. | Alessio, May 10, 2022 |
| 6192. | Ahmed Elbaroudi, May 10, 2022 |
| 6193. | Dylan Michael, May 10, 2022 |
| 6194. | Adam Aldous, May 10, 2022 |
| 6195. | Anonymous, May 10, 2022 |
| 6196. | Luxmi Ramola, May 10, 2022 |
| 6197. | Clint, May 10, 2022 |
| 6198. | Jonathan Booker, May 10, 2022 |
| 6199. | Jeff Ratushny, May 10, 2022 |
| 6200. | Aaron White, May 10, 2022 |
| 6201. | Timothy Gould, May 10, 2022 |
| 6202. | Patrick Hughes, May 10, 2022 |
| 6203. | Regina Martinelli, May 10, 2022 |
| 6204. | Michael Scaffidi, May 10, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 6205. | Ncr Davis, May 10, 2022 |
| 6206. | Robert Smead, May 10, 2022 |
| 6207. | Galo Saldivia, May 10, 2022 |
| 6208. | Douglas Morgan, May 10, 2022 |
| 6209. | Preston Smith, May 10, 2022 |
| 6210. | Carlton Beard, May 10, 2022 |
| 6211. | Ndre Lalaj, May 10, 2022 |
| 6212. | Jason Taliaferro, May 10, 2022 |
| 6213. | Anonymous, May 10, 2022 |
| 6214. | Brady Wilkin, May 10, 2022 |
| 6215. | Rob Emrich, May 10, 2022 |
| 6216. | Rodrigo Ortega, May 10, 2022 |
| 6217. | John Gilliam, May 10, 2022 |
| 6218. | Kyle Schneps, May 10, 2022 |
| 6219. | Bhawneet Sing, May 10, 2022 |
| 6220. | Julian Ramirezluna, May 10, 2022 |
| 6221. | Richard Williams, May 10, 2022 |
| 6222. | David Sherry, May 10, 2022 |
| 6223. | Dowe Kaufman, May 10, 2022 |
| 6224. | Chinyere Irondi, May 10, 2022 |
| 6225. | Josh Siferd, May 10, 2022 |
| 6226. | Matt B., May 10, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 6227. | Jon Larue, May 10, 2022 |
| 6228. | Jordi Yeh, May 10, 2022 |
| 6229. | Nirmit Kansagra, May 10, 2022 |
| 6230. | Christopher Pride, May 10, 2022 |
| 6231. | Steve Tallis, May 10, 2022 |
| 6232. | Aohan Guo, May 10, 2022 |
| 6233. | Maria Belen Liotta, May 10, 2022 |
| 6234. | Valerie Walshe, May 10, 2022 |
| 6235. | Keith Miller, May 10, 2022 |
| 6236. | Phil Pador, May 10, 2022 |
| 6237. | Daniel Leroy, May 10, 2022 |
| 6238. | Manny Fresh, May 10, 2022 |
| 6239. | Patrick Reynolds, May 10, 2022 |
| 6240. | Orlin Baca, May 10, 2022 |
| 6241. | René Massimo, May 10, 2022 |
| 6242. | James Vasta, May 10, 2022 |
| 6243. | Mark Ogle, May 10, 2022 |
| 6244. | Jason Smith, May 10, 2022 |
| 6245. | Michael Ljc, May 10, 2022 |
| 6246. | Jimmy Matthews, May 10, 2022 |
| 6247. | Dadireddy Sukumar, May 10, 2022 |
| 6248. | Chris, May 10, 2022 |

Doc. No.    Description

6249.    Nick Radwin, May 10, 2022

6250.    Juan Byars, May 10, 2022

6251.    Rushabh Mehta, May 10, 2022

6252.    Bill Ottman, May 10, 2022

6253.    Matthew Long, May 10, 2022

6254.    Morgan Chang, May 10, 2022

6255.    Jonathan Kolb, May 10, 2022

6256.    James Runavich, May 10, 2022

6257.    Anonymous, May 10, 2022

6258.    Brett Horne, May 10, 2022

6259.    Travis Dollak, May 10, 2022

6260.    Shawn Crichley, May 10, 2022

6261.    Rosaria Dimarco, May 10, 2022

6262.    Anthony Clarke, May 10, 2022

6263.    David Rowe, May 10, 2022

6264.    Ryan Rogers, May 10, 2022

6265.    Bill Belleville, May 10, 2022

6266.    Arman Pradhan, May 10, 2022

6267.    Kevin Ahern, May 10, 2022

6268.    Alex Sahagun, May 10, 2022

6269.    Faisal Odeh, May 10, 2022

6270.    Noi Nuyen, May 10, 2022

Doc. No.    Description

6271.    Suhail Nawaz, May 10, 2022

6272.    Matt Coates, May 10, 2022

6273.    Robert Tyler Perry-Smith, May 10, 2022

6274.    Raghu Dhanekula, May 10, 2022

6275.    Osman Marin, May 10, 2022

6276.    Paul Den Boef, May 10, 2022

6277.    Christopher Feterl, May 10, 2022

6278.    Chris Feterl, May 10, 2022

6279.    Stephen Tyszkiewicz, May 10, 2022

6280.    M. Paredes, May 10, 2022

6281.    Josh Biller, May 10, 2022

6282.    Gabriel Munitz-Alessio, May 10, 2022

6283.    Choe Houng, May 10, 2022

6284.    Brad Young, May 10, 2022

6285.    Jason Taylor, May 10, 2022

6286.    Salim Janmohamed, May 10, 2022

6287.    Aryeh Munk, May 10, 2022

6288.    Rich Jenkins, May 10, 2022

6289.    Frankie Richards, May 10, 2022

6290.    Jeff Hernandez, May 10, 2022

6291.    Matthew Nichols, May 10, 2022

6292.    Scott Krivokopich, May 10, 2022

Doc. No.    Description

6293.    Pedro Rodrigues, May 10, 2022

6294.    Thomas Hazenoot, May 10, 2022

6295.    Greg Meehan, May 10, 2022

6296.    Loris Giammarino, May 10, 2022

6297.    Tasha Barrows, May 10, 2022

6298.    Alexander Iskandarani, May 10, 2022

6299.    Cathy Triggiano, May 10, 2022

6300.    Robert Bodden, May 10, 2022

6301.    David Lezette, May 10, 2022

6302.    Peter Kenny, May 10, 2022

6303.    Matt Robins, May 10, 2022

6304.    Patricia Rohan, May 10, 2022

6305.    Adam Manus, May 10, 2022

6306.    Jacob M. Sowby, May 10, 2022

6307.    Anonymous, May 10, 2022

6308.    Raphael Turcios, May 10, 2022

6309.    Ersin Erol, May 10, 2022

6310.    Geoffrey Mcnally, May 10, 2022

6311.    Keith Stevens, May 10, 2022

6312.    Joaquim Gasol Nykvist, May 10, 2022

6313.    Paul Botros, May 10, 2022

6314.    Ryan Conlon, May 10, 2022

| Doc. No. | Description |
|----------|-------------|
| 6315. | Robert Loftus, May 10, 2022 |
| 6316. | Jason Rasberry, May 10, 2022 |
| 6317. | Steven Choi, May 10, 2022 |
| 6318. | Kiran Bandi, May 10, 2022 |
| 6319. | Robert Harris, May 10, 2022 |
| 6320. | Wesley Lally, May 10, 2022 |
| 6321. | Jared Lee, May 10, 2022 |
| 6322. | Martin B. Albrecht, May 10, 2022 |
| 6323. | Robert Fulghum, May 10, 2022 |
| 6324. | Ray Hogue, May 10, 2022 |
| 6325. | Darrick Ginkel, May 10, 2022 |
| 6326. | Andrew P. Williams, May 10, 2022 |
| 6327. | Jordi Baizan, May 10, 2022 |
| 6328. | Kyle Nelepovitz, May 10, 2022 |
| 6329. | Michae Epps, May 10, 2022 |
| 6330. | Ryan Daryl Beglau, May 10, 2022 |
| 6331. | Alan Spyrison, May 10, 2022 |
| 6332. | Gabriele Minoggio, May 10, 2022 |
| 6333. | Jeremy Breaux, May 10, 2022 |
| 6334. | Max L., May 10, 2022 |
| 6335. | Jason Jones, May 10, 2022 |
| 6336. | Jacob Johnson, May 10, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 6337. | David Morris, May 10, 2022 |
| 6338. | David Basham, May 10, 2022 |
| 6339. | John Hawley, May 10, 2022 |
| 6340. | Jigar Mehta, May 10, 2022 |
| 6341. | Michael Shapiro, May 10, 2022 |
| 6342. | Michael Hartnett, May 10, 2022 |
| 6343. | Gorav Khanna, May 10, 2022 |
| 6344. | Daniel Heavey, May 10, 2022 |
| 6345. | Chris Kapilla, May 10, 2022 |
| 6346. | Fredrik Nordback, May 10, 2022 |
| 6347. | Taylor Villarreal, May 10, 2022 |
| 6348. | Matthew Corriveau, May 10, 2022 |
| 6349. | Joshua Banks, May 10, 2022 |
| 6350. | Alejandro Dopico, May 10, 2022 |
| 6351. | Akash Sharma, May 10, 2022 |
| 6352. | Anh Tran, May 10, 2022 |
| 6353. | Devin Weaver, May 10, 2022 |
| 6354. | Andrew Richman, May 10, 2022 |
| 6355. | Jason Branscum, May 10, 2022 |
| 6356. | John Mcgaugh, May 10, 2022 |
| 6357. | Mike Cerrone, May 10, 2022 |
| 6358. | Joshua Gonzalez, May 10, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 6359. | Justin Pippert, May 10, 2022 |
| 6360. | Joe Potthast, May 10, 2022 |
| 6361. | James Duerbeck, May 10, 2022 |
| 6362. | Carlos Cifuentes, May 10, 2022 |
| 6363. | Juan Lopez, Jr., May 10, 2022 |
| 6364. | Richard Gerhauser, May 10, 2022 |
| 6365. | Nirav Desai, May 10, 2022 |
| 6366. | Shantanu Gupta, May 10, 2022 |
| 6367. | Eric Dudenhoeffer, May 10, 2022 |
| 6368. | Alex White, May 10, 2022 |
| 6369. | Faraz Qureshi, May 10, 2022 |
| 6370. | Cynthia Mckiernan, May 10, 2022 |
| 6371. | R. Handlon, May 10, 2022 |
| 6372. | Mazhar Memon, May 10, 2022 |
| 6373. | Aidan Cahill, May 10, 2022 |
| 6374. | Brian Galuski, May 10, 2022 |
| 6375. | Keith Moore, May 10, 2022 |
| 6376. | Emma-Jane Manley, May 10, 2022 |
| 6377. | David Maxey, May 10, 2022 |
| 6378. | Nathan Clark, May 10, 2022 |
| 6379. | Alexander Groth, May 10, 2022 |
| 6380. | Cachaulo Van Laanen, May 10, 2022 |

| Doc. No. | Description |
|---|---|
| 6381. | Lane Oberry, May 10, 2022 |
| 6382. | Chris Moses, May 10, 2022 |
| 6383. | Matthew Aplin, May 10, 2022 |
| 6384. | Pam Coggins, May 10, 2022 |
| 6385. | Karl Goetze, May 10, 2022 |
| 6386. | Anonymous, May 10, 2022 |
| 6387. | Brian Faber, May 10, 2022 |
| 6388. | Adam Freeland, May 10, 2022 |
| 6389. | Jian Ou-Yang, May 10, 2022 |
| 6390. | Anonymous, May 10, 2022 |
| 6391. | Francisco Vicente-Vidal, May 10, 2022 |
| 6392. | John Shaull, May 10, 2022 |
| 6393. | Jacobo Sicre, May 10, 2022 |
| 6394. | Jay Smith, May 10, 2022 |
| 6395. | Robert Galluscio, May 10, 2022 |
| 6396. | Robert Miller, May 10, 2022 |
| 6397. | Gustavo Adolfo Patino, May 10, 2022 |
| 6398. | Alexandre Goulet, May 10, 2022 |
| 6399. | Sean L., May 10, 2022 |
| 6400. | Santo Colosimo, May 10, 2022 |
| 6401. | Eric Michaels, May 10, 2022 |
| 6402. | Benjamin J. Dame, May 10, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 6403. | David Kaye, May 10, 2022 |
| 6404. | Rick Jong, May 10, 2022 |
| 6405. | John Enright, May 10, 2022 |
| 6406. | Brian Bouffard, May 10, 2022 |
| 6407. | Nader Hamze, May 10, 2022 |
| 6408. | Joshua Bryan Page, May 10, 2022 |
| 6409. | Jeff Howell, May 10, 2022 |
| 6410. | Nelson Da Silva, May 10, 2022 |
| 6411. | Michael Dale, May 10, 2022 |
| 6412. | Karen Nerak, May 10, 2022 |
| 6413. | Ben John, May 10, 2022 |
| 6414. | Xiangtian Aaron Kong, May 10, 2022 |
| 6415. | Ian Rubel, May 10, 2022 |
| 6416. | Anonymous, May 10, 2022 |
| 6417. | M.J. Martin, May 10, 2022 |
| 6418. | Recep Ugur, May 10, 2022 |
| 6419. | Andrew Elias, May 10, 2022 |
| 6420. | Renato Dominicci, May 10, 2022 |
| 6421. | Anonymous, May 10, 2022 |
| 6422. | Michael Roland, May 10, 2022 |
| 6423. | Bryan Mccloskey, May 10, 2022 |
| 6424. | Anonymous, May 10, 2022 |

Doc. No.    Description

6425.    Patrick Schumacher, May 10, 2022

6426.    Stephen London, May 10, 2022

6427.    Seth Kleman, May 10, 2022

6428.    Curtis Campbell, PT, DPT, CSCS, May 10, 2022

6429.    Mike Scollan, May 10, 2022

6430.    Andrew Wilson, May 10, 2022

6431.    Enrique Villegas, May 10, 2022

6432.    Ryan Graf, May 10, 2022

6433.    William Wood, May 10, 2022

6434.    Ander Llona, May 10, 2022

6435.    Arash, May 10, 2022

6436.    Lee Neberz, May 10, 2022

6437.    Collin Cook, May 10, 2022

6438.    Robby Birdsong, May 10, 2022

6439.    Andrea, May 10, 2022

6440.    Stuart Lackey, May 10, 2022

6441.    Jonathan Leader, May 10, 2022

6442.    Tyler Ritchey, May 10, 2022

6443.    Kade Halvorson, May 10, 2022

6444.    Ramesh Venkatachalam, May 10, 2022

6445.    Lubomir Strachan, May 10, 2022

6446.    Blake Waddington, May 10, 2022

Doc. No.    Description

6447.    Matthew Sciascia, May 10, 2022

6448.    Roy Wiggs, May 10, 2022

6449.    Jacob Hyde, May 10, 2022

6450.    Tyler Hall, May 10, 2022

6451.    Nicholas Constant, May 10, 2022

6452.    Rijk, May 10, 2022

6453.    Kenneth A. Rieder, May 10, 2022

6454.    Steve Mcbride, May 10, 2022

6455.    Harold Tan, May 10, 2022

6456.    Peter Neal, May 10, 2022

6457.    Allen Geng, May 10, 2022

6458.    Ryan Del Monte, May 10, 2022

6459.    Peter Theurer, May 10, 2022

6460.    Christopher Otoole, May 10, 2022

6461.    Paul Frederick, May 10, 2022

6462.    Harsh Patel, May 10, 2022

6463.    Ryan Blow, May 10, 2022

6464.    Kevin Tran, May 10, 2022

6465.    Stephen Sweny, May 10, 2022

6466.    Sam Looc, May 10, 2022

6467.    Nick De Leon, May 10, 2022

6468.    Ibrahim Altarawneh, May 10, 2022

| Doc. No. | Description |
|----------|-------------|
| 6469. | Nicola Benetton, May 10, 2022 |
| 6470. | James Grosskopf, May 10, 2022 |
| 6471. | Mark Pastel, May 10, 2022 |
| 6472. | Jon Johnnidis, May 10, 2022 |
| 6473. | Andreas Andreakis, May 10, 2022 |
| 6474. | Kevin Dunnell, May 10, 2022 |
| 6475. | Jason Simpson, May 10, 2022 |
| 6476. | Maxwell Sayles, May 10, 2022 |
| 6477. | Mitchel Edwards, May 10, 2022 |
| 6478. | Harley Mcgregor, May 10, 2022 |
| 6479. | Mitch Johnson, May 10, 2022 |
| 6480. | Andrew Gottemoller, May 10, 2022 |
| 6481. | Derrick B. Evens, May 10, 2022 |
| 6482. | Dr. Kamal Deep Yadav, May 10, 2022 |
| 6483. | Richard Schroder, May 10, 2022 |
| 6484. | Jan Buijk, May 10, 2022 |
| 6485. | Sith Soukkhaseum, May 10, 2022 |
| 6486. | Jari Timonen, May 10, 2022 |
| 6487. | Kyle Thomson, May 10, 2022 |
| 6488. | Brandon Price, May 10, 2022 |
| 6489. | Anonymous, May 10, 2022 |
| 6490. | Camilo Pabon, May 10, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 6491. | Nicola Benetton, May 10, 2022 |
| 6492. | Jose Rivera, May 10, 2022 |
| 6493. | Nicola Benetton, May 10, 2022 |
| 6494. | Eric Degler, May 10, 2022 |
| 6495. | Keith Cutrufello, May 10, 2022 |
| 6496. | Andre Campbell, May 10, 2022 |
| 6497. | Ron Mudd, May 10, 2022 |
| 6498. | Anonymous, May 10, 2022 |
| 6499. | Michele Sbriglio, May 10, 2022 |
| 6500. | Justin Chao, May 10, 2022 |
| 6501. | Matt Moran, May 10, 2022 |
| 6502. | Shawn Bunch, May 10, 2022 |
| 6503. | Jared London, May 10, 2022 |
| 6504. | Chuanfan Guo, May 10, 2022 |
| 6505. | Jason Bays, May 10, 2022 |
| 6506. | Owain Morgan, May 10, 2022 |
| 6507. | Heidi Alexander, May 10, 2022 |
| 6508. | Jill Whitford, May 10, 2022 |
| 6509. | John Krolikowski Jr., May 10, 2022 |
| 6510. | Rohin Ravindran, May 10, 2022 |
| 6511. | Jim Beckham, May 10, 2022 |
| 6512. | Athanasios Aravanis, May 10, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 6513. | Jamie Forster, May 10, 2022 |
| 6514. | Alexandre Toussaint, May 10, 2022 |
| 6515. | Randy Lewarchik, May 10, 2022 |
| 6516. | Jeff Ota, May 10, 2022 |
| 6517. | Nicholas Noble, May 10, 2022 |
| 6518. | Sean D'gornaz, May 10, 2022 |
| 6519. | J.B. Martin, May 10, 2022 |
| 6520. | Alexander Kuligowski, May 10, 2022 |
| 6521. | Jack Barrett, May 10, 2022 |
| 6522. | Kevin Hughes, May 10, 2022 |
| 6523. | Mustafa Kemal Ozkan, May 10, 2022 |
| 6524. | Marc Lazzaro, May 10, 2022 |
| 6525. | Moris Beracha, May 10, 2022 |
| 6526. | Daniel Hoyos, May 10, 2022 |
| 6527. | Christopher Knudson, May 10, 2022 |
| 6528. | Curtis Sibbit, May 10, 2022 |
| 6529. | Russ Nobile, May 10, 2022 |
| 6530. | Kevin Friedman, May 10, 2022 |
| 6531. | Michael A. Cascio III, May 10, 2022 |
| 6532. | Rich Moore, May 10, 2022 |
| 6533. | Barry Ennis, May 10, 2022 |
| 6534. | Brandon R. Kaplan, May 10, 2022 |

Doc. No.    Description

6535.    Pieter Bedaux, May 10, 2022

6536.    Ronald Scott Jordan, May 10, 2022

6537.    Anonymous, May 10, 2022

6538.    Praveen Despande, May 10, 2022

6539.    Anonymous, May 10, 2022

6540.    Prem Rai, May 10, 2022

6541.    Gloria Kennickell, May 10, 2022

6542.    Colby Audette, May 10, 2022

6543.    Deo Sharma, May 10, 2022

6544.    Bruce Lee, May 10, 2022

6545.    Anthony Dasilva, May 10, 2022

6546.    Heidi Dukes, May 10, 2022

6547.    Stephen Price, May 10, 2022

6548.    Mike Martin, May 10, 2022

6549.    Dylan Petty, May 10, 2022

6550.    Clayton Smith, MD, May 10, 2022

6551.    Anonymous, May 10, 2022

6552.    Brian R. Davidson, May 10, 2022

6553.    Adam Vrablec, May 10, 2022

6554.    Douglas Cutillo, May 10, 2022

6555.    Louis Winskowski, May 10, 2022

6556.    Ketav Shah, May 10, 2022

| Doc. No. | Description |
|----------|-------------|
| 6557. | Adam Alsuwaidi, May 10, 2022 |
| 6558. | Jason Meighan, May 10, 2022 |
| 6559. | Akbar Babadjanov, May 10, 2022 |
| 6560. | T.S. Boydston, May 10, 2022 |
| 6561. | Jacob Dukes, May 10, 2022 |
| 6562. | Carl Ursel, May 10, 2022 |
| 6563. | Brandon D., May 10, 2022 |
| 6564. | Joel Phillips, May 10, 2022 |
| 6565. | Andy Kulis, May 10, 2022 |
| 6566. | Dr. Shawn Steinborn, May 10, 2022 |
| 6567. | Hugo Amorim Da Silva, May 10, 2022 |
| 6568. | Joshua Smith, May 10, 2022 |
| 6569. | Michael Protano, May 10, 2022 |
| 6570. | Andy Wood, May 10, 2022 |
| 6571. | Michael Anderson, May 10, 2022 |
| 6572. | Robin Chapas, May 10, 2022 |
| 6573. | James Curran, May 10, 2022 |
| 6574. | Bryan Gibson, May 10, 2022 |
| 6575. | Murray B. Howell, Jr., May 10, 2022 |
| 6576. | Dennis Todic, May 10, 2022 |
| 6577. | Catherine Napolitano, May 10, 2022 |
| 6578. | Wes Lantrip, May 10, 2022 |

Doc. No.    Description

6579.    James Cummings, May 10, 2022

6580.    Barry Collins, May 10, 2022

6581.    Stefan Boehm, May 10, 2022

6582.    Doug Fowler, May 10, 2022

6583.    Yogesh Ramola, May 10, 2022

6584.    Travis Thompson, May 10, 2022

6585.    Tyler Vail, May 10, 2022

6586.    Cedric Liu, May 10, 2022

6587.    Michael, May 10, 2022

6588.    Chris Lo, May 10, 2022

6589.    Tom Lyon, May 10, 2022

6590.    Ziad Awad, May 10, 2022

6591.    Antonio Barbanente, May 10, 2022

6592.    Thor Markwood, May 10, 2022

6593.    Tim Glass, MD, May 10, 2022

6594.    Mark Zhang, May 10, 2022

6595.    Vince Benetti, May 10, 2022

6596.    Varinder Arora, May 10, 2022

6597.    William, May 10, 2022

6598.    Tomass Krilovs, May 10, 2022

6599.    Thomas Vanidestine, May 10, 2022

6600.    Chad Cook, May 10, 2022

Doc. No.   Description

6601.   Steve Sheppard, May 10, 2022

6602.   Anonymous, May 10, 2022

6603.   Max Z., May 10, 2022

6604.   Zhe Sheng, May 10, 2022

6605.   Zachary Biedscheid, Student, USMC Veteran, May 10, 2022

6606.   Yair Gutierrez, May 10, 2022

6607.   Troy Haren, May 10, 2022

6608.   Gary Martin, May 10, 2022

6609.   Zachary Barnard, May 10, 2022

6610.   Zach Knickerbocker, May 10, 2022

6611.   Zachary Corriveau, May 10, 2022

6612.   Vincenzo Vicidomini, May 10, 2022

6613.   Vincent Bataoel, May 10, 2022

6614.   Wamba Marealle, May 10, 2022

6615.   Zachary B. Moore, May 10, 2022

6616.   Tim James, May 10, 2022

6617.   Scott Beeker, May 10, 2022

6618.   Travis Taylor, May 10, 2022

6619.   William Breim, May 10, 2022

6620.   Travis Mcalexander, May 10, 2022

6621.   Sean Murphy, May 10, 2022

6622.   Yujia Zhai, May 10, 2022

| Doc. No. | Description |
|---|---|
| 6623. | Vinny Scavo, May 10, 2022 |
| 6624. | Violeta, May 10, 2022 |
| 6625. | William Bello, May 10, 2022 |
| 6626. | Victor Sevilla, May 10, 2022 |
| 6627. | Thomas Fote, May 10, 2022 |
| 6628. | Tyler Vanbrocklin, May 10, 2022 |
| 6629. | Tom Martinez, May 10, 2022 |
| 6630. | Thomas Hervieu, May 10, 2022 |
| 6631. | Todd Leddon, May 10, 2022 |
| 6632. | Colby Brommel, May 10, 2022 |
| 6633. | Dietmar Weissmann, May 10, 2022 |
| 6634. | Will Whitlock, May 10, 2022 |
| 6635. | Timothy Kim, May 10, 2022 |
| 6636. | Wiceprezes Zarzadu, Vice Chairman, Wojciech Kaminski, May 10, 2022 |
| 6637. | Ryan Wells, May 10, 2022 |
| 6638. | Garett Mccorkle, May 10, 2022 |
| 6639. | Will Conway, May 10, 2022 |
| 6640. | Zachary Daniel, May 10, 2022 |
| 6641. | Chris Mcfadden, May 10, 2022 |
| 6642. | Zack Cohen, May 10, 2022 |
| 6643. | Troy Springer, May 10, 2022 |
| 6644. | Walter Hodge, May 10, 2022 |

Doc. No.    Description

6645.    Timothy Niemeyer, May 10, 2022

6646.    Kerrie Leavitt, May 10, 2022

6647.    Blake Bickhaus, May 10, 2022

6648.    Oscar Lozano, May 10, 2022

6649.    M. Kessler, MD, May 10, 2022

6650.    Andrew Weinstein, May 10, 2022

6651.    Kevin Adam, May 10, 2022

6652.    Hamie Hamie, May 10, 2022

6653.    Jorge Galindo, May 10, 2022

6654.    Mason Jones, May 10, 2022

6655.    Ionut Daniel Apalaghiei, May 10, 2022

6656.    Roman, May 10, 2022

6657.    Eric Morse, May 10, 2022

6658.    Alex Amirkhanian, May 10, 2022

6659.    Justin Hubbard, May 10, 2022

6660.    Frederick H. Kong, It Manager, May 10, 2022

6661.    A.J. Auld, May 10, 2022

6662.    Miguel Thorpe, May 10, 2022

6663.    Edgar R., May 10, 2022

6664.    Kirolos Kelada, May 10, 2022

6665.    Edwin Paul Van Brederode, May 10, 2022

6666.    Sam Argier, May 10, 2022

Doc. No.    Description

6667.    Michael Brown, May 10, 2022

6668.    Ryan Clore, May 10, 2022

6669.    Thomas Gregory, May 10, 2022

6670.    David Sillman, May 10, 2022

6671.    Roselle Arbulante, May 10, 2022

6672.    Brian Aguirre, May 10, 2022

6673.    Chris Mclaughlin, May 10, 2022

6674.    Nat Juchems, May 10, 2022

6675.    Rahul Uddin, May 10, 2022

6676.    Steve Westhoff, May 10, 2022

6677.    Ghassan A. Khalife, May 10, 2022

6678.    Rachid Lerti, May 10, 2022

6679.    James Cheney, May 10, 2022

6680.    Octavio Maldonado, May 10, 2022

6681.    Brian Hawkins, May 10, 2022

6682.    Matt Cicero, May 10, 2022

6683.    Farzad Ravandoust, May 10, 2022

6684.    Roman Becker, May 10, 2022

6685.    Rayan Antonios, May 10, 2022

6686.    Derek Lee, May 10, 2022

6687.    Clay Wiginton, May 10, 2022

6688.    Spencer Williams, May 10, 2022

| Doc. No. | Description |
|----------|-------------|
| 6689. | Marinos Mavrommatis, May 10, 2022 |
| 6690. | Martick Parial, May 10, 2022 |
| 6691. | Anders Caratozzolo, May 10, 2022 |
| 6692. | Michael Noonan, May 10, 2022 |
| 6693. | Jeffrey D. Gerson, May 10, 2022 |
| 6694. | Gregory Garber, May 10, 2022 |
| 6695. | Gerrit Van Sittert, May 10, 2022 |
| 6696. | Tarun Kapoor, May 10, 2022 |
| 6697. | Anonymous, May 10, 2022 |
| 6698. | Nathaniel Cercavschi, May 10, 2022 |
| 6699. | Aanjan Midha, May 10, 2022 |
| 6700. | Dr. Daniel Graves, May 10, 2022 |
| 6701. | Geoff Hamilton, May 10, 2022 |
| 6702. | Dr. Jeremy Green, May 10, 2022 |
| 6703. | Bradley Richmond, May 10, 2022 |
| 6704. | Joe A., May 10, 2022 |
| 6705. | Brian Collins, May 10, 2022 |
| 6706. | Joshua Ross, May 10, 2022 |
| 6707. | Hadrien De March, May 10, 2022 |
| 6708. | David Farrington, May 10, 2022 |
| 6709. | Patrick Jeter, May 10, 2022 |
| 6710. | Carlos Gonzalez, May 10, 2022 |

Doc. No.    Description

6711.    Stephen Braniff, May 10, 2022

6712.    Craig M. Snyder, May 10, 2022

6713.    Sergio Mingo, May 10, 2022

6714.    Anonymous, May 10, 2022

6715.    John Heffernan, May 10, 2022

6716.    Kevin Delli Colli Ouazana, May 10, 2022

6717.    Andrés Del Toro, May 10, 2022

6718.    Joe Brusca, May 10, 2022

6719.    David N. Lester, May 10, 2022

6720.    Sirish Panta, May 10, 2022

6721.    Jason Sykes, May 10, 2022

6722.    Aaron Bloch, May 10, 2022

6723.    Sahar Zodeh, May 10, 2022

6724.    Dave Holman, Mba, May 10, 2022

6725.    Jeff, May 10, 2022

6726.    Ivan Juraic, May 10, 2022

6727.    Anonymous, May 10, 2022

6728.    Sam, May 10, 2022

6729.    Virginia Brunson, May 10, 2022

6730.    Chrystal Byrd, May 10, 2022

6731.    Shannon Parada, May 10, 2022

6732.    Anonymous, May 10, 2022

Doc. No.    Description

6733.    Tammy Cooper, May 10, 2022

6734.    Peter G. Kumpe, May 10, 2022

6735.    Larry Voorkes, May 10, 2022

6736.    Mark Mcnutt, May 11, 2022

6737.    Belinda Agosto, May 11, 2022

6738.    Michael Alperstein, May 11, 2022

6739.    Teddy Khachatoorian, May 11, 2022

6740.    Buddy Evans, May 11, 2022

6741.    Kenneth Lamb, May 11, 2022

6742.    Roger Feldman, May 11, 2022

6743.    Nick Towne, May 11, 2022

6744.    Paul Buttweiler, May 11, 2022

6745.    Michael Johnson, May 11, 2022

6746.    Amanda Elias, May 11, 2022

6747.    Don Baker, May 11, 2022

6748.    Frank Wagner, May 11, 2022

6749.    Cesar Jimenez, May 11, 2022

6750.    Candice Norsesian, May 11, 2022

6751.    Cory Wiegman, May 11, 2022

6752.    Theo Katzman, May 11, 2022

6753.    Ashish Dave, May 11, 2022

6754.    Joe Dart, May 11, 2022

| Doc. No. | Description |
|----------|-------------|
| 6755. | Sam Dart, May 11, 2022 |
| 6756. | Abby Dart, May 11, 2022 |
| 6757. | James Robinson, May 11, 2022 |
| 6758. | Andrew Breyer, May 11, 2022 |
| 6759. | David Hincapie, May 11, 2022 |
| 6760. | Justin Irving, May 11, 2022 |
| 6761. | Michael Handelman, May 11, 2022 |
| 6762. | Mark Smead, May 11, 2022 |
| 6763. | N. Phan, May 11, 2022 |
| 6764. | Rodger Zawodniak, May 11, 2022 |
| 6765. | Don Jones, May 11, 2022 |
| 6766. | Michael Bruno, May 11, 2022 |
| 6767. | Collin Horvat, May 11, 2022 |
| 6768. | Jeff Calene, May 11, 2022 |
| 6769. | Ryan Walker, May 11, 2022 |
| 6770. | Brent Peterson, May 11, 2022 |
| 6771. | Abbas Virji, May 11, 2022 |
| 6772. | Patrick Bosold, May 11, 2022 |
| 6773. | Marcelk, May 11, 2022 |
| 6774. | Mokarane Morgan Motsepe, May 11, 2022 |
| 6775. | Scott Abbate, May 11, 2022 |
| 6776. | Paul D. Simpson, May 11, 2022 |

Doc. No.    Description

6777.    Nicholas Rolnick, May 11, 2022

6778.    Paul Abdenour, May 11, 2022

6779.    Emanuele, May 11, 2022

6780.    Shahid Lakha, Former Merrill Lynch Financial Consultant, Private Accredited Investor, May 11, 2022

6781.    Ryan Cumings, May 11, 2022

6782.    Michael Carrier, May 11, 2022

6783.    Paul Foster, May 11, 2022

6784.    Raymond Luong, May 11, 2022

6785.    Kevin Headings, May 11, 2022

6786.    Scott Bruner, May 11, 2022

6787.    Greg Bevis, May 11, 2022

6788.    Stan Rosen, May 11, 2022

6789.    Andre M., May 11, 2022

6790.    Robert M. Leonard, May 11, 2022

6791.    Eddie Khawam, May 11, 2022

6792.    Nils Kilden-Pedersen, May 11, 2022

6793.    David Miranda, May 11, 2022

6794.    Shikhar Saxena, May 11, 2022

6795.    Brendan M. Lynch, May 11, 2022

6796.    Alex Lary, May 11, 2022

6797.    Brian Whitsett, May 11, 2022

6798.    Brian Gibson, May 11, 2022

| Doc. No. | Description |
|----------|-------------|
| 6799. | Eric Vandoren, May 11, 2022 |
| 6800. | Thomas Costello, May 11, 2022 |
| 6801. | Chris Millet, May 11, 2022 |
| 6802. | Jimmy Hakansson, May 11, 2022 |
| 6803. | Kyle Miller, May 11, 2022 |
| 6804. | John Lowe, May 11, 2022 |
| 6805. | Andrew Yashchuk, May 11, 2022 |
| 6806. | Andrew Parrillo, May 11, 2022 |
| 6807. | Julie and Craig Maxwell, May 11, 2022 |
| 6808. | Conor Keilty, May 11, 2022 |
| 6809. | Gale Williams, May 11, 2022 |
| 6810. | Nathan Zwillich, May 11, 2022 |
| 6811. | Daniel Giannone, May 11, 2022 |
| 6812. | Richard Rose, May 11, 2022 |
| 6813. | John Bernzen, May 11, 2022 |
| 6814. | Abouzahir, May 11, 2022 |
| 6815. | Richard Waldbauer, May 11, 2022 |
| 6816. | Kenneth Moresco, MD, May 11, 2022 |
| 6817. | Ryan Wright, May 11, 2022 |
| 6818. | Aidan Mccarthy, May 11, 2022 |
| 6819. | Wayne Wilkins, May 11, 2022 |
| 6820. | Stuart Nelson, May 11, 2022 |

Doc. No.    Description

6821.    Mark Brian, May 11, 2022

6822.    Joe Delgado, May 11, 2022

6823.    Anonymous, May 11, 2022

6824.    Mike Kim, May 11, 2022

6825.    Himanish Shah, May 11, 2022

6826.    James Thomas, May 11, 2022

6827.    Anonymous, May 11, 2022

6828.    Glen Yoder, May 11, 2022

6829.    Mark James, May 11, 2022

6830.    Zach Schaefer, May 11, 2022

6831.    Bob Fulghum, May 11, 2022

6832.    James Tennyson, May 11, 2022

6833.    Gian-Paolo Melis, May 11, 2022

6834.    Jason Davis, May 11, 2022

6835.    Riccardo Brugnolini, May 11, 2022

6836.    Kim Mcmann, May 11, 2022

6837.    Ross Kopelman, May 11, 2022

6838.    Louis Young, May 11, 2022

6839.    Ryan Bowman, May 11, 2022

6840.    Brad Ralston, May 11, 2022

6841.    Chris Morley, May 11, 2022

6842.    Michael Caseiras, May 11, 2022

| Doc. No. | Description |
|----------|-------------|
| 6843. | Peter Wasinger, May 11, 2022 |
| 6844. | Emmett Walsh, May 11, 2022 |
| 6845. | Simon Garcia-Ruiz, May 11, 2022 |
| 6846. | Brian Kritzberg, May 11, 2022 |
| 6847. | Jamie Buhr, May 11, 2022 |
| 6848. | Cindy and Stuart Michalk, May 11, 2022 |
| 6849. | Seth Shapiro, May 11, 2022 |
| 6850. | Prashant Singh, May 11, 2022 |
| 6851. | Darren Sadana, May 11, 2022 |
| 6852. | Adam R. Gandolfi, May 11, 2022 |
| 6853. | Monty Majszak, May 11, 2022 |
| 6854. | Joseph Sparacino, May 11, 2022 |
| 6855. | Samuel Hoban, May 11, 2022 |
| 6856. | Dan Golubek, May 11, 2022 |
| 6857. | John Donaldson, May 11, 2022 |
| 6858. | Chad G. Boonswang, Esq., May 11, 2022 |
| 6859. | Edgar Veytia, May 11, 2022 |
| 6860. | Marc Hübner, May 11, 2022 |
| 6861. | Kevin O'keeffe, May 11, 2022 |
| 6862. | John Guancione, May 11, 2022 |
| 6863. | Kurt Wherley, May 11, 2022 |
| 6864. | Joshua Longstreth, May 11, 2022 |

Doc. No.    Description

6865.    Geoffrey Colin, May 11, 2022

6866.    Jason Pancis, May 11, 2022

6867.    Heather Mewshaw, May 11, 2022

6868.    Grant Hanson, May 11, 2022

6869.    Scott Joling, May 11, 2022

6870.    Dariusz Listopadzki, May 11, 2022

6871.    Stephen Megliola, May 11, 2022

6872.    Stephen Megliola, May 11, 2022

6873.    Johan Olivero, May 11, 2022

6874.    Greg Glosser, May 11, 2022

6875.    Matthew Ristuccia, May 11, 2022

6876.    Mark Durgin, May 11, 2022

6877.    David Barr, May 11, 2022

6878.    Lesther Baca, May 11, 2022

6879.    Marcus Ehrhardt, May 11, 2022

6880.    John O'donnell, May 11, 2022

6881.    Jack Champlin, May 11, 2022

6882.    Evgeni Grigorov, May 11, 2022

6883.    Michael Antwi-Nsiah, May 11, 2022

6884.    Mikael Kortbaoui, May 11, 2022

6885.    Sergio Correarueda, May 11, 2022

6886.    Caspar Veltheim, May 11, 2022

Doc. No.    Description

6887.    Dj Lakew, May 11, 2022

6888.    Nevin Blair, May 11, 2022

6889.    Charlie Young, May 11, 2022

6890.    Daniel Dagan, May 11, 2022

6891.    Michael Attard, May 11, 2022

6892.    Dimiter Mitev, May 11, 2022

6893.    Hugo Soares, May 11, 2022

6894.    Andrew Srb, May 11, 2022

6895.    Marcus Håkanson, May 11, 2022

6896.    Francesco Tardino, May 11, 2022

6897.    Nichelle Rainey, May 11, 2022

6898.    Thomas Frazer, May 11, 2022

6899.    Anthony D'anna, May 11, 2022

6900.    Oliver D'alton, May 11, 2022

6901.    Anonymous, May 11, 2022

6902.    Lawrence Narayan, May 11, 2022

6903.    Anthony Peterson, May 11, 2022

6904.    Michael Heisig, May 11, 2022

6905.    Phil Chen, May 11, 2022

6906.    Emil Plic, May 11, 2022

6907.    Levi Liljenquist, May 11, 2022

6908.    Batist Van Houtte, May 11, 2022

| Doc. No. | Description |
|----------|-------------|
| 6909. | Christopher Doyle, Realtor Remax, May 11, 2022 |
| 6910. | Nishant Hari, May 11, 2022 |
| 6911. | Cody Jones, May 11, 2022 |
| 6912. | Jonathan Hughes, May 11, 2022 |
| 6913. | Ali Sajadi, MD, May 11, 2022 |
| 6914. | Christopher L., May 11, 2022 |
| 6915. | Dae Yu, May 11, 2022 |
| 6916. | Anonymous, May 11, 2022 |
| 6917. | Anthony Talbot, May 11, 2022 |
| 6918. | Camden Schwiebert, May 11, 2022 |
| 6919. | Phil Nazarenus, May 11, 2022 |
| 6920. | Nicholas Malcolm, May 11, 2022 |
| 6921. | Nicholas Gunden, May 11, 2022 |
| 6922. | R. Freeland, May 11, 2022 |
| 6923. | Alonso Aliaguilla, May 11, 2022 |
| 6924. | Nathan Suitter, May 11, 2022 |
| 6925. | Matthew Reilly, May 11, 2022 |
| 6926. | Andrew Butts, May 11, 2022 |
| 6927. | Jean-Francois Poulain, May 11, 2022 |
| 6928. | Anonymous, May 11, 2022 |
| 6929. | Qasim Javed, May 11, 2022 |
| 6930. | Willy Sica, May 11, 2022 |

Doc. No.    Description

6931.    Joe Mosed, May 11, 2022

6932.    Thomas Campanella, May 11, 2022

6933.    W. Brian Bailey, May 11, 2022

6934.    Ernst Achildiyev, May 11, 2022

6935.    Taylor Van Neste, May 11, 2022

6936.    Todd Schasker, May 11, 2022

6937.    Valeriy Katsenko, May 11, 2022

6938.    William Keator, May 11, 2022

6939.    Zach Wilks, May 11, 2022

6940.    Xiaoyan Hubeny, May 11, 2022

6941.    Ted Smoot, May 11, 2022

6942.    Robert Hernandez, May 11, 2022

6943.    William Holzhueter, May 11, 2022

6944.    Vikram Cherukuri, May 11, 2022

6945.    Usman Munier, May 11, 2022

6946.    William Dolan, May 11, 2022

6947.    Steve Lothridge, May 11, 2022

6948.    Zachary Hollinshead, Cpa, Director – Tax Services, Funaro & Co., P.C., May 11, 2022

6949.    Timothy Wong, May 11, 2022

6950.    Virgil Snaggs, May 11, 2022

6951.    Arek, May 11, 2022

6952.    Terry Tate, May 11, 2022

Doc. No.    Description

6953.    Victor Louie, May 11, 2022

6954.    Darius Heinen, May 11, 2022

6955.    Julia Malona, May 11, 2022

6956.    Burson T. Williams, III, May 11, 2022

6957.    Brian Robinett, May 12, 2022

6958.    Anonymous, May 12, 2022

6959.    Brian Robinette, May 12, 2022

6960.    Ryan Spaly, May 12, 2022

6961.    Steven Plustwa, May 12, 2022

6962.    Kevin, May 12, 2022

6963.    Kyle Sullivan, May 12, 2022

6964.    Demian Fitzgerald, May 12, 2022

6965.    Demian Fitzgerald, May 12, 2022

6966.    Usama Arif, May 12, 2022

6967.    Carlos Demarchi, May 12, 2022

6968.    Abhishek Tondon, May 12, 2022

6969.    Larry Audette, May 12, 2022

6970.    Andrew Papier, May 12, 2022

6971.    Robert Tymowski, May 12, 2022

6972.    Justin Cotton, May 12, 2022

6973.    Brad Borchers, May 12, 2022

6974.    Nathan Shields, May 12, 2022

| Doc. No. | Description |
|----------|-------------|
| 6975. | Sal Carnevale, May 12, 2022 |
| 6976. | Rodrigue Cohovi, May 12, 2022 |
| 6977. | David Delude, May 12, 2022 |
| 6978. | Mika Sanchez, May 12, 2022 |
| 6979. | Charlie Mayer, May 12, 2022 |
| 6980. | Ranadeep Ray, May 12, 2022 |
| 6981. | Sean Keough, May 12, 2022 |
| 6982. | Patrick J. Wiebusch, May 12, 2022 |
| 6983. | Jon Syvertson, May 12, 2022 |
| 6984. | Magnus Behm, May 12, 2022 |
| 6985. | Scott, May 12, 2022 |
| 6986. | Anonymous, May 12, 2022 |
| 6987. | Jens Pilegaard, May 12, 2022 |
| 6988. | Colin Chappus, May 12, 2022 |
| 6989. | Greg Nowak, May 12, 2022 |
| 6990. | Michael Paglia, May 12, 2022 |
| 6991. | Brad Holaway, May 12, 2022 |
| 6992. | James A. Koch, May 12, 2022 |
| 6993. | Erin Barnhill, May 12, 2022 |
| 6994. | Rob Stefani, May 12, 2022 |
| 6995. | Bernard Deberry, May 12, 2022 |
| 6996. | Lawrence Emanuele, May 12, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 6997. | Nils Palmen, May 12, 2022 |
| 6998. | Rim Geurts, May 12, 2022 |
| 6999. | Benjamin Werkman, May 12, 2022 |
| 7000. | Rob Geier, May 12, 2022 |
| 7001. | Grant Carstensen, May 12, 2022 |
| 7002. | Eric Salazar, May 12, 2022 |
| 7003. | Patrick Showalter, May 12, 2022 |
| 7004. | Anthony Dejesus, May 12, 2022 |
| 7005. | Larry Parsons, May 12, 2022 |
| 7006. | Kyle Rainwater, May 12, 2022 |
| 7007. | Neil Joseph, May 12, 2022 |
| 7008. | Daniel Y., May 12, 2022 |
| 7009. | Benn Dunn, May 12, 2022 |
| 7010. | Hugh Perry, May 12, 2022 |
| 7011. | Jorg Land, May 12, 2022 |
| 7012. | Jared Dreicer, May 12, 2022 |
| 7013. | John R. Price, May 12, 2022 |
| 7014. | Frank Ichel, May 12, 2022 |
| 7015. | Pat Green, May 12, 2022 |
| 7016. | Michel Van Zanten, May 12, 2022 |
| 7017. | Graham Law, May 12, 2022 |
| 7018. | Jason Rafeld, May 12, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 7019. | Kas S., May 12, 2022 |
| 7020. | Chris Hartley, May 12, 2022 |
| 7021. | Thomas West, May 12, 2022 |
| 7022. | Anonymous, May 12, 2022 |
| 7023. | Bill Otis, May 12, 2022 |
| 7024. | Raj Sharma, May 12, 2022 |
| 7025. | Abel Alemnew, May 12, 2022 |
| 7026. | Abel Alemnew, May 12, 2022 |
| 7027. | Austin Watts, May 12, 2022 |
| 7028. | Jacob Fenton, May 12, 2022 |
| 7029. | Mark Elliott, May 12, 2022 |
| 7030. | Nicklas Eriksson, May 12, 2022 |
| 7031. | Teddy Lau, May 12, 2022 |
| 7032. | Jamie Heisler, May 12, 2022 |
| 7033. | Lyudmil Nestorov, May 12, 2022 |
| 7034. | Jonathan R. Warden, May 12, 2022 |
| 7035. | Brandi Chu, May 12, 2022 |
| 7036. | Nathan Forbes, May 12, 2022 |
| 7037. | Phillip Beach, May 12, 2022 |
| 7038. | Ed Preedy, May 12, 2022 |
| 7039. | Sam Thorpe, May 12, 2022 |
| 7040. | Jeffrey Spiller, May 12, 2022 |

Doc. No.    Description

7041.    Stelios Lyroudis, May 12, 2022

7042.    Eric Gilchrist, May 12, 2022

7043.    Adam Swope, May 12, 2022

7044.    Brad Wiegand, May 12, 2022

7045.    Daniel, May 12, 2022

7046.    Ed Tarnovsky, May 12, 2022

7047.    Frank Nicholson, May 12, 2022

7048.    Berk Kinalilar, May 12, 2022

7049.    Michael Peterson, May 12, 2022

7050.    Christopher Prieto, May 12, 2022

7051.    Heather Pace, May 12, 2022

7052.    Shar Alamdari, May 12, 2022

7053.    Chuck Anderson, May 12, 2022

7054.    Anonymous, May 12, 2022

7055.    Todd Schmiedeke, May 12, 2022

7056.    Thomas J. Williams, May 12, 2022

7057.    Eric Adcox, May 12, 2022

7058.    Spencer Davidson, May 12, 2022

7059.    Humza Moten, May 12, 2022

7060.    Humza, May 12, 2022

7061.    Howard Jiang, May 13, 2022

7062.    Nicholas Fulton, May 13, 2022

| Doc. No. | Description |
|----------|-------------|
| 7063. | John Dill, May 13, 2022 |
| 7064. | Andrew Liou, May 13, 2022 |
| 7065. | Jonllarue, May 13, 2022 |
| 7066. | Julie Farmer, May 13, 2022 |
| 7067. | Sherrill Belew, May 13, 2022 |
| 7068. | Anonymous, May 13, 2022 |
| 7069. | Shannon Day, May 13, 2022 |
| 7070. | Geoffrey Hacking, May 13, 2022 |
| 7071. | Paul Bradley, May 13, 2022 |
| 7072. | Karl Van Neste, May 13, 2022 |
| 7073. | Randall B. Frazier, May 13, 2022 |
| 7074. | Luke Squires, May 13, 2022 |
| 7075. | Dell Baker, May 13, 2022 |
| 7076. | Chad Verly, May 13, 2022 |
| 7077. | Avi Oppenheimer, May 13, 2022 |
| 7078. | Rina Avital, May 13, 2022 |
| 7079. | Derek Smith, May 13, 2022 |
| 7080. | Moe Yousof, May 13, 2022 |
| 7081. | Robby Boyle, May 13, 2022 |
| 7082. | Jonas Lamis, May 13, 2022 |
| 7083. | Sean Mcmurry, May 13, 2022 |
| 7084. | George, May 13, 2022 |

Doc. No.    Description

7085.    Thomas Lynch, May 13, 2022

7086.    Bryan Whitesides, May 13, 2022

7087.    Anonymous, May 13, 2022

7088.    Anonymous, May 13, 2022

7089.    Alex Sabella, May 13, 2022

7090.    Gregory Greenstein, May 13, 2022

7091.    Hrvoje Đurdic, May 13, 2022

7092.    Robert Perran, May 13, 2022

7093.    Brian Dudley, May 13, 2022

7094.    Sushma Singh, May 13, 2022

7095.    George M. Wright Vi, May 13, 2022

7096.    David Harris, CIM, CFP, May 13, 2022

7097.    Jerry Koberlein, May 13, 2022

7098.    Tony Li, May 13, 2022

7099.    Anonymous, May 13, 2022

7100.    Emmett Short, May 13, 2022

7101.    Barrett Estess, May 13, 2022

7102.    Craig Watson, May 13, 2022

7103.    Jack, May 13, 2022

7104.    Nicole Turgeon, May 13, 2022

7105.    J. Samton, May 13, 2022

7106.    Evan Zeimet, May 13, 2022

Doc. No.    Description

7107.    Reza Sargholiasl, May 13, 2022

7108.    Lance Boyce, May 13, 2022

7109.    Ben David, May 13, 2022

7110.    Matthew Minnick, May 13, 2022

7111.    Rahul Pandit, May 13, 2022

7112.    Gianna, May 13, 2022

7113.    Anelya Grant, May 13, 2022

7114.    Anonymous, May 13, 2022

7115.    Anonymous, May 13, 2022

7116.    Anonymous, May 13, 2022

7117.    Jordan Ohara, May 13, 2022

7118.    Keith Brandt, Individual Investor, May 13, 2022

7119.    Anonymous, May 13, 2022

7120.    B. A., May 14, 2022

7121.    Bryan Murdock, May 14, 2022

7122.    Anonymous, May 14, 2022

7123.    David Merin, May 14, 2022

7124.    Anonymous, May 14, 2022

7125.    Ik Ahn, May 14, 2022

7126.    Jeff Spencer, May 14, 2022

7127.    Rand Arnold, May 14, 2022

7128.    Taan Peter, May 14, 2022

| Doc. No. | Description |
|----------|-------------|
| 7129. | R. Leitch, May 14, 2022 |
| 7130. | B. A., May 14, 2022 |
| 7131. | Bruce, May 14, 2022 |
| 7132. | Jonathan Ferebee, May 14, 2022 |
| 7133. | Andreas Jobst, May 14, 2022 |
| 7134. | Christian, May 14, 2022 |
| 7135. | John Skinner, May 14, 2022 |
| 7136. | Michael Mcginley, May 14, 2022 |
| 7137. | Alan Adler, May 14, 2022 |
| 7138. | Brian Bilnoski, May 14, 2022 |
| 7139. | Robert Daly, May 14, 2022 |
| 7140. | Kristin Thompson, May 14, 2022 |
| 7141. | Glen Harding Ui, May 14, 2022 |
| 7142. | Byron Kunkel, May 14, 2022 |
| 7143. | Ricardo Gonzalez, MD, May 14, 2022 |
| 7144. | Gregory Cetton, May 14, 2022 |
| 7145. | Jesse Sletteland, May 14, 2022 |
| 7146. | Arthur Linares, May 14, 2022 |
| 7147. | Jack Smith, May 14, 2022 |
| 7148. | Florian Buschow, May 14, 2022 |
| 7149. | Kenichi Koujiya, May 14, 2022 |
| 7150. | Ryan Achterberg, May 14, 2022 |

Doc. No.    Description

7151.    Mikail Partal, May 14, 2022

7152.    Farrukh Awan, May 14, 2022

7153.    Matt Foreman, May 14, 2022

7154.    Tim Burke, May 14, 2022

7155.    Suzzanna Tanner, May 14, 2022

7156.    Robert Luoma, May 14, 2022

7157.    Lauren Woodruff, May 14, 2022

7158.    John Macikowski, May 14, 2022

7159.    Jay Crozier, May 14, 2022

7160.    Jepson West, May 14, 2022

7161.    Joanne Luciani, May 14, 2022

7162.    Philipp Schnell, May 14, 2022

7163.    Liam Mann, May 14, 2022

7164.    Erik Tchinnosian, May 14, 2022

7165.    Ned Harper, May 14, 2022

7166.    Alana Lake, May 14, 2022

7167.    Hye Jang, May 14, 2022

7168.    Chadwick Freeman, May 14, 2022

7169.    Vivek Yadav, May 14, 2022

7170.    Brian Lee, May 14, 2022

7171.    Darwin Broenen, May 14, 2022

7172.    Zofia Skarzynski, May 15, 2022

Doc. No.    Description

7173.    Brian W. Schwisow, May 15, 2022

7174.    Karim Alarakhia, May 15, 2022

7175.    Mark Fox, May 15, 2022

7176.    David Campano, May 15, 2022

7177.    Matthew Rubenstein, May 15, 2022

7178.    B. E. Phillips, May 15, 2022

7179.    Gordon Smith, May 15, 2022

7180.    Robert Portley, May 15, 2022

7181.    Santosh Banda, May 15, 2022

7182.    Richard Konzelman, May 15, 2022

7183.    Patrick A. Gaughan, May 15, 2022

7184.    Shubham Bhatnagar, May 15, 2022

7185.    Josh Simmons, May 15, 2022

7186.    Ernest Lewis, May 15, 2022

7187.    Matt Hempey, May 15, 2022

7188.    Krishan Jain, May 15, 2022

7189.    Allen Crawford, May 15, 2022

7190.    Frank Trapp, May 15, 2022

7191.    Pat Worth, May 15, 2022

7192.    Yeionsill Kwon, May 15, 2022

7193.    Jeffrey Baumann, May 15, 2022

7194.    Leah Rosa, May 15, 2022

| Doc. No. | Description |
|---|---|
| 7195. | Rogers James, May 15, 2022 |
| 7196. | Rhafael Torres, May 15, 2022 |
| 7197. | Rosa Nash, May 15, 2022 |
| 7198. | Dinesh Faldu, May 15, 2022 |
| 7199. | Robert Beatty, May 16, 2022 |
| 7200. | Robert Beatty, May 16, 2022 |
| 7201. | Rishab Kalra, May 16, 2022 |
| 7202. | Peter Wright, May 16, 2022 |
| 7203. | Dan Larsen, May 16, 2022 |
| 7204. | Gary Carter, May 16, 2022 |
| 7205. | Greg Mcginley, May 16, 2022 |
| 7206. | Dustin Sheppard, May 16, 2022 |
| 7207. | Hasan Rahman, May 16, 2022 |
| 7208. | Daniel Greenblatt, May 16, 2022 |
| 7209. | Bruce Roher, CPA, CA, CBV, CFE, CFF, May 16, 2022 |
| 7210. | Rose C. Akeke, May 16, 2022 |
| 7211. | Carla Fairey, May 16, 2022 |
| 7212. | Steve Quarfordt, May 16, 2022 |
| 7213. | Mike Golwyn, May 16, 2022 |
| 7214. | Jimmie Kang, May 16, 2022 |
| 7215. | Robin Froelich, May 16, 2022 |
| 7216. | J. Braverman, May 16, 2022 |

| Doc. No. | Description |
|----------|-------------|
| 7217. | Roxane Googin, May 16, 2022 |
| 7218. | Sean Carroll, May 16, 2022 |
| 7219. | Timothy Kotzman, May 16, 2022 |
| 7220. | John Notte, May 16, 2022 |
| 7221. | Rastaar Haghi, May 16, 2022 |
| 7222. | Fernando Corvaro, May 16, 2022 |
| 7223. | Eric Faison, May 16, 2022 |
| 7224. | Dennis Levens, May 16, 2022 |
| 7225. | Thomas Adams, May 16, 2022 |
| 7226. | Colin A.Taylor, May 16, 2022 |
| 7227. | Anonymous, May 16, 2022 |
| 7228. | Joey Dean, May 16, 2022 |
| 7229. | Dan Jackson, May 16, 2022 |
| 7230. | Brad Rowse, May 16, 2022 |
| 7231. | Donna Garza, May 16, 2022 |
| 7232. | Geoffrey Engberson, May 16, 2022 |
| 7233. | Jason Whittle, May 16, 2022 |
| 7234. | Tesfaye Sisay, May 16, 2022 |
| 7235. | Tesfaye Sisay, May 16, 2022 |
| 7236. | Eric Freeburg, May 16, 2022 |
| 7237. | Sean Hoskinson, May 16, 2022 |
| 7238. | James Hilson, May 16, 2022 |

Doc. No.    Description

7239.    Chris Mangan, May 16, 2022

7240.    Christop Hastings, May 16, 2022

7241.    Daniel Mueller, May 16, 2022

7242.    Paul Okazaki, May 16, 2022

7243.    Mark Hynson, May 16, 2022

7244.    Scott H. Hilkemeyer, May 16, 2022

7245.    Justin Hiehle, May 16, 2022

7246.    Vanessa Gosbee, Founder and Principle Ebb and Flo Padstow, May 16, 2022

7247.    Scott Alderink, May 17, 2022

7248.    Vincent M. Pugliese, May 17, 2022

7249.    Kellen Schauermann, May 17, 2022

7250.    Helen J. Fourness, May 17, 2022

7251.    Justin Blumetti, May 17, 2022

7252.    Rob Brown, May 17, 2022

7253.    Mitch Marquez, May 17, 2022

7254.    Jim Anderson, May 17, 2022

7255.    Herb Holroyd, May 17, 2022

7256.    Pat O'malley, May 17, 2022

7257.    Sheri Neuman, May 17, 2022

7258.    Philip Hong, May 17, 2022

7259.    Dewey Scandurro, May 17, 2022

7260.    David G. , Maylum, May 17, 2022

| Doc. No. | Description |
|----------|-------------|
| 7261. | Louie Cathro, May 17, 2022 |
| 7262. | Million Plebs, May 17, 2022 |
| 7263. | Barry A. Noyes, May 17, 2022 |
| 7264. | Cynthia Tisher, May 17, 2022 |
| 7265. | Gil Bopp, May 17, 2022 |
| 7266. | Dana Leonard, May 17, 2022 |
| 7267. | Marquis Mallen, May 17, 2022 |
| 7268. | Mark Dahlin, May 17, 2022 |
| 7269. | Robin Houck, May 17, 2022 |
| 7270. | Ben Borkovitz, May 17, 2022 |
| 7271. | Luis Prado, May 17, 2022 |
| 7272. | Rich Kane, May 17, 2022 |
| 7273. | James Starnes, May 17, 2022 |
| 7274. | Aye Min, May 17, 2022 |
| 7275. | Suzanne Alderink, May 17, 2022 |
| 7276. | Suzanne Alderink, May 17, 2022 |
| 7277. | Hollis Brown, May 18, 2022 |
| 7278. | Anonymous, May 18, 2022 |
| 7279. | Paul Erickson, May 18, 2022 |
| 7280. | David Negri, May 18, 2022 |
| 7281. | Ryan Gaitan, May 18, 2022 |
| 7282. | Yarden Fogel, May 18, 2022 |

Doc. No.    Description

7283.    Brian Moses, May 18, 2022

7284.    P. M. Jaeckle, May 18, 2022

7285.    Lena Clark, May 18, 2022

7286.    Rizwan Badar, MD, May 18, 2022

7287.    Nathan Carriker, May 18, 2022

7288.    Loni Chowdhury, May 18, 2022

7289.    Bill Deleeuw, May 18, 2022

7290.    Boris Hristov, May 18, 2022

7291.    Jim Hereagain, May 18, 2022

7292.    Anonymous, May 18, 2022

7293.    Craig Mccolloch, May 18, 2022

7294.    Steve Mesa, May 18, 2022

7295.    Stephen E. Bohan, May 18, 2022

7296.    Anonymous, May 18, 2022

7297.    Hunter Lewis, May 18, 2022

7298.    Benjamin J. Willow, May 18, 2022

7299.    Chad Proffitt, May 18, 2022

7300.    Thomas H. Weaver, CFA, May 18, 2022

7301.    Aleksandr Kozyrev, May 18, 2022

7302.    Lambert Hirsheimer, May 19, 2022

7303.    Justin Lee, May 19, 2022

7304.    Jordan Mathews, May 19, 2022

Doc. No.    Description

7305.    Daniel Graziano, May 19, 2022

7306.    Brian Cragun, May 19, 2022

7307.    Justin L., May 19, 2022

7308.    Jordan Mathews, May 19, 2022

7309.    Stephen Earll, May 19, 2022

7310.    Daniel Graziano, May 19, 2022

7311.    Tobias Feilding-Crawley, May 19, 2022

7312.    Rodney Xiong, May 19, 2022

7313.    Chris Thompson, May 19, 2022

7314.    Gary Glotz, May 19, 2022

7315.    Dominic Sisley, May 19, 2022

7316.    Jasper Saberi, May 19, 2022

7317.    Anonymous, May 19, 2022

7318.    Paul Martens, May 19, 2022

7319.    Tosino Ayobami, May 19, 2022

7320.    Philo Beddoe, May 19, 2022

7321.    Ben Pila, May 19, 2022

7322.    Mah Barry, May 19, 2022

7323.    Brad Giotes, May 19, 2022

7324.    Thomas Bahn, May 19, 2022

7325.    Daniel Hudson, May 19, 2022

7326.    Erik W., May 19, 2022

| Doc. No. | Description |
|----------|-------------|
| 7327. | Kerem T., May 19, 2022 |
| 7328. | Anonymous, May 19, 2022 |
| 7329. | Harold Sacks, May 19, 2022 |
| 7330. | Jonathan Blasher, May 19, 2022 |
| 7331. | John Vitiello, May 19, 2022 |
| 7332. | Thomas F. Cook, May 19, 2022 |
| 7333. | Anonymous, May 19, 2022 |
| 7334. | Anonymous, May 19, 2022 |
| 7335. | Marla Parker, May 19, 2022 |
| 7336. | David P. Pearson, May 19, 2022 |
| 7337. | Erick Martinez, May 20, 2022 |
| 7338. | Abdullah Chaudhry, May 20, 2022 |
| 7339. | Lauri Friel, May 20, 2022 |
| 7340. | Jordan Olmscheid, May 20, 2022 |
| 7341. | Dimitar Baltadjiev, May 20, 2022 |
| 7342. | Mamie Y., May 20, 2022 |
| 7343. | Raja Ziady, May 20, 2022 |
| 7344. | Brian G. , May 20, 2022 |
| 7345. | Johnny Mack, May 20, 2022 |
| 7346. | Cameron Olsen, May 20, 2022 |
| 7347. | Bryan Guenther, May 20, 2022 |
| 7348. | John Conklin, May 20, 2022 |

Doc. No.    Description

7349.    Glenn Langberg, May 20, 2022

7350.    Kirk Woodley, May 20, 2022

7351.    Andrew Mclaughlin, May 21, 2022

7352.    Pavlo Babkin, May 21, 2022

7353.    John Bryce, May 21, 2022

7354.    Antonio Cincotti, May 21, 2022

7355.    Raj, May 21, 2022

7356.    Mikkel Westh, May 21, 2022

7357.    Hong Lu, May 21, 2022

7358.    Jun Sun, May 21, 2022

7359.    Carl Reese, May 21, 2022

7360.    Alex Piche, May 21, 2022

7361.    Ray Waheed, May 21, 2022

7362.    Jared Inman, May 21, 2022

7363.    Dil Dil, May 21, 2022

7364.    Noah Walker, May 21, 2022

7365.    Dennis Capalbo, May 21, 2022

7366.    Matt Franklin, May 21, 2022

7367.    Joe Mcneil, May 21, 2022

7368.    Joseph Cleveland, May 21, 2022

7369.    José F. Cepeda Ramos, May 21, 2022

7370.    Scott Wilhelm, May 21, 2022

Doc. No.    Description

7371.    Mitch Hoffmann, May 21, 2022

7372.    John Grubbs, May 21, 2022

7373.    Buster Cox, May 21, 2022

7374.    Anthony Bianco, May 21, 2022

7375.    Anonymous, May 22, 2022

7376.    Michael Sean Delaney, May 22, 2022

7377.    Langdon Himebaugh, May 22, 2022

7378.    Jordan Roberts, May 22, 2022

7379.    Bradley Street, May 22, 2022

7380.    Gary Gaugler, May 22, 2022

7381.    Eric Vernsten, May 22, 2022

7382.    David Cleveland, May 22, 2022

7383.    Sean Moran, May 22, 2022

7384.    Joseph Lamont, May 22, 2022

7385.    David Thayer, May 22, 2022

7386.    Charles Van Genderen, May 22, 2022

7387.    John Davis, May 22, 2022

7388.    Jeffry Jones, May 22, 2022

7389.    Brian Owens, May 22, 2022

7390.    Bryan Scott, May 22, 2022

7391.    Arif Rehman, May 22, 2022

7392.    Angelo Lopipero, May 22, 2022

| Doc. No. | Description |
|----------|-------------|
| 7393. | Patrick Conley, May 22, 2022 |
| 7394. | Karl Wolff, May 22, 2022 |
| 7395. | Duckki Oe, May 22, 2022 |
| 7396. | Joshua Unseth, May 22, 2022 |
| 7397. | Brandt Mohr, May 22, 2022 |
| 7398. | Ajay Kumar, May 23, 2022 |
| 7399. | Joseph Shifflett, May 23, 2022 |
| 7400. | Stephen Speas, May 23, 2022 |
| 7401. | Daniel Horst, May 23, 2022 |
| 7402. | Gaurav Agrawal, May 23, 2022 |
| 7403. | Carlos Olivares, May 23, 2022 |
| 7404. | Anonymous, May 23, 2022 |
| 7405. | Craig Osborn, May 23, 2022 |
| 7406. | Asha and Eric Goldstein, May 23, 2022 |
| 7407. | Anonymous, May 23, 2022 |
| 7408. | Troy Ohlsson, May 23, 2022 |
| 7409. | Yvonne Padgett, May 23, 2022 |
| 7410. | Azim Kulov, May 23, 2022 |
| 7411. | Charles Meyer, May 23, 2022 |
| 7412. | Matt Russ, May 23, 2022 |
| 7413. | Larry Smilgys, May 23, 2022 |
| 7414. | Dallaverde, May 23, 2022 |

Doc. No.    Description

7415.    Joe Scherrey, May 23, 2022

7416.    Karl Knutson, May 23, 2022

7417.    Scott H. , May 23, 2022

7418.    Zunnan Chudry, May 23, 2022

7419.    David Enevoldsen, May 23, 2022

7420.    Rom G. , May 23, 2022

7421.    David James, May 23, 2022

7422.    Anonymous, May 23, 2022

7423.    Steven Kyle Schlosser, May 23, 2022

7424.    Cássio Lopes, May 23, 2022

7425.    Zack Cashion, May 23, 2022

7426.    Matthew Macarthur, May 23, 2022

7427.    Mr. Harker, May 23, 2022

7428.    Alexander Altman, May 23, 2022

7429.    Jeffry Guido, May 23, 2022

7430.    Geoffroy Buffetrille, May 23, 2022

7431.    Kyle Patel, May 23, 2022

7432.    Bruce Allen, May 23, 2022

7433.    Michael Burger, May 23, 2022

7434.    William Milne, May 23, 2022

7435.    Dennis Drenner, May 23, 2022

7436.    Alex Chera, May 23, 2022

| Doc. No. | Description |
|----------|-------------|
| 7437. | Ajay Kumar, May 23, 2022 |
| 7438. | Brad Mann, May 24, 2022 |
| 7439. | Andrew Cardin, May 24, 2022 |
| 7440. | Michael Montgomery, May 24, 2022 |
| 7441. | Richard Geis, May 24, 2022 |
| 7442. | Anonymous, May 24, 2022 |
| 7443. | Michael Aldridge, May 24, 2022 |
| 7444. | Palma Teng, May 24, 2022 |
| 7445. | Patricia Mccorkle, May 24, 2022 |
| 7446. | Josh Lord, May 24, 2022 |
| 7447. | Sobuj Miah, May 24, 2022 |
| 7448. | Anonymous, May 24, 2022 |
| 7449. | Isaac Jaderany, May 24, 2022 |
| 7450. | Kyle Leier, May 24, 2022 |
| 7451. | Matthew Roderick, May 24, 2022 |
| 7452. | Justin Seay, May 24, 2022 |
| 7453. | Frank Rose, May 24, 2022 |
| 7454. | John Obeid, May 24, 2022 |
| 7455. | Martin Scott, May 24, 2022 |
| 7456. | Matthew Fergusson, May 24, 2022 |
| 7457. | Bill Scaggs, May 24, 2022 |
| 7458. | Skhumbuzo Ndlovu, May 24, 2022 |

Doc. No.    Description

7459.    Brandon Bradford, May 24, 2022

7460.    Gene Ilnicki, May 24, 2022

7461.    Robin Johnson, May 24, 2022

7462.    Jonathan Melton, May 24, 2022

7463.    Akos Magyar, May 24, 2022

7464.    S. Mathew, May 24, 2022

7465.    Pavel Rice, May 24, 2022

7466.    Joey D. Galvin, May 24, 2022

7467.    Soraya Darvishi, May 25, 2022

7468.    Devin Crowley, May 25, 2022

7469.    Scott Allison, May 25, 2022

7470.    Dieter, May 25, 2022

7471.    Paul Abraham, May 25, 2022

7472.    Gary Kaye, May 25, 2022

7473.    Lenore D. Romney, May 25, 2022

7474.    Robert E. Whaley, May 25, 2022

7475.    Romeo Stone, May 25, 2022

7476.    Simona Nikolova, May 25, 2022

7477.    Paul Joseph, May 25, 2022

7478.    Paul Heumiller, May 25, 2022

7479.    Professor Robert E. Whaley, Vanderbilt University, May 25, 2022

7480.    Elwood C. Tircuit, May 26, 2022

| Doc. No. | Description |
|----------|-------------|
| 7481. | Elwood C. Tircuit, May 26, 2022 |
| 7482. | Jim Stagge, May 26, 2022 |
| 7483. | James Vonderwerth, May 26, 2022 |
| 7484. | Len Hughes, May 26, 2022 |
| 7485. | Garrison Whipple, May 26, 2022 |
| 7486. | Jose Maria Figueres, May 26, 2022 |
| 7487. | Paul Weinstein, May 26, 2022 |
| 7488. | Mark Klopfenstein, May 26, 2022 |
| 7489. | Mario Gonzalez, May 26, 2022 |
| 7490. | John Goodall, May 26, 2022 |
| 7491. | Michael, May 26, 2022 |
| 7492. | Carter Markham, May 26, 2022 |
| 7493. | Sin Lam Wu, May 26, 2022 |
| 7494. | Joseph Berlingo, May 26, 2022 |
| 7495. | Dayshawn Obi, May 26, 2022 |
| 7496. | T. Morand, May 26, 2022 |
| 7497. | Chris Cahak, May 26, 2022 |
| 7498. | Arthur Gardener, May 26, 2022 |
| 7499. | Marcus Glanton, May 26, 2022 |
| 7500. | Natourius Pryor, May 26, 2022 |
| 7501. | Roland Clark, May 26, 2022 |
| 7502. | Kyle Tircuit, May 26, 2022 |

Doc. No.    Description

7503.    Ercan Açikgöz, May 27, 2022

7504.    Brent Walsh, May 27, 2022

7505.    Jean Mccormick, May 27, 2022

7506.    Robert Wills III, May 27, 2022

7507.    Alex Hart, May 27, 2022

7508.    Robert, May 27, 2022

7509.    Milosz Goralczyk, May 27, 2022

7510.    Dave Sanchirico, May 27, 2022

7511.    Patricia Sanchirico, May 27, 2022

7512.    Giovanni Colombo, May 27, 2022

7513.    Vincent Dimartino, May 27, 2022

7514.    Jose Morales, May 27, 2022

7515.    Charles Hawkswell, May 27, 2022

7516.    Anthony Williams, May 27, 2022

7517.    Missy Underwood, May 27, 2022

7518.    Daniel Carnes, May 27, 2022

7519.    Nishant Kalra, May 27, 2022

7520.    Yuri Rafailsky, May 27, 2022

7521.    Lisa Wennick, May 27, 2022

7522.    Charlie Austin, May 27, 2022

7523.    Gustav Marquard, May 27, 2022  t

7524.    John Reed, May 27, 2022

Doc. No.    Description

7525.    William P. Keenan, May 27, 2022

7526.    Richard Heinsman, May 27, 2022

7527.    Captain Darden, May 27, 2022

7528.    D. Musch, May 28, 2022

7529.    Paul Goldstein, May 28, 2022

7530.    Joel Bomgar, May 28, 2022

7531.    Jake Olson, May 28, 2022

7532.    Phil Cordano, May 28, 2022

7533.    Glenn Hom, May 28, 2022

7534.    Joe Stivrins, May 28, 2022

7535.    Aisha Garner, May 28, 2022

7536.    Alexander Adam, May 28, 2022

7537.    William Patton, May 28, 2022

7538.    Steven Schultz, May 28, 2022

7539.    Charles Chau, May 28, 2022

7540.    Jeff Simerson, May 28, 2022

7541.    Sam Douglass, May 28, 2022

7542.    Michael Miles, May 28, 2022

7543.    Stephanie Recio, May 28, 2022

7544.    Mick Choder, May 28, 2022

7545.    Paul Grof, May 29, 2022

7546.    Danny C. Daniels, May 29, 2022

Doc. No.    Description

7547.    Diane Baranowitz, May 29, 2022

7548.    Ben Triola, May 29, 2022

7549.    Kameron Nolder, May 29, 2022

7550.    Daniel Hollands, May 29, 2022

7551.    Robert Kindler, May 29, 2022

7552.    Justin Ponder, May 29, 2022

7553.    Britton Hartman, May 29, 2022

7554.    Michael Silberberger, May 30, 2022

7555.    Rod Leathery, May 30, 2022

7556.    Ludmila Beezovkaya, May 30, 2022

7557.    Brian Graham, May 30, 2022

7558.    Clare Moster, May 30, 2022

7559.    Randy Conard, May 30, 2022

7560.    Joseph T. Clees, May 30, 2022

7561.    Iithiphat Timsavarsd, May 30, 2022

7562.    Timothy Quain, May 30, 2022

7563.    Francis Sheridan, May 30, 2022

7564.    Simon Langlands, May 30, 2022

7565.    Anonymous, May 30, 2022

7566.    Sandra A. Beck, May 31, 2022

7567.    John Mcalester, May 31, 2022

7568.    Elliot Green, May 31, 2022

Doc. No.    Description

7569.    Andrew P. Steeves, May 31, 2022

7570.    Michael Quast, May 31, 2022

7571.    Jeff Broadhurst, May 31, 2022

7572.    Michael Schenk, May 31, 2022

7573.    Terri Ann, May 31, 2022

7574.    Marc Velan, May 31, 2022

7575.    Edward Silva, May 31, 2022

7576.    Jerry Smith, May 31, 2022

7577.    Chris S., May 31, 2022

7578.    Don Quartiere, May 31, 2022

7579.    Lee Sanders, May 31, 2022

7580.    Troy M., May 31, 2022

7581.    Brandon Bradford, May 31, 2022

7582.    Glenn Brandon, May 31, 2022

7583.    John Fleitz, May 31, 2022

7584.    Neil Chilson and Jonathan Zalewski, May 31, 2022

7585.    Kjeld Thomsen, May 31, 2022

7586.    Phillip Duncan, May 31, 2022

7587.    Ed Regensburg, June 1, 2022

7588.    Anonymous, June 1, 2022

7589.    Brian Lockwood, June 1, 2022

7590.    Ian Mcguinness, June 1, 2022

Doc. No.    Description

7591.    Maurice Lawton, June 1, 2022

7592.    Francine Wojatsek, June 1, 2022

7593.    Jeff Ostrander, June 1, 2022

7594.    Marguerita Cheng, June 1, 2022

7595.    Justin Griffin, June 1, 2022

7596.    J.C. Wandemberg Ph.D. , June 1, 2022

7597.    Mike Treacy, June 1, 2022

7598.    Anonymous, June 2, 2022

7599.    Judith Mariuz, June 2, 2022

7600.    Purnesh Rustagi, June 2, 2022

7601.    Don Williams, June 2, 2022

7602.    Nam Nguyen, June 2, 2022

7603.    Erik Volkening, June 2, 2022

7604.    Timothy Shanahan, June 2, 2022

7605.    Steve Hubbs, June 2, 2022

7606.    Malinda Miller, June 2, 2022

7607.    James Waltner, June 2, 2022

7608.    Dj K., June 2, 2022

7609.    William Kline, June 2, 2022

7610.    Dillan Koehler, June 2, 2022

7611.    Erich Reimer, June 3, 2022

7612.    Dara Hamidi, June 3, 2022

Doc. No.  Description

7613.    Frank Castro, June 3, 2022

7614.    Dana Leonard, June 3, 2022

7615.    Ga Pil, June 3, 2022

7616.    Daniel Guandolo, June 3, 2022

7617.    Stephen Reed, June 3, 2022

7618.    Anonymous, June 3, 2022

7619.    Patrick Colangelo, June 3, 2022

7620.    Shameem Khan, June 3, 2022

7621.    Jim Wang, June 4, 2022

7622.    Rod Merkley, June 4, 2022

7623.    Joe Sweeney, June 4, 2022

7624.    Kelly Monie, June 4, 2022

7625.    Jasmine Anyakudo, June 4, 2022

7626.    Jasmine Anyakudo, June 4, 2022

7627.    Robert Whiting, June 5, 2022

7628.    Roeland Pot, Managing Director, Flow Traders U.S. LLC and Aaron
         Dimitri, Global Head of Compliance and Counsel, Flow Traders U.S.
         LLC, June 6, 2022

7629.    Jeff Moy, June 6, 2022

7630.    Carl Cheetham, June 6, 2022

7631.    Michael Krewson, June 6, 2022

7632.    Brian Peterson, June 6, 2022

7633.    Alex White, June 6, 2022

Doc. No.    Description

7634.    Andrew J. Cardin, MMP, June 6, 2022

7635.    Doug Steele, June 6, 2022

7636.    Charles Ferry, June 6, 2022

7637.    Steve Hammons, June 6, 2022

7638.    Steve Butler, June 6, 2022

7639.    Barb and Brian MaCarthur, June 6, 2022

7640.    Naveed Rastegar, June 6, 2022

7641.    David Banks, June 6, 2022

7642.    Mark Spano, June 6, 2022

7643.    Matthew Cole, June 6, 2022

7644.    Joseph Mahoney, June 6, 2022

7645.    Anonymous, June 6, 2022

7646.    Glen Wilson, June 6, 2022

7647.    Vicki Sawyer, June 6, 2022

7648.    Seán Delaney, June 6, 2022

7649.    Cody Turner, June 6, 2022

7650.    Ersin Erol, June 6, 2022

7651.    Victoria Puccino, June 6, 2022

7652.    Michael Suh, June 6, 2022

7653.    Brett Skolnik, June 6, 2022

7654.    Rich Rogers, June 6, 2022

7655.    Saurabh Suman, June 6, 2022

| Doc. No. | Description |
|----------|-------------|
| 7656. | Craig Martin, June 6, 2022 |
| 7657. | Alex Abbenante, June 6, 2022 |
| 7658. | Bill Marlett, June 6, 2022 |
| 7659. | Brian Skeel, June 6, 2022 |
| 7660. | Thomas Keyes, June 6, 2022 |
| 7661. | Andrew Lanez, June 6, 2022 |
| 7662. | C. B., June 6, 2022 |
| 7663. | Ammini Mathen, Registered Nurse, June 6, 2022 |
| 7664. | Aaron Dimitri, June 6, 2022 |
| 7665. | Plebeian Tim, June 7, 2022 |
| 7666. | Brian Jackson, June 7, 2022 |
| 7667. | Chan Mike, June 7, 2022 |
| 7668. | Michael Hall, June 7, 2022 |
| 7669. | Tim O'Sullivan, June 7, 2022 |
| 7670. | Stephanie Seng, June 7, 2022 |
| 7671. | Amith, June 7, 2022 |
| 7672. | Akash Kumar, June 7, 2022 |
| 7673. | Jordan Greer, June 7, 2022 |
| 7674. | David S. Converse, June 7, 2022 |
| 7675. | Anonymous, June 7, 2022 |
| 7676. | Anonymous, June 7, 2022 |
| 7677. | Julian Diaz, June 7, 2022 |

Doc. No.    Description

7678.    Erdem Kaynak, June 7, 2022

7679.    Jerry Olinski, June 7, 2022

7680.    Bryce Watts, June 7, 2022

7681.    Zachary A. Schaefer, June 7, 2022

7682.    Bruce Combs, June 7, 2022

7683.    Nathan Pitterson, June 7, 2022

7684.    Jamarquis Etheridge, June 7, 2022

7685.    Artie Lane, June 7, 2022

7686.    Sofiqul Islam, June 7, 2022

7687.    Vishnu Prabhakar, June 7, 2022

7688.    Antoine Wibrin, June 7, 2022

7689.    Michael Newman, June 7, 2022

7690.    Manny Garza, June 7, 2022

7691.    Gary Arnold, June 8, 2022

7692.    Anonymous, June 8, 2022

7693.    Reyaj Baba, June 8, 2022

7694.    Michael Theriault, June 8, 2022

7695.    Charles Toliver, June 8, 2022

7696.    Sana Ali, June 8, 2022

7697.    Manuel Azevedo, June 8, 2022

7698.    Robert Blackwell, June 8, 2022

7699.    Vijay Yate, June 8, 2022

Doc. No.    Description

7700.    Robert Fletcher, June 8, 2022

7701.    Norm Nelson, June 8, 2022

7702.    Richard Lassiter, June 8, 2022

7703.    Larry Nickell, June 8, 2022

7704.    Doug Rutherford, June 8, 2022

7705.    Saf Ahmed, June 8, 2022

7706.    William Ulivieri, June 8, 2022

7707.    Addison Armstrong, June 8, 2022

7708.    Anonymous, June 8, 2022

7709.    Robert Dewey, June 9, 2022

7710.    Atik Islam, June 9, 2022

7711.    Amanda Wano, June 9, 2022

7712.    Elizabeth Andrade, June 9, 2022

7713.    Adam Giaudrone, June 9, 2022

7714.    Ryan, June 9, 2022

7715.    Bright Emmanuel, June 9, 2022

7716.    Neil Bhuta, June 9, 2022

7717.    Timothy Khoury, June 9, 2022

7718.    Felipe Tribaldos, June 9, 2022

7719.    George Somogyi, June 9, 2022

7720.    Anonymous, June 9, 2022

7721.    Reginald M. Browne, GTS Securities, LLC, June 10, 2022

Doc. No.    Description

7722.    Jonathon Cook, June 10, 2022

7723.    Mark Hansen, June 10, 2022

7724.    Anonymous, June 10, 2022

7725.    Jeremy Narcavage, June 10, 2022

7726.    Axel Hoogland, June 10, 2022

7727.    Jake Rue, June 10, 2022

7728.    Bányai Viktória, June 10, 2022

7729.    Sean Kelley, June 10, 2022

7730.    Deanne Halton, June 10, 2022

7731.    Aaron Gertz, June 10, 2022

7732.    Richard Zheng, June 10, 2022

7733.    Jim Johnson, June 10, 2022

7734.    William Martindale, June 10, 2022

7735.    Epi Munoz, June 10, 2022

7736.    Thomas Mclaughlin, June 10, 2022

7737.    Heather Fraser, June 10, 2022

7738.    Shaik Sameer, June 10, 2022

7739.    Raiben Patel, June 11, 2022

7740.    Manish Patel, June 11, 2022

7741.    Arman Hossen, June 11, 2022

7742.    Benedicta John, June 11, 2022

7743.    Ken Jaeger, June 12, 2022

| Doc. No. | Description |
|----------|-------------|
| 7744. | Seth Silesky, June 12, 2022 |
| 7745. | Wade Finley, June 12, 2022 |
| 7746. | Bouddi Mohamed, June 12, 2022 |
| 7747. | Peter Thomas, June 12, 2022 |
| 7748. | Jimmy Leake, June 13, 2022 |
| 7749. | Jim Cogan, June 13, 2022 |
| 7750. | Jim Byrnes, June 13, 2022 |
| 7751. | Holden Zerega, June 13, 2022 |
| 7752. | Mike Alexander, June 13, 2022 |
| 7753. | Antonio Augusto, June 13, 2022 |
| 7754. | Aaron Ward, June 13, 2022 |
| 7755. | Surya Kiran Chintala, June 13, 2022 |
| 7756. | D. Melb, June 13, 2022 |
| 7757. | A. Z. , June 13, 2022 |
| 7758. | Eric Miluk, June 13, 2022 |
| 7759. | Anonymous, June 14, 2022 |
| 7760. | Elaine Lissner, June 14, 2022 |
| 7761. | Jeremiah Olson, June 14, 2022 |
| 7762. | Michael, June 14, 2022 |
| 7763. | Brent Bennett, P.E., Structural Project Associate, Sargent & Lundy, June 14, 2022 |
| 7764. | David Williams, June 14, 2022 |
| 7765. | Benjamin Van Pelt, June 14, 2022 |

<u>Doc. No.</u>    <u>Description</u>

7766.    Dr. Auyeung, June 14, 2022

7767.    Robert Ryder, June 14, 2022

7768.    Denise Yvette, June 14, 2022

7769.    Joe Budelis, June 14, 2022

7770.    Ganga Parsad Yadav, June 14, 2022

7771.    Gurdeep Kumar, June 14, 2022

7772.    Navaneeth Krishnan, June 14, 2022

7773.    Ronald Blake, June 15, 2022

7774.    James Este, June 15, 2022

7775.    Travis Brainard, June 15, 2022

7776.    Steve Hastert, June 15, 2022

7777.    Kyungtae Kim, June 15, 2022

7778.    Joe Snyder, June 15, 2022

7779.    Gabriel Pereyra, June 15, 2022

7780.    Dieter, June 15, 2022

7781.    William Mccoy, June 15, 2022

7782.    Henry Chen, June 15, 2022

7783.    Jaykisun Maurta, June 15, 2022

7784.    John Daly, June 15, 2022

7785.    James Mcclave, Jane Street Capital, June 16, 2022

7786.    Suzanne Darley, June 16, 2022

7787.    David Engleman, June 16, 2022

Doc. No.    Description

7788.    Thomas Banks, June 16, 2022

7789.    Karen Banks, June 16, 2022

7790.    Sukri Mulyanti, June 16, 2022

7791.    Mark Hayden, CEO, Next Level Resource Partners, June 16, 2022

7792.    James Franklin Heck III, June 16, 2022

7793.    Jennie Bautista, June 16, 2022

7794.    Jennie Bautista, June 16, 2022

7795.    Gaya Prasad Kushwaha, June 16, 2022

7796.    Gaya Prasad Kushwaha, June 16, 2022

7797.    Jay Pisula, June 17, 2022

7798.    Paul Sindelar, June 17, 2022

7799.    Taylor Guterson, June 17, 2022

7800.    Lucas Signorelli, June 17, 2022

7801.    Maurice Lynam, June 17, 2022

7802.    Andrey Podlesny, June 17, 2022

7803.    Brett Fountain, June 17, 2022

7804.    Douglas Slemmer, June 17, 2022

7805.    Sean Healey, June 17, 2022

7806.    Benjamin Kermani, June 17, 2022

7807.    Chaim Edelstein, June 17, 2022

7808.    Dan Kenan, June 17, 2022

7809.    Anonymous, June 17, 2022

Doc. No.    Description

7810.    Andrew Wertheim, June 17, 2022

7811.    John Giannetti, June 17, 2022

7812.    Charles Smith, June 17, 2022

7813.    Colin Mcnamara, June 17, 2022

7814.    Ronald Denny, June 18, 2022

7815.    John Day, June 18, 2022

7816.    Chris Battaglia, June 18, 2022

7817.    Fernando Esteve, June 18, 2022

7818.    Anonymous, June 18, 2022

7819.    Gary Bone, June 18, 2022

7820.    John Foley, June 18, 2022

7821.    Angela Golden, June 18, 2022

7822.    Peter Golbus, June 18, 2022

7823.    Brian Fitzgerald, June 18, 2022

7824.    Ahmad Allana, June 18, 2022

7825.    Drummond Richardson, June 18, 2022

7826.    Lucas Signorelli, June 18, 2022

7827.    Al Troncoso, June 19, 2022

7828.    Maheah Madar, June 19, 2022

7829.    Emanuel Greenspan, June 19, 2022

7830.    Sigal Mandelker and Jessi Brooks, Ribbit Capital, June 20, 2022

7831.    James Briggs, June 20, 2022

Doc. No.    Description

7832.    Denis Matlak, June 20, 2022

7833.    Danny Lindley, June 20, 2022

7834.    Tom Parrish, June 20, 2022

7835.    Sasan Banava, June 20, 2022

7836.    Anonymous, June 20, 2022

7837.    Tim Nguyen, June 20, 2022

7838.    Asif J. Ahmed, MD, June 20, 2022

7839.    Joseph Polacik, June 20, 2022

7840.    Mike Bramble, June 20, 2022

7841.    Ayanchery, June 20, 2022

7842.    Michael Forte, June 20, 2022

7843.    Jordon Hartley, June 20, 2022

7844.    Hiron Africa, June 20, 2022

7845.    Anonymous, June 20, 2022

7846.    Barllo Olami, June 20, 2022

7847.    Art Hicks, June 20, 2022

7848.    Kris Bowman, June 20, 2022

7849.    Alan J. Lane, CEO, Silvergate Capital Corporation, June 21, 2022

7850.    Jake, June 21, 2022

7851.    Henry Situ, MBA PMP Itil, June 21, 2022

7852.    Ronnie Ipid, June 21, 2022

7853.    Ed Mckelvey, June 21, 2022

Doc. No.    Description

7854.    Douglas Gaasvig, June 21, 2022

7855.    Andrew Landram, June 21, 2022

7856.    Eric Waag, June 21, 2022

7857.    Anonymous, June 21, 2022

7858.    Cristhian Dick, June 21, 2022

7859.    Hans Van Dijk, June 21, 2022

7860.    Kalpna Kohare, June 21, 2022

7861.    Wade O'neal, June 21, 2022

7862.    Lisa Hall and Lisa Cook, June 22, 2022

7863.    Eugene Hargis, June 22, 2022

7864.    Sushen Patel, June 22, 2022

7865.    Jorge Gustavson, June 22, 2022

7866.    Noah and Ryan, June 22, 2022

7867.    Stephanie Luke, June 22, 2022

7868.    Daniel C. Scheall Sr., June 22, 2022

7869.    Luis Angel Quezada Garcia, June 22, 2022

7870.    Joshua Fried, June 23, 2022

7871.    David Garcia, June 23, 2022

7872.    Terry Monette, June 23, 2022

7873.    Anonymous, June 23, 2022

7874.    Shannon Day, June 23, 2022

7875.    Edward Martin, June 23, 2022

Doc. No.    Description

7876.    Marco A. Soto Suarez, June 23, 2022

7877.    Izzy Klein, June 23, 2022

7878.    Richard Sowa, June 23, 2022

7879.    Heather, June 23, 2022

7880.    Furqan Mohammed, June 23, 2022

7881.    Don Ford, June 23, 2022

7882.    Juan Pablo Villamarin, June 23, 2022

7883.    Kevin Griffin, June 23, 2022

7884.    Mary Ann Dolan, June 23, 2022

7885.    Judy Ocana, June 23, 2022

7886.    Bob Hana, June 23, 2022

7887.    Gerald Strickland, June 24, 2022

7888.    Fernando Beiro, June 24, 2022

7889.    Tyler O., June 24, 2022

7890.    Peter Peck, June 24, 2022

7891.    Maurice Bailey, June 24, 2022

7892.    Roger Reaney, June 24, 2022

7893.    Victoria Clarke, June 24, 2022

7894.    Karl Baumert, June 24, 2022

7895.    Frank Celecia, June 24, 2022

7896.    Anonymous, June 24, 2022

7897.    Jaime Bueno, June 24, 2022

Doc. No.  Description

7898.    Dr. Braddlee, June 24, 2022

7899.    Kristi Shaw, June 24, 2022

7900.    Myron Annis, June 24, 2022

7901.    Daniel Miller, June 25, 2022

7902.    Monirul Hoque, June 25, 2022

7903.    Chris Beaman, June 25, 2022

7904.    Dachia Gardipee, June 25, 2022

7905.    James Delguercio, June 25, 2022

7906.    Zubin Bhandara, June 25, 2022

7907.    Karolyn Diana Kimsey, June 25, 2022

7908.    Anonymous, June 25, 2022

7909.    Ronald Kloc, June 26, 2022

7910.    Matt Hudson, June 26, 2022

7911.    Salahadin Adous, June 26, 2022

7912.    Anonymous, June 26, 2022

7913.    Lou Dellarosa, June 26, 2022

7914.    Lorraine Anderson, June 26, 2022

7915.    Jonathan Kim, June 26, 2022

7916.    Anonymous, June 26, 2022

7917.    Ledarius Henderson, June 26, 2022

7918.    James Canterbury, June 26, 2022

7919.    Jose Giron, June 27, 2022

| Doc. No. | Description |
|----------|-------------|
| 7920. | Anonymous, June 27, 2022 |
| 7921. | Ted Osmundson, June 27, 2022 |
| 7922. | Sheri Kaiserman, June 27, 2022 |
| 7923. | Anonymous, June 27, 2022 |
| 7924. | Anonymous, June 27, 2022 |
| 7925. | Shelley, June 27, 2022 |
| 7926. | Alex Farkes, June 27, 2022 |
| 7927. | Lluny, June 27, 2022 |
| 7928. | Brandi Harris, June 27, 2022 |
| 7929. | E. K. , June 27, 2022 |
| 7930. | Dan Hamilton, June 27, 2022 |
| 7931. | Jonathan Grose, June 27, 2022 |
| 7932. | Dennis Oconnell, June 27, 2022 |
| 7933. | Felipe Gomes, June 27, 2022 |
| 7934. | Yang Liu, June 27, 2022 |
| 7935. | Jonathan Posell, June 27, 2022 |
| 7936. | Ray Pressley, June 27, 2022 |
| 7937. | Robert Fiedler, June 27, 2022 |
| 7938. | Pawel, June 27, 2022 |
| 7939. | Ryan O'Malley, June 27, 2022 |
| 7940. | Sheri Kaiserman, June 27, 2022 |
| 7941. | Anonymous, June 27, 2022 |

Doc. No.    Description

7942.    Alex Grzyb, June 27, 2022

7943.    Anonymous, June 27, 2022

7944.    Joel Gantcher, June 27, 2022

7945.    Anonymous, June 27, 2022

7946.    Blake Canfield, June 27, 2022

7947.    Ed Hughes, June 27, 2022

7948.    Andrew Edstrom, June 27, 2022

7949.    Kevin G., June 27, 2022

7950.    Darryl Anderson, June 27, 2022

7951.    Lebohang Leseha, June 27, 2022

7952.    Anonymous, June 27, 2022

7953.    Carlos Burke Jr., June 27, 2022

7954.    Brent & Julie Fraser, June 27, 2022

7955.    Anonymous, June 28, 2022

7956.    Duvier Navarro, June 28, 2022

7957.    Jake O., June 28, 2022

7958.    Michael Wolf, June 28, 2022

7959.    Anil D'souza, June 28, 2022

7960.    John C. Ollquist, June 28, 2022

7961.    Harshit Gupta, June 28, 2022

7962.    Brian Torgerson, M.D., The Spine and Pain Center LLC, June 28, 2022

7963.    John Giannetti, June 28, 2022

| Doc. No. | Description |
|----------|-------------|
| 7964. | Simone Doneda, June 28, 2022 |
| 7965. | Charles Grehn, June 28, 2022 |
| 7966. | Patrick Colangelo, June 28, 2022 |
| 7967. | Kevin Cibula, June 28, 2022 |
| 7968. | Vinod Yadav, June 28, 2022 |
| 7969. | Arkadiusz Urbanski, June 28, 2022 |
| 7970. | Barbara Creswell, June 28, 2022 |
| 7971. | Jim Stanec, June 28, 2022 |
| 7972. | Kathryn Baumann, Investor, June 28, 2022 |
| 7973. | Anonymous, June 29, 2022 |
| 7974. | Phillip C. Blaylock, June 29, 2022 |
| 7975. | Rob de Groot, June 29, 2022 |
| 7976. | John Donzelli, June 29, 2022 |
| 7977. | Thomas Lombardi, June 29, 2022 |
| 7978. | Rahul Walia, June 29, 2022 |
| 7979. | Thandazile Sweetness, June 29, 2022 |
| 7980. | Ben Halliburton, June 29, 2022 |
| 7981. | Paul Petit Edouard, June 29, 2022 |
| 7982. | Rhett Currier, June 29, 2022 |
| 7983. | Robert Louden, June 29, 2022 |
| 7984. | Loren Robin, June 29, 2022 |
| 7985. | Sean Johnson, June 29, 2022 |

Doc. No.    Description

7986.    Michael, June 29, 2022

**Meetings with SEC Officials**
**File No. SR-NYSEArca-2021-90**

Meeting memoranda relating to the proposed rule change are available at
https://www.sec.gov/comments/sr-nysearca-2021-
90/srnysearca202190.htm#meetings.

7987.    Memorandum from the Division of Trading and Markets regarding an
April 12, 2022 meeting with representatives of Coinbase, Apr. 13, 2022

7988.    Memorandum from the Office of Commissioner Hester M. Peirce
regarding an April 14, 2022 videoconference with representatives of
Coinbase, Apr. 14, 2022

7989.    Memorandum from the Division of Trading and Markets regarding an
April 26, 2022 meeting with representatives of Grayscale Bitcoin Trust,
Apr. 27, 2022

7990.    Memorandum from the Office of Commissioner Hester M. Peirce
regarding a June 1, 2022 videoconference with representatives of
Grayscale, June 22, 2022

For the Commission, by its Assistant Secretary, pursuant to delegated authority.

/s/ Jill M. Peterson

Jill M. Petersen
Assistant Secretary

Dated: August 15, 2022