# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-1142**                                                 **September Term, 2021**

**SEC-Rel34-95180**

**Filed On: August 30, 2022** [1961364]

Grayscale Investments, LLC,

       Petitioner

   v.

Securities and Exchange Commission,

       Respondent

## O R D E R

Upon consideration of petitioner's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Petitioner's Brief | October 11, 2022 |
| Respondent's Brief | November 9, 2022 |
| Petitioner's Reply Brief | November 30, 2022 |
| Deferred Appendix | December 7, 2022 |
| Final Briefs | December 21, 2022 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk