# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| Grayscale Investments, LLC,<br>    *Petitioner*,<br><br>v.<br><br>Securities and Exchange Commission,<br>    *Respondent*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 22-1142<br>)<br>)<br>)<br>) |

## NOTICE OF INTENT TO FILE A BRIEF *AMICI CURIAE*, BY CONSENT, IN SUPPORT OF PETITIONER AND REVERSAL BY THE BLOCKCHAIN ASSOCIATION, THE CHAMBER OF DIGITAL COMMERCE, CHAMBER OF PROGRESS, AND COIN CENTER

Pursuant to D.C. Circuit Rule 29(b), The Blockchain Association, the Chamber of Digital Commerce, Chamber of Progress, and Coin Center respectfully notify this Court of their intent to file a brief as *amici curiae* in support of Petitioner and reversal on October 18, 2022, in accordance with Federal Rule of Appellate Procedure 29(a)(6) and the briefing schedule issued by this Court on August 30, 2022 (Doc. 1961364). The undersigned counsel certifies that all parties in these proceedings have consented to the filing of this *amicus* brief.

Dated:  October 18, 2022						Respectfully submitted,

/s/ *Jonathan Cooper*

Jonathan Cooper
Michael Liftik
Kurt Wolfe
Rachel Frank
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005
(202) 538-8000
jonathancooper@quinnemanuel.com
michaelliftik@quinnemanuel.com
kurtwolfe@quinnemanuel.com
rachelfrank@quinnemanuel.com

Counsel for *Amicus Curiae*

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and D.C. Circuit Rule 26.1, *amici curiae* are all nonprofit organizations whose missions involve improving the public policy environment for digital assets and blockchain-based technologies in the United States. No party to this filing has a parent corporation, and no publicly held corporation owns 10% or more of the stock of any of the parties to this filing.

Dated: October 18, 2022　　　　　　　　　/s/ *Jonathan Cooper*
　　　　　　　　　　　　　　　　　　　　Jonathan Cooper
　　　　　　　　　　　　　　　　　　　　Counsel for *Amici Curiae*

## CERTIFICATE OF SERVICE

I certify that on October 18, 2022, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ *Jonathan Cooper*
Jonathan Cooper
Counsel for *Amici Curiae*