ORAL ARGUMENT NOT YET SCHEDULED
No. 22-1142

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

GRAYSCALE INVESTMENTS, LLC,

*Petitioner,*

v.

SECURITIES AND EXCHANGE COMMISSION,

*Respondent.*

On Petition for Review of an Order of the Securities and Exchange Commission

**COINBASE, INC. NOTICE OF INTENT TO FILE AS AMICUS CURIAE IN SUPPORT OF PETITIONER**

| | |
|---|---|
| HAIMAVATHI V. MARLIER | JOSEPH R. PALMORE |
| MICHAEL D. BIRNBAUM | ADAM L. SORENSEN |
| JUSTIN YOUNG | MORRISON & FOERSTER LLP |
| MORRISON & FOERSTER LLP | 2100 L St., NW, Suite 900 |
| 250 West 55th Street | Washington, DC 20037 |
| New York, NY 10019 | Telephone: (202) 887-6940 |
| | JPalmore@mofo.com |
| KELLEY A. HOWES | |
| MORRISON & FOERSTER LLP | |
| 370 17th Street Suite 4200 | |
| Denver, CO 80202 | |

*Counsel for amicus curiae*

OCTOBER 18, 2022

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Circuit Rule 26.1, amicus states as follows:

Coinbase, Inc. is a leading provider of financial infrastructure and technology for the crypto economy, and is one of four digital asset trading platforms that provides pricing data to the index provider for petitioner Grayscale Investments, LLC's Grayscale Bitcoin Trust.  Coinbase, Inc. is a Delaware corporation.  Coinbase, Inc. is a wholly owned subsidiary of Coinbase Global, Inc., a public company (NASDAQ: COIN).  No publicly held company owns 10% or more in Coinbase Global, Inc.'s stock.


Dated:  October 18, 2022　　　　　　　　　　／s/ Joseph R. Palmore
　　　　　　　　　　　　　　　　　　　　　　Joseph R. Palmore

## NOTICE OF INTENT TO FILE AS AMICUS CURIAE

Pursuant to Fed. R. App. P. 29(a), Circuit Rule 29(b), and Section IX(A)(4) of this Court's Handbook of Practice and Internal Procedures, Coinbase, Inc. respectfully notifies the Court of its intent to file an amicus curiae brief in this matter in support of Petitioner.

Coinbase, Inc. ("Coinbase") is a leading provider of financial infrastructure and technology for the crypto economy, built on the idea that anyone, anywhere, should be able to easily and securely send and receive cryptocurrency. Coinbase's platform serves more than nine million monthly transacting retail users, 14,500 institutions, and 245,000 ecosystem partners participating in the digital asset economy. Coinbase is one of four digital asset trading platforms that provides pricing data to the index provider for Petitioner Grayscale Investments, LLC's Grayscale Bitcoin Trust. Coinbase submitted comments to the Securities and Exchange Commission in the proceedings at issue here. Coinbase is part of the broader crypto-economy that will be harmed by the Commission's disapproval order.

The proposed amicus brief will not exceed 6,500 words or repeat facts or legal arguments made and adequately elaborated upon in the principal briefs. The parties each have consented to the filing of the proposed amicus brief.

Dated: October 18, 2022          Respectfully submitted,

/s/ Joseph R. Palmore

HAIMAVATHI V. MARLIER          JOSEPH R. PALMORE
MICHAEL D. BIRNBAUM          ADAM L. SORENSEN
JUSTIN YOUNG          MORRISON & FOERSTER LLP
MORRISON & FOERSTER LLP          2100 L St., NW, Suite 900
250 West 55th Street          Washington, DC 20037
New York, NY 10019          Telephone: (202) 887-6940
         JPalmore@mofo.com

KELLEY A. HOWES
MORRISON & FOERSTER LLP
370 17th Street Suite 4200
Denver, CO 80202

*Counsel for amicus curiae*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system on October 18, 2022.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: October 18, 2022                     /s/ Joseph R. Palmore
                                            Joseph R. Palmore