# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Grayscale Investments, LLC

v.

SEC

**Case No:** 22-01142

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ◉ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Coinbase, Inc.

### Counsel Information

**Lead Counsel:** Joseph R. Palmore

**Direct Phone:** (202) 887-6940  **Fax:** (   )   -   **Email:** JPalmore@mofo.com

**2nd Counsel:** Adam L. Sorensen

**Direct Phone:** (202) 631-7928  **Fax:** (   )   -   **Email:** ASorensen@mofo.com

**3rd Counsel:**

**Direct Phone:** (   )   -   **Fax:** (   )   -   **Email:**

**Firm Name:** Morrison & Foerster LLP

**Firm Address:** 2100 L St., NW, Suite 900, Washington, DC 20037

**Firm Phone:** (202) 887-1500  **Fax:** (   )   -   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)