ORAL ARGUMENT NOT YET SCHEDULED
NO.: 22-1142

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

GRAYSCALE INVESTMENTS, LLC,
Petitioner,

v.

SECURITIES AND EXCHANGE COMMISSION,
Respondent.

_____

On Petitions for Review of an Order of the
United States Securities and Exchange Commission's
June 29, 2022 Final Order

_____

**NOTICE OF INTENT OF INVESTOR CHOICE ADVOCATES NETWORK, JAMES J. ANGEL, BRIAN BROOKS, HASHEM DEZHBAKHSH, CAROL GOFORTH, JOSEPH A. GRUNDFEST, CAMPBELL R. HARVEY, NARASIMHAN JEGADEESH, DAVID NOBLE, HARVEY PITT, BRIAN QUINTENZ, JUAN RUBIO-RAMIREZ, MARK WETJEN, AND ROBERT E. WHALEY AS *AMICI CURIAE* IN SUPPORT OF PETITIONER**

_____

| | |
|---|---|
| PAUL HASTINGS LLP | PAUL HASTINGS LLP |
| STEPHEN B. KINNAIRD | NICOLAS MORGAN (SB 989861) |
| (SB 454271) | ERIC SIBBITT* (CA 192413) |
| 2050 M Street NW | LISA E. RUBIN* (CA 317355) |
| Washington, D.C., 20036 | 101 California Street, 48th Floor |
| Telephone: 1(202) 551-1700 | San Francisco, CA 94111 |
| Facsimile: 1(202) 551-0242 | Telephone: 1(415) 856-7027 |
| | Facsimile: 1(415) 856-7100 |
| | *Not admitted to practice in the D.C. Circuit |

*Attorneys for Amici Curiae*

## NOTICE OF INTENT

Pursuant to D.C. Circuit Rule 29(b), Investor Choice Advocates Network, James J. Angel (Georgetown University), Brian Brooks (Former U.S. Acting Comptroller of the Currency), Hashem Dezhbakhsh (Emory University), Carol Goforth (University of Arkansas), Joseph A. Grundfest (Stanford), Campbell R. Harvey (Duke University), Narasimhan Jegadeesh (Emory University), David Noble (University of Connecticut), Harvey Pitt (Former SEC Chair and General Counsel), Brian Quintenz (Former CFTC Commissioner), Juan Rubio-Ramirez (Emory University), Mark Wetjen (Former CFTC Commissioner), and Robert E. Whaley (Vanderbilt University), hereby notify the Court of their intent to file an *amici curiae* brief in support of the Petitioner the above-captioned matter. All parties consent to the filing of this brief.

- 3 -

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and D.C. Circuit Rule 26.1, *Amici Curiae* submit the following corporate disclosure statement: Investor Choice Advocates Network ("ICAN") is a nonprofit, public interest firm working to expand access to markets by underrepresented investors and entrepreneurs. ICAN has no parent corporation, and no publicly held company has a 10% or greater ownership in ICAN.

DATED:
October 18, 2022

PAUL HASTINGS LLP

By: */s/ Stephen B. Kinnaird*

STEPHEN B. KINNAIRD, Bar # 454271
*stephenkinnaird@paulhastings.com*
2050 M Street NW
Washington, D.C., 20036
Telephone: 1(202) 551-1700
Facsimile: 1(202) 551-0242

NICOLAS MORGAN, Bar # 989861
ERIC SIBBITT* (CA 192413)
LISA E. RUBIN* (CA 317355)
*nicolasmorgan@paulhastings.com*
*ericsibbitt@paulhastings.com*
*lisarubin@paulhastings.com*
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: 1(415) 856-7027
Facsimile: 1(415) 856-7100
*Not admitted to practice in the D.C. Circuit*
*Attorneys for Amici Curiae*

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served copies of the foregoing **NOTICE OF INTENT TO PARTICIPATE AS *AMICI CURIAE* IN SUPPORT OF PETITIONER** upon counsel listed in the Service Preference Report via email through the Court's CM/ECF system, and all counsel of record are registered users of CM/ECF for this case.

Dated this 18th day of October 2022.

By: */s/ Stephen B. Kinnaird*
Stephen B. Kinnaird