UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| Grayscale Investments, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Petitioner, | | |
| v. | | No. 22-1142 |
| Securities and Exchange Commission, | | |
| Respondent. | | |

**Certificate of Compliance with Type-Volume Limit,
Typeface Requirements, and Type-Style Requirements Regarding the
Unopposed Motion of the Securities and Exchange Commission
for an Extension of the Parties' Briefing Schedule**

On October 24, 2022, the Securities and Exchange Commission filed an unopposed motion requesting (i) a 30-day extension of the deadline for filing its response brief, such that the brief would be due on December 9, 2022, and (ii) that petitioner's reply brief be due on January 13, 2023.

    1.  The Commission's motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

    ☑    this document contains 373 words, **or**

    ☐    this brief uses a monospaced typeface and contains [*state the number of*] lines of text.

2.  The Commission's motion complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

- ☑ this document has been prepared in a proportionally spaced typeface using Microsoft Office Professional Plus 2016 in 14-point Times New Roman, **or**

- ☐ this document has been prepared in a monospaced typeface using [*state name and version of word-processing program*] with [*state number of characters per inch and name of type style*].

Respectfully submitted,

/s/  Daniel T. Young
DANIEL T. YOUNG
Attorney
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C.  20549
(202) 551-3078 (Young)
youngda@sec.gov

October 25, 2022

2