# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1142**                       **September Term, 2022**

SEC-Rel34-95180

**Filed On: October 25, 2022** [1970453]

Grayscale Investments, LLC,

    Petitioner

    v.

Securities and Exchange Commission,

    Respondent

## O R D E R

Upon consideration of respondent's unopposed motion for extension of the parties' briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Respondent's Brief | December 9, 2022 |
| Petitioner's Reply Brief | January 13, 2023 |
| Deferred Appendix | January 20, 2023 |
| Final Briefs | February 3, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk