# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Grayscale Investments, LLC

v.

Securities and Exchange Commission

**Case No:** 22-1142

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained  ☐ Pro Bono  ☐ Appointed (CJA/FPD)  ☉ Gov't counsel

for the  ☐ Appellant(s)/Petitioner(s)  ☉ Appellee(s)/Respondent(s)  ☐ Intervenor(s)  ☐ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

Securities and Exchange Commission

### Counsel Information

**Lead Counsel:**

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

**2nd Counsel:** additional SEC counsel: Emily True Parise

Direct Phone: ( 202 ) 551-5169  Fax: (___) ___-____  Email: parisee@sec.gov

**3rd Counsel:**

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

**Firm Name:** Securities and Exchange Commission

**Firm Address:** 100 F St. NE Washington, DC 20549

**Firm Phone:** (___) ___-____  Fax: (___) ___-____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)