ORAL ARGUMENT SCHEDULED MARCH 7, 2023

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| GRAYSCALE INVESTMENTS, LLC, <br><br> Petitioner, <br><br> v. <br><br> SECURITIES AND EXCHANGE COMMISSION, <br><br> Respondent. | Case No. 22-1142 |

**PETITIONER'S UNOPPOSED MOTION TO FILE A CORRECTED JOINT APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 27 and D.C. Circuit Rules 27 and 30(e), Petitioner Grayscale Investments, LLC moves to file a corrected Joint Appendix. Counsel for Respondent Securities and Exchange Commission has stated that Respondent does not oppose this motion. In support of this motion, Petitioner states as follows:

1. On January 20, 2023, Petitioner timely filed a Joint Appendix.

2. On January 25, 2023, while preparing Petitioner's final briefs, Petitioner discovered that counsel for Petitioner had inadvertently omitted from the Joint Appendix a record item that is cited in Petitioner's opening brief.

3. Petitioner requests leave to file a corrected Joint Appendix that includes the omitted material.

4. A copy of the proposed Corrected Joint Appendix is attached as an exhibit hereto.

In light of the considerations set forth above, Petitioner respectfully requests that the Court grant Petitioner leave to file the attached Corrected Joint Appendix.

Dated: January 26, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Donald B. Verrilli, Jr.*
　　　　　　　　　　　　　　　　　　　　Donald B. Verrilli, Jr.
　　　　　　　　　　　　　　　　　　　　Elaine J. Goldenberg
　　　　　　　　　　　　　　　　　　　　Sarah E. Weiner
　　　　　　　　　　　　　　　　　　　　MUNGER, TOLLES & OLSON LLP
　　　　　　　　　　　　　　　　　　　　601 Massachusetts Ave. NW, Suite 500E
　　　　　　　　　　　　　　　　　　　　Washington, DC 20001-5369
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 220-1100
　　　　　　　　　　　　　　　　　　　　Email: Donald.Verrilli@mto.com

　　　　　　　　　　　　　　　　　　　　Paul S. Mishkin
　　　　　　　　　　　　　　　　　　　　Daniel J. Schwartz
　　　　　　　　　　　　　　　　　　　　DAVIS POLK & WARDWELL LLP
　　　　　　　　　　　　　　　　　　　　450 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 450-4000
　　　　　　　　　　　　　　　　　　　　Email: Paul.Mishkin@davispolk.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2023, I caused copies of the foregoing document to be served on counsel for all parties of record via the Electronic Case Filing (ECF) service.

Dated: January 26, 2023        */s/ Donald B. Verrilli, Jr.*

Donald B. Verrilli, Jr.
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, DC 20001-5369
Telephone: (202) 220-1100
Email: Donald.Verrilli@mto.com

## CERTIFICATE OF COMPLIANCE

1.  This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 149 words.

2.  This document complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this document was prepared in a proportionally spaced typeface using Microsoft Word in 14-point font.

| | |
|---|---|
| Dated: January 26, 2023 | */s/ Donald B. Verrilli, Jr.* |
| | Donald B. Verrilli, Jr. |
| | MUNGER, TOLLES & OLSON LLP |
| | 601 Massachusetts Ave. NW, Suite 500E |
| | Washington, DC 20001-5369 |
| | Telephone: (202) 220-1100 |
| | Email: Donald.Verrilli@mto.com |