# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1142**  September Term, 2022

SEC-Rel34-95180

Filed On: January 27, 2023 [1983625]

Grayscale Investments, LLC,

    Petitioner

  v.

Securities and Exchange Commission,

    Respondent

### O R D E R

Upon consideration of petitioner's unopposed motion for leave to file a corrected joint appendix, and the lodged corrected joint appendix, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged document.

                **FOR THE COURT:**
                Mark J. Langer, Clerk

          BY:   /s/
                Michael C. McGrail
                Deputy Clerk