# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1142**　　　　　　　　　　　　　　　　　　**September Term, 2022**

SEC-Rel34-95180

**Filed On: February 22, 2023** [1987094]

Grayscale Investments, LLC,

       Petitioner

     v.

Securities and Exchange Commission,

       Respondent

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for March 7, 2023, at 9:30 A.M.:

    Petitioner     -     15 Minutes

    Respondent     -     15 Minutes

One counsel per side to argue. The panel considering this case will consist of Chief Judge Srinivasan, Circuit Judge Rao, and Senior Circuit Judge Edwards.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by February 24, 2023.

### Per Curiam

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                    BY:    /s/
                              Michael C. McGrail
                              Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)