# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 22-1142** | **September Term, 2022** |
| | SEC-Rel34-95180 |
| | **Filed On: March 7, 2023** [1988918] |

Grayscale Investments, LLC,

    Petitioner

  v.

Securities and Exchange Commission,

    Respondent

  **BEFORE:**    Chief Judge Srinivasan, Circuit Judge Rao, and Senior Circuit Judge Edwards

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Tuesday, March 7, 2023 at 9:40 a.m. The cause was heard as case No. 2 of 2 and argued before the Court by:

  Donald B. Verrilli, Jr., counsel for Petitioner.

  Emily True Parise (SEC), counsel for Respondent.

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

                BY:    /s/
                          Anne A. Rothenberger
                          Deputy Clerk