ORAL ARGUMENT HELD
No. 22-1142

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

GRAYSCALE INVESTMENTS, LLC,

*Petitioner,*

v.

SECURITIES AND EXCHANGE COMMISSION,

*Respondent.*

On Petition for Review of an Order of the Securities and Exchange Commission

## NOTICE OF WITHDRAWAL OF ADAM L. SORENSEN AS COUNSEL FOR AMICUS CURIAE COINBASE, INC.

Undersigned counsel hereby gives notice of the withdrawal of Adam L. Sorensen as counsel for amicus curiae Coinbase, Inc. in the above-captioned appeal. Joseph R. Palmore will continue to represent amicus curiae Coinbase, Inc. in this case.

Dated: April 17, 2023

| | |
|---|---|
| HAIMAVATHI V. MARLIER<br>MICHAEL D. BIRNBAUM<br>JUSTIN YOUNG<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY 10019<br><br>KELLEY A. HOWES<br>MORRISON & FOERSTER LLP<br>370 17th Street Suite 4200<br>Denver, CO 80202 | /s/ Joseph R. Palmore<br>JOSEPH R. PALMORE<br>MORRISON & FOERSTER LLP<br>2100 L Street NW, Suite 900<br>Washington, DC 20037<br>Telephone: (202) 887-6940<br>JPalmore@mofo.com |

*Counsel for Amicus Curiae Coinbase, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system on April 17, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: April 17, 2023                                    /s/ Joseph R. Palmore
                                                                        Joseph R. Palmore

NY:2450156