# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 22-1142**  **September Term, 2022**
FILED ON: AUGUST 29, 2023

GRAYSCALE INVESTMENTS, LLC,
  PETITIONER

v.

SECURITIES AND EXCHANGE COMMISSION,
  RESPONDENT

---

On Petition for Review of an Order
of the Securities and Exchange Commission

---

Before: SRINIVASAN, *Chief Judge*, RAO, *Circuit Judge*, and EDWARDS, *Senior Circuit Judge*

### **J U D G M E N T**

This cause came on to be heard on the petition for review of an order of the Securities and Exchange Commission and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that Grayscale's petition for review be granted and the Commission's order be vacated, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                                BY:    /s/

                                        Michael C. McGrail
                                        Deputy Clerk

Date: August 29, 2023

Opinion for the court filed by Circuit Judge Rao.