# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-1142**                    **September Term, 2022**

**SEC-Rel34-95180**

**Filed On: August 29, 2023** [2014528]

Grayscale Investments, LLC,

     Petitioner

  v.

Securities and Exchange Commission,

     Respondent

## O R D E R

    It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                          BY:    /s/
                                            Michael C. McGrail
                                            Deputy Clerk