# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 22-1142**                                                        **September Term, 2023**

SEC-Rel34-95180

**Filed On: October 23, 2023** [2023308]

Grayscale Investments, LLC,

      Petitioner

  v.

Securities and Exchange Commission,

      Respondent

## **M A N D A T E**

In accordance with the judgment of August 29, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                   **FOR THE COURT:**
                                                   Mark J. Langer, Clerk

                                   BY:     /s/
                                                  Daniel J. Reidy
                                                  Deputy Clerk

Link to the judgment filed August 29, 2023