USCA Case #22-1142     Document #1988918            Filed: 03/07/2023      Page 1 of 1

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-1142**                                  September Term, 2022

SEC-Rel34-95180

**Filed On: March 7, 2023** [1988918]

Grayscale Investments, LLC,

      Petitioner

  v.

Securities and Exchange Commission,

      Respondent

    **BEFORE:**    Chief Judge Srinivasan, Circuit Judge Rao, and Senior Circuit Judge Edwards

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Tuesday, March 7, 2023 at 9:40 a.m. The cause was heard as case No. 2 of 2 and argued before the Court by:

  Donald B. Verrilli, Jr., counsel for Petitioner.

  Emily True Parise (SEC), counsel for Respondent.

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                                 BY:    /s/
                                                  Anne A. Rothenberger
                                                  Deputy Clerk